# Exhibit 1



US00D958134S

(12) **United States Design Patent**  (10) Patent No.: **US D958,134 S**
Huang                                  (45) Date of Patent: ** **Jul. 19, 2022**

(54) **MOBILE PHONE STAND FOR USE IN VEHICLE**

(71) Applicant: **Kaiquan Huang**, Hubei (CN)

(72) Inventor: **Kaiquan Huang**, Hubei (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/798,814**

(22) Filed: **Jul. 10, 2021**

(30) **Foreign Application Priority Data**

Apr. 29, 2021 (CN) ............. 202130256146.3

(51) **LOC (13) Cl.** ................................. **14-03**
(52) **U.S. Cl.**
USPC ........................................ **D14/253**
(58) **Field of Classification Search**
USPC ............. D14/250, 251–253, 447; D3/218;
D12/415
CPC ......... B60R 11/0241; B60R 2011/0071; B60R 11/00; A45F 2200/0516; H04M 1/04; H04M 1/05; H04M 1/6075
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D831,335 S | * | 10/2018 | Crease | ............ D3/218 |
| D852,793 S | * | 7/2019 | Zhou | ............ D3/218 |
| D868,073 S |   | 11/2019 | Smith | |
| D907,628 S |   | 1/2021 | Feng | |
| D907,644 S |   | 1/2021 | Li | |
| D912,654 S |   | 3/2021 | Weng | |
| D925,214 S | * | 7/2021 | Jiao | ............ D3/218 |
| D947,526 S | * | 4/2022 | Sirichai | ............ D3/218 |
| D949,554 S | * | 4/2022 | Pan | ............ D3/218 |

* cited by examiner

*Primary Examiner* — Janice Hallmark

(57) **CLAIM**

The ornamental design for a mobile phone stand for use in vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mobile phone stand for use in vehicle showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof; and,
FIG. **8** is another perspective view in unfolded condition thereof.

**1 Claim, 8 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7

Case 1:23-cv-22812-KMW　Document 8-1　Entered on FLSD Docket 08/24/2023　Page 8 of 10



FIG.8

Case No. 1:23-cv-22812-KMW

## Schedule A
## Exhibit 2

| Def. No. | Platform | Defendant Seller | Store URL |
|---|---|---|---|
| 1 | Amazon | HIKATAB | https://www.amazon.com/sp?ie=UTF8&seller=A24U9BEKG8YT1R |
| 2 | Amazon | shanghaihoukaicanyinguanliyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1IAM6DITJXCTQ |
| 3 | Amazon | Leingee | https://www.amazon.com/sp?ie=UTF8&seller=A5T57Z1W65LIL |
| 4 | Amazon | Mosiku | https://www.amazon.com/sp?ie=UTF8&seller=A1AH7A4GPYMZYB |
| 5 | Amazon | HOZOMT | https://www.amazon.com/sp?ie=UTF8&seller=A1Q9DB0XIOAPL |
| 6 | Amazon | HTLAKIKJ | https://www.amazon.com/sp?ie=UTF8&seller=A1ZK255WN6K1IT |
| 7 | Amazon | MONEER Direct | https://www.amazon.com/sp?ie=UTF8&seller=A35V9P91W0TI7V |
| 8 | Amazon | admuker | https://www.amazon.com/sp?ie=UTF8&seller=AVPX97K2LN83T |
| 9 | Amazon | GowizDream | https://www.amazon.com/sp?ie=UTF8&seller=A16WVG555CAPTB |
| 10 | Amazon | Esteem2020 | https://www.amazon.com/sp?ie=UTF8&seller=A3P8WJC7HE53K0 |
| 11 | Amazon | Anymay-us | https://www.amazon.com/sp?ie=UTF8&seller=A3O7I8TE4OWY0R |
| 12 | Amazon | Know White | https://www.amazon.com/sp?ie=UTF8&seller=A3HRVLM7EC860X |
| 13 | Amazon | Slaunt | https://www.amazon.com/sp?ie=UTF8&seller=A1PPC4BO4868WH |
| 14 | Amazon | MUHIQian | https://www.amazon.com/sp?ie=UTF8&seller=ADWC5AAYDNJX1d=1 |
| 15 | Amazon | LamicallDirect | https://www.amazon.com/sp?ie=UTF8&seller=A2D7ZWM1V15W1N |
| 16 | Amazon | SZTY US | https://www.amazon.com/sp?ie=UTF8&seller=A21G6JLI8B9I14 |
| 17 | Amazon | Ferry-us | https://www.amazon.com/sp?ie=UTF8&seller=A2ZQ8TVJJOHEZO |
| 18 | Amazon | XINGHUAFENG | https://www.amazon.com/sp?ie=UTF8&seller=A2HS9S3GEKH25N |
| 19 | Amazon | Hikig Online | https://www.amazon.com/sp?ie=UTF8&seller=A37LRWLLN3DYEO |
| 20 | Amazon | Top-Level | https://www.amazon.com/sp?ie=UTF8&seller=A3O3C92YDCE0NM |
| 21 | Aliexpress | HiMISS Global | https://www.aliexpress.com/store/1101959583 |
| 22 | Aliexpress | AUTOFLY | https://www.aliexpress.com/store/1101338136 |
| 23 | Aliexpress | MD-Auto Parts | https://www.aliexpress.com/store/1101708373 |
| 24 | Aliexpress | SUIYUAN | https://www.aliexpress.com/store/1101275001 |
| 25 | Aliexpress | isPretty | https://www.aliexpress.com/store/1101784289 |
| 26 | Aliexpress | Motorcycle&Car parts | https://www.aliexpress.com/store/1101886765 |
| 27 | Aliexpress | Elec Daily | https://www.aliexpress.com/store/1101713638 |
| 28 | Aliexpress | Cars Accessories Dropshipping | https://www.aliexpress.com/store/1102176360 |
| 29 | Aliexpress | New Energy Auto Must Buy | https://www.aliexpress.com/store/1102470211 |
| 30 | Aliexpress | Kamikaze Auto Parts | https://www.aliexpress.com/store/1101984302 |
| 31 | Aliexpress | Trusting car | https://www.aliexpress.com/store/1101404347 |
| 32 | Aliexpress | Shenzhen Drop Shipping | https://www.aliexpress.com/store/1101747183 |
| 33 | Aliexpress | Digitalcarr | https://www.aliexpress.com/store/1101495985 |
| 34 | Aliexpress | Oversea Phone | https://www.aliexpress.com/store/1101297218 |
| 35 | Aliexpress | Car Motor | https://www.aliexpress.com/store/1101266909 |
| 36 | Aliexpress | Goldandround | https://www.aliexpress.com/store/1101647711 |
| 37 | Aliexpress | Shop911599442 | https://www.aliexpress.com/store/1101657857 |
| 38 | Aliexpress | CarCenter | https://www.aliexpress.com/store/1101403479 |
| 39 | Aliexpress | DATA FROG Global | https://www.aliexpress.com/store/1100844530 |
| 40 | Aliexpress | HKYC Universal Car | https://www.aliexpress.com/store/1102195642 |
| 41 | Aliexpress | Goodluck3C | https://www.aliexpress.com/store/1101314056 |
| 42 | Aliexpress | Room Boundary | https://www.aliexpress.com/store/1101299318 |
| 43 | Aliexpress | Sin30` | https://www.aliexpress.com/store/1101235521 |
| 44 | Aliexpress | HiMISS Factory | https://www.aliexpress.com/store/1102140594 |
| 45 | Aliexpress | Future intelligence | https://www.aliexpress.com/store/1101768431 |
| 46 | Aliexpress | HiMISS Auto Parts | https://www.aliexpress.com/store/1102136594 |
| 47 | Aliexpress | The Little World | https://www.aliexpress.com/store/1101772208 |
| 48 | Aliexpress | DATA FROG | https://www.aliexpress.com/store/1101232009 |
| 49 | Aliexpress | DATA FROG Factory | https://www.aliexpress.com/store/1101274497 |
| 50 | Aliexpress | Rocomoco | https://www.aliexpress.com/store/1101280422 |
| 51 | Aliexpress | MAGICElectro | https://www.aliexpress.com/store/1101749132 |
| 52 | Aliexpress | Motorcycle Car Parts | https://www.aliexpress.com/store/1101580696 |
| 53 | Walmart | Jisieike | https://www.walmart.com/seller/101294040 |
| 54 | Walmart | YUEWAY | https://www.walmart.com/seller/101196391 |
| 55 | Temu | heurion | https://www.temu.com/heurion-m-48886351248.html?goods_id=601099512278611 |
| 56 | Temu | Double Top | https://www.temu.com/double-top-m-2468569207519.html?goods_id=601099518003932 |
| 57 | Temu | V Play | https://www.temu.com/v-play-m-5313615616509.html?goods_id=601099518252269 |
| 58 | shein | CHEGESAUTOSUPPLIES AUTOMOTIVE | https://us.shein.com/store/home?store_code=3287461029 |
| 59 | shein | AIYUNG AUTOMOTIVE | https://us.shein.com/store/home?store_code=5484610892 |
| 60 | shein | ASDETTU | https://us.shein.com/store/home?store_code=1888072114 |
| 61 | shein | GALAXYTHENIGHTSKY | https://us.shein.com/store/home?store_code=1941519296 |
| 62 | shein | MI-GIRL | https://us.shein.com/store/home?store_code=5703323030 |
| 63 | shein | CINGOGO | https://us.shein.com/store/home?store_code=2826046679 |

1