SEALED

# SCHEDULE B

amazon prime | Deliver to Jhon Miami 33133 | All | B09WZXMQ8G | EN | Hello, Felipe Account & Lists | Returns & Orders | 0
All | Medical Care & Pharmacy | Back to School | Off to College | Amazon Basics | Music | Prime Video | Buy Again | School lunch essentials, delivered
Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics
Pickup is convenient and secure Find locations near you ›

‹ Back to results

Roll over image to zoom in

# HIKATAB Tablet Holder for Car with Buckle in Back Seat for Kids, Upgrade Stretchable, Anti-Slip Silicone Mount Holder for iPad Pro/Kindle Fire & All 9~14 Inch Tablet. Quick & Easy to Install.

Brand: HIKATAB
4.4 243 ratings
| 8 answered questions

$6.99
prime
FREE Returns

Thank you for being a Prime Member. Pay ~~$6.99~~ **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the **Amazon Business Prime Card** with an eligible Prime membership. Terms apply.

Size: **Upgrade (L: 9-14")**

Regular-1 Pack (7-10.9") $8.99 prime

Regular-2 Pack (7-10.9") $16.99 prime

Type A $11.99 prime

**Upgrade (L: 9-14")** **$6.99** prime

Color: **Black**

| | |
|---|---|
| **Brand** | HIKATAB |
| **Color** | Black |
| **Compatible Devices** | Tablets |
| **Compatible Phone Models** | IPad Air/Mini,Fire HD,Nintendo Switch,Tablets,Game console |
| **Mounting Type** | Headrest |

$6.99
prime
FREE Returns

FREE delivery **Tuesday, August 8.** Order within 14 hrs 37 mins

Deliver to Jhon - Miami 33133

**Only 9 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | HIKATAB |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Add to Registry & Gifting

Have one to sell? Sell on Amazon

**DETUOSI Tablet Case / Screen Protector Accessories**
2,920
$18.99 prime

Sponsored





amazon prime | Deliver to Jhon Miami 33133 | Home & Kitchen B0B7HPP15Q | EN | Hello, Felipe Account & Lists | Returns & Orders | 0

All | Medical Care & Pharmacy | Back to School | Off to College | Amazon Basics | Music | Prime Video | Buy Again | Coupon Party now live

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Pickup is convenient and secure Find locations near you ›

‹ Back to results

VIDEO

Roll over image to zoom in

# HIKATAB 2 Pack Tablet Holder for Car, Car Headrest Mount Holder, Tablet Holder for Kids in Back Seats with Anti-Slip Strap and Holding Net,Angle-Adjustable/Fits All 7~10.9 Inch Tablets.

Brand: HIKATAB
4.4 243 ratings
| 8 answered questions

$16.99

prime One-Day
FREE Returns

Coupon: Apply 10% coupon
Shop items › | Terms

Thank you for being a Prime Member. Pay ~~$16.99~~ $0.00 for this order. Get a **$125 Amazon Gift Card** upon approval for the **Amazon Business Prime Card** with an eligible Prime membership. Terms apply.

Size: **Regular-2 Pack (7-10.9")**

Regular-1 Pack (7-10.9")
$8.99
prime

Regular-2 Pack (7-10.9")
$16.99
prime

Type A
$11.99
prime

Upgrade (L: 9-14")
$6.99
prime

Color: **Black**

| | |
|---|---|
| **Brand** | HIKATAB |
| **Color** | Black |
| **Compatible Devices** | IPad Air,iPad Mini 2,iPad Mini 3,iPad Mini 4,Kindle,Nintendo |

See more

Delivery | Pickup

$16.99
prime One-Day
FREE Returns

FREE delivery **Tomorrow, August 5**. Order within 5 hrs 20 mins

Deliver to Jhon - Miami 33133

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | HIKATAB |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Add to Registry & Gifting

Have one to sell? Sell on Amazon

WONNIE 2 Pack Car Headrest Hold...
514
$16.99 prime
with coupon

Sponsored

# HIKATAB

Visit the HIKATAB storefront

★★★★★  **92% positive** lifetime (13 total ratings)

 **A-to-z Guarantee** ⊕

## About Seller

HIKATAB is committed to providing each customer with the highest standard of customer service.

**Have a question for HIKATAB?**

Ask a question

## Detailed Seller Information

**Business Name:** GuangzhoushitengzhikejiyouxiangongSi
**Business Address:**
青云阁2408
广州市
番禺区
广东省
511400
CN

## Feedback

★★★★★  4.8 out of  5
13 ratings

| | |
|---|---|
| 5 star ████████ | 85% |
| 4 star █ | 8% |
| 3 star █ | 8% |
| 2 star | 0% |
| 1 star | 0% |

ˇ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars  ˇ

13 total feedbacks in Lifetime

★☆☆☆☆  "~~I NEVER RECEIVED THIS ITEM AND I HAVE BEEN TRYING TO REACH SOMEONE ABOUT THE ORDER~~"

By Ruthie on August 3, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Like the item but it did take awhile to get it "

By Mary Renaud on July 28, 2023.

★★★☆☆  "To flimsy"

By MattO on July 20, 2023.

★★★★★  "It fits perfectly in my car. "

By Debbra on July 14, 2023.

★★★★★  "Pretty durable so far! My purse is pretty heavy so I worried about it not holding it but it sure does! Makes it nice! Will be getting another one for the other... "
Read more

By Carla Chila on June 29, 2023.

Previous Next

4

8/4/23, 4:10 PM                                                Amazon.com Checkout

# amazon                        Checkout (3 items)                       

---

**1**  **Shipping**          Jhon Doe                                    Change
       **address**           3503 DAY AVE
                             MIAMI, FL 33133-4904
                             Add delivery instructions

                             🔴 Or pick up near this address – See nearby pickup locations

---

**2**  **Payment**          **VISA** Visa ending in 2468                 Change
       **method**           Billing address: Felipe Rubio – Rubio & Assoc.,...

                             ∧ Add a gift card or promotion code or voucher

                             | Enter code |      Apply

---

**3**  **Review items and shipping**

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

> ℹ **Before you place your order:**
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

┌─────────────────────────────────────────────────────────────────────┐
│ Choose FREE Amazon Day delivery for fewer boxes and a **$2.25 digital credit.** │
└─────────────────────────────────────────────────────────────────────┘

**Delivery: Aug. 5, 2023** If you order in the next 5 hours and 19 minutes (Details)
Items shipped from Amazon.com

   **HIKATAB 2 Pack Tablet**          **Choose your Prime delivery option:**
                       **Holder for Car, Car Headrest**   ⦿ **Tomorrow, Aug. 5**
                       **Mount Holder, Tablet**              FREE One-Day Delivery
                       **Holder for Kids in Back**        ○ **Monday, Aug. 7**
                       **Seats with Anti-Slip Strap**        FREE Amazon Day Delivery
                       **and Holding Net,Angle-**            **Fewer boxes, fewer trips.**
                       **Adjustable/Fits All 7~10.9**        Change delivery day
                       **Inch Tablets.**                     Get a $2.25 reward for select digital
                       **$16.99** ✓prime                     items. One reward per purchase. Details
                       & FREE Returns ⌄
                       Qty: 1 ⌄                           **Or choose your pickup location:**
                       Sold by: HIKATAB                   🔴 **Pickup available nearby**
                       🎁 Add gift options                    Choose a location

┌─────────────────────────────────────────────────────────────────────┐
│ Choose FREE Amazon Day delivery for fewer boxes and a **$2.25 digital credit.** │
└─────────────────────────────────────────────────────────────────────┘

**Delivery: Aug. 8, 2023** If you order in the next 14 hours and 34 minutes (Details)
Items shipped from Amazon.com

   **HIKATAB Tablet Holder for**      **Choose your Prime delivery option:**
                       **Car with Buckle in Back**        ⦿ **Tuesday, Aug. 8**
                       **Seat for Kids, Upgrade**            FREE Standard Shipping
                       **Stretchable, Anti-Slip**
                       **Silicone Mount Holder for**

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items (3): | $32.97 |
| Shipping & handling: | $0.00 |
| Total before tax: | $32.97 |
| Estimated tax to be collected: | $2.31 |

**Order total:**          **$35.28**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

---

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **2**

## Store Name:

**shanghaihoukaicanyinguanliyouxiangongsi**

## Platform:

**Amazon**

amazon prime | Deliver to Felipe Miami 33156 | All B09K7FFFRJ | EN | Hello, Felipe Account & Lists | Returns & Orders | 0

All Clinic Amazon Basics Prime Video One Medical Buy Again Same-Day Delivery Groceries Back to school essentials, delivered today

Computers Laptops Desktops Monitors Tablets Computer Accessories PC Components PC Gaming Deals

FANGOR Car Tablet Holder Mount with Neck Pillow for Travel Companion, Headrest Tablet Stand for Car Back Seat Kids, Anti-Slip Strap and Holding Net,Angle-Adjustable/Fits All 7" to 10.5" Tablets 6,092 $11[99] prime

Sponsored

‹ Back to results

VIDEOS

Roll over image to zoom in

# plump tiger [2 Pack] Car Headrest Mount Holder for Tablet, Car Back Seat Tablet Mount Holder Suitable for All 6.5-10.9" Tablets, Tablet Stand for Kids with Anti-Slip Strap & Silicone Holding Net

Brand: plump tiger

4.6 87 ratings

$18[99]

prime One-Day

FREE Returns

**Get a $100 Gift Card:** Pay $0.00 ~~$18.99~~ upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Brand** | Plump tiger |
| **Color** | Black |
| **Compatible Devices** | 6.5-10.9" Tablets |
| **Compatible Phone Models** | Ipad |
| **Mounting Type** | Headrest |

## About this item

- [Perfect for Car Journey]: Our car tablet holder is the best partner to pass the boring time of long distance car travel, children and passenger in the back seats can enjoy their favorite videos, movies, music and have a good trip!
- [Compatible For Multi Devices]: Plump tiger car tablet headrest mount compatible with 6.5IN -10.9 IN screen sizes and a thickness less than 0.7 IN tablets or other devices. Such as kids tablet, Nintendo Switch or Fire iPad and Kindle ect.
- [Safe & Stable Design]: This tablet holder design flexible and adjustable silicone holder, it can securely hold your devices, avoicd tablet falling on a swaying car on the road. And rubber strip mount net will not scratch your tablets.
- [Easy Installation & Detachable]: The powerful Velcro design can be installed with bare hands, and the disassembly is also very simple. Just tear off the Velcro to remove it,

Delivery | Pickup

$18[99]

prime One-Day

FREE Returns

FREE delivery **Tomorrow, August 3**

Or FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within 5 hrs 30 mins

Deliver to Felipe - Miami 33156

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | shanghaihoukaicanyingu‹ |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Add to Registry & Gifting

New (2) from $18[99] prime FREE One-Day

**Other Sellers on Amazon**

$18.99 Add to Cart

prime FREE One-Day

Sold by: Leingee

Have one to sell? Sell on Amazon



# shanghaihoukaicanyinguanliyouxiangongsi

Visit the shanghaihoukaicanyinguanliyouxiangongsi storefront

★★★★☆  **80% positive** lifetime (5 total ratings)



plump tiger [2 Pack] Car Headres...
USD **18**99

[ Add to Cart ]

## About Seller

shanghaihoukaicanyinguanliyouxiangongsi is committed to providing each customer with the highest standard of customer service.

**Have a question for shanghaihoukaicanyinguanliyouxiangongsi?**

Ask a question

## Feedback



★★★★☆  4.2 out of 5
5 ratings

Lifetime ▼

| | |
|---|---|
| 5 star | 80% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 20% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

All stars ˅

5 total feedbacks in Lifetime

★★★★★  ＂They work quite well and very reasonable＂
By Ronald J Zygmund on July 20, 2023.

★★★★★  ＂Good product, durable construction, easy to use.＂
By Shravan Sarvepalli on July 17, 2023.

★☆☆☆☆  ＂This product does not charge wirelessly. Is it defective? Or is the description wrong?＂
By EJ Whitman on July 9, 2023.

★☆☆☆☆  ＂~~Did not work~~＂
By Paddy on July 3, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆  ＂~~Never received it~~＂
By Quetta Mae on June 9, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shanghaihoukaicanyinguanliyouxiangongsi

8

8/2/23, 1:23 PM                                    Amazon.com Seller Profile: shanghaihoukaicanyinguanliyouxiangongsi

**Business Address:**
4229号4层
JT1523室

## Explore more from across the store

宝安公路
上海市
201814
CN

**Shippin**

**Other Policies**

**Help**

**Products**

See all products recently offered by the seller



Nespresso-etto Automatic
Espresso Machine + Milk
Frother | Built-In &
Adjustable Espresso
Bean Grinder | One-...
⭐⭐⭐⭐⭐ 161
$319.99
Get it Aug 8 - 9
FREE Shipping
Only 20 left in stock - orde...



Ball Aluminum Cup
Recyclable Party Cups,
20 oz. Cup, 30 Cups Per
Pack
⭐⭐⭐⭐⭐ 11,517
Amazon's Choice in
Disposable Cups
$25.99 ($0.87/Count)
FREE Overnight by 8:00
AM



MuYuDaDi Portable
metal storage container
with telescopic spoon (4
pack) (Black)
⭐⭐⭐⭐ 28
$14.99 ($3.75/count)
prime FREE One-Day





Level Key Card Minis (4-
Pack), NFC enabled,
Works with Level Lock+
and Level Lock - Touch...
⭐⭐⭐⭐ 123
Amazon's Choice in
Levels
$19.46
prime FREE One-Day



YETI Daytrip Pac
Lunch Bag, Alpin
⭐⭐⭐⭐ 88
$80.00
prime FREE One-

## Explore more items

Leave seller feedback     Tell us what you think about this page



Garmin Approach CT10
Starter Kit, Automatic
Club Tracking System, 3
Sensors
⭐⭐⭐⭐ 693
Amazon's Choice in Golf
Course GPS Units
$74.90
prime FREE Delivery

Spigen Tempered Glass
Screen Protector [GlasTR
EZ FIT] Designed for
2023/2022/2021 Tesla
Refreshed Model S/X...
⭐⭐⭐⭐ 137
prime FREE One-Day
♻ Climate Pledge Friendly ⌄
$49.99



TP-Link Deco AX7800
Tri-Band Mesh WiFi 6
System (Deco X95) -
Whole Home Coverage...
⭐⭐⭐⭐ 774
Amazon's Choice in
Whole Home & Mesh Wi-Fi
Systems
$349.99
prime FREE One-Day



Basenor Tesla Model Y
Model 3 Model S Model
X LR/Plaid Tablet Holder,
Headrest Tablet Mount
Headrest Stand Cradle...
⭐⭐⭐⭐ 350
$18.99
prime FREE One-Day



Jgstkcity Pop Up
with 15W Wirele
Charger,4 Outlet
Splash Resistant
Desk Hole Powe
⭐⭐⭐⭐ 140
$74.99
prime FREE One-

## Your Browsing History View or edit your browsing history








Back to top

**Get to Know Us**          **Make Money with Us**          **Amazon Payment Products**          **Let Us Help You**

8/2/23, 1:28 PM                                        Amazon.com Checkout



# amazon

## Checkout (1 item)



| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

📍 Or pick up near this address - See nearby pickup locations

| **2** | **Payment method** | **Amazon PayCode**<br>Pay within 48 hours<br>Order ships after you pay | Change |
|---|---|---|---|

∧ Add a gift card or promotion code or voucher

 | Enter code | Apply |

## 3  Review items and shipping

⚠ Payment required within 48 hours or your order will be canceled

### ℹ Before you place your order:

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

### ⚠ Delivery option updated

Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Estimated delivery: Aug. 4, 2023 - Aug. 5, 2023** Depends on when you pay.
Items shipped from Amazon.com

 **plump tiger [2 Pack] Car Headrest Mount Holder for Tablet, Car Back Seat Tablet Mount Holder Suitable for All 6.5-10.9" Tablets, Tablet Stand for Kids with Anti-Slip Strap & Silicone Holding Net**
**$18.99** ✓prime
& FREE Returns ∨
Qty: 1 ∨
Sold by:
shanghaihoukaicanyinguanliyouxiangongsi
🎁 Add gift options

**Choose your Prime delivery option:**
⦿ **Friday, Aug. 4 - Saturday, Aug. 5**
  FREE Prime Delivery

**Or choose your pickup location:**
📍 Pickup available nearby
  Choose a location

---

**Place your order**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $18.99 |
| Estimated tax to be collected: | $1.33 |

| **Order total:** | **$20.32** |
|---|---|

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

---

**Place your order**

**Order total: $20.32**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1                    1/2

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **3**

## Store Name:

# **Leingee**

## Platform:

# **Amazon**

amazon prime | Deliver to Felipe Miami 33156 | Electronics | Search Amazon

All | Clinic | Amazon Basics | Prime Video | One Medical | Buy Again

Computers | Laptops | Desktops | Monitors | Ta

FANGOR 2 Pack Tablet Holder

Electronics › Computers & Accessories › Tablet Accessories › Stands

VIDEOS

Roll over image to zoom in

New
$18^99

prime One-Day
FREE delivery **Tomorrow, August 3**

Add to Cart

See more

**plump tiger [2 Pack] Car Headrest Mount Holder for Table...**
87 ratings

New
$18^99
prime One-Day
FREE delivery **Tomorrow, August 3**

Add to Cart

See more

**1 other option**

**New**
$18^99

prime One-Day
FREE delivery **Tomorrow, August 3.**
Order within 7 hrs 45 mins

Add to Cart

Ships from Amazon.com
Sold by Leingee
(31 ratings)
94% positive over last 12 months

**Didn't find what you were looking for?** Page 1 of 3

Consider these alternative items

afontoto Car Headrest Mount Sili...
1,765
$9^99 prime
Add to Cart

WONNIE 4 Pack Car Headrest Mount Hol...
2,835
$24^99 prime
Add to Cart

WONNIE Car Headrest Mount Hol...
507
$9^89 prime
Add to Cart



# Leingee

Visit the Leingee storefront

★★★★☆  **94% positive** in the last 12 months (31 ratings)



**plump tiger [2 Pack] Car Headres...**

USD **18**⁹⁹

[ Add to Cart ]

## About Seller

Leingee is committed to providing each customer with the highest standard of customer service.

**Have a question for Leingee?**

[ Ask a question ]

## Feedback

★★★★★ **4.7 out of 5**
31 ratings

[ 12 months ∨ ]



5 star ▓▓▓▓▓▓▓▓▓▓  84%
4 star ▓▓  10%
3 star ▓  3%
2 star ▓  3%
1 star   0%

∨ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars  ∨ ]

31 total feedbacks in 12 months

★★★☆☆  " ~~Missing a purple handle~~ "

By gretchen guenther on July 30, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆  " ~~I tried reaching out to this seller for a new case because the AirPod Pro compatible case I purchased stopped working after a week and I never heard back from t...~~ "
Read more

By Gabe on July 21, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★☆☆☆  " ~~There was nothing in the pak but the meter. Powder to calibrate was not in there. Disappointed~~ "

By Nancy R Wood on July 10, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆  " ~~I've only had this a few months and it no longer holds a charge! This is ridiculous~~ "

By Celia C. on July 9, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆  " ~~Ithe pictures showed that it slide open and it did not~~ "

By Harriette Jones on July 4, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this

fulfillment experience.

## Explore more from across the store

Previous Next   Page 1 of 3



**Return &**

Please refe

**Detailed Seller Information**

**Business Name:** Shenzhenshiguangtaixinmaoyiyouxiangongsi

**Business Address:**
福田街道
福田社区金田路3037号金中环国际商务大厦
深圳市
广东
518038   prime FREE Delivery
CN

Impress Espresso Machine with Grinder, ES881BSS - Brushed Stainless Steel, Large
★★★★☆ 24
$1,499.95

Zulay Magia Super Automatic Coffee Espresso Machine - Durable Automatic Espresso Machine With...
★★★★☆ 118
$829.99
prime FREE Delivery

SHAKESPHERE Tumbler STEEL: Protein Shaker Bottle Keeps Hot Drinks HOT & Cold Drinks COLD, 24 oz. No...
★★★★☆ 857
$60.00
prime FREE Delivery

Cafe Couture Oven with Air Fry, 14 Cooking modes in 1 including Crisp Finish, Wifi, Matt...
★★★★☆ 75
Amazon's Choice in Air Fryers
$449.00
prime FREE One-Day

Soda Sense Thr 60L CO2 Cylind Amazon Gift Ca 2 Canister Refil Compatible...
★★★★☆ 3,5
$114.00
Get it Aug 7 - 8
FREE Shipping

**Shipping Policies**

## Explore more from across the store

**Other P**

**Help**

**Product**

See all products currently offered by the seller

Leaves seller feedback



Island Hopper Patio Swimming Water Platform Dock
★★★★☆ 42
$1,399.99
prime FREE Delivery

Driftsun Inflatable Dock Platform - Mesa Dock Floats, Floating Docks for Lakes & Boats, Inflatable...
★★★★☆ 108
$499.99
prime FREE One-Day

SOLSTICE SWIMLINE Electric Pumps Quick Inflation For...
★★★★☆ 243
Save 21%
$125.00
Typical: $158.00
Lowest price in 30 days
prime FREE One-Day

MAGMA Products, T10-485 Side Station, Tournament Series Fish Cleaning Station
★★★★☆ 39
$29.04
prime FREE Delivery

WINDEK SUBLUI Navbow Smart Underwater Sco Action Camera N OLED Display 4C
★★★★☆ 33
$949.99
prime FREE Deliv

## Your Browsing History   View or edit your browsing history



Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell more with Amazon

**Amazon Payment Products**

Amazon Visa

**Let Us Help You**

8/2/23, 1:32 PM                                    Amazon.com Checkout

# amazon                        Checkout (1 item)                    

**1  Shipping address**

Jhon Doe                                                    Change
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

 Or pick up near this address - See nearby pickup locations

**2  Payment method**

Amazon PayCode                                              Change
Pay within 48 hours
Order ships after you pay

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

**3  Review items and shipping**

⚠ Payment required within 48 hours or your order will be canceled

ℹ **Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

⚠ **Delivery option updated**

Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Estimated delivery: Aug. 4, 2023 - Aug. 5, 2023** Depends on when you pay.
Items shipped from Amazon.com



plump tiger [2 Pack] Car Headrest Mount Holder for Tablet, Car Back Seat Tablet Mount Holder Suitable for All 6.5-10.9" Tablets, Tablet Stand for Kids with Anti-Slip Strap & Silicone Holding Net
**$18.99** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Leingee
🎁 Add gift options

Choose your Prime delivery option:
◉ **Friday, Aug. 4 - Saturday, Aug. 5**
  FREE Prime Delivery

Or choose your pickup location:
🅰 Pickup available nearby
  Choose a location

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $18.99 |
| Estimated tax to be collected: | $1.33 |

**Order total:**                    **$20.32**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

**Place your order**   **Order total: $20.32**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

15

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **4**

## Store Name:

## **Mosiku**

## Platform:

## **Amazon**

Case 1:23-cv-22812-KMW Document 10-2 Entered on FLSD Docket 08/24/2023 Page 17 of 385

8/4/23, 4:15 PM       Amazon.com: Car Headrest Tablet Holder, Tablet Holder for Car Back Seat with 360° Rotation, Compatible with 7-10.5 inches Table...

**amazon** prime | Deliver to Jhon ⊙ Miami 33133 | All ▾ B092DWCT8K | 🔍 | ▪️EN ▾ | Hello, Felipe Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All   Medical Care & Pharmacy ▾   Back to School   Off to College   Amazon Basics   Music   Prime Video   Buy Again          **Shop Black Business Month**

Cell Phones & Accessories   Cell Phones   Alexa Built-in Phones   Accessories   Cases   Wearable Technology   Best Sellers   Deals   Trade-In   All Electronics

⌒ **Pickup is convenient and secure**   Find locations near you ▸

‹ Back to results



Car Headrest Tablet ...Holder ...at with

...7-...let, Switch

★★★★☆ ▾   ratings

FREE Returns ▾

Coupon:   ...on applied
Shop items ›

Thank you for being a Prime Member. Pay ~~$9.99~~ **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the **Amazon Business Prime Card** with an eligible Prime membership. Terms apply.

Roll over image to zoom in

$9⁹⁹

**prime**
FREE Returns ▾

FREE delivery **Tuesday, August 8**. Order within **1 hr 29 mins**

⊙ Deliver to Jhon - Miami 33133

**In Stock**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Payment    Secure transaction
Ships from  Amazon
Sold by     Mosiku
Returns     Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

[ Add to List           ▾ ]

Add to Baby Registry

Add to Registry & Gifting ▾

Have one to sell? Sell on Amazon



**WONNIE Car Headrest Mount Hold...**
★★★★☆ 514
$10⁹⁹ ✓prime
with coupon

Sponsored ⓘ

Compatible Tablets Devices

**Mounting Type**    Headrest

**Special Feature**    Rotatable, Adjustable

**Material**    Silicone

**About this item**

- 【Wide Compatibility】🖥 Universally compatible with kids tablet/iPad/Nintendo Switch/Amazon Kindle Fire HD between 7 inch and 10.5inch. This car headrest mount perfect for mounting iPad Pro 9.7"/iPad Air, iPad Mini/N-Switch & All 7-10.5" Tablet.

- 【Safe & Stable Protection】🖥 The car headrest tablet holder designed with flexible and soft mesh silicone to protect your device from vibration and scratches, not easy to loose and fall. Enjoy your video or movie during the driving trips and no worry at all.

- 【Adjustable & Versatile】🖥 The car tablet mount holder uses two-

8/4/23, 4:11 PM · Amazon.com Seller Profile: Mosiku



# Mosiku

Visit the Mosiku storefront

★★★★☆   100% positive lifetime (10 total ratings)

🏅 A-to-z Guarantee ⓘ

Subtotal
**$32.97**

✓prime

✓prime
Only 9 left in
stock - order
soon.

✓prime

## About Seller

Mosiku is committed to providing each customer with the highest standard of customer service.

**Have a question for Mosiku?**

Ask a question

## Detailed Seller Information

**Business Name:** shenzhenshimosikuguojihuoyundailiyouxiangongsi
**Business Address:**
102, No.15, Lane 12, Xinhe Community, Fuhai Street, Baoan Di
shenzhen
guangdong
518103
CN

## Feedback



★★★★★ 4.9 out of 5
10 ratings

Lifetime ⌄

| | |
|---|---|
| 5 star | 90% |
| 4 star | 10% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

⌄ Learn more about how seller feedback works on
Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

10 total feedbacks in Lifetime

★★★★★   "Super cute!! Used for my daughter second
dinosaur birthday party! "

By C. Ainsworth on August 1, 2023.

★★★★☆   "El producto es tal cual las imágenes "

By Jorge Alberto Pataquiva Amaris on May 21, 2023.

★☆☆☆☆   ~~"I never got my money back "~~

By Lala on October 8, 2022.

**Message from Amazon:** This item was fulfilled
by Amazon, and we take responsibility for this
fulfillment experience.

★★★★★   "super car tablet holder. great product! "

By E. Ceron on July 13, 2022.

★☆☆☆☆   ~~"this ipad holder is way to small for an ipad
10.5 inch, I would appreciate a refund or
exchange for larger holder "~~

By Michael on May 23, 2022.

**Message from Amazon:** This item was fulfilled
by Amazon, and we take responsibility for this
fulfillment experience.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller

18

8/4/23, 4:16 PM                                          Amazon.com Checkout

# amazon                    Checkout (2 items)                    

**1  Shipping address**

Jhon Doe                                                    Change
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

ⓐ  Or pick up near this address - See nearby pickup locations

---

**2  Payment method**

**VISA**  Visa ending in 2468                              Change

Billing address: Felipe Rubio - Rubio & Assoc.,...

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

---

**3  Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> ⓘ **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> ⚠ **Delivery option updated**
>
> Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

### Delivery: Aug. 12, 2023
Items shipped from Amazon.com



**Car Headrest Tablet Mount Holder Tablet Holder for Car Kids Back Seat Compatible with All 9-14 Inches Tablets**
**$16.99** Prime FREE Delivery
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Mosiku
🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**
◉ **Saturday, Aug. 12**
   FREE Prime Delivery

**Or choose your pickup location:**
ⓐ **Pickup available nearby**
   Choose a location

---

> Choose FREE Amazon Day delivery for fewer boxes and a **$1.50 digital credit.**

### Delivery: Aug. 8, 2023
Items shipped from Amazon.com

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items (2): | $26.98 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $24.98 |
| Estimated tax to be collected: | $1.75 |

**Order total:**          **$26.73**

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **5**

## Store Name:

## **HOZOMT**

## Platform:

## **Amazon**

8/4/23, 4:17 PM        Amazon.com: Car ipad Holder for Car Backseat,Headrest Tablet Holder for Car Headrest,iPad Car Holder Back Seat for Kids,Car T...

‹ All    Medical Care & Pharmacy ⌄    Back to School    Off to College    Amazon Basics    Music    Prime Video    Buy Again        School lunch essentials, delivered

Cell Phones & Accessories    Cell Phones    Alexa Built-in Phones    Accessories    Cases    Wearable Technology    Best Sellers    Deals    Trade-In    All Electronics

Pickup is convenient and secure        Find locations near you ›

‹ Back to results



Roll over image to zoom in

**Car ipad Holder for Car Backseat,Headrest Tablet Holder for Car Headrest,iPad Car Holder Back Seat for Kids,Car Tablet Holder Back Seat for Kids Kindle Fire,Tablet Car Mount Fits 7~11" Screens Device**

Brand: HOZOMT

4.6 ★★★★⯪ ⌄    397 ratings

| 7 answered questions

$10$^69

prime Two-Day

FREE Returns ⌄

Coupon: ☐ Apply 10% coupon

Shop items › | Terms

Get a $60 Amazon Gift Card instantly upon approval for the Prime Store Card. No annual fee.

May be available at a lower price from other sellers, potentially without free Prime shipping.

**Size: 1 Pack**                            ⌃

| 1 Pack | 2 Pack |
|--------|--------|
| $10.69 | $19.99 |
| prime  | prime  |

| Big-size |
|----------|
| $16.99   |
| prime    |

| Brand | HOZOMT |
|-------|--------|
| Color | Black |
| Compatible Devices | iPad Air/Mini,Fire HD,Nintendo Switch,Tablets,Game console |
| Compatible Phone Models | Kindle,Nintendo Switch,Fire HD Tablet,Samsung... See more ⌄ |
| Mounting Type | Headrest,Seat Headrest,Seat Back,Back Seat |

**Buy new:**                              ⦿

$10$^69

prime Two-Day

FREE Returns ⌄

FREE delivery **Sunday, August 6**. Order within 13 hrs 42 mins

⦿ Deliver to Jhon - Miami 33133

**In Stock**

Qty: 1 ⌄

Add to Cart

Buy Now

| Payment | Secure transaction |
|---------|--------------------|
| Ships from | Amazon |
| Sold by | HOZOMT |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Save with Used - Like New** ◯

$8$^47

prime Two-Day

FREE delivery: **Sunday, Aug 6**

Ships from: Amazon

Sold by: Amazon Warehouse

| Add to List | ⌄ |

Add to Baby Registry

| Add to Registry & Gifting | ⌄ |

New & Used (2) from    ›
$8$^47 prime

Have one to sell? Sell on Amazon

21

8/4/23, 4:17 PM                                     Amazon.com Seller Profile: HOZOMT

# HOZOMT

Visit the HOZOMT storefront

⭐⭐⭐⭐☆ | **94% positive** lifetime (16 total ratings)

🎖 A-to-z Guarantee ●

## About Seller

HOZOMT is committed to providing each customer with the highest standard of customer service.

**Have a question for HOZOMT?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** Guangdong Province Haozheng Technology Co.LTD
**Business Address:**
钟落潭镇五龙岗村华龙街26号
白云区
广州市
广东省
510550
CN

## Feedback

⭐⭐⭐⭐☆ 4.7 out of 5
16 ratings

| | |
|---|---|
| 5 star | 88% |
| 4 star | 6% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 6% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ˅ ]

16 total feedbacks in Lifetime

⭐☆☆☆☆  "This thing is junk! It doesn't have instructions or snap together?? A simple waste of money!"
By Carl hill on December 21, 2022.

⭐⭐⭐⭐⭐  "No complaints"
By gina manley on December 12, 2022.

⭐⭐⭐⭐⭐  "Early christmas shopping"
By Kenny on August 22, 2022.

⭐⭐⭐⭐⭐  "Packaged very well. Shipping was fast"
By Jade on July 8, 2022.

⭐⭐⭐⭐⭐  "Ok"
By sandra Colon on July 5, 2022.

Previous **Next**

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

22

8/4/23, 4:20 PM                                                              amazon.com Checkout

 **amazon** | Checkout (**3 items**) | 🔒

---

**1  Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

ⓐ Or pick up near this address – See nearby pickup locations

Change

---

**2  Payment method**

**VISA**  Visa ending in 2468

Billing address: Felipe Rubio – Rubio & Assoc.,…

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

Change

---

**3  Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> ⓘ **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> Choose FREE Amazon Day delivery for fewer boxes and a **$2.25 digital credit**.

**Delivery: Aug. 6, 2023** If you order in the next 13 hours and 39 minutes (Details)
Items shipped from Amazon.com

 Car ipad Holder for Car Backseat,Headrest Tablet Holder for Car Headrest,iPad Car Holder Back Seat for Kids,Car Tablet Holder Back Seat for Kids Kindle Fire,Tablet Car Mount Fits 7~11" Screens Device
**$10.69** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: HOZOMT
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Aug. 6**
FREE Standard Shipping
○ **Monday, Aug. 7**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day
Get a $2.25 reward for select digital items. One reward per purchase. Details

**Or choose your pickup location:**
ⓐ **Pickup available nearby**
Choose a location

> Choose FREE Amazon Day delivery for fewer boxes and a **$2.25 digital credit**.

**Delivery: Aug. 7, 2023**
Items shipped from Amazon.com

 iPad Car Holder Back Seat for Kids,Car ipad Holder for Car Backseat,Headrest Tablet Holder for Car Headrest,Car Tablet Holder

**Choose your Prime delivery option:**
○ **Sunday, Aug. 6 and Monday, Aug. 7**
FREE Prime Delivery

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (3): | $47.67 |
| Shipping & handling: | $0.00 |
| Total before tax: | $47.67 |
| Estimated tax to be collected: | $3.34 |
| **Order total:** | **$51.01** |

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

---

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **6**

## Store Name:

## **HTLAKIKJ**

## Platform:

## **Amazon**

amazon prime | Deliver to Jhon Miami 33133 | All | B0B11PC6D9 | EN | Hello, Felipe Account & Lists | Returns & Orders | 0

All | Medical Care & Pharmacy | Back to School | Off to College | Amazon Basics | Music | Prime Video | Buy Again | Most-loved school picks under $20

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Pickup is convenient and secure Find locations near you ›

‹ Back to results

VIDEO

Roll over image to zoom in

HTLAKIKJ 2 Pack Car ... Tablet ...it 3.5- ...Other ...st ...ble ...d/Fire ...for ...ck)

...ratings

$22 ...o-Day

FREE Returns

$227.75

...u would ...ast year. ...ave up to

Get a **$125 Amazon.com Gift Card** upon approval for the Amazon Business Prime American Express Card. Terms apply.

Color: Black 2 Pack

$22.99 prime | $11.99 prime

| | |
|---|---|
| **Brand** | HTLAKIKJ |
| **Color** | Black 2 Pack |
| **Compatible Devices** | Tablets |
| **Compatible Phone Models** | Cell Phones, Tablets, and all 3.5 -12.9 inch devices, Samsung, IPhone |
| **Mounting Type** | Headrest |

**About this item**

- [Universal Fit]- HTLAKIKJ car headrest both cell phone and tablet mount holder is compatible with all 3.5 -12.9 inch devices, iPad / iPad Pro Air Mini, Fire HD, cell phones, tablets, Switch game machine and other devices.

Delivery | Pickup

$22[99]

prime Two-Day

FREE Returns

FREE delivery **Sunday, August 6**. Order within 7 hrs 32 mins

Deliver to Jhon - Miami 33133

**Only 19 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | HTLAKIKJ |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Add to Baby Registry

Add to Registry & Gifting

**Buy it on Amazon Business**

**Save up to 1%** on this product with business-only pricing.

Create a free account

Have one to sell? Sell on Amazon

**TECURS Tablet Holder for Car Headrest - iPad Holder for Car...**

174

$12[99] prime

Sponsored



8/4/23, 4:20 PM                                     Amazon.com Seller Profile: HTLAKIKJ

Subtotal
**$47.67**



# HTLAKIKJ

Visit the HTLAKIKJ storefront

★★★★★   **100% positive** in the last 12 months (16 ratings)

🏅 A-to-z Guarantee ⓘ

## About Seller

HTLAKIKJ is committed to providing each customer with the highest standard of customer service.

**Have a question for HTLAKIKJ?**

Ask a question

## Detailed Seller Information

**Business Name:** shenzhenshihaotekejiyouxiangongsi
**Business Address:**
碧岭街道汤坑社区金碧路342号
金淼淳工业园厂房C栋101
深圳市
坪山区
广东省
518118
CN

## Feedback

★★★★★  4.8 out of 5     [ 12 months ⌄ ]
16 ratings

| | |
|---|---|
| 5 star | 81% |
| 4 star | 19% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

16 total feedbacks in 12 months

★★★★☆   "Too soft. Material could be stiffer so that it can offer more protection."
By Jason L. on August 1, 2023.

★★★★★   "The HTLAKIKJ 2 Pack Car Headrest Phone Mount Holder is great. Easy installation, light weight, holds the phone just right. Nice getting 2 in the pack and easy t..."
Read more
By L.C. on July 28, 2023.

★★★★★   "Excelente producto"
By Adriana on July 12, 2023.

★★★★★   "My kid loves to put shortages in my aux cord so this a great way to be connected to the car without no charger problems and sticky yucky fingers! Lol"
By Jordan on June 29, 2023.

★★★★★   "Works great for long road trips!"
By Taylor D. on June 19, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

26

8/4/23, 4:27 PM     Amazon.com Checkout



# amazon     Checkout (2 items)

**1 Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions     Change

ⓐ Or pick up near this address - See nearby pickup locations

**2 Payment method**

**VISA** Visa ending in 2468     Change

Billing address: Felipe Rubio - Rubio & Assoc.,...

⌃ Add a gift card or promotion code or voucher

[ Enter code ]    Apply

**3 Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

ⓘ **Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

---

Choose FREE Amazon Day delivery for fewer boxes and a **$1.50 digital credit**.

**Delivery: Aug. 5, 2023** If you order in the next 4 hours and 47 minutes (Details)
Items shipped from Amazon.com



**HTLAKIKJ Phone Tablet Mount Holder for Car Headrest Fits 3.5-12.9 Inch Cell Phone/Tablets/Other Devices, Car Headrest Holder Compatible with iPhone/iPad/Fire HD in Back Seat for Kids**
**$11.99** ✔prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: HTLAKIKJ
🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**
○ **Sunday, Aug. 6**
FREE Delivery in fewer trips to your address
◉ **Tomorrow, Aug. 5**
FREE Standard Shipping
○ **Monday, Aug. 7**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day
Get a $1.50 reward for select digital items. One reward per purchase. Details

**Or choose your pickup location:**
ⓐ **Pickup available nearby**
Choose a location

---

Choose FREE Amazon Day delivery for fewer boxes and a **$1.50 digital credit**.

**Delivery: Aug. 6, 2023** If you order in the next 7 hours and 32 minutes (Details)
Items shipped from Amazon.com

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items (2): | $34.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $34.98 |
| Estimated tax to be collected: | $2.45 |

**Order total:**     **$37.43**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **7**

## Store Name:

## **MONEER Direct**

## Platform:

## **Amazon**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 29 of
385
8/4/23, 4:30 PM          Amazon.com: MONEER Car Headrest Tablet Mount Holder, Universal Tablet Holder for Car Kids Back Seat Compatible with All 7-1...



‹ Back to results
Sponsored ⊘



**7 - 10.5 " Car Headrest Tablet Holder**

Upgraded straps are more stable



Roll over image to zoom in

## MONEER Car Headrest Tablet Mount Holder, Universal Tablet Holder for Car Kids Back Seat Compatible with All 7-11 Inch Tablets

Visit the MONEER Store
4.5 ★★★★☆ ∨      532 ratings
| 6 answered questions

**Lowest price in 30 days**
-33% $7⁹⁹
Typical price: $11.99 ⓘ

**prime** Two-Day
FREE Returns ∨
Exclusive Prime price

**Coupon:** ☐ Apply 15% coupon
Shop items › |  Terms

Pay $7.99 **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the **Amazon Business Prime Card.** Terms apply.

Size: **7-11 inches**  ⌃

| 7-11 inches | 2 Pack(7-10.5") |
|---|---|
| $7.99 **prime** | $15.99 **prime** |

| 9-14 inches | Regular(7-10.5") |
|---|---|
| $16.99 **prime** | $9.99 **prime** |

| Brand | MONEER |
|---|---|
| Form Factor | Belt buckle style |
| Compatible Devices | Tablets |
| Compatible Phone Models | Ipad Mini, Kid tablets, Amazon Fire |
| Mounting Type | Strap Mount |

### About this item
- [Compatible With Most Devices] The car tablet holder works well

$7⁹⁹

**prime** Two-Day
FREE Returns ∨

FREE delivery **Sunday, August 6.** Order within 8 hrs 29 mins

⦿ Deliver to Jhon - Miami 33133

**Only 15 left in stock - order soon**

Qty: 1 ∨

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | MONEER Direct |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

[ Add to List        ∨ ]

Add to Baby Registry

[ Add to Registry & Gifting   ∨ ]

Have one to sell? Sell on Amazon





**Car Headrest Tablet Mount Holder...**
★★★★☆ 229
$27⁹⁹ √prime
with coupon

Sponsored ⊘

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **8**

## Store Name:

## **admuker**

## Platform:

## **Amazon**

amazon Deliver to Daytona B... 32118 All B098XW75SD EN Hello, sign in Account & Lists Returns & Orders 0

All Clinic Customer Service Best Sellers Amazon Basics Prime New Releases Today's Deals Music Books Registry Shop Valentine's Day

Computers Laptops Desktops Monitors Tablets Computer Accessories PC Components PC Gaming Deals

WONNIE Car Headrest Mount Holder for Tablets, Tablet Holder for Car Back Seat, Headrest Mount for Kids Tablets with Anti-Slip Strap & Silicone Holding Net/Fits All 7-12.9" Tablets 2,383 $11.99 prime

Sponsored

‹ Back to results

rest
ount
r Kids
, Fit for
dle, Fire
,HDX,
Switch
r 7 to
Tablets,
stable,
ation and
stal

212 ratings
uestions

$37.99

FREE Returns

ly this item at

Save more Apply 20%

Roll over image to zoom in

Get $50 off instantly: Pay $0.00 ~~$37.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| **Brand** | Vigoog |
| **Color** | black |
| **Compatible Devices** | IPad Pro/Mini/Are, Kindle , Kids Fire HD, Tablet, Nintendo Switch, Samsung Galaxy Tab |
| **Compatible Phone Models** | IPad / IPad Pro/ IP ad mini / IPad Are / Fire HD Tablet / See more |
| **Mounting Type** | Car headrest |

**About this item**

- A Better Car Tablet Holder for Kids Vigoog headrest tablet mount

**Buy new:**

$37.99

FREE Returns

FREE delivery **Sunday, February 19**

Or fastest delivery **Wednesday, February 15**. Order within 11 hrs 11 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | Amazon |
| Sold by | admuker |

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

prime Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

**Add a Protection Plan:**

- [ ] 2-Year Protection for $2.99
- [ ] 3-Year Protection for $4.99
- [ ] Multiple Device Monthly Protection (Renews Monthly Until Cancelled) for $16.99/month

- [ ] Add a gift receipt for easy returns

**Save with Used - Like New**

$19.53

FREE delivery: **Thursday, Feb 23** on orders over $25.00 shipped by Amazon.

Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from $19.53 FREE Shipping on orders over $25.00 shipped by Amazon.



Amazon.com Seller Profile: admuker

# admuker

Visit the admuker storefront

★★★★★   **95% positive** lifetime (19 total ratings)

## About Seller

admuker is committed to providing each customer with the highest standard of customer service.

**Have a question for admuker?**

Ask a question

## Feedback

★★★★★  4.8 out of 5                    Lifetime ✓
19 ratings

| | |
|---|---|
| 5 star | 95% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 5% |
| 1 star | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**19 total feedbacks in Lifetime**

★★★★★   "Very fast shipping and great quality. Thanks!!! "
By Elden on January 26, 2023.

"We're very happy that you have obtained exercise handles that satisfies you. Thank you for your approval and sharing. good luck! "
By admuker on January 29, 2023.

★★★★★   "Fast Shipping A+ Thanks! "
By Josh Mauldin on January 6, 2023.

★★★★★   "Daughter Loved It.. "
By Maryanne Etuale on October 20, 2022.

★★★★★   "Yes, it is a good product. "

32

2/14/23, 11:32 AM

Amazon.com Seller Profile: admuker

By Raul F. Quintanilla on October 2, 2022.

We're very happy that you have obtained exercise handles that satisfies you. Thank you for your approval and sharing. good luck!

By adr

I rec...                                          has n...ng part...

By Tes

## Inspired by your browsing history



**Amazon Fire HD 10 Kids tablet, 10.1", 1080p Full HD, ages 3–7, 32 GB, Sky Blue**
★★★★½ 19,892
20% off  Deal
**$159.99**
List: ~~$199.99~~
Get it as soon as **Monday, Feb 20**

**Made for Amazon Volume Limiting Bluetooth BuddyPhones, PlayTime in Purple. Ages (3-7)**
★★★★½ 10,519
**$43.99**
Get it as soon as **Monday, Feb 20**
FREE Shipping on orders over $25 shipped by Amazon

**All-New, NuPro Anti-Glare Screen Protector (2 Pack), for Fire HD 8 tablet & Fire HD 8 Plus tablet (2022 Release)**
★★★★½ 701
**$12.99**
Get it as soon as **Monday, Feb 20**
FREE Shipping on orders over $25 shipped by Amazon

'Hell...                   y som...

causing you an unpleasant experience! We're working hard to resolve this issue, please keep an eye on your email informa... Read more
By admuker on September 1, 2022.

**NuPro Anti-Glare Screen Protector for Amazon Fire HD 10 and Fire HD 10 Plus tablet (2021**
★★★★½ 16,356
**$17.99**   Previous Next
Get it as soon as **Monday, Feb 20**
FREE Shipping on orders over $25 shipped by Amazon

**Ama...tabl...HD, Lave...**
20%
**$15...**
List: $
Get it
Feb 2
FREE
$25 s
Cl...

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .
Climate Pledge Friendly ∨

## Customers who viewed items in your browsing history also viewed          Page 1 of 8
## Detailed Seller Information

**Business Name:** foshanzhenyoucaiwangluokejiyouxiangongsi
**Business Address:**
  chanchengquqingshuilushizijieABshangpu
  erlou1haoA8
  foshanshi
  guangdongsheng
  528000

33

8/4/23, 4:38 PM                                                    Amazon.com Checkout

# amazon                          Checkout (1 item)                          🔒

| 1 | Shipping address | Jhon Doe                                          Change |
|---|---|---|

3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

🔴 **Or pick up near this address** - See nearby pickup locations

| 2 | Payment method | **VISA** Visa ending in 2468                     Change |
|---|---|---|

Billing address: Felipe Rubio - Rubio & Assoc.,...

∧ Add a gift card or promotion code or voucher

[ Enter code ]    [ Apply ]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| Items: | $19.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $1.40 |

**Order total:**                    **$21.39**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

## 3   Review items and shipping

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

ℹ️ **Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Aug. 6, 2023** If you order in the next 7 hours and 21 minutes (Details)
Items shipped from Amazon.com



**Car Headrest Tablet Mount Holder for Kids Back Seat, Fit for Ipad, Kindle, Fire HD 7,8,10,HDX, Nintendo Switch and Other 7 to 10.9 Inch Tablets, 360 Adjustable, Anti Vibration and Easy to Instal**
**$19.99**
Exclusive Prime price
**prime** & FREE Returns ˅
Qty: 1 ˅
Sold by: admuker
🎁 Add gift options

**Choose your Prime delivery option:**
🔘 **Sunday, Aug. 6**
   FREE Prime Delivery
◯ **Monday, Aug. 7**
   FREE Amazon Day Delivery
   Fewer boxes, fewer trips.
   Change delivery day

**Or choose your pickup location:**
🔴 **Pickup available nearby**
   Choose a location

**Place your order**     **Order total: $21.39**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

34

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **9**

## Store Name:

## **GowizDream**

## Platform:

## **Amazon**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 36 of 385

8/4/23, 4:40 PM          Amazon.com: GowizDream 2Pcs Tablet Holder for Car Headrest, Tablet Mount for Kids in Car Back Seat, Equipped with Anti-Slip S...



‹ Back to results

Roll over image to zoom in

# GowizDream 2Pcs Tablet Holder for Car Headrest, Tablet Mount for Kids in Car Back Seat, Equipped with Anti-Slip Strap and Holding Net 360° Angle-Adjustable, Fit All 7 - 10.5 Inch iPad, Tablets

Brand: GowizDream

4.2 ★★★★☆ ˅   67 ratings

$15$99

prime Two-Day

FREE Returns ˅

Thank you for being a Prime Member. Pay $15.99 $0.00 for this order. Get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card with an eligible Prime membership. Terms apply.

Size: 2 pcs                    ˄

| 2 pcs | 1 Pack |
|-------|--------|
| $15.99 | $9.99 |
| prime | prime |

| Brand | GowizDream |
|-------|-----------|
| Color | Black |
| Compatible Devices | Tablets |
| Compatible Phone Models | Motorola |
| Mounting Type | Headrest |

### About this item

- 【UNIVERSAL & COMPATIBILITY】 This tablet holder suitable for most car headrests.It compatible with all 6.5 -10.5 inch sizes and thickness less than 0.7 inch(18mm) tablets.Such as iPad / iPad mini, Nintendo Switch, kids Fire tablets. (Fire 7" / Fire HD 8" / Fire HD 10" / Fire HD 7" / Fire HDX 7" / Fire HDX 8.9")

---

Delivery        Pickup

$15$99

prime Two-Day
FREE Returns ˅

FREE delivery **Sunday, August 6.** Order within 7 hrs 19 mins

⊙ Deliver to Jhon - Miami 33133

**Only 19 left in stock - order soon**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
|---------|-------------------|
| Ships from | Amazon |
| Sold by | GowizDream |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

[ Add to List        ˅ ]

Add to Baby Registry

[ Add to Registry & Gifting   ˅ ]

Have one to sell? Sell on Amazon

**WONNIE Upgrade Tablet Holder fo...**
★★★★☆ 2,844
$9$99 √prime
with coupon

Sponsored ⓘ

Case 1:23-cv-22812-KMW Document 10-2 Entered on FLSD Docket 08/24/2023 Page 37 of 385

8/4/23, 4:41 PM          Amazon.com: Tablet Holder for Car Headrest, Tablet Mount for Kids In Car Back Seat, Equipped With Anti-Slip Strap And Holding N...



‹ Back to results



Fold Size 0.7*4.1*5.9 in          Unfold Size 22.2*5.9*0.11 in

Roll over image to zoom in

## Tablet Holder for Car Headrest, Tablet Mount for Kids In Car Back Seat, Equipped With Anti-Slip Strap And Holding Net 360° Angle-Adjustable, Fit All 7 - 10.5 Inch iPad, Switch, Kindle, Fire HD Tablets

Brand: GowizDream
4.2 ★★★★☆ ˅     67 ratings

$9⁹⁹

**prime** Two-Day
FREE Returns ˅

Thank you for being a Prime Member. Pay $9.99 **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the **Amazon Business Prime Card** with an eligible Prime membership. Terms apply.

Size: 1 Pack     ⌃

| 1 Pack | 2 pcs |
|---|---|
| $9.99 | $15.99 |
| prime | prime |

| Brand | GowizDream |
|---|---|
| Color | Black |
| Compatible Tablets Devices | Tablets |
| Compatible Phone Models | Motorola |
| Mounting Type | Headrest |

### About this item

- 【UNIVERSAL & COMPATIBILITY】 This tablet holder suitable for most car headrests.It compatible with all 6.5 -10.5 inch sizes and thickness less than 0.7 inch(18mm) tablets.Such as iPad / iPad mini, Nintendo 5witch, kids Fire tablets. (Fire 7" / Fire HD 8" / Fire HD 10" / Fire HD 7" / Fire HDX 7" / Fire HDX 8.9")

$9⁹⁹

**prime** Two-Day
FREE Returns ˅

FREE delivery **Sunday, August 6**. Order within **15 hrs 4 mins**

⊙ Deliver to Jhon - Miami 33133

### In Stock

Qty: 1 ˅

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | GowizDream |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List     ˅

Add to Baby Registry

Add to Registry & Gifting     ˅

Have one to sell? Sell on Amazon

LISEN Tablet iPad Holder for Car...
★★★★☆ 3,975
$17⁹⁹ ✓prime
with coupon

Sponsored ●

37

# GowizDream

Visit the GowizDream storefront

★★★☆☆   **52% positive** in the last 12 months (23 ratings)

🎖️ **A-to-z Guarantee** ⓘ







Subtotal
**$50.96**

✓prime
Only 15 left in
stock – order
soon.

✓prime

✓prime
Only 18 left in
stock – order
soon.

✓prime

## About Seller

GowizDream is committed to providing each customer with the highest standard of customer service.

**Have a question for GowizDream?**

Ask a question

## Detailed Seller Information

**Business Name:** Shenzhen Zhenyuncheng Technology Co.,Ltd.
**Business Address:**
富联二区45栋
深圳市
龙华新区
广东省
518109
CN

## Feedback

★★★☆☆   3.1 out of 5     [ 12 months ▾ ]
23 ratings

| | |
|---|---|
| 5 star | 39% |
| 4 star | 13% |
| 3 star | 9% |
| 2 star | 0% |
| 1 star | 39% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

23 total feedbacks in 12 months

★☆☆☆☆   "This click can not be set to regular time instead of military time"

By Monique Hall on July 25, 2023.

★★★☆☆   "Has a little instruction about "

By Rosangela on July 5, 2023.

★★★★★   "I need a little help to set up please "

By sandy on June 28, 2023.

★☆☆☆☆   "~~Compré cuatro relojes y no los recibí~~ "

By juan carlos tabares hernandez on June 14, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "Great customer service I definitely will keep doing business with them! "

By Misty McGinty on May 29, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

8/4/23, 4:42 PM
Amazon.com Checkout

 **amazon**
Checkout (2 items)


---

**1**  **Shipping address**
Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
**Add delivery instructions**
Change

🔴 **Or pick up near this address** - See nearby pickup locations

| Place your order |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

---

**2**  **Payment method**
**VISA** **Visa** ending in 2468
Billing address: Felipe Rubio - Rubio & Assoc.,...
Change

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

| | |
|---|---|
| Items (2): | $25.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.98 |
| Estimated tax to be collected: | $1.82 |

**Order total:** **$27.80**

---

**3**  **Review items and shipping**

> ℹ️ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

> ℹ️ **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> Choose FREE Amazon Day delivery for fewer boxes and a **$1.50 digital credit.**

**Delivery: Aug. 6, 2023** If you order in the next 7 hours and 17 minutes (Details)
Items shipped from Amazon.com


**GowizDream 2Pcs Tablet Holder for Car Headrest, Tablet Mount for Kids in Car Back Seat, Equipped with Anti-Slip Strap and Holding Net 360° Angle-Adjustable, Fit All 7 - 10.5 Inch iPad, Tablets**
**$15.99** prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: GowizDream
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Aug. 6**
  FREE Prime Delivery
○ **Tuesday, Aug. 8**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**
  Change delivery day
  Get a $1.50 reward for select digital items. One reward per purchase. Details

**Or choose your pickup location:**
🔴 **Pickup available nearby**
  Choose a location

> Choose FREE Amazon Day delivery for fewer boxes and a **$1.50 digital credit.**

**Delivery: Aug. 6, 2023** If you order in the next 15 hours and 2 minutes (Details)
Items shipped from Amazon.com


**Tablet Holder for Car Headrest, Tablet Mount for Kids In Car Back Seat, Equipped With Anti-Slip Strap And Holding Net 360°**

**Choose your Prime delivery option:**
◉ **Sunday, Aug. 6**
  FREE Standard Shipping

---

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **10**

## Store Name:

## **Esteem2020**

## Platform:

## **Amazon**

Case 1:23-cv-22812-KMW Document 10-2 Entered on FLSD Docket 08/24/2023 Page 41 of 385

2/13/23, 10:21 PM    Amazon.com: WWMMJA Car Headrest Mount Holder, Tablet Holder for Car Back Seat ,Tablet Car Mount for Kids with Fits All 7-1...



**amazon**

Deliver to
Daytona B... 32118    All ▾    B099F57PGL    🔍    ▀ EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 1    Subtotal
$37.99

☰ All    Clinic    Customer Service    Best Sellers    Amazon Basics    Prime ▾    New Releases    Today's Deals    Music    **Celebrate Black History Month**

Computers    Laptops    Desktops    Monitors    Tablets    Computer Accessories    PC Components    PC Gaming    Deals

**U UGREEN**    A STABLE & FOLDABLE TABLET STAND FOR YOU    $26⁹⁹ ✓prime

Sponsored ⓘ

‹ Back to results

Roll over image to zoom in

**WMJA Car Headrest
nt Holder, Tablet
er for Car Back Seat
et Car Mount for Kids
Fits All 7-10.5"
ts, Anti-Slip Strap and
ng Net, Angle-
table (Black)**
WWMJA
★★★★⯨ ˅  75 ratings
vered questions

**$9⁹⁹**

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ˅

Get **$50 off instantly:** Pay $0.00 ~~$9.99~~
upon approval for the Amazon Rewards
Visa Card. No annual fee.

| | |
|---|---|
| **Brand** | WWMMJA |
| **Color** | black |
| **Compatible Tablets Devices** | Tablets |
| **Compatible Phone Models** | 7-10.5 inch Tablets |
| **Mounting Type** | Headrest |

**About this item**

- 【WIDE COMPATIBILITY】 This car headrest
mount work well with all 7-10.5 inch tablets,
and other thickness less than about 0.7
inches (18mm) tablet style media devices.
- 【EASY INSTALLTION & ADJUSTABLE】 The
kids tablet car holder made with elastic strap
and velcro, which can be adjusted and
installed at multiple angles to achieve your
suitable viewing angle suitable for most car
headrests. Very easy, No tools are required
to install or remove the tablet holder.
- 【SAFE & STABLE PROTECTION】 The
headrest tablet holder designed with flexible
and soft mesh silicone to protect your device
from vibration and scratches, not easy to
loose and fall. Enjoy your video or movie
during the driving trips and no worry at all.
- 【HUMANIZED DESIGN】 The mesh silicone
holder will not cover and squeeze the
volume buttons, power button, 3.5 mm
stereo jack and USB port on kids tablet. You
can adjust the silicone strip according to the

**$9⁹⁹**

Get **Fast, Free Shipping** with Amazon
Prime
FREE Returns ˅

FREE delivery **Sunday, February 19** on
$25 of items shipped by Amazon

Or fastest delivery **Wednesday, February
15.** Order within **12 hrs 9 mins**

📍 Deliver to Daytona Beach 3211B

**In Stock**

Qty: 1 ˅

[ **Add to Cart** ]

[ **Buy Now** ]

🔒 **Secure transaction**

Ships from    Amazon
Sold by    Esteem2020

Return policy: **Eligible for Return, Refund
or Replacement within 30 days of receipt**
˅

prime    Enjoy fast, FREE delivery,
exclusive deals and award-
winning movies & TV
shows with Prime

Try Prime and start saving today with
Fast, FREE Delivery

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?
Sell on Amazon



WONNIE Car Headrest Mount Holder for
Tablets, Tablet Holder for Car Back Seat,...
★★★★⯨ 2,383
$11⁹⁹ ✓prime    [ Shop now ]

Sponsored ⓘ

41

›

Case 1:23-cv-22812-KMW Document 10-2 Entered on FLSD Docket 08/24/2023 Page 42 of 385

2/13/23, 10:21 PM Amazon.com: WWMMJA Car Headrest Mount Holder, Tablet Holder for Car Back Seat ,Tablet Car Mount for Kids with Fits All 7-1...

Subtotal
**$37.99**

## Product information

### Technical Details

^ Collapse all

^ Other Technical Details

| | |
|---|---|
| Brand | WWMMJA |
| Hardware Platform | nintendo switch |
| Item Weight | 4.2 ounces |
| Package Dimensions | 6.93 x 4.33 x 1.02 inches |
| Color | black |
| Manufacturer | WWMMJA |
| ASIN | B099F57PGL |
| Country of Origin | China |
| Date First Available | July 14, 2021 |

### Additional Information

| | |
|---|---|
| Customer Reviews | ★★★★½ ∨   75 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #2,079 in Tablet Stands |

### Warranty & Support

Amazon.com Return Policy: You may return any new computer purchased from Amazon.com that is "dead on arrival," arrives in damaged condition, or is still in unopened boxes, for a full refund within 30 days of purchase. Amazon.com reserves the right to test "dead on arrival" returns and impose a customer fee equal to 15 percent of the product sales price if the customer misrepresents the condition of the product. Any returned computer that is damaged through customer misuse, is missing parts, or is in unsellable condition due to customer tampering will result in the customer being charged a higher restocking fee based on the condition of the product. Amazon.com will not accept returns of any desktop or notebook computer more than 30 days after you receive the shipment. New, used, and refurbished products purchased from Marketplace vendors are subject to the returns policy of the individual vendor.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ∨

## Videos

**Videos for this product**        **Videos for related products**



0:51

WWMMJA Car Headret Holder
Esteem2020



0:56

Car Headrest Holder
Arozxin



Tablet holder for your car
A Breezy Creation

Upload your video

## Looking for specific info?

See questions and answers ›

amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Clinic | Customer Service | Best Sellers | Amazon Basics | Prime | New Releases | Today's Deals | Music | Celebrate Black History Month

Subtotal
$9.99

Added to Cart

Add $15.01 of eligible items to your order to qualify for FREE Shipping. See details

Cart Subtotal: $9.99

Proceed to checkout (1 item)

Go to Cart

For best experience sign in to your account

## Products related to WWMMJA Car Headrest Mount Holder, Tablet Holder...

Sponsored

Page 1 of 5

Macally Car Headrest Mount Holder for Apple iPad Pro / Air / Mini, Ta...
16,378
$24.99
List Price: ~~$29.99~~
Add to Cart

Only 12 left in stock - order soon.
Elitehood Aluminum iPad Holder for Car Backseat, Extendable Car...
$36.99
Add to Cart

MaxLancer Tablet iPad Holder for Car Mount Headrest - iPad Car Ho...
53
$18.99
Add to Cart

AHK Car Tablet H Tablet Mount He
3,71
$22.99
Add to Cart

Get a $50 Amazon Gift Card instantly upon approval of the Amazon Rewards Visa Card.

| | |
|---|---|
| Current Total: | $9.99 |
| Savings: | - $50.00 |
| Cost After Savings: | $0.00 |
| Savings Remaining: | $40.01 |

Learn more

## Top picks for you

LISEN Car Headrest Tablet Mount Holder for Car Back Seat, Durable...
1,313
$11.99
List Price: ~~$12.99~~
Add to Cart

Lamicall Car Tablet Holder, Headrest Tablet Mount - Car Back...
8,790
$16.99
Was: ~~$19.99~~
Add to Cart

Car Headrest Tablet Holder, 360° Rotating Tablet Holder for Car Ba...
439
$10.99
Add to Cart

ProCase 1 Pack il Generation 2022
1,55
$7.99
List Price: ~~$20.99~~
Add to Cart



# Esteem2020

Visit the Esteem2020 storefront

★★★★★   **100% positive** in the last 12 months (26 ratings)

## About Seller

Esteem2020 is committed to providing each customer with the highest standard of customer service.

**Have a question for Esteem2020?**

Ask a question

## Feedback

★★★★★ 5 out of 5
26 ratings

12 months ∨



| | |
|---|---|
| 5 star | 96% |
| 4 star | 4% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

∨ Learn more about how seller feedback works on Amazon
**Share your thoughts with other customers**

Leave seller feedback

26 total feedbacks in 12 months

★★★★★   "Has been working great"

By brian morrison on October 25, 2022.

★★★★★   "A+++++"

By Daniel Rodriguez on October 11, 2022.

★★★★☆   "Prompt delivery they aren't super sturdy, good for jackets and hats, heavy groceries not so much"

By Ms.Awkward on August 14, 2022.

★☆☆☆☆   ~~"No reviví el articulo"~~

By jesus on July 30, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "Does this lighter use Flints if so I need to know where I can buy Them"

By Amazon Customer on July 10, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshichaungronghuikejiyouxiangongsi
**Business Address:**
  A802,Zhi Hui Gu,Fada Road,Bantian Street,Long Gang,
  Shenzhen
  龙岗
  Guangdong
  518000
  CN

8/4/23, 4:44 PM                                          Amazon.com Checkout

# amazon                          Checkout (1 item)                    

**1   Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
**Add delivery instructions**                                          Change

🅐 Or pick up near this address - See nearby pickup locations

---

**2   Payment method**

**VISA**  Visa ending in 2468                                          Change

Billing address: Felipe Rubio - Rubio & Assoc.,...

∧ Add a gift card or promotion code or voucher

[ Enter code ]        Apply

---

**3   Review items and shipping**

> ℹ️ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> ℹ️ **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Aug. 6, 2023** If you order in the next 7 hours and 15 minutes (Details)
Items shipped from Amazon.com



**WWMMJA Car Headrest Mount Holder, Tablet Holder for Car Back Seat ,Tablet Car Mount for Kids with Fits All 7-10.5" Tablets, Anti-Slip Strap and Holding Net, Angle-Adjustable (Black)**
$9.99 ✓prime
& FREE Returns ∨
Qty: 1 ∨
Sold by: Esteem2020
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Aug. 6**
   FREE Prime Delivery
○ **Monday, Aug. 7**
   FREE Amazon Day Delivery
   Fewer boxes, fewer trips.
   Change delivery day

**Or choose your pickup location:**
🅐 **Pickup available nearby**
   Choose a location

---

**Place your order**   **Order total: $10.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $0.70 |

**Order total:**                **$10.69**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **11**

## Store Name:

## **Anymay-us**

## Platform:

## **Amazon**

Deliver to Daytona B... 32118 | Electronics | B09B6FXK9T | EN | Hello, sign in Account & Lists | Returns & Orders | 1 | Subtotal $9.99

All | Clinic | Customer Service | Best Sellers | Amazon Basics | Prime | New Releases | Today's Deals | Music | Books | Shop Valentine's Day

All Electronics | Deals | Best Sellers | TV & Video | Audio & Home Theater | Computers | Camera & Photo | Wearable Technology | Car Electronics & GPS

WONNIE Car Headrest Mount Holder for Tablets, Tablet Holder for Car Back Seat, Headrest Mount for Kids Tablets with Anti-Slip Strap & Silicone Holding Net/Fits All 7-12.9" Tablets 2,382 $11.99 prime
Sponsored

Only 2 left in stock - order soon.

‹ Back to results

Roll over image to zoom in

drest
lount,
d
or
Seat
b
l
Back
ap
ble
drest
vith
Net

14 ratings

$11.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $50 off Instantly: Pay $0.00 ~~$11.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Compatible Devices** | Tablets |
| **Compatible Phone Models** | IPad |
| **Mounting Type** | Headrest |
| **Special Feature** | Adjustable ,Portable |
| **Material** | Silicone |

**About this item**

- Tablet holder for car back seat: The tablet car mount compatible for All 7"

$11.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Sunday, February 19** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, February 15**. Order within 19 hrs

Deliver to Daytona Beach 32118

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by Anymay-us
Returns Eligible for Return, Refund or Re...

Details

prime Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

WONNIE 2 Pack Car Headrest Holder for 10-12.9" Large Size Tablets
225
$24.99 prime
Shop now

Sponsored



Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 48 of 385

2/13/23, 3:30 PM          Amazon.com: Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

Subtotal
**$9.99**



Only 2 left in
stock - order
soon.

## Videos

Page 1 of 4

### Videos for related products







Car Headrest Mount Holder for Tablet

WONJIE Tablet Holder Mount for car Back Seat

Upstone Car Headrest Mount Holder

Upload your video

## Product information

### Technical Details                                    Collapse all

#### Other Technical Details

| Item Weight | 4.2 ounces |
|---|---|
| Package Dimensions | 6.93 x 4.96 x 1.06 inches |
| Manufacturer | anymay |
| ASIN | B09B6FXK9T |
| Country of Origin | China |
| Date First Available | July 25, 2021 |

### Additional Information

| Customer Reviews | 14 ratings |
|---|---|
| | 4.9 out of 5 stars |
| Best Sellers Rank | #390 in Tablet Mounts |

### Warranty & Support

Amazon.com Return Policy: You may return any new computer
purchased from Amazon.com that is "dead on arrival," arrives in damaged
condition, or is still in unopened boxes, for a full refund within 30 days of
purchase. Amazon.com reserves the right to test "dead on arrival" returns
and impose a customer fee equal to 15 percent of the product sales price
if the customer misrepresents the condition of the product. Any returned
computer that is damaged through customer misuse, is missing parts, or
is in unsellable condition due to customer tampering will result in the
customer being charged a higher restocking fee based on the condition
of the product. Amazon.com will not accept returns of any desktop or
notebook computer more than 30 days after you receive the shipment.
New, used, and refurbished products purchased from Marketplace
vendors are subject to the returns policy of the individual vendor.

**Product Warranty:** For warranty information about this product, please
click here

### Feedback

Would you like to **tell us about a lower price?**

## Similar brands on Amazon

Page 1 of 3

Sponsored

2/13/23, 3:35 PM                                                          Amazon.com Shopping Cart

Deliver to
Daytona B... 32118      All ▾    **Search Amazon**

EN ▾    Account & Lists ▾    Returns & Orders    **1**

All   Clinic   Customer Service   Best sellers   Amazon Basics   Prime ▾   Buy Again   Gift cards   Music   Books   **Shop Valentine's Day**

---

**Get a $50 Amazon Gift Card instantly** upon
approval for the **Amazon Rewards Visa Card**

| | |
|---|---|
| Current Total: | $21.98 |
| Savings: | - $50.00 |
| **Cost After Savings:** | **$0.00** |
| Savings Remaining: | $28.02 |

Learn more

## Shopping Cart

Price

Add $13.01 of eligible items to your order
to qualify for FREE Shipping. See details

Subtotal (1 item): **$11.99**

☐ This order contains a gift

Proceed to checkout

Car Headrest Tablet Mount, Kids
iPad Holder for Car Back Seat Fits

**$11.99**

In Stock
Eligible for FREE Shipping & FREE Returns
☐ This is a gift Learn more

Qty: 1      Delete    Save for later

Compare with similar items

keystand Car Headrest Tablet Mount Holder for Kids, Tablet Holde... was removed from
Shopping Cart.

Subtotal (1 item): $11.99

**Products related to items in your cart**

Sponsored



Car Headrest Tablet...

5
$11.99

See all buying options

Car Tablet Holder,He...

20
$12.99

See all buying options

LHJRY Car Headrest...

335
$19.99

See all buying options



PRITOM 7 inch Kids T...

7,075
$44.99

See all buying options

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list
of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

**Your recently viewed items**

49



Deliver to
Daytona B... 32118    All ▾    Search Amazon                              EN ▾    Account & Lists ▾    & Orders    1    Subtotal
$9.99

All    Clinic    Customer Service    Best Sellers    Amazon Basics    Prime ▾    New Releases    Today's Deals    Music    Celebrate Black History Month

Only 2 left in
stock - order
soon.

# Anymay-us

Visit the Anymay-us storefront

Just launched    No feedback yet

## About Seller

Anymay-us is committed to providing each customer with the highest standard of customer
service.

### Have a question for Anymay-us?

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** dongguanshihuiyewujinzhipinyouxiangongsi
**Business Address:**
humenzhenhuaideshenxiangshisixiang6hao101shi
dongguan
guangdong
523926
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback    Tell us what you think about this page

## Inspired by your browsing history

Case 1:23-cv-22812-KMW Document 10-2 Entered on FLSD Docket 08/24/2023 Page 51 of 385

8/4/23, 4:45 PM                 Amazon.com: Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap ...



Click image to open expanded view

22.04"/56cm

amazon
prime
Deliver to Jhon
Miami 33133

All ▾   B09B6FXK9T

EN ▾   Hello, Felipe
Account & Lists ▾

Returns
& Orders

All    Medical Care & Pharmacy ▾   Back to School   Off to College   Amazon Basics   Music   Prime Video   Buy Again                Coupon Party now live

Computers    Laptops    Desktops    Monitors    Tablets    Computer Accessories    PC Components    PC Gaming    Deals

Pickup is convenient and secure    Find locations near you ›

‹ Back to results

...ry        Pickup

Two-Day
...urns ⌄

...very **Sunday, August**
within 4 hrs 14 mins

...to Jhon - Miami 33133

...ft in stock - order

**Add to Cart**

**Buy Now**

Secure transaction
Amazon
Anymay-us
Eligible for Return,
Refund or Replacement
within 30 days of receipt

...gift receipt for easy
...s

...List                ⌄

...aby Registry

Add to Registry & Gifting    ⌄

### About this Item

- Tablet holder for car back seat: The tablet car mount compatible for All 7" -10.5" devices. Works well with 7-10.5 inches screen and a thickness less than about 0.7 inches (18mm). NOTICE - Please confirm your device size before placing an order.

- Stretchable silicone fixing net: The adjustable car headrest strap size of 22.2"× 5.9"× 0.11" ( Unfold ) and 0.7"× 4.1"× 5.9" ( Fold ). The strip holding net part features the size of 7.2"× 4.5"× 0.5" and can be easily, installed horizontally or vertically on most car headrests.

- Safe and portable car tablet holder: Car Headrest Holder is constructed with superior and durable material and can securely hold your devices without any falling even in a big bump. The tablet mount fold up compactly for easy storage in your vehicle or backpack when not in use.

- Simple Installation: No tools are required to install or remove the tablet holder on the headrest of the car, and children can quickly learn how to install and remove it by themselves. The ipad car holder Could be

**Buy it on Amazon Business**

**Save up to 10%** on this product with business-only pricing.

Create a free account

Have one to sell? Sell on Amazon

**MOTYYA 2 Pack Car Headrest Mount Tablet Holder Car Backseat iPad...**
★★★★⯪ 734
$26⁹⁹ √prime

Sponsored ⓘ

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 52 of 385

8/4/23, 4:45 PM                Amazon.com: Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap ...

installed with or without protective cases or
covers fitted.

- Great choice for your driving and traveling:
The ipad car mount can fix the Switch, iPad /
iPad mini, Fire 7 / HD 8 / HD 10 kids tablet
and various 7 inch to 10.5 inch tablets for
watching movies, reading and playing
games, etclet your children or family keep
entertaining during long-distance driving.

▣ Report incorrect product information.



**woleyi Car Headrest Tablet Mount, Dual Car Back Seat Phone & Tablet Holder, Kids Between Seats Tablet...**
$35⁹⁹ √prime
with coupon

Sponsored ⊕

**Similar item with fast delivery**

Amazon's Choice



FANGOR Car Headrest Mount Holder, Tablet Holder for Kids in Back Seats, Anti-Slip Strap and Holding Net,Angle-Adjustable/Fits All 7 Inch to 12.9 Inch Tablets
★★★★☆ (6129)
$10.99  prime

## Buy it with

 +  + 

Total price: $37.57

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5"...
$8⁵⁹  prime

LISEN Tablet iPad Holder for Car Mount Headrest-iPad Car Holder Back Seat Travel Accessories Car...
$17⁹⁹  prime

FANGOR Car Headrest Mount Holder, Tablet Holder for Kids in Back Seats, Anti-Slip Strap and...
$10⁹⁹  prime

## Products related to this item

Sponsored ⊕

     

Lamicall Car Headrest Tablet Holder - [ Extension Arm] 2023 Adjustable Tablet Car...
★★★★☆ 1,063
Amazon's Choice in Tablet Mounts
#1 Best Seller
$22.99  prime
🌱 Climate Pledge Friendly

TAZENI Thick Case Fit Tablet iPad Holder for Car Mount Backseat Headrest Fit iPad T...
★★★★☆ 76
#1 New Release
Limited time deal
$12.99  prime
List: $29.99 (57% off)

Lamicall Car Tablet Headrest Holder - Car Back Seat Headrest Tablet Mount Stand for...
★★★★☆ 9,866
Limited time deal
$14.39  prime
List: $17.99 (20% off)
🌱 Climate Pledge Friendly

MoKo Tablet Headrest Holder, Adjustable Car Headrest Mount for Car Backseat, Road T...
★★★★☆ 50
$16.99  prime
with coupon

ULANZI Tablet Holder for Car, iPad Holder for Car Backseat, Headrest Tablet Mount R...
★★★★☆ 13
$25.95  prime

LISEN Tablet iP: for Car Mount F iPad Car Holder Seat Travel Ac...
★★★★☆ 3,9
$17.99  prim
with cou

## 4+ stars for "sturdiness"

Sponsored ⊕ | Based on customer ratings by feature

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 53 of 385

8/4/23, 4:45 PM                Amazon.com: Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap ...







**Lamicall Car Tablet Headrest Holder - Car Back Seat Headrest Tablet Mount Stand for...**
⭐⭐⭐⭐⭐ 9,866
**Limited time deal**
**$14.39** ✓prime
List: $17.99 (20% off)
🍃 Climate Pledge Friendly

**Lamicall Car Headrest Mount, Tablet Headrest Holder - Stand Cradle Compatible with ...**
⭐⭐⭐⭐⭐ 12,373
**$15.99** ✓prime
🍃 Climate Pledge Friendly

**LISEN Tablet iPad Holder for Car Mount Headrest-iPad Car Holder Back Seat Travel Ac...**
⭐⭐⭐⭐⭐ 3,974
Amazon's Choice in Tablet Mounts
**$17.99** ✓prime
Save 10% with coupon

**Tryone Car Headrest Tablet Mount Holder Stretchable Backseat Tablets Stand for Kids...**
⭐⭐⭐⭐⭐ 6,581
**$17.89** ✓prime

**FANGOR Car Headrest Mount Holder, Tablet Holder for Kids in Back Seats, Anti-Slip S...**
⭐⭐⭐⭐⭐ 6,129
Amazon's Choice in Tablet Stands
**$10.99** ✓prime

**Tablet Holder fo Headrest Moun Headrest Tablet Backseat Travel**
⭐⭐⭐⭐⭐ 80
**$14.23** ✓prime
with co

## Important information

To report an issue with this product, click here.

## Product information

### Technical Details                                    ∧ Collapse all

∧ Other Technical Details

| Item Weight | 4.2 ounces |
|---|---|
| Package Dimensions | 6.93 x 4.96 x 1.06 inches |
| Color | Black |
| Manufacturer | anymay |
| ASIN | B09B6FXK9T |
| Country of Origin | China |
| Date First Available | July 25, 2021 |

### Additional Information

| Customer Reviews | 4.2 ⭐⭐⭐⭐⭐ ∨    14 ratings |
|---|---|
|  | 4.2 out of 5 stars |
| Best Sellers Rank | #261 in Tablet Mounts |

### Warranty & Support

Amazon.com Return Policy: You may return any new computer purchased from Amazon.com that is "dead on arrival," arrives in damaged condition, or is still in unopened boxes, for a full refund within 30 days of purchase. Amazon.com reserves the right to test "dead on arrival" returns and impose a customer fee equal to 15 percent of the product sales price if the customer misrepresents the condition of the product. Any returned computer that is damaged through customer misuse, is missing parts, or is in unsellable condition due to customer tampering will result in the customer being charged a higher restocking fee based on the condition of the product. Amazon.com will not accept returns of any desktop or notebook computer more than 30 days after you receive the shipment. New, used, and refurbished products purchased from Marketplace vendors are subject to the returns policy of the individual vendor.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ∨

## Looking for specific info?

## Compare with similar items

| **This item** Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap Angle Adjustable Car | **FANGOR** Car Headrest Mount Holder, Tablet Holder for Kids in Back Seats, Anti-Slip Strap and Holding Net,Angle-Adjustable/Fits All 7 Inch to 12.9 Inch Tablets | **WONNIE** Car Headrest Mount Holder for Tablets, Tablet Holder for Kid in Car Back Seats, Tablet Car Holder with Adjustable Headrest Strap & | **WONNIE** Upgrade Tablet Holder for Car, Car Headrest Mount Holder for Backseat, Headrest Mount for Kids Tablets with Anti-Slip Strap & |
|---|---|---|---|

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 54 of 385

8/4/23, 4:45 PM          Amazon.com: Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap ...



| | Headrest Holder with Silicone Holding Net | | Anti-Slip Silicone Holding Clamp, Fits All 10-12.9" Tablets | Silicone Holding Net/Fits All 7-12.9" Tablets |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (14) | ★★★★☆ (6129) | ★★★★☆ (514) | ★★★★☆ (2844) |
| Price | $8⁵⁹ | $10⁹⁹ | $9⁸⁹ | $8⁹⁹ |
| Shipping | prime | prime | prime | prime |
| Sold By | Anymay-us | Dragon Max | WONNIE Direct | WONNIE Direct |
| Color | Black | Black | ♥ Black | ● Black |
| Compatible Devices | Tablets | Compatible with all 7 -12.9" iPad Pro Air / Kindle Fire Hd / Tablets | Tablets | all 7 -12.9 inches screen size and a thickness less than about 0.7 inches tablets or other media devices |

## Product Description

**Feature:**

-The mesh silicone net will not cover and squeeze the volume buttons, power button, 3.5 mm stereo jack and USB port on kids tablet.
-You can adjust the silicone strip according to the position of the buttons and jacks to ensure a good experience.
-Made of safe and durable materials.
-Anti-vibration, non-slip, scratch-resistant equipment.
-Lightweight and portable, easy to install.
-Compatible with multiple devices and universal cars.
-Keep back seat passengers kill boring time, entertained to watch movies, read novels, and listen to music with hands-free operation on long journeys.
-Fit for 99% Tablets with/without Cases.

Device Compatibility (with details):

Compatible with Apple: for iPad air /iPad air 2/ iPad 2 /iPad 3 /iPad 4 /iPad 5 /iPad 6 /iPad mini 1 / iPad mini 2 / iPad mini 3 / iPad mini 4 / iPad mini 5/ iPad Pro (9.7 inch) / iPad Pro (10.5 inch)
Compatible with Samsung: for Galaxy Tab 4 /Samsung Galaxy Tab 3 kids / Samsung Galaxy Tab 3 / Samsung Galaxy Tab A / Samsung Galaxy Tab S / Samsung Galaxy Tab S2 (8.0 inch)/ Samsung Tab ASM-T355C / Samsung Tab ASM-T55/ Samsung Galaxy Tab S2 (9.7 inches)/ Samsung Galaxy Note 8.4 Sony Xperia Z/Z2 tablet
And most other 7" to 10.5" tablet devices

**Specification: Material: Nylon**
**Size: 22.2"× 5.9"× 0.11" ( Unfold ) and 0.7"× 4.1"× 5.9" ( Fold )**
**Color: Black**

**Warm tips:**

**This Car Headrest Holder is only suitable for devices with a 7-10.5 inches screen and a thickness less than about 0.7 inches (18mm). Suitable for Switch and tablets with or without a protective case. When installing and using, please make sure that the device has been fixed firmly to prevent it from falling.**

**Package Content: 1 x Car headrest mount**

# Videos

### Videos for related products







Upload your video

Sponsored ⓘ

Case 1:23-cv-22812-KMW Document 10-2 Entered on FLSD Docket 08/24/2023 Page 55 of 385

8/4/23, 4:45 PM          Amazon.com: Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap ...

Lamicall
**Shop the Store on Amazon ›**

LISEN
**Shop the Store on Amazon ›**

ORNARTO
**Shop the Store on Amazon ›**

 **Lamicall Car Tablet Mount, Headrest Tablet Holder - Car Back Seat Travel...**
★★★★★ 1,478
**$15.99** Typical: $20.99

 **LISEN Tablet iPad Holder for Car Mount Headrest-iPad Car Holder Back Seat Tra...**
★★★★★ 3,975
**$17.99** List: $29.99

 **ORNARTO Ta Backseat, 36...**
★★★★☆
**$16.99**

## Related products with free delivery

Sponsored ⓘ

 **ULANZI Tablet Holder for Car, iPad Holder for Car Backseat, Headrest Tablet Mount R...**
★★★★★ 13
**$25.95** prime

 **Aozcu Back Seat Tablet Mount for Tesla, 360° Adjustable Model 3/Y Headrest iPad Hol...**
★★★★★ 776
**$29.99** prime

 **Mount-It! Premium Cup Holder Tablet Mount for Cars - Tablet ELD Mount - Heavy Duty ...**
★★★★★ 776
**$79.99** prime

 **Kolasels Car Headrest Tablet Mount Holder for 9.5-14.5" iPad Device, Upgrade Back S...**
★★★☆☆ 3
**$27.99** prime

 **ONE PIX Backseat Car Organizer Mats Back Seat Organizers and Storage Bag with...**
★★★★★ 7,792
**$11.99** prime

 **LISEN Tablet iP for Car Mount iPad Car Holder Seat Travel Ac...**
★★★★★ 3,
**$17.99** prim

 **MOTYYA 2 Pack Car Headrest Mount Tablet Holder Car Backseat iPad Mount 360° Rotating Adjustable f...**
★★★★☆ 754
**$26⁹⁹** prime

Sponsored ⬤

## Customer reviews

★★★★☆ **4.2 out of 5**

14 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 17% |

˅ How customer reviews and ratings work

**No customer reviews**

There are 0 customer reviews and 14 customer ratings.

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 56 of 385

8/4/23, 4:45 PM          Amazon.com: Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap ...



Shop now ›

Sponsored

878

Shop now

Sponsored



Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 57 of 385

8/4/23, 4:45 PM         Amazon.com: Car Headrest Tablet Mount, Kids iPad Holder for Car Back Seat Fits 7" to 10.5" Universal iPad Car Back Seat Strap …

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **12**

## Store Name:

## **Know White**

## Platform:

## **Amazon**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 59 of 385

2/13/23, 3:42 PM        MoKo Universal Headrest Tablet Mount, Adjustable Anti-Slip Strap Car Back Seat Tablet Support for Kids Detachable Stan…

Deliver to
Daytona B... 32118      All ▾      B09LQXTQ93

EN ▾      Hello, sign in
Account & Lists ▾      Returns
& Orders      0

All   Clinic   Customer Service   Best Sellers   Amazon Basics   Prime ▾   New Releases   Today's Deals   Music   Books   Registry

Shop Valentine's Day

All Electronics   Deals   Best Sellers   TV & Video   Audio & Home Theater   Computers   Camera & Photo   Wearable Technology   Car Electronics & GPS   Portable Audio

SHOULDER BAG & SLEEVE FOR 12.9-INCH IPAD PRO        tomtoc ★★★★½ 2,237   $47.99 √prime   15% off coupon        Sponsored

‹ Back to results



Roll over image to zoom in

# MoKo Universal Headrest Tablet Mount Holder, Adjustable Anti-Slip Strap Car Back Seat Tablet Support for Kids Detachable Stand for 7-11" Tablets Fits iPad 10th/Pro 11 2022/Air 4, Mini 6, Switch, Black

Visit the MoKo Store

21 ratings

**$11⁹⁹**

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

Get **$50 off Instantly:** Pay **$0.00** ~~$11.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Brand** | MoKo |
| **Color** | Black |
| **Compatible Devices** | iPad Air 5, iPad 9 10.2", iPad Mini 6 8.3" iPad 10.2", iPad Pro (9.7"-11"), iPad Air 4/3/2/1, iPad Mini 5/4/3/2/1, Galaxy Tab A7/<br>See more |
| **Mounting Type** | Strap |
| **Special Feature** | Adjustable |

## About this item

- 【COMPATIBLE DEVICE】 - This MoKo car headrest mount works is suitable for most 7"-11" tablets. Compatible with iPad 10th, iPad Pro 11 2022, iPad Air 5, iPad 9 10.2", iPad Mini 6 8.3" iPad 10.2", iPad Pro (9.7"-11"), iPad Air 4/3/2/1, iPad Mini 5/4/3/2/1, Galaxy Tab A7/A8/A 10.1"/E 9.6/S6, Switch Games, etc.It is refers to the screen diagonal measurement, not the width.
- 【SOFT SILICONE MATERIAL】 - Made from flexible silicone material, this car headrest mount will ensure the stability and safety of your tablet by providing strong clamp force even in the bumpy road. Besides, soft silicone mount will do no harm to your beloved tablet.
- 【DETACHABLE TABLET HOLDER】 - With the detachable design of hook & loop and mount, you are able to adjust the viewing angle from landscape to portrait perspective as you like. Fully meet working, watching, playing demands.
- 【ADJUSTABLE & EASY INSTALLATION】 - Having convenient and adjustable hook & loop strap means that the headrest stand can be used in the headrest of different size, also, it needs no extra tools for its installation.

**$11⁹⁹**

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

FREE delivery **Sunday, February 19** on orders shipped by Amazon over $25

Or fastest delivery **Today**. Order within 5 hrs 32 mins

Deliver to Daytona Beach 32118

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Know White |
| Returns | Eligible for Return, Refund or Re... |

Details

prime      Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon



UGREEN

**A Stable & Foldable Tablet Stand For You**

UGREEN Tablet Stand Holder for Desk Dual R...
★★★★★ 729
$29.99 √prime
10% off coupon
Shop now

Sponsored



## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Videos

Page 1 of 4

### Videos for related products






 Th... ...tides



Upload your video

## Product information

| | | | |
|---|---|---|---|
| Product Dimensions | 7.09 x 4.13 x 0.98 inches | Warranty & Support | |
| Item Weight | 4.2 ounces | **Product Warranty:** For warranty information about this product, please click here | |

60

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 61 of 385

2/13/23, 3:42 PM          MoKo Universal Headrest Tablet Mount Holder, Adjustable Anti-Slip Strap Car Back Seat Tablet Support for Kids Detachable Stan…

| ASIN | B09LQXTQ93 |
| Item model number | P840034681680 |
| Customer Reviews | 21 ratings |
| | 4.8 out of 5 stars |
| Best Sellers Rank | #183 in Tablet Mounts |
| Date First Available | November 12, 2021 |
| Manufacturer | MoKo |

**Feedback**

Would you like to **tell us about a lower price?**

## From the brand



**Desktop Phone/Tablet Stand**
Visit the Store

**Ergonomic Stand Co**
Enjoy your hand-free scree

## What's in the box

- 1 x Headrest Tablet Mount Holder

### Inspiration from this brand

 **MoKo**
Visit the Store on Amazon

+ Follow



Gray Forest Kindle Paperwhite 2021
Light Shell Cover



Moko 9-11 Inch Puffy iPad Carrying
Bag with cushioning flush lining, p…



This cute neoprene headband helps
hold ear plugs and custom earplug…



MoKo Case for all-New Kindl
11th Gen e-Reader,Lightweig



Deliver to
Dayton B... 3211
All Search Amazon
1

All Celebrate Black History Month

Get a **$50 Amazon Gift Card instantly** upon approval for the **Amazon Rewards Visa Card**

| | |
|---|---|
| Current Total: | $11.99 |
| **Savings:** | **- $50.00** |
| **Cost After Savings:** | **$0.00** |
| **Savings Remaining:** | **$38.01** |

Learn more

# Shopping Cart

Price

MoKo Universal Headrest Tablet Mount Holder, Adjustable Anti-Slip **$11.99**

In Stock

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Qty: 1 Delete Save for later

Compare with similar items

Subtotal (1 item): **$11.99**

Add $13.01 of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$11.99**

☐ This order contains a gift

Proceed to checkout

**Products related to items in your cart**

Sponsored

Car Headrest Tablet...
5
$11.99
See all buying options

Car Tablet Holder,He...
20
$12.99
See all buying options

TECURS Tablet Holde...
49
$15.82
See all buying options

Govee Smart Space...
471
$63.74
See all buying options

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Your recently viewed items

2/13/23, 3:44 PM                                       Amazon.com Seller Profile: Know White

# Know White

Visit the Know White storefront

**100% positive** in the last 12 months (1481 ratings)

## About Seller

Know White is committed to providing each customer with the highest standard of customer service.

**Have a question for Know White?**

Ask a question

## Feedback

4.9 out of 5

12 months

1,481 ratings



| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

1481 total feedbacks in 12 months

"Fits everything I need!!!"

By kagrass89 on February 13, 2023.

"N/a"

By sandra on February 13, 2023.

"Love it"

By Peg on February 13, 2023.

"Came on time. Tablet fit great. Easy to carry"

By April on February 12, 2023.

"Got exactly what I ordered. Thanks!"

By Jill on February 12, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Dongguanshi Zhibai Dianzishangwu Youxiangongsi
**Business Address:**
　东深二路66号
　凤岗天安数码城S2号楼1004A单元
　东莞市
　凤岗镇雁田村
　广东省
　523740
　CN

## Shipping Policies

## Other Policies

https://www.amazon.com/sp?ie=UTF8&seller=A3HRVLM7EC860X&asin=B09LQXTQ93&ref_=dp_merchant_link&isAmazonFulfilled=1                    3/4

8/4/23, 4:47 PM · Amazon.com Checkout

# amazon

## Checkout (1 item)

**1  Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

(a) Or pick up near this address - See nearby pickup locations

**2  Payment method**

VISA **Visa** ending in 2468

Change

Billing address: Felipe Rubio - Rubio & Assoc.,...

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

**3  Review items and shipping**

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> ℹ **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Aug. 5, 2023** If you order in the next 4 hours and 27 minutes (Details)
Items shipped from Amazon.com



**MoKo Universal Headrest Tablet Mount Holder, Adjustable Anti-Slip Strap Car Back Seat Tablet Support for Kids Detachable Stand for 7-11" Tablets Fits iPad 10th/Pro 11 2022/Air 4, Mini 6, Switch, Black**
**$12.99** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Know White
🎁 Add gift options

**Choose your Prime delivery option:**

⦿ **Tomorrow, Aug. 5**
FREE One-Day Delivery

○ **Monday, Aug. 7**
FREE Amazon Day Delivery
Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**

(a) **Pickup available nearby**
Choose a location

**Order total: $13.90**

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $12.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $12.99 |
| Estimated tax to be collected: | $0.91 |

### Order total: **$13.90**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **13**

## Store Name:

## **Slaunt**

## Platform:

## **Amazon**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 66 of 385

2/13/23, 4:11 PM        Amazon.com: SLAUNT Car Headrest Tablet Mount Adjustable Anti-Slip Strap Car Holder Backseat Kids iPad Tablets Car Mount C...

Deliver to
Daytona B... 32118    All ▾   B09WMW6N12                        EN ▾    Hello, sign in          Returns        0
                                                                        Account & Lists ▾       & Orders

All   Clinic   Customer Service   Best Sellers   Amazon Basics   Prime ▾   New Releases   Today's Deals   Music   Books   **Shop Valentine's Day**

**All Electronics**   Deals   Best Sellers   TV & Video   Audio & Home Theater   Computers   Camera & Photo   Wearable Technology   Car Electronics & GPS

FANGOR Upgraded Car Headrest Mount Holder, Tablet Holder for Kids in Back Seats, Anti-Slip Strap and     ★★★★½ 4,180    $16⁹⁹  ✓prime
Holding Net, Angle-Adjustable/ Fits All 7 Inch to 12.9 Inch Tablets

‹ Back to results                                                                                        Sponsored



Roll over image to zoom in

# SLAUNT Car Headrest Tablet Mount Adjustable Anti-Slip Strap Car Holder Backseat Kids iPad Tablets Car Mount Compatible with 7-10.5" Tablets iPad 9 10.2"/Pro 11"/Air 4, Mini 6, Kindle, Switch

Brand: SLAUNT

## $16⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

**Get $50 off instantly: Pay $0.00** $16.99
upon approval for the Amazon Rewards
Visa Card. No annual fee.

| | |
|---|---|
| **Brand** | SLAUNT |
| **Compatible Devices** | Tablets |
| **Compatible Phone Models** | Samsung Galaxy S6, Samsung Galaxy S7, IPhone |
| **Mounting Type** | Strap Mount |
| **Material** | Nylon, Silicone |

### About this item

- 【Widely Compatibility 】 - The car headrest
  tablet mount works is suitable for most
  7"-10.5" tablets. Compatible with iPad Air
  5, iPad 9 10.2", iPad Mini 6 8.3" iPad 10.2",
  iPad Pro (9.7"-11"), Galaxy Tab S6, Switch
  Games, Kindle etc.
- 【Soft Silicone】 Made from flexible silicone
  material, elastic silicone holding net
  protects and will not scratch the edges of
  your tablets.
- 【Easy to use and adjustable】 The car
  tablet holder is designed with retractable
  elastic strap and durable silicone holding
  net, which can be easily installed/removed
  without any tools. It fits for most car
  headrests.
- 【Adjustable Viewing Angle】 The Tablet
  headrest mount can be placed horizontally

## $16⁹⁹

Get **Fast, Free Shipping** with Amazon
Prime

FREE delivery **Sunday, February 19** on
orders shipped by Amazon over $25

Or fastest delivery **Wednesday, February
15**. Order within **11 hrs 4 mins**

Deliver to Daytona Beach 32118

**Only 2 left in stock - order
soon.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by      Slaunt
Returns      Eligible for Return, Refund or Re...
Details

prime          Enjoy fast, FREE delivery,
               exclusive deals and award-
               winning movies & TV
               shows with Prime

Try Prime and start saving today with
Fast, FREE Delivery

☐ Add a gift receipt for easy returns

Add to List

New (2) from
$16.99 FREE Shipping on orders over
$25.00 shipped by Amazon.

**Other Sellers on Amazon**

$16.99                          Add to Cart
& FREE Shipping
Sold by: Slaunt

Have one to sell?

Sell on Amazon        66

2/13/23, 4:11 PM          Amazon.com: SLAUNT Car Headrest Tablet Mount Adjustable Anti-Slip Strap Car Holder Backseat Kids iPad Tablets Car Mount C…

### Product Description

During a long drive, there must be moments when you wish to quiet down your child. Use our car headrest ipad mount, Children in the back row can play games, watch videos and listen to music in the car, which is enough for them to enjoy the wonderful journey.
**The SLAUNT car headrest tablet holder is made of high-quality silicone and nylon materials, durable and easy to install.**

**How to use:**
Step 1
Wrap the elastic strap to your car headrest, and the elastic strap can be adjustable the length and compactly attached to the headrest of your car, compatible for most of the car.

Step 2
Put the tablet into the silicone holder. This silicone is made of high-quality soft material, which can protect your device from scratched.

Step 3
Glue the silicone tablet that has been inserted into the tablet with the magic strap, it can withstand a weight of 11 pounds and is not easy to fall.

**Widely Compatibility:**
Works greatly with all 7 -10.5 inches screen size and a thickness less than about 0.7 inches devices,such as
compatible with iPad/iPad air/iPad mini
compatible with Kindle/Switch /Galaxy tablet
Suitable for all tablets installed with or without a protective case
**Package Include:**
1 X Car Headrest Tablet Mount Holder

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Videos

### Videos for related products



| ELZO Car Headrest Mount | Tablet Stand Adjustable | iPad Clamp Arm Stand |

Upload your video

## Product information

| Package Dimensions | 5.7 x 4.1 x 0.7 inches |
| Item Weight | 6.2 ounces |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

67

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 68 of 385

2/13/23, 4:11 PM          Amazon.com: SLAUNT Car Headrest Tablet Mount Adjustable Anti-Slip Strap Car Holder Backseat Kids iPad Tablets Car Mount C...

| ASIN | B09WMW6N12 | Feedback |
| Best Sellers Rank | #663 in Tablet Mounts | Would you like to **tell us about a lower price?** |
| Date First Available | March 28, 2022 | |
| Manufacturer | SLAUNT | |

## Products related to this item

Sponsored ⓘ









**Car Headrest Tablet Mount Holder Tablet Holder for Car Kids Back Seat Compatible wi...**
5
**$11.99**

**Tablet Holder for Car Headrest, Adjustable Phone Mount for Car Back Seat,Secure and...**
35
**$26.99**

**Oyxon Car Tablet Holder, Universal ipad Holder for Car, Portable Car ipad Holder Ba...**
**$17.99**

**Adjustable Tablet Stand,360° Rotating Foldable Aluminum Desktop Cell Phone...**
1
**$16.59**

**ESSAGER Tablet Stand Adjustable Rotatable, Tablet Desktop Stand Holder Dock Compati...**
32
**$19.99**



**2023 Upgraded** 2 Pack Tablet Holder for Car, Compatible with 7-9" Kids Tablet / Kindle Fire Hd wit...
★★★★½ 4,180
**$24⁹⁹** √prime
Shop now

Sponsored

## Customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

**No customer reviews**

2/13/23, 4:13 PM
Amazon.com Shopping Cart



Deliver to
Daytona B... 32118    All ▾    Search Amazon

EN ▾    Account & Lists ▾    & Orders    **1**

All    Films    ...    ...    ...    ...    Shop Valentine's Day

Get a **$50 Amazon Gift Card instantly** upon approval for the **Amazon Rewards Visa Card**

| Current Total: | $16.99 |
| Savings: | - $50.00 |
| **Cost After Savings:** | **$0.00** |
| Savings Remaining: | $33.01 |

Learn more

# Shopping Cart

Price

Add $8.01 of eligible items to your order to qualify for FREE Shipping. See details

**Subtotal (1 item): $16.99**

☐ This order contains a gift

Proceed to checkout

SLAUNT Car Headrest Tablet Mount Adjustable Anti-Slip Strap    **$16.99**

Only 2 left in stock - order soon.
Eligible for FREE Shipping
☐ This is a gift  Learn more

Qty: 1     Delete     Save for later

Subtotal (1 item): **$16.99**

### Your recently viewed items

Yessotech Tablet Holder for Car, Ipad Holder fo...
15
$11.50
Add to Cart

Car Headrest Mount Holder for Tablet,...
11
$15.99
Add to Cart

MoKo Universal Headrest Tablet Mou...
21
$11.99
Add to Cart

Car Headrest Tablet Mount, Kids iPad Hol...
14
$11.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Products related to items in your cart

Sponsored

2/13/23, 4:12 PM                                    Amazon.com Seller Profile: Slaunt

# Slaunt

Visit the Slaunt storefront

**86% positive** in the last 12 months (14 ratings)

## About Seller

Slaunt is committed to providing each customer with the highest standard of customer service.

### Have a question for Slaunt?

Ask a question

## Feedback



4.4 out of 5

14 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 7% |
| 3 star | | 0% |
| 2 star | | 7% |
| 1 star | | 7% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

14 total feedbacks in 12 months

"The charger they sent with the pen does not fit. I bought 2 of these pens for Christmas and now they are dead and no way of charging them."

By Rhonda M. Scholl on January 3, 2023.

"Worked fantastic! Wish it came with instructions or a link to a youtube video! I had to sort through several to find a good instructional one on how to install..."
**Read more**

By Armando on December 19, 2022.

"Satisfecho con el producto,vendedor recomendable"

By Fidencio Ledezma on December 18, 2022.

"Excelente entrega"

By Iris on December 7, 2022.

"I love them"

By Linda K. Montague on December 4, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshi junshile Technology Co., Ltd
**Business Address:**
  13th Floor, Block C, Electronic Technology Building
  Shenzhen
  Futian
  Guangdong
  518000
  CN

8/4/23, 4:51 PM
Amazon.com Checkout

# amazon

## Checkout (1 item)

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### 1  Shipping address

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

🔴 Or pick up near this address - See nearby pickup locations

### 2  Payment method

**VISA** Visa ending in 2468

Change

Billing address: Felipe Rubio - Rubio & Assoc.,...

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

### 3  Review items and shipping

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> ℹ **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Aug. 5, 2023** If you order in the next 7 hours and 8 minutes (Details)
Items shipped from Amazon.com



**SLAUNT Car Headrest Tablet Mount Adjustable Anti-Slip Strap Car Holder Backseat Kids iPad Tablets Car Mount Compatible with 7-10.5" Tablets iPad 9 10.2"/Pro 11"/Air 4, Mini 6, Kindle, Switch**
**$16.99** ✓prime
Qty: 1 ✔
Sold by: Slaunt
🎁 Add gift options

Choose your Prime delivery option:
○ **Overnight & Tomorrow**
$2.99 - Fastest Delivery

| Overnight 7 AM – 11 AM | Tomorrow 10 AM – 3 PM |

◉ **Tomorrow, Aug. 5**
FREE One-Day Delivery
○ **Monday, Aug. 7**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Or choose your pickup location:
🅰 **Pickup available nearby**
Choose a location

### Order Summary

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $16.99 |
| Estimated tax to be collected: | $1.19 |

**Order total:** **$18.18**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

**Place your order**

**Order total: $18.18**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us

https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1

1/2

8/4/23, 4:51 PM                                                                        Amazon.com Checkout

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

| Place your order |
| --- |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
| --- | --- |
| Items: | $16.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $16.99 |
| Estimated tax to be collected: | $1.19 |

**Order total:**   **$18.18**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **14**

## Store Name:

## **MUHIQian**

## Platform:

## **Amazon**

amazon Deliver to Daytona B... 32118 | All | B09K7FFFRJ | EN | Hello, sign in Account & Lists | Returns & Orders | 0 | Subtotal $0.00

All Clinic Customer Service Best Sellers Amazon Basics Prime New Releases Today's Deals Music Celebrate Black History Month

Computers Laptops Desktops Monitors Tablets Computer Accessories PC Components PC Gaming Deals

FANGOR Upgraded Car Headrest Mount Holder, Tablet Holder for Kids in Back Seats, Anti-Slip Strap and Holding Net, Angle-Adjustable/ Fits All 7 Inch to 12.9 Inch Tablets 4,186 $16.99 prime

Sponsored

‹ Back to results

VIDEO

Roll over image to zoom in

mp tiger
?ack] Car
adrest
unt Holder
Tablet,
Back Seat
blet Mount
lder
table for
6.5-10.9"
blets,
blet Stand
Kids with
ti-Slip
ap &
cone
lding Net

Brand: plump tiger
77 ratings

Lowest price in 30 days

-14% $15.99

Was: $18.69

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $50 off instantly: Pay $0.00 ~~$15.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Brand** | plump tiger |
| **Color** | Black |
| **Compatible Devices** | 6.5-10.9" Tablets |
| **Compatible Phone Models** | ipad |
| **Mounting Type** | Headrest |

$15.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Sunday, February 19** on $25 of items shipped by Amazon

Or fastest delivery **Wednesday, February 15**. Order within 10 hrs 4 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | Amazon |
| Sold by | MUHIQian |

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

prime Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

FANGOR 2 Pack Tablet Holder for car
4,186
$24.99 prime
Shop now
Sponsored



2/13/23, 11:12 PM     Amazon.com: plump tiger [2 Pack] Car Headrest Mount Holder for Tablet, Car Back Seat Tablet Mount Holder Suitable for All 6.5-...

## Product Information

Subtotal
**$0.00**

### Technical Details

^ Collapse all

^ Other Technical Details

| Brand | plump tiger |
|---|---|
| Item Weight | 9.6 ounces |
| Product Dimensions | 6.2 x 5.1 x 1.9 inches |
| Item Dimensions LxWxH | 6.2 x 5.1 x 1.9 inches |
| Color | Black |
| Department | Unisex Adult |
| Manufacturer | plump tiger |
| ASIN | B09K7FFFRJ |
| Country of Origin | China |
| Date First Available | October 29, 2021 |

### Additional Information

| Customer Reviews | ★★★★½ ⌄   77 ratings |
|---|---|
|  | 4.6 out of 5 stars |
| Best Sellers Rank | #648 in Tablet Stands |

### Warranty & Support

Amazon.com Return Policy: You may return any new computer purchased from Amazon.com that is "dead on arrival," arrives in damaged condition, or is still in unopened boxes, for a full refund within 30 days of purchase. Amazon.com reserves the right to test "dead on arrival" returns and impose a customer fee equal to 15 percent of the product sales price if the customer misrepresents the condition of the product. Any returned computer that is damaged through customer misuse, is missing parts, or is in unsellable condition due to customer tampering will result in the customer being charged a higher restocking fee based on the condition of the product. Amazon.com will not accept returns of any desktop or notebook computer more than 30 days after you receive the shipment. New, used, and refurbished products purchased from Marketplace vendors are subject to the returns policy of the individual vendor.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Compare with similar items

| | This item plump tiger [2 Pack] Car Headrest Mount Holder for Tablet, Car Back Seat Tablet Mount Holder Suitable for All 6.5-10.9" Tablets, Tablet Stand for Kids with Anti-Slip Strap & Silicone Holding Net | LONANDY Tablet Holder for Car, iPad Holder for Car Backseat Kids, Headrest Tablet Holder with Anti-Slip Strap & Silicone Holding Net, Angle-Adjustable/ Fits All 7-12.9" Tablets | Lpoake Upgraded Car Headrest Mount Holder, Tablet Holder for Car Back Seat, Tablet Mount for Kids Fits All 7-12.9" Tablets | Car Tablet Holder,Car Headrest Mount Holder for Car Back Seat with Silicone Holding Net and Anti-Slip Strap,Angle-Adjustable Fits All 7-10.5'' Tablets |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (77) | ★★★★½ (642) | ★★★★½ (692) | ★★★★½ (501) |
| Price | $15⁹⁹ | $9⁹⁹ | $8⁴⁹ | $16⁹⁰ |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | MUHIQian | SOKER-US | WONNIE Direct | Arozxin |
| Color | Black | Black | 1 Pack-Black | 1PCS-Black |
| Compatible Devices | 6.5-10.9" Tablets | Other 7-12.9 inch tablet style media devices, Kindle Fire Hd Kids Tablet, iPad / iPad Pro / iPad Air / iPad mini, Nintendo Switch | Compatible with all 7 -12.9" iPad Pro Air / Kindle Fire Hd / Tablets | Tablets |
| Item Dimensions | 6.2 x 5.1 x 1.9 inches | 8.66 x 7.28 x 0.51 inches | 9.5 x 7.5 x 0.65 inches | — |

## Similar brands on Amazon

Sponsored ⓘ



amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Clinic Customer Service Best Sellers Amazon Basics Prime New Releases Today's Deals Music Celebrate Black History Month

Subtotal
$15.99

Added to Cart

Add $9.01 of eligible items to your order to qualify for FREE Shipping. See details

Cart Subtotal: $15.99

Proceed to checkout (1 item)

Go to Cart

For best experience sign in to your account

Products related to plump tiger [2 Pack] Car Headrest Mount...

Sponsored

Page 1 of 5

Macally Car Headrest Mount Holder for Apple iPad Pro / Air / Mini, Ta...
16,375
$24.99
List Price: ~~$29.99~~
Add to Cart

Creatop Tablet Floor Stand with Flexible Gooseneck and Stable Al...
508
$39.99
Add to Cart

Cestari Recipe Holder Stand for Smartphones and Tablets, Keep Y...
371
$13.99
Was: ~~$15.99~~
Add to Cart

Only 11 left in stocl
Just Mobile Enco
Foldable Portabl
204
$49.95
Add to Cart

Get a $50 Amazon Gift Card instantly upon approval of the Amazon Rewards Visa Card.

| | |
|---|---|
| Current Total: | $15.99 |
| Savings: | - $50.00 |
| Cost After Savings: | $0.00 |
| Savings Remaining: | $34.01 |

Learn more

Top picks for you

ROWT Kids Tablet 7" HD Display, Android Tablet for Kids 2GB RAM...
963
$49.99
List Price: ~~$69.99~~
Add to Cart

LISEN Tablet iPad Holder for Car Mount Headrest - iPad Car Holder...
2,268
$19.99
List Price: ~~$29.99~~
Add to Cart

ProCase 1 Pack iPad 10.9 10th Generation 2022 Screen Protector...
1,542
$7.99
List Price: ~~$20.99~~
Add to Cart

ForHelp 15.6" Pr
(1920X1080) FHI
194
$138.88
Add to Cart

**amazon**   Deliver to ⦿ Daytona B... 32118   | All ▾ | Search Amazon | 🔍 |   ▆ EN ▾   Hello, sign in **Account & Lists** ▾   Returns **& Orders**   🛒 1   Subtotal **$15.99**

≡ All   Clinic   Customer Service   Best Sellers   Amazon Basics   Prime ▾   New Releases   Today's Deals   Music   **Celebrate Black History Month**

# MUHIQian

Visit the MUHIQian storefront

★★★★⯪   **83% positive** in the last 12 months (109 ratings)

## About Seller

MUHIQian is committed to providing each customer with the highest standard of customer service.

**Have a question for MUHIQian?**

Ask a question

## Feedback

★★★★☆ **4.3 out of 5**
109 ratings

| 12 months ▾ |

**109 total feedbacks in 12 months**

| 5 star | | 74% |
| 4 star | | 9% |
| 3 star | | 1% |
| 2 star | | 3% |
| 1 star | | 13% |

Learn more about how seller feedback works on Amazon
**Share your thoughts with other customers**

Leave seller feedback

★☆☆☆☆   "The airpod case only charges one side"
By Malik on February 9, 2023.

★★★★★   `Works perfectly. Thanks!`
By George Sanders Jr on February 5, 2023.

★★★★★   "Perfect"
By Mr. Vipzak on February 4, 2023.

★★★★★   "I am happy with my items"
By Shirley Maia Cusick on February 4, 2023.

★★★★★   "Just as described"
By Andra Hickman on January 31, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshimuzhiqianshangmaoyouxiangongsi
**Business Address:**
  龙岗街道中翠路桂芳园8期31-A座1805
  深圳龙岗区
  广东省
  518100
  CN

## Shipping Policies                                                    ⌄

## Other Policies                                                       ⌄

## Help                                                                 ⌄



amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All Clinic Customer Service Best Sellers Amazon Basics Prime New Releases Today's Deals Music Celebrate Black History Month

Subtotal
$15.99

Added to Cart

Add $9.01 of eligible items to your order to qualify for FREE Shipping. See details

Cart Subtotal: $15.99

Proceed to checkout (1 item)

Go to Cart

For best experience sign in to your account

Products related to plump tiger [2 Pack] Car Headrest Mount...

Sponsored

Page 1 of 5

Macally Car Headrest Mount Holder for Apple iPad Pro / Air / Mini, Ta...
16,375
$24.99
List Price: ~~$29.99~~
Add to Cart

Creatop Tablet Floor Stand with Flexible Gooseneck and Stable Al...
508
$39.99
Add to Cart

Cestari Recipe Holder Stand for Smartphones and Tablets, Keep Y...
371
$13.99
Was: ~~$15.99~~
Add to Cart

Only 11 left in stocl
Just Mobile Enco Foldable Portabl
204
$49.95
Add to Cart

Get a $50 Amazon Gift Card instantly upon approval of the Amazon Rewards Visa Card.

| | |
|---|---|
| Current Total: | $15.99 |
| Savings: | - $50.00 |
| Cost After Savings: | $0.00 |
| Savings Remaining: | $34.01 |

Learn more

Top picks for you

ROWT Kids Tablet 7" HD Display, Android Tablet for Kids 2GB RAM...
963
$49.99
List Price: ~~$69.99~~
Add to Cart

LISEN Tablet iPad Holder for Car Mount Headrest - iPad Car Holder...
2,268
$19.99
List Price: ~~$29.99~~
Add to Cart

ProCase 1 Pack iPad 10.9 10th Generation 2022 Screen Protector...
1,542
$7.99
List Price: ~~$20.99~~
Add to Cart

ForHelp 15.6" Pr (1920X1080) FHI
194
$138.88
Add to Cart

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **15**

## Store Name:

# **LamicallDirect**

## Platform:

# **Amazon**



Deliver to
Daytona B... 32118 | Electronics | Search Amazon | EN | Account & Lists | & Orders | 0

All | Medical Care | Best Sellers | Shop Black Business Month

Computers | Laptops | Desktops | Monitors | Tablets | Computer Accessories | PC Components | PC Gaming | Deals

Paperlike
Write and draw like on paper
$44.99 prime

Sponsored

Electronics › Computers & Accessories › Tablet Accessories › Stands

Roll over image to zoom in

# Lamicall Car Headrest Tablet Holder - 2023 Upgrade 360° Rotation Tablet Car Mount for Back Seat, Road Trip Essentials for Kids Backseat Tablet Holder, for 7.9~11 inch Tablets Like iPad Pro, Fire HD

Visit the Lamicall Store
4.7 40 ratings
Choice in Tablet Stands by Lamicall

-15% $16.99
List Price: ~~$19.99~~

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $50 off instantly: Pay $0.00 ~~$16.99~~ upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| **Brand** | Lamicall |
| **Color** | Black |
| **Compatible Devices** | Tablets |
| **Compatible Phone Models** | 7.9 - 11 inch tablet, like 2022 iPad Pro 11, 2022 iPad 10.9, iPad 10th Generation, 2021 iPad mini 6, iPad air 5, iPad air 4, See more |
| **Mounting Type** | Mount |

## About this item

- 【Kids Friendly】 This iPad holder for car is perfect for kids to watch movies, play games during road trip. Have a nice long drive with your kid! Also, hang the tablet on so your kids don't have to look down the whole time, avoid neck pain.
- 【360° Rotation】 Unlike other products, this car tablet holder is connected to the backseat magic strips directly, you can rotate the tablet mount 360 degrees without removing the mount and sticking it back, supporting horizontal and vertical viewing angles. More safe and convenient.
- 【Wide Compatibility】 The universal headrest tablet Mount is suitable for 7.9 - 11 inches tablets, such as 2022/ 2021 iPad Pro 11, iPad 10th Generation, iPad 10.9, iPad Air 5/ 4, iPad Pro 10.5/ 9.7, iPad Mini 6/ 5, Galaxy Tab S8/ S7, Kindle, Fire HD 8/ 10 Plus. The elastic rubber holding net can hold tablet with a protective case. The strechable magic strip is suitable for headrest with rods and without rods. ! 7.9 - 11" refers to the diagonal length of the tablet screen.
- 【Easy Installation and Detachable】 Peel the magic strips to easily install the car headrest tablet mount to the back seat, pull the silicone belt to put your tablet in. Three steps to enjoy the car travel with your family and friends.
- 【Sturdy and Safe】 The adjustable tablet holder for car backseat is made of durable materials, no worrying

**prime**
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime **and start saving today with Fast, FREE Delivery**

**Delivery** | Pickup

$16.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Tuesday, August 15** on orders shipped by Amazon over $25

Or fastest delivery **Friday, August 11**. Order within 16 hrs 27 mins

Deliver to Daytona Beach 32118

In Stock

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | LamicallDirect |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

**ULANZI Tablet Stand Holder, VIJIM P00...**
293
$29.95 prime
with coupon

Sponsored

## LamicallDirect

Visit the LamicallDirect storefront

**100% positive** in the last 12 months (5573 ratings)



**Lamicall Car Headrest Tablet Hol...**

USD **16**⁹⁹

Add to Cart

### About Seller

**"Lamicall" is the registered trademark of the United States.**

**About Lamicall and Skyhorse**

Skyhorse is the sole authorized seller of authentic Lamicall products (other than Amazon) on the Amazon platform. Offers from other sellers are scamming attempts, counterfeit products or unauthorized reselling. To ensure your complete safety and the excellent service we strive to give our customers, please avoid purchasing from other sellers.

**Customer Service**

*45-day money-back guarantee for any reason.*

For...

∨ See more

### Have a question for LamicallDirect?

Ask a question

Customer Service Phone: 260-300-0092

### Feedback



4.9 out of 5

5,573 ratings

| 12 months |
|---|

| | |
|---|---|
| 5 star | 93% |
| 4 star | 7% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

∨ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

5573 total feedbacks in 12 months

"Excellent"

By Victor Rivera on August 9, 2023.

"An awesome little mount, the grip for the handlebars could be a wee bit tighter but the grip on the phone is awesome! No complaints yet!"

By Wulfie on August 9, 2023.

"Very sturdy and holds its position very well."

By Toowoo4s on August 9, 2023.

"Item was delivered on time and as described"

By mdpigroaster on August 9, 2023.

"Product arrived on time."

By Hadi S. on August 9, 2023.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** SHENZHEN TIANMAREN TECHNOLOGY CO. LTD
**Business Address:**
   布吉景和园9栋1301



Deliver to Daytona B . 3211 All Search Amazon 1

All Medical

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $16.99 |
| Gift Card savings: | - $50.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $33.01 |

Learn more

# Shopping Cart

Add $8.01 of eligible items to your order to qualify for FREE Shipping. See details

Lamicall Car Headrest Tablet Holder - 2023 Upgrade 360°

**$16.99**

In Stock

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

Qty: 1 Delete Save for later

Compare with similar items Share

Subtotal (1 item): **$16.99**

Subtotal (1 item): **$16.99**

This order contains a gift

Proceed to checkout

## Customers Who Bought Lamicall Car Headrest Tablet Holder - 2023 Upgrade... Also Bought

Lamicall Car Headrest Tablet Holder - [...

1,128

$22.99

Add to Cart

Tryone Tablet Holder for Car - Headrest...

1,847

$19.99

Add to Cart

LISEN Tablet iPad Holder for Car Mount...

4,025

$16.99

Add to Cart

WONNIE Car Headrest Mount Holder for...

528

$10.99

Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Featured items you may like

Page 1 of 3

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **16**

## Store Name:

## **SZTY US**

## Platform:

## **Amazon**



Deliver to
Daytona B... 32118     Electronics ▾     Search Amazon     1     Subtotal
$8.99

All     Medical Care ▾     ...

All Electronics   Deals   Best Sellers   TV & Video   Audio & Home Theater   Computers   Camera & Photo   Wearable Technology   Car Electronics & GPS

LTROP iPad 6th generation cases     $13⁹⁸ /prime     with coupon
LTROP Kids Case for iPad 6th/5th Generation - iPad 9.7-Inch Case 2018/2017, iPad...     Sponsored

Electronics › Computers & Accessories › Tablet Accessories › Stands

...Tablet iPad Holder
...Headrest, Back Seats
...ing Tablet Car Holder
...atable iPad Car
...or Kids, Toddlers, Fits
...ad Pro Air Mini, Kids

66 ratings
...questions

$8⁹⁹

Shipping with Amazon Prime

FREE Returns

Get $50 off instantly: Pay $0.00 $8.99 upon approval for Amazon Visa. No annual fee.

Roll over image to zoom in

| Brand | Watana |
|---|---|
| Color | Black |
| Compatible Devices | All 7 –11 inches tablets or other media devices with a thickness less than about 0.7 inches |
| Compatible Phone Models | iPad, Tablet, Fire Tablet Kids, Galaxy Tab, Switch, Kindle |
| Mounting Type | Hook&Loop Elastic Band with Silicon Wrap Strap |

### About this item

- 🏆 [What Makes Our Tablet Holder Different?] 🏆 - WATANA product development team has upgraded the Tablet Car Holder in FOUR aspects: Safety Performance, Flexibility, Materials, and Compatibility according to the voice of Amazon customers. All of these make our Tablet Car Holder Safer for your Kid/ Toddler, more Ergonomic for a comfortable experience, more Durable for a valuable product, and Broader Compatibility to provide more possibilities.

- 🔄 [360° Rotatable] - This upgraded 360° ROTATABLE design is more ERGONOMIC that allows you to adjust your tablet to a Perfect Viewing Angle so that you can entertain Videos or play Video Games in the Most Comfortable Sitting Position during Long Journeys. You won't feel your neck sore, meanwhile, you can free your hand and avoid joint fatigue as well.

- 🔷 [SOLID Mounting Design] - KID'S SAFETY is Always Our Top Priority, Our Hook&Loop and Silicon Strap is Solid enough that your device will never Fall Off. More than 2000 hours of road testing shows that this Holder can FIRMLY WRAP the device during various extreme road conditions like bumped roads, rugged roads, brakes, sharp turns, etc. It also behaves a better Shock Absorption Capacity to Keep Your Tablet Stable, which is friendly to your eyes during your long journeys.

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery     Pickup

$8⁹⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery Monday, August 14 on orders shipped by Amazon over $25. Order within 16 hrs 5 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | SZTY US |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon



LTROP iPad 6th generation cases

LTROP iPad 6th/5th Generation...
★★★★½ 134
$25⁹⁸ /prime
with coupon

Sponsored

# SZTY US

Visit the SZTY US storefront

**92% positive** lifetime (13 total ratings)

Watana [SAFEST] Tablet Holder f...
USD**9**99

Add to Cart

Subtotal
**$9.99**

## About Seller

SZTY US is committed to providing each customer with the highest standard of customer service.

Have a question for SZTY US?

Ask a question

## Feedback

4.5 out of 5

Lifetime

13 ratings

| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 15% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 8% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

13 total feedbacks in Lifetime

"Works great"

By Cherie L. on June 23, 2023.

"they work not a big fan"

By tracy oshields on May 15, 2023.

"Easiest screensaver that I've ever applied. Not one bubble or muttering under my breath."

By Christine A. Ciofalo on April 15, 2023.

"My granddaughter just turned 1 and I have been waiting for her birthday to give this as a gift. It was meant to be for a Amazon Fire HD 10. I obviously purchase..."
Read more

By Kristen D on April 10, 2023.

"I just bought this and the glass has imperfections on it"

By Micah and Tina on March 26, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshi Tengyi Maoyiyouxiangongsi
**Business Address:**
西乡街道龙腾社区西成工业区47栋A红山大厦B华穗大厦
B117
深圳市
宝安区
广东省
518000
CN

## Shipping Policies ⌄

## Other Policies ⌄

85

8/22/23, 2:30 PM

Amazon.com Checkout



# amazon

## Checkout (1 item)

🔒

---

**1** **Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

ⓐ Or pick up near this address - See nearby pickup locations

---

**2** **Payment method**

💳 MasterCard ending in 1926

Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards $159.17 (159.17 points) available

---

**3** **Review items and shipping**

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Aug. 23, 2023** If you order in the next 9 hours and 30 minutes (Details)
Items shipped from Amazon.com



**Watana [SAFEST] Tablet Holder for Car Headrest, Back Seats Rear Facing Tablet Car Holder for iPad, with 2 Headrest Hooks 360° Rotating Car Mount for Kids, Fits 7-11" iPad Pro Air Mini, Kids Fire HD**
**$9.99** ✓prime
& FREE Returns ∨
Qty: 1 ∨
Sold by: SZTY US
🎁 Add gift options

 💲 Best price

**Choose your Prime delivery option:**
○ **Overnight & Tomorrow**
$2.99 - Fastest Delivery

| Overnight | Tomorrow |
| 7 AM - 11 AM | 10 AM - 3 PM |

● **Tomorrow, Aug. 23**
FREE One-Day Delivery
○ **Friday, Aug. 25**
FREE Amazon Day Delivery
Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
ⓐ **Pickup available nearby**
Choose a location

---

[ **Place your order** ]  **Order total: $10.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| Items: | $9.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $0.70 |

**Order total:** **$10.69**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **17**

## Store Name:

## **Ferry-us**

## Platform:

## **Amazon**



Deliver to Daytona B 32118 All Search Amazon EN Account & Lists Orders 1 Subtotal $4.99

All Medical Care Best Sellers Customer Service

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

FANGOR 4 Pack Tablet Holder for Car 6,189 Deal $27.18 $30.39 prime

Electronics › Computers & Accessories › Tablet Accessories › Mounts

Sponsored

2 VIDEOS

Roll over image to zoom in

# JOYROOM Upgraded Car Headrest Mount Holder, Tablet Holder for Kids in Car Back Seat, Soft Silicon Holder Net and 360° Rotatable Tablet Mount Fits All 7.9 Inch to 11 Inch Tablets/iPads (Orange)

Visit the JOYROOM Store
4.2 39 ratings
| 3 answered questions

-75% $4.99
List Price: ~~$19.99~~

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $50 off instantly: Pay $0.00 ~~$4.99~~ upon approval for Amazon Visa. No annual fee.

Color: **Orange**

$4.99 | $4.99

| | |
|---|---|
| **Brand** | JOYROOM |
| **Color** | Orange |
| **Compatible Devices** | Tablets |
| **Compatible Phone Models** | iPad, Tablet |
| **Mounting Type** | Tabletop Mount |

## About this item

- NEWEST UPGRADED - The car tablet holder is made of premium material silicone, high elasticity and durable support continuous strong stretching up to 100 repeated tests. The upgraded Velcro has high-strength stickiness and force-bearing, which can be firmly fixed your device on the back seat and the hook and loop fit as well, which not only stabilizes your tablet from

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

**Delivery** Pickup

$4.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Monday, August 14** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, August 10**. Order within 3 hrs 58 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Ferry-us |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

FANGOR 2 Pack Tablet Holder for car
6,189
Deal
$17.09 $28.99 prime

Sponsored

# Ferry-us

Visit the Ferry-us storefront

**100% positive** in the last 12 months (859 ratings)

JOYROOM Upgraded Car Headres...

USD 4.99

Add to Cart

Subtotal
**$8.99**

Only 3 left in
stock – order
soon.

## About Seller

Ferry-us is committed to providing each customer with the highest standard of customer service.

### Have a question for Ferry-us?

Ask a question

## Feedback

4.9 out of 5

859 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 91% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

**859 total feedbacks in 12 months**

" Tried it out today, works perfectly!! "

By Patrick Mobley on August 9, 2023.

" Very pleased. It was a little frustrating at first to learn how to use. Not customer friendly instructions. It seems so far to be of good quality for the price... "
Read more

By Cajun Corn on August 9, 2023.

" Very impressed. Solid phone mount. Well designed. I like that I can rotate my phone and not worry that it will come loose in the mount. "

By Joseph Z. on August 9, 2023.

" Thing works great. I have it on my motorcycle and got up to around 115mph cellphone stayed attached and it's easy to clip in and out. I also like how I can move... "
Read more

By Joseph on August 9, 2023.

" Good idea for motorcycle "

By steven on August 9, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shen zhen shi ya cai gou mao yi you xian gong si
**Business Address:**
坂田街道五和社区五和大道南49号
朗星丰达工业厂区厂房306
深圳市
龙岗区
广东省
518000
CN

Shipping Policies



Deliver to
Daytona B... 32118    All ▾    Search Amazon

Hi...    Account & Lists ▾    Orders    **1**

All    Medical Care ▾    Best Sellers    ...    Save on college Move-in Day finds

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $4.99 |
| Gift Card savings: | - $50.00 |
| **Cost after savings:** | **$0.00** |
| Savings remaining: | $45.01 |

Learn more

# Shopping Cart

Add **$20.01** of eligible items to your order to qualify for FREE Shipping. See details

JOYROOM Upgraded Car Headrest Mount Holder, Tablet Holder for
**$4.99**
In Stock
Eligible for FREE Shipping & FREE Returns
☐ This is a gift Learn more
**Color: Orange**

Qty: 1    Delete    Save for later
Compare with similar items    Share

Subtotal (1 item): **$4.99**

Subtotal (1 item): **$4.99**
☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

THAYLA Croc Headlights Lights for...
33
$8.99
Add to Cart

Prime Hydration+ Stick Pack | Electrolyte Drin...
799
$8.98
Add to Cart

Headlights for Crocs 2 Pcs, ABS Lights for Cr...
117
$14.59
Add to Cart

Toodour Floating Pool Lights Rechargeable -...
11
$27.98
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Products related to items in your cart

Page 1 of 2

Sponsored









Washable    Does not affect charging    360 degree optional

## Easily Installation





Subtotal
**$4.99**

## Videos

Page 1 of ·

**Videos for this product**









Upload your video

## Product information

| | |
|---|---|
| Package Dimensions | 7.4 x 4.76 x 1.42 inches |
| Item Weight | 7.4 ounces |
| ASIN | B0BQB53NGG |
| Customer Reviews | 4.2          39<br>ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #142 in Tablet Mounts |
| Special features | Rotatable, Lightweight, Adjustable |
| Color | Orange |
| Manufacturer | JOYROOM |
| Date First Available | December 16, 2022 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**



**FANGOR Car Headrest Mount Holder, Tablet Holder for Kids in Back Seats, Anti-Slip Strap and Holding...**
★★★★½ 6,191
~~$16.99~~ **Deal**
$10⁹⁹ ~~$24.99~~ ✓prime

Subtotal
**$4.99**



Sponsored

## Customer reviews

**4.2 out of 5**

39 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 12% |
| 3 star | | 4% |
| 2 star | | 0% |
| 1 star | | 16% |

˅ How customer reviews and ratings work

### By feature

| | |
|---|---|
| Stretch | 4.0 |
| Sturdiness | 3.6 |
| Easy to install | 3.4 |

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

### Reviews with images





See all customer images

### Read reviews that mention

| easy to install | tablet holder | headrest | long road | road trips |
|---|---|---|---|---|
| works great | around the headrest | works very well | well made | |
| easy to use | holds tablet | velcro | stretch | stretchy | tight |

Top reviews

## Top reviews from the United States

 Laura

**A Game-Changer for Road Trips**
Reviewed in the United States on June 23, 2023
Color: Orange   Verified Purchase

This tablet holder was an amazing purchase that saved us on a long road trip. My toddler was mesmerized by "truck movies" and was happily immersed in her shows for an hour or so at a time. It is very easy to install and seems high quality. I've been able to move it back and forth between vehicles with different sized headrests so it seems to be pretty adjustable. Overall, great value for money.

Helpful        Report

 leticia

**tablet holder for car**
Reviewed in the United States on March 19, 2023
Color: Orange   Verified Purchase

works like a charm and is more sturdy than expected plus the velcro really holds it in place and stretch perfectly on the tablet without blocking the view would recommend to any parent



Helpful        Report

 Ashley

**Crap**
Reviewed in the United States on June 22, 2023
Color: Black   Verified Purchase

This is how the package came, all ripped up. Open it and it's broken. This is crap

95

Case No. 1:23-cv-22812-KMW

# Defendant No.: **18**

## Store Name:

# **XINGHUAFENG**

## Platform:

# **Amazon**

Deliver to
Daytona B  32118    All ▾    Search Amazon

1    Subtotal
$14.99

All
Cell Phones & Accessories   Cell Phones   Alexa Built-in Phones   Accessories   Cases   Wearable Technology   Best Sellers   Deals   Trade-In   All Electronics

Paperlike    Write and draw like on paper    $44⁹⁹ ✓prime    Sponsored

Electronics › Computers & Accessories › Tablet Accessories › Mounts



Roll over image to zoom in

# Tablet Holder Car, Truck Tablet Headrest Mount, Universal Car iPad Holder with Silicone Net for Allen Kindle Fire, iPad and Tablet with - Black (Large Silicone Net (7.9"-12.9"))

Brand: Neyyuse

2.2          3 ratings

## $14⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $50 off instantly: Pay $0.00 $~~14.99~~ upon approval for Amazon Visa. No annual fee.

| Brand | Neyyuse |
|---|---|
| Color | Black |
| Compatible Devices | Tablets |
| Compatible Phone Models | iPhone, Samsung Galaxy Note 4 |
| Mounting Type | Headrest |

## About this item

- **UNIVERSAL COMPATIBILITY:** Neyyuse car headrest both phone and tablet holder is compatible with all 7.9-12.9 inch devices such as iPad, iPad Pro, iPad Air, iPad mini 1 2 3 4, accessories, Samsung Tab, Switch , smartphones and tablets.
- **Super Durable & Safe Material:** Nosxxus car headrest holder is made of silicone material. It can securely hold your devices without falling off even with a big bump. The elastic silicone holding net protects the edges of your tablet or other devices from scratches.
- **Quick and Easy Installation:** Car headrest holder without tools, velcro design, quick and easy to attach or remove your device to most car headrests. The velcro can be adjusted to fit different

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

**Delivery**          Pickup

$14⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Monday, August 14** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, August 10.** Order within 1 hr 27 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | XINGHUAFENG |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon



FANGOR 2 Pack Tablet Holder for car
★★★★½ 6,193
**Deal**
$17⁰⁹ $~~28.99~~ ✓prime

Sponsored

# XINGHUAFENG

Visit the XINGHUAFENG storefront

**100% positive** in the last 12 months (12 ratings)

**Tablet Holder Car, Truck Tablet H...**
USD 14 99

Add to Cart

## About Seller

XINGHUAFENG is committed to providing each customer with the highest standard of customer service.

**Have a question for XINGHUAFENG?**

Ask a question

## Feedback

4.9 out of 5

12 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

**12 total feedbacks in 12 months**

"PERFECT FIT!"

By Billy on August 9, 2023.

"The part was actually what I ordered. And it was easy to install and fit my car."

By Daniel C. on July 16, 2023.

"Buena opción de compra"

By Luis Angel Ramirez on May 26, 2023.

"Saved the day to mount on car with stripped out screws"

By R. S. DABB on April 17, 2023.

"A+ fit's perfect."

By Joe Lino on March 24, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** xiamenxinghuafengshangmaoyouxiangongsi
**Business Address:**
祥平街道杜桥村602之一
厦门市
同安区
福建省
361100
CN

## Shipping Policies                                              ⌄

## Other Policies                                                 ⌄



Deliver to
Daytona B... 32118

All Search Amazon

Account & Lists Orders 1

All Medical Care Best Sellers Save on college Move-in Day finds

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $14.99 |
| Gift Card savings: | - $50.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $35.01 |

Learn more

# Shopping Cart

Tablet Holder Car, Truck Tablet Headrest Mount, Universal Car

**$14.99**

In Stock

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Qty: 1 Delete Save for later

Share

Subtotal (1 item): **$14.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Add $10.01 of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$14.99**

☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

THAYLA Croc Headlights Lights for...
33
$8.99
Add to Cart

Prime Hydration+ Stick Pack | Electrolyte Drin...
801
$8.98
Add to Cart

PowerA Nintendo...
PowerA
16,523
Nintendo Switch
$9.88
Add to Cart

Headlights for Crocs 2 Pcs, ABS Lights for Cr...
117
$14.59
Add to Cart

## You might also like

Page 1 of 2

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **19**

## Store Name:

## **Hikig Online**

## Platform:

## **Amazon**



Deliver to Daytona B... 32118 | Electronics ▾ | Search Amazon | EN ▾ | Account & Lists ▾ | Orders ▾ | Cart 1 | Subtotal $9.99

All | Medical Care ▾ | Best Sellers | | | | | Most-loved school picks under $...

Computers | Laptops | Desktops | Monitors | Tablets | Computer Accessories | PC Components | PC Gaming | Deals

WONNIE 4 Pack Car Headrest Mount Holder for Tablets, Tablet Holder for Car Back Seat, Tablet Stand for Kids Fits for 7-12.9"... ★★★★½ 2,864 $24.99 ✓prime with coupon

Electronics › Computers & Accessories › Tablet Accessories › Stands

Sponsored

Roll over image to zoom in

## Hikig (Upgraded: The Car Headrest Tablet Mount Holder for Kids in Back Seat, Soft Silicone Tablet Holder for Car, Anti-Slip Strap and Holding Net,Angle-Adjustable/ fits All 4.4 to 12.9 inch Tablets

Brand: Hikig

3.7 | 119 ratings

$9.99

Get **Fast, Free Shipping** with Amazon Prime FREE Returns

Get $50 off instantly: Pay $0.00 $9.99 upon approval for Amazon Visa. No annual fee.

| Brand | Hikig |
|---|---|
| Color | Black |
| Compatible Devices | Tablets |
| Compatible Phone Models | Galaxy Tab A, Tab E, Tab S2, Tab S3, Tab S4, Tab S5e, Tab S6, Galaxy Note 10, Note 9, Note 8, Galaxy S8, S8 + , See more |
| Mounting Type | Headrest |

### About this item

- 🚗 Universal Compatibility: Hikig Car Headrest Holder works with all 4.4-12.9 inch devices, such as iPad, iPad Pro, iPad Air, iPad mini 1 2 3 4, Accessories, Samsung Tab, Switch, Smart phones and Tablets.

- 🚗 Super Durable & Safety Material: Hikig Car Headrest Holder is Constructed by Silicone Material. It Can Securely Hold Your Devices Without Any Falling Even in a Big Bump. The Elastic Silicone Holding Net Protects The Edges of Your Tablets or Other Devices From Scraping. The Adjustable Velcro Strap is Suitable for Different Headrest Sizes, Can Be Firmly Fixed on The Back Seat For Your Car. Not Only Can Be Quickly Torn Down, But Also Easily And Safely Installed On The Car.

- 🚗 Quick & Easy Installation: Hikig Car Headrest Holder With No Tools Required, Hook-And-Loop Design, Quickly And Easily Attach Or Remove Your Device To Most Car Headrest.

- 🚗 More Convenient & Enjoyable: Hikig Universal Headrest Holder Will Bring You a Great Fun When Watching Movies, Reading, Playing Games And Listening to Music With No Hands During Long Car Journeys.

- 🚗 Lifetime Guarantee: We take full responsibility for any quality-related problems,

### prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

**Delivery** | Pickup

$9.99

Get **Fast, Free Shipping** with Amazon Prime FREE Returns

FREE delivery **Monday, August 14** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, August 12.** Order within 14 hrs 32 mins

Deliver to Daytona Beach 32118

### In Stock

Qty: 1

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | Hikig Online
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

WONNIE Car Headrest Mount Holder fo...
★★★★½ 528
$10.99 ✓prime
with coupon

Sponsored



## Hikig Online

Visit the Hikig Online storefront

**100% positive** in the last 12 months (105 ratings)

Hikig (Upgraded: The Car Headre...

USD$9.99

Add to Cart

Subtotal
**$14.99**

### About Seller

Hikig Online is committed to providing each customer with the highest standard of customer service.

### Have a question for Hikig Online?

Ask a question

### Feedback

4.8 out of 5    | 12 months |

105 ratings

| | | |
|---|---|---|
| 5 star | | 84% |
| 4 star | | 16% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

#### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

105 total feedbacks in 12 months

"Fast shipping; item just as described."

By Kimberly on August 9, 2023.

"This overnight bag is so nice! I bought for a gift for my sister and she really likes it"

By Linda H on August 6, 2023.

"Exactly what I ordered"

By Eric Glickman on August 6, 2023.

"Instructions could be a little more clearer"

By Richard L. on August 6, 2023.

"This comes with fair instructions, but I recommend watching the video above for this item. Assembly is a bit tedious, but when assembled it is very solid. I'm p..."
Read more

By Amazon Customer on August 6, 2023.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** shen zhen shi rui yan ke ji you xian gong si
**Business Address:**
  坂田街道新河街2号金方华电商产业园3期9栋608号
  深圳市
  龙岗区
  广东省
  518129
  CN

**Shipping Policies**    ˅

**Other Policies**    ˅

**Help**    ˅

102



Deliver to
Daytona B... 32 (1     All ⌄    Search Amazon

All   Medical Care ⌄   Best Sellers                    Ma...  ⌄

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $9.99 |
| Gift Card savings: | - $50.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $40.01 |

Learn more

$50 instant gift card

# Shopping Cart

Hikig (Upgraded: The Car Headrest Tablet Mount Holder for Kids in

**$9.99**

In Stock
Eligible for FREE Shipping & FREE Returns
☐ This is a gift Learn more

Qty: 1     Delete     Save for later

Compare with similar items     Share

Subtotal (1 item): **$9.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Add $15.01 of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$9.99**
☐ This order contains a gift

Proceed to checkout

### Customers Who Bought Items in Your Recent History Also Bought

THAYLA Croc Headlights Lights for...
33
$8.99
Add to Cart

Prime Hydration+ Stick Pack | Electrolyte Drin...
801
$8.98
Add to Cart

PowerA Nintendo...
PowerA
16,523
Nintendo Switch
$9.88
Add to Cart

Headlights for Crocs 2 Pcs, ABS Lights for Cr...
117
$14.59
Add to Cart

**You might also like**                                          Page 1 of 3

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **20**

## Store Name:

## **Top-Level**

## Platform:

## **Amazon**



Search Amazon

1 Subtotal
$16.59

Computers Laptops Desktops Monitors Tablets Computer Accessories PC Components PC Gaming Deals

WONNIE 2 Pack Car Headrest Holder for 10-12.9" Large Size Tablets

$15.99 prime

with coupon

Electronics › Computers & Accessories › Tablet Accessories Stands

Roll over image to zoom in

en 2 Pack Car
t Mount Holder for
Tablet Mount for Car
it, Tablet Car Holder
Fits All 7-11" Tablets
en

88 ratings

Shipping with Amazon Prime

Get $50 off instantly: Pay $0.00 ~~$16.59~~ upon approval for Amazon Visa. No annual fee.

Greatshen

| | |
|---|---|
| **Compatible Devices** | All 7-10.5" Tablets |
| **Compatible Phone Models** | Fits All 7 Inch to 10.5 Inch iPad/Tablets |
| **Mounting Type** | Portable |
| **Special Feature** | perfect for watching movies, reading, playing games and more |

**About this item**

- [UNIVERSAL CAR HEADREST MOUNT] This tablet holder for car is suitable for all tablets from 7-10.5 inches, and other tablet-style media devices less than 0.7 inches (18 mm) thick. Wide compatibility supports many different size devices such as IPad Pro/Air, IPad Mini 2/3/4, Kindle, Nintendo Switch, Fire HD Tablet, Samsung Galaxy Tablet.
- [PORTABLE & EASY & DETACHASBLE] The tablet holder allows to be not only quickly disassembled but also easily and securely mounted on the car. No tools are required to install or remove tablet holder for car, which is very convenient.
- [FREE YOUR HAND & MORE FUN IN TRAVEL] Upgraded tablet holder for car is specially designed for the back seat of your car to keep your kids or other back seat passengers entertained and free from hand and neck fatigue from holding a tablet for long periods of time. It's perfect for watching movies, reading, playing games and more. It also frees up your hands for more fun while having fun.
- [SAFE & STRABLE PROTECTION] Compared to hard plastic tablet holder for car, Greatshen tablet holder for car are made of soft and durable materials. Adjustable headrest car tablet holder fits different sizes of headrests. Upgraded Velcro can easily secure the device to the back seat of your car in a stable manner without worrying about dropping the device or failing to stabilize it. And the rubber strip of car

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

**Delivery** Pickup

$16.59

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Monday, August 14** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, August 10**. Order within 31 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Top-Level |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

WONNIE 4 Pack Car Headrest Moun...
$24.99 prime
with coupon

## Top-Level

Visit the Top-Level storefront

**100% positive** lifetime (6 total ratings)



**Greatshen 2 Pack Car Headrest M...**

USD **16**⁵⁹

Add to Cart

## About Seller

Top-Level is committed to providing each customer with the highest standard of customer service.

**Have a question for Top-Level?**

Ask a question

## Feedback



4.8 out of 5

6 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 17% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

6 total feedbacks in Lifetime

"We were celebrating our Anniversary and this card was a lovely addition! "

By Daniel Kim on August 4, 2023.

~~"Never received this product or a refund "~~

By Lesha N on December 10, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Loved it hope my girls like it "

By Elizabeth Castillo on November 30, 2022.

"I was a little surprised to see they were both black. I was expecting blue and pink. I will still use them "

By Tammy Wilber on October 29, 2022.

"thx "

By Leo on February 2, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shen zhen shi ming rui sheng dian zi you xian gong si
**Business Address:**
　民治街道龙塘社区简上新村二区80-81栋210
　深圳
　龙华区
　广东
　518131
　CN

Shipping Policies

Search Amazon                                                        1



$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $16.59 |
| Gift Card savings: | - $50.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $33.41 |

Learn more

## Shopping Cart

Add $8.41 of eligible items to your order to qualify for FREE Shipping. See details

**Subtotal (1 item): $16.59**

This order contains a gift



Greatshen 2 Pack Car Headrest Mount Holder for Tablets, Tablet

**$16.59**

In Stock
Eligible for FREE Shipping & FREE Returns
☐ This is a gift  Learn more

Qty: 1      Delete    Save for later

Compare with similar items    Share

Proceed to checkout

Subtotal (1 item): **$16.59**

**Featured items you may like**



Amazon Basics microSDXC Memory...
45,311
$10.09
Add to Cart



Amazon Fire HD 8 Kids tablet | ages 3-7 | Lon...
3,851
$159.99
Add to Cart



Amazon Basics In Ear Wired Headphones,...
15,298
$9.04
Add to Cart



Amazon Fire 7 Kids Tablet (2022) - ages 3...
10,496
$129.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

**Frequently bought with Greatshen 2 Pack Car Headrest Mount Holder for Tab...**

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **21**

## Store Name:

## **HiMISS Global**

## Platform:

## **Aliexpress**

2/14/23, 12:42 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Seat Back Universal For 7-10.5 Inch Tablet - AliExpress

Sell on AliExpress     Help     Buyer Protection     App       / Tampa / English / USD          Wish Lis

I'm shopping for...

HiMISS Global Store                                      92.7% P          303  ollo  e      + **Follow**

Store Home      Products ∨      Sale Items      Top Selling      UP TO 70% OFF      Feedback

 
 
 

     

**Adjustable Car Headrest Mount Holder
Stretchable Silicone Cover Bracket Seat
Back Universal For 7-10.5 Inch Tablet**

★★★★★ 4.7  6 Reviews  56 orders

## US $2.75  ~~US $5.00~~ 45% Off

**US $3.00 off**              **US $2.00 Off**
Orders over US $7.00          Store Coupon

**Ship to**       ⊚ Tampa, Floric

**Shipping: $5.49**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 08

**Service**
75-day Buyer Protection

**Quantity**
      1   +

Additional 2% off (10 Bags or m
938 Bags available

Buy Now

**Add to Cart**

⇗ Share

## Related items

                                         

US $**2.**9            US $**2.**81           US $**3.**72           US $**2.**71           US $**4.**34           US $**2.**81
Extra 2% off with c...  Extra 2% off with c...  Extra 1% off with c...  ~~US $10.02~~         50 sold  ★4.7        573 sold  ★4.8
363 sold  ★4.8          6 sold                3 sold                Welcome Deal          Universal Car Hea...   Car Tablet Suppor...
Adjustable Car He...   Adjustable Car He...   Universal Car Bac...  41 sold  ★4.6         🚚 15-day Delivery
                                                                    Premium Car Back...
                                                                    🚚 15-day Delivery
                                                                    Free Shipping

⊙ **Description**     Specifications     Customer Reviews (6)     You may also like

## Description                                        Report Item / Suspicious Activity

2/14/23, 12:42 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Seat Back Universal For 7-10.5 Inch Tablet - AliExpress

| Brand Name | HiMISS | Origin | Mainland China |

## Customer Reviews (6)

**4.7**

★★★★☆

All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 4 |
| 4 stars | 2 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

[ All(6) ]

Local review(1)    5 stars(4)    4 stars(2)

fit perfectly(1)    Very helpfull(1)    good(1)

Sort by default ⌄    Show original translate

★★★★★                                                          06 Jan 2023
                                                                U***r

Very good 👍 recommend

👍 Helpful(0)

★★★★★                                                          28 Jan 2023
                                                                A***l

thanks fit perfectly for 10.1 inch

👍 Helpful(0)

★★★★★                                                          25 Nov 2022
                                                                m***p

Very helpfull

👍 Helpful(0)

**View More**

## Buyer Questions & Answers

8/4/23, 4:54 PM                                                                                    Confirma tu pedido - AliExpress

# AliExpress



### Dirección de entrega

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133                                    Modificar

## Payment Methods

Select Payment Method

**HiMISS Global Store**                                                                ✎

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Seat Back Unive…

**$2.90**                                                                          1    +

**Shipping: $5.49**
Estimated delivery on Aug 23                                                              ›

### Summary

| Total item costs | $ |
|---|---|
| Promo Code | Escribe el código |
| Total shipping | $ |
| Tax ⑦ | $ |
| **Total** | **$** |

**Place order**

all terms and policies

✅ AliExpress

AliExpress keeps your information and payme…

### Información AliExpress

Atención al cliente, Disputas, Protección del comprador, Informar de una infracción O/H, Regulated Information, Integrity Compliance

### AliExpress en otros idiomas

Русский, Português, Español, Français, Deutsch, Italiano, Nederlands, Türk, �日本語, 한국어, ภาษาไทย, Tiếng Việt, हिन्दी, العربية, Polish

### Buscar por categoría

Lo más popular: Producto, Promoción, Low Price, Great Value, Reviews, China Brands, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Página del Grupo Alibaba, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

[Google Play]   [App Store]   [AppGallery]

Intellectual Property Protection - Privacy Policy - Mapa del sitio web - Términos de uso de AliExpress.com - Información para consumidores de la UE - Acuerdo de servic… transacción para consumidores fuera de la UE/Reino Unido - Términos y condiciones para consumidores de la UE/EEE/RU (Transacciones) - User Information Legal Enqui… 2010-2022 AliExpress.com. Todos los derechos reservados.

https://www.aliexpress.us/p/trade/confirm.html?availableProductShopcartIds=81016682523284&aeOrderFrom=main_shopcart&curPageLogUid=1691…   1/2

2/14/23, 12:42 PM        Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Seat Back Universal For 7-10.5 Inch Tablet - AliExpress

| Brand Name | HiMISS | Origin | Mainland China |
|---|---|---|---|

## Customer Reviews (6)

**4.7**

★★★★½

All reviews come from verified purchasers

| 5 stars | 4 |
|---|---|
| 4 stars | 2 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

All(6)

Local review(1)     5 stars(4)     4 stars(2)

fit perfectly(1)     Very helpfull(1)     good(1)

Sort by default ∨     Show original translate

★★★★★                                                06 Jan 2023
                                                        U***r

Very good 👍 recommend

👍 Helpful(0)

★★★★★                                                28 Jan 2023
                                                        A***l

thanks fit perfectly for 10.1 inch

👍 Helpful(0)

★★★★★                                                25 Nov 2022
                                                        m***p

Very helpfull

👍 Helpful(0)

**View More**

## Buyer Questions & Answers

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **22**

## Store Name:

## **AUTOFLY**

## Platform:

## **Aliexpress**

2/14/23, 12:47 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - Ali...

Sell on AliExpress     Help     Buyer Protection     App        / Tampa / English / USD        Wish Lis

I'm shopping for...

**AUTOFLY Store**                                    94.2% Positive Feedback        2309 followers        **+ Follow**

Store Home     Products ∨     Sale Items     Top Selling     Feedback






**Detachable for easier installation**
detachable design and allows easy access to the buttons and screens of tablets for a more comfortable viewing experience






**Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone**

★★★★★ 4.8  44 Reviews  363 orders

**US $2.90**  US $4.75  39% Off

⊙ Extra 2% Off

| US $3.00 off | US $1.00 Off |
|---|---|
| Orders over US $7.00 | Store Coupon |

**Color: Black**



Ship to        ⊙ Tampa, Floric

**Shipping: $5.88**
Estimated delivery on Mar 10
From China to Tampa via AliE
Standard Shipping

**Service**
75-day Buyer Protection

**Quantity**
    1    +

Additional 2% off (10 Bags or m
530 Bags available

**Buy Now**

**Add to Cart**

⇗ Share

## Related items








| US $1.56 | US $2.81 | US $4.5 | US $3.2 | US $2.81 | US $4.44 |
|---|---|---|---|---|---|
| 177 sold ★4.9 | 573 sold ★4.8 | 75 sold | 1215 sold ★4.7 | Extra 2% off with c... | 117 sold ★5 |
| Universal 4-11 inc... | Car Tablet Suppor... | Car Headrest Tabl... | 7-11" Soporte Tabi... | 6 sold | Telescopic Car Re... |
|  |  |  |  | Adjustable Car He... |  |

⊙ **Description**     Specifications     Customer Reviews (44)     You may also like

## Description                                    Report Item / Suspicious Activity

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 115 of 385

2/14/23, 12:47 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - Ali…

| Brand Name | Adeeing | Origin | Mainland China |
|---|---|---|---|

## Customer Reviews (44)

**4.8**

★★★★⯪

All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 38 |
| 4 stars | 5 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 1 |

All(44)   Pic review(4)          Local review(2)      5 stars(38)    4 stars(5)

1 star(1)     good product(4)      Perfect fit(3)      small(1)      Ok(1)

well(1)     product strong(1)     Holder strong(1)     slow delivery(1)     Parfait(1)     Happy(1)

Sort by default ⌄    Show original translate

★★★★★                                                          07 Feb 2023
Color:Black                                                      l***a

👍 Helpful(0)

★★★★★                                                          12 Feb 2023
Color:Black                                                      C***u

👍 Helpful(0)

★★★★★                                                          11 Feb 2023
Color:Black                                                      d***d
A little one could bigger would have been perfect. But very, very well anyway.



👍 Helpful(0)

**View More**

## Buyer Questions & Answers

2/14/23, 2:47 PM                                     Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXXX  +1 9999999999
xxxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxxx                                    Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

AUTOFLY Store                                                                    ☑

  Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...
Black

US $2.90                                                              1    +

Shipping: US $5.88
Estimated delivery on Mar 11                                                       >

## Summary

| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US$** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

☑ AliExpress

AliExpress keeps your information and payme

 

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

2/14/23, 12:48 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Yantai Meizheng Information Technology Co., Ltd. |
| **VAT number:** | 91370600MA3L****** |
| **Business license registration number:** | 370635200****** |
| **Address:** | Room 112, No.3 Nenjiang Road, Yantai Economic and Technological Development Zone, Shandong Province |
| **Legal Representative:** | Li Aizhen |
| **Business Scope:** | Network technology development, computer software and hardware development, sales, import and export of goods and technology. (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2018-06-06 |
| **Registration authority:** | Yantai Economic and Technological Development Zone Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

8/4/23, 4:56 PM                                   Please Confirm Your Order - AliExpress



# AliExpress

### Shipping Address

**Jhon Doe**  +1 3056700323
3503 day                                                                                      Change
Miami, Florida, United States, 33133

### Payment Methods

Select Payment Method

**AUTOFLY Store**                                                                          ✎

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...
Black

**$2.90**                                                                        1    +

**Shipping: $5.75**
Estimated delivery on Aug 23                                                              ›

### Summary

| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | $ |
| Tax ⑦ | $ |
| **Total** | **$** |

**Place order**

all terms and policies

✓ AliExpress

AliExpress keeps your information and paym...

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**     **App Store**     **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8 浙公网安备 33010802002248号

https://www.aliexpress.us/p/trade/confirm.html?availableProductShopcartIds=81016642048402&aeOrderFrom=main_shopcart&curPageLogUid=1691...    1/2

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **23**

## Store Name:

## **MD-Auto Parts**

## Platform:

## **Aliexpress**

2/14/23, 1:48 PM          Universal Car Headrest Mount Holder Stretchable Silicone Cover Adjustable Bracket Seat Back for 7-10.5 Inch Tablet Holder Stan...

Sell on AliExpress     Help     Buyer Protection     App     / Tampa / English / USD          Wish Lis

I'm shopping for...

**MD-Auto Parts Store**                                    94.3% Positive Feedback   |   1011 Followers       **+ Follow**

**Store Home**     **Products ∨**     **Sale Items**     **Top Selling**     **New Arrivals**     **Feedback**

**Universal Car Headrest Mount Holder Stretchable Silicone Cover Adjustable Bracket Seat Back for 7-10.5 Inch Tablet Holder Stand**

★★★★★ 4.8   11 Reviews   52 orders

# US $3.04   US $3.58  15% Off

🟠 Extra 2% Off

**US $3.00 off**              **US $1.00 Off**
Orders over US $7.00           Store Coupon

**Color: black**

Ship to       ⊙ Tampa, Floric

**Shipping: $5.88**
Estimated delivery on Mar 10
From China to Tampa via AliE
Standard Shipping

**Service**
75-day Buyer Protection

**Quantity**
1   +

Additional 2% off (10 Bags or m
917 Bags available

Buy Now

**Add to Cart**

⇗ **Share**

⊙ **Description**     Specifications     Customer Reviews (11)     You may also like

## Description

**Report Item / Suspicious Activity**

Feature:
1. Easy to install and disassemble: Magic tape design, can be installed with bare hands, and easy to disassemble. It can be removed by simply tearing it off without leaving any marks or damaging your car headrest. Lightweight and foldable for easy portability and storage.
2. Free your hands: You don't need to hold the tablet for a long time, liberate your hands and neck fatigue, and enjoy the tablet in the most comfortable way. Meanwhile, you can watch the screen at a comfortable angle with the adjustable stand.
3. Compatible devices: Car tablet headrest bracket is compatible with 7-inch~10.9-inch screen size and thickness less than 0.7-inch tablet or other devices.
Description:
Product Name: Holder
Material: Silicone + Magic tape
Color: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Packing list:
1 x Holder
Note:
1. Due to manual measurement, please allow 1-3cm error. Make sure you don't mind before bidding.
2. Due to the difference of different monitors, the picture may not reflect the actual color of the product. Thanks.

Case 1:23-cv-22812-KMW  Document 10-2  Entered on FLSD Docket 08/24/2023  Page 121 of 385

2/14/23, 1:48 PM          Universal Car Headrest Mount Holder Stretchable Silicone Cover Adjustable Bracket Seat Back for 7-10.5 Inch Tablet Holder Stan…



**View more**

## Specifications

| | | | |
|---|---|---|---|
| Color Name | Black | Brand Name | Kuulee |
| Origin | Mainland China | | |

## Customer Reviews (11)

**4.8**

★★★★☆

All reviews come from verified purchasers

| | | |
|---|---|---|
| 5 stars | | 9 |
| 4 stars | | 2 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 stars | | 0 |

All(11)

Local review(1)   5 stars(9)   4 stars(2)

Sort by default ⌄    Show original translate

★★★★★                                                    23 Jan 2023
Color:black                                                   A***B
Great concept. Fast shipping. May be hard to stretch over bigger headrests.

👍 Helpful(0)

★★★★★                                                    11 Oct 2022
Color:black                                                   M***u
Perfect 🔸

👍 Helpful(0)

★★★★★                                                    21 Jan 2023
Color:black                                                   L***d

👍 Helpful(0)

**View More**

**Buyer Questions & Answers**

2/14/23, 2:48 PM Please confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX +1 9999999999

xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

 MD-Auto Parts Store ☑

Universal Car Headrest Mount Holder Stretchable Silicone Cover Adjustable Bracket Seat B...
black

**US $3.04** 1 +

Shipping: US $5.88
Estimated delivery on Mar 11 >

## Summary

| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 AliExpress

AliExpress keeps your information and paym

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

https://www.aliexpress.com/p/trade/confirm.html?objectId=3256804108554354&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STA... 1/2

2/14/23, 1:48 PM  Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Qingdao Eating Magic Bean International Trade Co., Ltd. |
| **VAT number:** | 91370213MA3P****** |
| **Business license registration number:** | 370213230****** |
| **Address:** | 505-16, Building 1, Area E, 1022 Beilao Road, Licang District, Qingdao City |
| **Legal Representative:** | Guo Mengying |
| **Business Scope:** | Wholesale and retail (including online sales): clothing, shoes and hats, needles and textiles, daily necessities, wig products, maternal and child products (excluding food and medicine), sporting goods, handicrafts, electronic products; Import and export of goods and technologies (excluding publication import). (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2019-04-18 |
| **Registration authority:** | Qingdao Licang District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

8/4/23, 4:57 PM                                    Please confirm Your Order - AliExpress

# AliExpress



## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day                                                                        Change
Miami, Florida, United States, 33133

## Payment Methods

Select Payment Method

**MD-Auto Parts Store**                                                            ✎

Universal Car Headrest Mount Holder Stretchable Silicone Cover Adjustable Bracket Seat B...
bl...

**$2.58**                                                              1    +

**Shipping: $5.75**
Estimated delivery on Aug 23                                                      >

## Summary

| | |
|---|---|
| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | $ |
| Tax ⑦ | $ |
| **Total** | **$** |

**Place order**

...all terms and policies

☑ **AliExpress**

AliExpress keeps your information and paym...

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**▶ Google Play**    **🍎 App Store**    **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 20120091-8 330108020022481

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **24**

## Store Name:

## **SUIYUAN**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 127 of 385

2/14/23, 2:05 PM          360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for iPad Mini 6 5 Air Pro Samsung Kindle Mo...

Sell on AliExpress      Help      Buyer Protection      App      / Tampa / English / USD      Wish Lis

I'm shopping for...

**SUIYUAN Store**                    92.8%                    1089 llow      + **Follow**

Store Home      Products ∨      Sale Items      Top Selling      New Arrivals      Feedback





     

**360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for iPad Mini 6 5 Air Pro Samsung Kindle Mount**

16 orders

# US $9.58   US $19.16  50% Off

**US $3.00 off**
Orders over US $7.00

**Color: Black**

Ship to      ⊙ Tampa, Floric

**Free Shipping**
Estimated delivery on Mar 11
From China to Tampa via AliE
Standard Shipping

**Service**
75-day Buyer Protection

**Quantity**
1   +

Additional 2% off (3 Pieces or m
982 Pieces available

**Buy Now**

**Add to Cart**

↪ Share

## Related items

US $**5.58**
US $19.16
Welcome Over
68 sold ★4.8
360 Rotating Adju...
Free Shipping

US $**2.9**
Extra 2% off with c...
363 sold ★4.8
Adjustable Car He...

US $**2.75**
56 sold ★4.7
Adjustable Car He...

US $**2.81**
573 sold ★4.8
Car Tablet Suppor...

US $**10.88**
Extra 2% off with c...
121 sold ★4.7
universal Car Hea...

US $**2.81**
Extra 2% off with c...
6 sold
Adjustable Car He...

⊙ **Description**      Specifications      Customer Reviews      You may also like

## Description
                                                    Report Item / Suspicious Activity

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 128 of 385

2/14/23, 2:05 PM        360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for IPad Mini 6 5 Air Pro Samsung Kindle Mo...









Shockproof Armor
Case for iPhone X XR
**USD 4.99**/piece

Slide Wallet Card
Storage Armor Case
**USD 3.99**/piece

Slide Wallet Credit
Card Slot Phone Case
**USD 2.85-4.28**/piece

## 360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for IPad Mini 6 5 Air Pro Samsung Kindle Mount

**Universal Tablet holder/stand for Car:**
With the current popularity of various kid tablet/ipad/Fire HD, people's lives, work, outdoor sports and tourism are inseparable from these tablet. Our this car headrest tablet holder/stand is very useful and creative product. Our main purpose is to help improve the way people carry devices while driving.

1- This car tablet holder with the super strong extentable strap and durable silicone holder, be suitable for 7-10.5 inch tablet, iPad, iPad mini, HD Fire, Nintendo Switch and other 7-10.5 inch device. It can completely prevent the people in the back seat of the car from feeling bored on the road and driving easily.

2- Best quality material that can be firmly attached to the headrest tablet holder even if the car in the bumping.

3- 360°Rotate Tablet stand for car or vertical 360 degree rotatable.

4- Considerate Design:
Silicone mesh and leather cushions will protect your device from scratches and sliding. Ergonomic design offers a fabulous viewing when using Face-time and watching films.

5 - Deal with various road conditions:
Our car headrest tablet holder design follows the car rear seat system, And can easily deal with various road conditions such as sudden braking, speed bumps, and rugged mountain roads. No matter what bumps the car encounters, it will protect your device from falling and scraping.



**View more**

## Specifications

| Package | No | Feature | Charger |
|---------|-----|---------|---------|
| Material | Plastic | Model Number | Car Tablet Holder Back Seat |

## Shipping Address

XXXXXXXXXXXXXXXXX  +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

📦 SUIYUAN Store

360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for IPa...
Black

**US $9.58**                                                        1  +

**Free Shipping**
Estimated delivery on Mar 11                                                    ›

## Summary

| | |
|---|---|
| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⑦ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

 AliExpress

AliExpress keeps your information and payme

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers ·
Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

2/14/23, 2:06 PM                                                                                    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shenzhen Lemon Tesco Technology Co., Ltd. |
| **VAT number:** | 914403003597****** |
| **Business license registration number:** | 914403003597****** |
| **Address:** | 503, Huarui Building, Baoan South Road, Guiyuan Street, Luohu District, Shenzhen City, Guangdong Province |
| **Legal Representative:** | Ling Shangyu |
| **Business Scope:** | Technical development and sales of electronic products, digital products, solar products, instrument accessories, mechanical and electrical machinery, refrigeration equipment, household goods, gifts, accessories, beauty products, clothing, outdoor sports goods, toys, and model aircraft products; Domestic trade, engaged in goods and technology Import and export business (except for items that must be approved before registration as required by laws, administrative regulations, and decisions of the State Council). |
| **Established:** | 2016-01-25 |
| **Registration authority:** | Luohu Branch of Shenzhen Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

130

8/4/23, 4:58 PM                           Please Confirm Your Order - AliExpress

# AliExpress



## Shipping Address

**Jhon Doe**  +1 3056700323
3503 day                                                                                          Change
Miami, Florida, United States, 33133

## Payment Methods

Select Payment Method

**SUIYUAN Store**

360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for IPa...
Black

**$9.58**                                                                          1      +

**Free shipping**
Estimated delivery **on Aug 22**
🚚 12-day delivery                                                                              ›

## Summary

Total item costs                                                        $

Promo Code                                                    Enter code

Total shipping

Tax ⑦                                                                    $

Total                                                                  $ 1

**Place order**

all terms and policies

AliExpress

AliExpress keeps your information and payme

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

[Google Play]   [App Store]   [AppGallery]

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8    33010802002248

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **25**

## Store Name:

## **isPretty**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 133 of 385

2/14/23, 2:17 PM     Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids...

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

IsPretty Store                                              93.7% Positive Feedback    342 Followers    + Follow

Store Home    Products ∨    Sale Items    Top Selling    Feedback



**Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids**

★ ★ ★ ★ ★ 4.9  14 Reviews  91 orders

# US $0.99  US $10.51  90% Off

**US $1.00 Off**           **US $1.00 Off**
Store Discount            Store Coupon

**Color: Black**

**Ship to**    ⊙ Tampa, Floric

**Shipping: $11.08**
From United States to Tampa
Estimated delivery: 4-13 days

**Service**
15-day Buyer Protection

**Quantity**
1

Additional 2% off (5 Pieces or m
1 pieces at most per customer

**Buy Now**

**Add to Cart**

⇗ Share

⊙ **Description**    Specifications    Customer Reviews (14)    You may also like

## Description

Report Item / Suspicious Activity

**Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids**

**Bullet Points:**
1、Multi-purpose: The car headrest tablet holder is mainly used in the back seat of the car, so that children and passengers in the back seat can enjoy their favorite videos, movies, music.
2、Safe Design: Tablet Stand is designed with a flexible and adjustable silicone stand, it can firmly hold your device and avoid the tablet from falling.
3、Simple Operation: This bracket is easy to install and easy to remove, you can install it with your bare hands, just tear it off to remove it without leaving any marks or damaging your car headrest.
4、Comfortable Angle: No need for you to hold the tablet for a long time, liberate your hand and neck fatigue, and enjoy the tablet in the most comfortable way.
5、Compatible Devices: The car tablet headrest bracket is compatible with 7"~10.9" screens, and the size and thickness are less than 0.7" for tablets or other devices.
Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet

133

Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Bracket*1



**View more**

## Specifications

| | | | |
|---|---|---|---|
| Package | Yes | Feature | Charger |
| Material | Silicon | Model Number | holder |
| Brand Name | tmddotda | Origin | Mainland China |

## Customer Reviews (14)

**4.9**

★★★★☆

All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 12 |
| 4 stars | 2 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 135 of 385

2/14/23, 2:17 PM          Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids...

All(14)                    Additional review(1)              5 stars(12)      4 stars(2)

                              Perfect(1)      Good article(1)      like in the photo(1)

fast delivery(1)      excllent(1)

Sort by default ∨    Show original translate

★★★★★                                                              17 Nov 2022
Ships From:Poland Color:Black                                           F***s
Good article.

Additional feedback                                                17 Nov 2022
Good article

👍 Helpful(0)

★★★★★                                                              22 Jan 2023
Color:Black Ships From:CN                                               J***z
Perfect!!

👍 Helpful(0)

★★★★★                                                              14 Dec 2022
Ships From:CN Color:Black                                        AliExpress Shopper
Thank you for fast delivery. The size is smaller than I thought.

👍 Helpful(0)

**View More**

**Buyer Questions & Answers (0)**

## Shipping Address

XXXXXXXXXXXXXXXXX  +1 9999999999
xxxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

isPretty Store

Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch ...
Black,United States

US $0.99                                                                    1

Shipping: US $11.08
Estimated Delivery Time:4-13 Days

>

## Summary

| Total item costs | US $ |
| --- | --- |
| Promo Code | Enter code |
| Total shipping | US $1 |
| Tax ⑦ | US $ |
| **Total** | **US :** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

 AliExpress

AliExpress keeps your information and paymo

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play          App Store          AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8

2/14/23, 2:18 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Guangzhou Yifu Trading Co., Ltd. |
| **VAT number:** | 91440101MA9X****** |
| **Business license registration number:** | 91440101MA9X****** |
| **Address:** | Room 106, No. 8, Miaoqianli Lane 1, Mubei Street, Tianhe District, Guangzhou |
| **Legal Representative:** | Xiao Yanjiao |
| **Business Scope:** | Sales of furniture spare parts; Sales of furniture; Retail of electronic components; Sales of electronic products; Sales of gifts and flowers; Retail of cosmetics; Retail of stationery; Retail of jewelry; Sales of security equipment; Retail of clothing and apparel; Sales of lighting appliances; Retail of photographic equipment and binoculars; Sales of cameras and equipment;; |
| **Established:** | 2021-03-16 |
| **Registration authority:** | Guangzhou Tianhe District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

8/4/23, 4:59 PM                                   Please Confirm Your Order - AliExpress

# AliExpress



## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day                                                                              Change
Miami, Florida, United States, 33133

## Payment Methods

Select Payment Method

**isPretty Store**                                                                          ✎

Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch ...

$4.94                                                                       1    +

Shipping: $11.08
Estimated shipping time: **4-13 days**                                                  ›

## Summary

| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | $1 |
| Tax ⓘ | $ |
| **Total** | **$1** |

**Place order**

all terms and policies

✅ AliExpress

AliExpress keeps your information and paymt

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**    **App Store**    **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8   33010802002248

https://www.aliexpress.us/p/trade/confirm.html?availableProductShopcartIds=81016789583610&aeOrderFrom=main_shopcart&curPageLogUid=1691...      1/2

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **26**

## Store Name:

## **Motorcycle&Car parts**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW  Document 10-2  Entered on FLSD Docket 08/24/2023  Page 140 of
385
2/14/23, 2:26 PM          Car Headrest Mount Holder Tablet Holder for Kids in Car Headrest Back Seats Anti-Slip Elastic Strap and Holding Net Tablet Cove...

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

Motorcycle&Car parts Store            92.9% Positive Feedback    |    327 Followers    + **Follow**

**Store Home**    **Products** ⌄    **Sale Items**    **Top Selling**    **Feedback**

### Car Headrest elastic strap



23in    7in

12in

**Car Headrest Mount Holder Tablet Holder for Kids in Car Headrest Back Seats Anti-Slip Elastic Strap and Holding Net Tablet Cover**

★★★★★ 5.0  3 Reviews  11 orders

# US $4.06  ~~US $8.64~~ 53% Off

⊘ Extra 2% Off

**US $3.00 off**
Orders over US $7.00

  **...**

---

### Description                                    **Report Item / Suspicious Activity**

**⊙ Description**    Specifications    Customer Reviews (3)    You may also like

**Durable material:** Constructed of wear-resistant and safe material, the adjustable headrest strap fits different sizes of headrests and protects your device from being scratched.
**Stable without falling:** You can easily fix your device stably in the back seat of your car without worrying about dropping your device or falling to stabilize your device.
**Removable:** The tablet holder is compatible with tablets with or without a protective case and can not only be quickly removed, but also easily and securely mounted in your car.
**Portable:** The holder is lightweight, making it easier to carry when traveling.
**Perfect ride and travel companion:** It is perfect for watching movies, reading, playing games, etc. While having fun, it also frees up hands and brings backseat passengers a pleasant journey.

**Specifications:**
Color: black
Material: rubber
Package size: 22.3 * 18.3 * 1.6cm
Package weight: 175g

**Package List:**
1 * Headrest Mount Holder Kit

# US $4.06  ~~US $8.64~~

**Selections:**

**Ship to**    ⊙ Tampa, Floric

**Shipping:** **$5.63**
From United States to Tampa
Shipping Method - US
Estimated delivery on Apr 18

**Service**
25-day Buyer Protection

**Quantity**
1    +  140

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 141 of 385

2/14/23, 2:26 PM          Car Headrest Mount Holder Tablet Holder for Kids in Car Headrest Back Seats Anti-Slip Elastic Strap and Holding Net Tablet Cove…

Additional 1% off (2 Pieces or m
593 Pieces available

**Buy Now**

**Add to Cart**

↝ **Share**



**View more**

## Specifications

| | | | |
|---|---|---|---|
| Material | rubber | Color Name | Black |
| Origin | Mainland China | | |

## Customer Reviews (3)

**5.0**
★★★★★
All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

All(3)                                          5 stars(3)

2/14/23, 2:26 PM     Car Headrest Mount Holder Tablet Holder for Kids in Car Headrest Back Seats Anti-Slip Elastic Strap and Holding Net Tablet Cove…

Sort by default ⌄   Show original translate

★★★★★                                               09 Sep 2022
Ships From:Czech Republic                           S***l
Good product, super fast shipping.

👍 Helpful(0)

★★★★★                                               13 Nov 2022
Ships From:United States                            I***n
Excellent התקבל fast!

👍 Helpful(0)

★★★★★                                               02 Oct 2022
Ships From:CN                                       1***r

👍 Helpful(0)

**View More**

## Buyer Questions & Answers

## Recommended from Motorcycle&Car parts Store →

        

| ABS High Plastic M... | Mini Universal LCD ... | Universal 5 6 Spee... | LS EGR Tube Plug I... | Gear Stick Knob He... | Fiber Leather Car C... | 4Pcs Adult Knee Pa... | Car HUD H |
| US $1.38 | US $26.21 | US $6.3 | US $4.51 | US $2.1 | US $10.12 | US $5.13 | US $7.43 |
| 130 sold ★4.3 | 77 sold ★4.5 Free Shipping | 21 sold ★4.2 | 2 sold | 36 sold ★4.3 | 142 sold ★4.4 | US $19.85  -74% New User Bonus 316 sold ★4.7 | 30 sold ★ |

       

| 1pcs Nylon Car Net... | Hood Lock Latch W... | New 5 Speed Gear ... | 11" Screw-in AM/F... | Universal Car Auto ... | High Power Car He... | Mini HIFI Audio Ste... | Car Alarm |
| US $0.67 | US $18.26 | US $2.97 | US $1.26 | US $24.73 | US $6.1 | US $13.54 | US $12.7 |
| 39 sold ★4.3 | 12 sold ★5 | 94 sold ●5 | 75 sold ●4.6 | US $63.84  -61% New User Bonus 42 sold ★4.7 Free Shipping | 21 sold ★4.8 | US $38.97  -65% New User Bonus 68 sold ★4.7 Free Shipping | 1 sold Free Shipp |

## Top selling from Motorcycle&Car parts Store →

2/14/23, 2:55 PM
Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

🚋  Motorcycle&Car parts Store                              ☑

Car Headrest Mount Holder Tablet Holder for Kids in Car Headrest Back Seats Anti-Slip Ela...
United States

**US $4.06**                                         1   +

Shipping: US $5.63
Estimated delivery on Apr 18

>

## Summary

| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US :** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payme



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play      App Store      AppGallery

Intellectual Property Protection   Privacy Policy   Sitemap   Terms of Use   Information for EU Consumers   Transaction Services Agreement for non-EU/UK Consumers
Conditions for EU/EEA/UK Consumers (Transactions)   User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120071-8

https://www.aliexpress.com/p/trade/confirm.html?objectId=3256803904230383&from=aliexpress&countryCode=US&shippingCompany=OTHER_US&...   1/2



# AliExpress

## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133                    Change

## Payment Methods
Select Payment Method

### Motorcycle&Car parts Store

Car Headrest Mount Holder Tablet Holder for Kids in Car Headrest Back Seats Anti-Slip Ela...

$3.72                                        1   +

Shipping: $5.21
Estimated delivery on Oct 10

## Summary

| | |
|---|---|
| Total item costs | $3.72 |
| Promo Code | Enter code here ∨ |
| Total shipping | $5.21 |
| Tax ⑦ | $0.62 |
| **Total** | **$9.55** |

**Place order**

all terms and policies

🛡 AliExpress

AliExpress keeps your information and payment safe

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

144

2/14/23, 2:27 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shenzhen Yuke Wei Import and Export Co., Ltd. |
| **VAT number:** | 91440300MA5G****** |
| **Business license registration number:** | 91440300MA5G****** |
| **Address:** | Block B, Zhongshen Garden, 2010 Caitian Road, Fushan Community, Futian Street, Futian District, Shenzhen 1409H7 |
| **Legal Representative:** | Han Wanzhen |
| **Business Scope:** | General business items are: import and export business (except for items prohibited by laws, administrative regulations, and decisions of the State Council, and restricted items must be licensed before they can be operated); Domestic trade (excluding franchised, monopolised, and exclusively controlled goods); Auto parts Sales; Computer technical services., The licensed business items are: |
| **Established:** | 2021-05-24 |
| **Registration authority:** | Shenzhen Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.: **27**

## Store Name:

## **Elec Daily**

## Platform:

## **Aliexpress**

2/14/23, 2:30 PM          Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Elastic Strap And Holding Net Tablet Cov...

I'm shopping for...

Elec Daily Store                                      89 0%                    536 follower      + Follow

Store Home     Products ⌄     Sale Items     Top Selling     Feedback





**Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Elastic Strap And Holding Net Tablet Cover**

1 order

# US $4.08  ~~US $10.19~~  60% Off

**US $3.00 off**
Orders over US $7.00                    ···

**Color: black**

**Ship to**      ⊙ Tampa, Floric

**Shipping:** $8.51
From United States to Tampa
Shipping Method - US
Estimated delivery on Apr 18

**Service**
25-day Buyer Protection

**Quantity**
1  +

Additional 2% off (10 Pieces or r
999 pieces at most per custome

**Buy Now**

**Add to Cart**

⇗ **Share**




1                    2                    3                    4
Front side of car headrest   Back side of car headrest   Hold the tablet in   Installation completed
                                                         silicone case



        

## Related items








US $**4**.1                US $**3**.72               US $**4**.06               US $**2**.71               US $**2**.75               US $**4**.44
Extra 1% off with c...     Extra 1% off with c...     Extra 2% off with c...     ~~US $10.02~~
                                                                                 Welcome Deal
10 sold  ★3.7             3 sold                     11 sold  ★5              41 sold  ★4.6            56 sold  ★4.7            118 sold  ★5
Car Headrest Mou...       Universal Car Bac...       Car Headrest Mou...       Premium Car Back...       Adjustable Car He...       Telescopic Car Re...
                                                                                 🚚 15-day Delivery
                                                                                 Free Shipping

⊙ **Description**     Specifications     Customer Reviews     You may also like

## Description                                        Report Item / Suspicious Activity

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 148 of 385

2/14/23, 2:30 PM          Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Elastic Strap And Holding Net Tablet Cov…

## Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Elastic Strap And Holding Net Tablet Cover

Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Bracket*1



**View more**

## Specifications

| Package | Yes | Model Number | holder |
|---------|-----|--------------|--------|

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 149 of 385

2/14/23, 2:30 PM        Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Elastic Strap And Holding Net Tablet Cov…

| Brand Name | tmddotda | Origin | Mainland China |
|---|---|---|---|

## Customer Reviews (0)

## Buyer Questions & Answers

## Recommended from Elec Daily Store →

       

**ForMotorola Moto ...**
US $0.99
US $9.58  -89%
New User Bonus
9 sold ⭐5

**3PCS Phone Strap ...**
US $1.34
19 sold ⭐5

**Phone Loop Silicon...**
US $2.28
4 sold

**4 Pcs/Set Kawaii Pi...**
US $0.66
10 sold ⭐5

**3pcs Phone Strap R...**
US $1.24
35 sold ⭐4.6

**10PCS Silicone Thu...**
US $1.12
2 sold

**Power Pod 1500m...**
US $4.5
4 sold

**Ultrasonic**
US $2.95
1 sold ⭐1

**Protable Storage C...**
US $0.99
US $7.99  -87%
New User Bonus
63 sold ⭐4.8

**Fireproof Docume...**
US $10.57
6 sold ⭐5

**For Steam Deck Ga...**
US $3.12
5 sold ⭐5

**3.5mm Width Mobi...**
US $1.81
5 sold

**Headband Head Ba...**
US $0.95
32 sold ⭐4.7

**VR Paddle Handle ...**
US $11.08
10 sold ⭐5

**New Lockable Stor...**
US $18.18
17 sold ⭐4

**S11 8GB W**
US $20.4
3 sold ⭐5

2/14/23, 2:56 PM
Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999

xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

🏧 **Elec Daily Store**                                      ☑

Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Ela...
black,United States

**US $4.08**                                          1   +

Shipping: US $8.51
Estimated delivery on Apr 18                              ›

## Summary

| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⓘ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and paymе

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers ·
Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide © 2010-2022 AliExpress.com. All rights reserved

8/7/23, 9:19 AM
Confirma tu pedido - AliExpress



# AliExpress

## Dirección de entrega

**Jhon Doe** +1 3056700323
3503 day
Miami, Florida, United States, 33133

Modificar

## Payment Methods

Select Payment Method

**Elec Daily Store**

Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9Inch ...

$3.41                                     1   +

Shipping: $11.14
Estimated shipping time 4-13 days                                    >

## Summary

| | |
|---|---|
| Total item costs | $3.41 |
| Promo Code | Escribe el código aquí ⌄ |
| Total shipping | $11.14 |
| Tax ⑦ | $1.01 |
| **Total** | **$15.56** |

**Place order**

all terms and policies

✅ AliExpress

AliExpress keeps your information and payment safe

---

**Información AliExpress**

Atención al cliente, Disputas, Protección del comprador, Informar de una infracción DPI, Regulated Information, Integrity Compliance

**AliExpress en otros idiomas**

Русский, Português, Español, Français, Deutsch, Italiano, Nederlands, Türk, ไทย, 한국어, עברית, Tiếng Việt, Indonesian, العربية, Polski

**Buscar por categoría**

Lo más popular, Productos Promoción, Low Price, Great Value, Reviews, China Brands, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

8/7/23, 9:19 AM                                                         Confirma tu pedido - AliExpress



2/14/23, 2:31 PM   Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Wuhan jiexiuyi Electronic Commerce Co., Ltd. |
| **VAT number:** | 91420100MA4K****** |
| **Business license registration number:** | 91420100MA4K****** |
| **Address:** | A18, 4th Floor, Aerospace Magnetoelectric Office Building, No. 11 Jiayuan Road, East Lake New Technology Development Zone, Wuhan |
| **Legal Representative:** | Cheng Junhua |
| **Business Scope:** | Wholesale and retail of LED lamps, LED display screens, energy-saving lighting products, household goods, office supplies, digital products, maternal and child products, cosmetics, auto parts and accessories and online wholesale and retail; Technical development and wholesale and retail of electronic products (excluding electronic publications), computer software and hardware; Design and wholesale and retail of clothing and apparel; Import and export of goods, import and export of technology (excluding goods or technologies that are prohibited or restricted by the state). (For projects subject to examination and approval according to law, business activities can only be carried out after examination and approval by relevant departments) |
| **Established:** | 2019-07-19 |
| **Registration authority:** | Wuhan East Lake New Technology Development Zone |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.: **28**

## Store Name:

## **Cars Accessories Dropshipping**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 155 of 385

2/14/23, 3:16 PM        Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE…

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

Cars Accessories Dropshipping Store                    95.5%                    |    199 Followers        + Follow

**Store Home**    **Products** ⌄    **Sale Items**    **Top Selling**    **New Arrivals**    **Feedback**



    

### Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone

# US $12.12
~~US $22.87~~ 47% Off

🟠 Extra 2% Off

**US $3.00 off**
Orders over US $7.00                            ...

**Color Name: Black**

**Ship to**        ⊙ Tampa, Floric

**Free Shipping**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Service**
75-day Buyer Protection

**Quantity**
    1    +

Additional 2% off (10 Pieces or r
999 Pieces available

                            **Buy Now**

                        **Add to Cart**

                    ⤷ **Share**

## Related items


US $**2**.9
Extra 2% off with c...
363 sold  ★ 4.8
Adjustable Car He...


US $**2**.81
573 sold  ★ 4.8
Car Tablet Suppor...

 
US $**5**.58
~~US $19.16~~
welcome Deal
68 sold  ★ 4.8
360 Rotating Adju...
Free Shipping


US $**1**.56
177 sold  ★ 4.9
Universal 4-11 inc...


US $**0**.99  ~~US $5.46~~
welcome Deal
416 sold  ★ 4.7
Universal Car Bac...
Free Shipping


US $**2**.75
56 sold  ★ 4.7
Adjustable Car He...

⊙ **Description**    Specifications    Customer Reviews    You may also like

## Description                                    **Report Item / Suspicious Activity**

2/14/23, 3:16 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE…

Feature:

1. The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly. The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached. Optimized stretchable silicone mesh protects your device from any scratches.

2. Detachable is easier to install: The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience. Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.

3. Compatible with All 7"-10" Devices: The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7". This car headrest bracket is a great choice for your driving and traveling.

Description:
Name: Car Headrest Bracket
Color: Black
Material: Nylon + Rubber
Compatible Models: 7" to 10" Tablet PC
Packing list:
1 x Car Headrest Bracket
Note:
1. Due to manual measurement, please allow 1-3cm error. Make sure you don't mind before bidding.
2. Due to the difference of different monitors, the picture may not reflect the actual color of the product. Thanks.



**View more**

## Specifications

| External Testing Certification | CCC | Brand Name | Studyset |
|---|---|---|---|

2/14/23, 3:16 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE…

| Origin | Mainland China | Item Type | Armrests |
|--------|----------------|-----------|----------|

## Customer Reviews (0)

## Buyer Questions & Answers (0)

## Recommended from Cars Accessories Dropshipping Store →

       

| 30Pcs/Set Motorcy... | Voltage Detector T... | 30Pcs/Set 8mm Riv... | Resin Anti-static Ke... | Car Mini Electronic ... | Lockable Gas Fuel ... | Car Universal Fuel l... | Wheel Stici |
|---|---|---|---|---|---|---|---|
| US $7.01 | US $5.59 | US $4.21 | US $3.2 | US $5.4 | US $2.82 | US $8.69 | US $0.48 |
| 26 sold ★4 | 9 sold | 4 sold | 5 sold | 8 sold ★5 | 21 sold ★5 | 6 sold ★4.5 | 3 sold ★5 |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping |  | Free Shipping |  |

| Motorcycle Half He... | Titanium Alloy M14... | Vehicle Anti-theft D... | Car Battery Smart ... | Sports Men Sungla... | Men Women Moto... | Car Hidden Storag... | Car Mobile |
|---|---|---|---|---|---|---|---|
| US $16.32 | US $6.48 | US $19.93 | US $27.64 | US $16.82 | US $15.9 | US $19.14 | US $4.04 |
| 5 sold ★5 | 15 sold ★5 | 4 sold | 8 sold ★5 | 9 sold | 2 sold | 1 sold ★5 | 4 sold ★3 |
| Free Shipping | Free Shipping |  | Free Shipping |  | Free Shipping | Free Shipping | Free Shipp |

157

Please Confirm Your Order - AliExpress



# AliExpress

**Shipping Address**

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

**Payment Methods**

Select Payment Method

**Cars Accessories Dropshipping Store**

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...

$7.22

1   +

Shipping: $0.58
Estimated delivers on **Aug 23**
📦 12-day delivery

**Summary**

| | |
|---|---|
| Total item costs | $7.22 |
| Promo Code | Enter code here ∨ |
| Total shipping | $0.58 |
| Tax ⑦ | $0.54 |
| **Total** | **$8.34** |

**Place order**

all terms and policies

🛡 AliExpress

AliExpress keeps your information and payment safe

**Help**

Help Center, Disputes & Report, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polski

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

2/14/23, 3:19 PM                                    Please confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx              Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

🚌  **Cars Accessories Dropshipping Store**                    ☑

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...
Black

**US $12.12**                                          1   +

Free Shipping                                               >
Estimated delivery on Mar 09

## Summary

| Total item costs | US $1 |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⑦ | US $ |
| **Total** | **US :** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and payme



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection - Privacy Policy  Sitemap  Terms of Use  Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions)  User Information Legal Enquiry Guide ©2010-2023 AliExpress.com. All rights reserved.

https://www.aliexpress.com/p/trade/confirm.html?objectId=3256804850543279&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STA...   1/2

2/14/23, 3:19 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Yantai Huizhen Trading Co., Ltd. |
| **VAT number:** | 91370602MA3Q****** |
| **Business license registration number:** | 91370602MA3Q****** |
| **Address:** | 13-2 Xinzhuang Street, Zhifu District, Yantai City, Shandong Province |
| **Legal Representative:** | Liu Qi |
| **Business Scope:** | Wholesale and retail of agricultural and livestock products, grain, needle textiles, clothing, shoes and hats, daily necessities, cultural goods, sporting goods, furniture, household appliances, computers, communication equipment, and food sales. (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2019-09-29 |
| **Registration authority:** | Yantai Zhifu District Market Supervision and Administration Bureau |

## 以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **29**

# Store Name:

# **New Energy Auto Must Buy**

# Platform:

# **Aliexpress**

2/14/23, 3:26 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE…

Sell on AliExpress      Help      Buyer Protection      App      / Tampa / English / USD      Wish Lis

I'm shopping for...

New Energy Auto Must Buy Store          98.0% Positive Feedback          11 Followers          + **Follow**

**Store Home**      **Products** ∨      **Sale Items**      **Top Selling**      **Feedback**

**Package included**
1 X Car Headrest Mount Holder



**Adjustable Car Headrest Mount Holder
Stretchable Silicone Cover Bracket Car Seat
Back Universal For Ipad Tablets Phone**

# US $6.00

US $3.00 off
Orders over US $7.00

**Color: Black**



    

## Related items



US $**2**.9
Extra 2% off with c...
363 sold  ★4.8
Adjustable Car He...



US $**1**.56
177 sold  ★4.9
Universal 4-11 inc...



US $**2**.81
573 sold  ★4.8
Car Tablet Suppor...



US $**1**.04
US $10.28
Choice
4874 sold  ★4.8
EAFC Telescopic C...
🚚 Free 15-day
delivery-Free return



US $**4**.93
772 sold  ★4.9
4-11 inch Phone T...



US $**4**.44
118 sold  ★5
Telescopic Car Re...

## Description

**Report Item / Suspicious Activity**

Feature:

162

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 163 of 385

2/14/23, 3:26 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE…

1. The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly. The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached. Optimized stretchable silicone mesh protects your device from any scratches.

2. Detachable is easier to install: The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience. Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.

3. Compatible with All 7"-10" Devices: The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7". This car headrest bracket is a great choice for your driving and traveling.

Description:
Name: Car Headrest Bracket
Color: Black
Material: Nylon + Rubber
Compatible Models: 7" to 10" Tablet PC
Packing list:
1 x Car Headrest Bracket
Note:
1. Due to manual measurement, please allow 1-3cm error. Make sure you don't mind before bidding.
2. Due to the difference of different monitors, the picture may not reflect the actual color of the product. Thanks.

# Adjustable Velcro strap

The adjustable Velcro strap is suitable for different headrest sizes, can be firmly fixed on the back seat of your car



Elastic Mount Strap

**◉ Description**    Specifications    Customer Reviews    You may also like



**View more**

## US $6.00

**Selections: Black**

**Ship to**      ◉ Tampa, Floric

**Shipping: $5.72**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Service**
75-day Buyer Protection

**Quantity**
  1    +
268 Pieces available

**Buy Now**

**Add to Cart**

⋔ **Share**

## Specifications

Material          Nylon + Rubber          Color Name          Black

2/14/23, 3:26 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE…

| Origin | Mainland China |
|--------|----------------|

## Customer Reviews (0)

## Buyer Questions & Answers (0)

## Recommended from New Energy Auto Must Buy Store →

       

Mudguards for BY…   US $17.45   17 sold ● 5

For MG MULAN M…   US $10.32   25 sold ● 5

Car Styling For Atto…   US $8.65   24 sold ● 4.5

Car Organizer Box …   US $18.67   13 sold

Ultrafine Fiber Leat…   US $23.44   5 sold ● 5

Flannel Car Mats F…   US $25.35   6 sold

For BYD Atto 3 Yua…   US $6.32   5 sold ● 3

Car Trunk I…   US $14.3   4 sold

Waterproof Boot M…   US $26.82   5 sold

Car Phone Holder f…   US $16.32   4 sold

For BYD Atto 3 Yua…   US $16.35   12 sold ● 5

for BYD Atto 3 Yua…   US $9.99   30 sold

Leather Car Trunk …   US $29.13   5 sold ● 4   Free Shipping

5PCS Car Door Arm…   US $7.32   5 sold

Gravity Car Phone …   US $9.32   6 sold ● 4   Free Shipping

Tesla Mode…   US $11.2   2 sold

2/14/23, 3:28 PM                                     Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999

xxxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx                                      Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

New Energy Auto Must Buy Store

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...
Black

**US $6.00**                                                                          1   +



Shipping: US $5.72
Estimated delivery on Mar 09                                                              >

## Summary

| Total Item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⓘ | US $ |
| **Total** | **US $** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and payme

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU Consumers · Transaction Services Agreement for non-EU/UK Consumers · Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide · ©2010-2022 AliExpress.com. All rights reserved.

https://www.aliexpress.com/p/trade/confirm.html?objectId=3256804800657753&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STA...   1/2

AliExpress

## Shipping Address

Jhon Doe +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**New Energy Auto Must Buy Store**

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...
Black

$6.00

1 +

Shipping: $5.59
Estimated delivery on Aug 25

## Summary

| | |
|---|---|
| Total item costs | $6.00 |
| Promo Code | Enter code here |
| Total shipping | $5.59 |
| Tax | $0.82 |
| **Total** | **$12.41** |

Place order

all terms and policies

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group



Please Confirm Your Order - AliExpress



2/14/23, 3:27 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Yiwu Yixing Electronic Commerce Co., Ltd. |
| **VAT number:** | 91330782MA7K****** |
| **Business license registration number:** | 91330782MA7K****** |
| **Address:** | 302, Unit 3, Building 28, Shizhu Lower Community, 23 Li, Yiwu City, Jinhua City, Zhejiang Province, China |
| **Legal Representative:** | CHIANG CHIANG |
| **Business Scope:** | |
| **Established:** | 2022-03-04 |
| **Registration authority:** | |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **30**

## Store Name:

## **Kamikaze Auto Parts**

## Platform:

## **Aliexpress**

2/14/23, 3:43 PM          Adjustable Car Headrest Mount Holder Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablets Phone - AliE…

Sell on AliExpress     Help     Buyer Protection     App     / Tampa / English / USD     Wish Lis

I'm shopping for…

Karnikara Auto Parts Store                              85 ─────────────     226 Follower     + **Follow**

**Store Home**     **Products ∨**     **Sale Items**     **Top Selling**     **Feedback**



     

**Adjustable Car Headrest Mount Holder Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablets Phone**

# US $3.10  ~~US $5.00~~  38% Off

⊙ Extra 2% Off

**US $3.00 off**          **US $9.00 Off**
Orders over US $7.00          Store Coupon

**Color: Black**

**Ship to**     ⊙ Tampa, Floric

**Shipping: $5.37**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Service**
75-day Buyer Protection

**Quantity**
1  +

Additional 2% off (10 Bags or m
999 Bags available

Buy Now

**Add to Cart**

⇗ Share

## Related items



US $**2.9**
Extra 2% off with c…
363 sold  ★4.8
Adjustable Car He…

US $**2.81**
573 sold  ★4.9
Car Tablet Suppor…

US $**1.56**
177 sold  ★4.9
Universal 4-11 inc…

US $**1.04**
~~US $10.28~~
Choice
4874 sold  ★4.8
EAFC Telescopic C…
Free 15-day
delivery·Free return

US $**4.93**
772 sold  ★4.9
4-11 inch Phone T…

US $**4.5**
75 sold
Car Headrest Tabl…

⊙ **Description**     Specifications     Customer Reviews     You may also like

**Description**                                                    Report Item / Suspicious Activity          170

**Description**                                                                    Report Item / Suspicious Activity

Feature:

1. The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly. The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached. Optimized stretchable silicone mesh protects your device from any scratches.

2. Detachable is easier to install: The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience. Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.

3. Compatible with All 7"-10" Devices: The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7". This car headrest bracket is a great choice for your driving and traveling.

Description:

Name: Car Headrest Bracket

Color: Black

Material: Nylon + Rubber

Compatible Models: 7" to 10" Tablet PC

Packing list:

1 x Car Headrest Bracket

Note:

1. Due to manual measurement, please allow 1-3cm error. Make sure you don't mind before bidding.

2. Due to the difference of different monitors, the picture may not reflect the actual color of the product. Thanks.



**View more**

## Specifications

| Material | Nylon + Rubber | Color Name | Black |
|----------|----------------|------------|-------|

2/14/23, 3:43 PM            Adjustable Car Headrest Mount Holder Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablets Phone - AliE…

Origin                    Mainland China

## Customer Reviews (0)

## Buyer Questions & Answers

## You may also like

      

US $0.99  US $5.5
Welcome Deal
2241 sold  ★4.3
Car Phone Holder M…
Free Shipping

US $2.71  US $10.02
Welcome Deal
41 sold  ★4.6
Premium Car Back S…
15-day Delivery
Free Shipping

US $2.81
Extra 2% off with coi…
6 sold
Adjustable Car Head…

US $2.75
56 sold  ★4.7
Adjustable Car Head…

US $4.4
1 sold
Adjustable Car Head…

US $9.45
263 sold  ★4.8
For Tesla Model 3/Y …

US $8.99
38 sold  ★5
Car Back Seat Headr…

US
Ext
96 :
Tek
Fre

US $3.01
1 sold
Tablet Car Headrest…

US $2.19  US $6.52
Welcome Deal
455 sold  ★4.7
Tablet Car Holder St…
Free Shipping

US $10.09
Extra 1% off with coi…
12 sold  ★4.7
Telescopic Car Rear …
Free Shipping

US $7.24
Extra 2% off with coi…
10 sold  ★5
Car Headrest Mount…
15-day Delivery

US $2.94
Adjustable Car Head…

US $4.81
2373 sold  ★4.8
Universal 4-11 inch …

US $10.88
Extra 2% off with coi…
121 sold  ★4.7
universal Car Headr…

US
900
Uni

US $3.81
127 sold  ★4.6
Car Back Seat Headr…

US $2.26
1629 sold  ★4.9
1pc Car Headrest H…

US $3.02  US $11.7
Extra 3% off with coi…
329 sold  ★4.9
Premium Car Back S…
Free Shipping

US $8.93
Extra 2% off with coi…
447 sold  ★4.9
2022New Car Back S…

US $3.2
1215 sold  ★4.7
7-11" Soporte Tablet…

US $7.15
Silicon Car Headrest…
15-day Delivery
Free Shipping

US $3.02
Extra 2% off with coi…
Adjustable Car Head…

US
Ext
2 sc
202

2/14/23, 3:45 PM                                          Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXXXX   +1 9999999999

xxxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx          Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

🏧  **Kamikaze Auto Parts Store**                              ☑

Adjustable Car Headrest Mount Holder Silicone Cover Bracket Car Seat Back Universal Co...
Black

**US $3.10**                                                   1   +

Shipping: US $5.37
Estimated delivery on Mar 09                                   ›

## Summary

Total item costs                                       US $

Promo Code                                         Enter code

Total shipping                                         US $

Tax ⑦                                                  US $

**Total**                                                US

### Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and paym

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide © 2010-2022 AliExpress.com. All rights reserved.
231200914  ©

https://www.aliexpress.com/p/trade/confirm.html?objectId=3256804226889121&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STA...   1/2

AliExpress

## Shipping Address

**Jhon Doe** +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Kamikaze Auto Parts Store**

Car Headrest Silicone Hook Phone Holder Seat Back Hanger Rear Seat Bracket Cover For I...

Black

$2.64

1 +

Shipping: $5.43
Estimated delivery on Aug 25

## Summary

| | |
|---|---|
| Total item costs | $2.64 |
| Promo Code | Enter code here |
| Total shipping | $5.43 |
| Tax | $0.57 |
| **Total** | **$8.64** |

Place order

all terms and policies

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

8/7/23, 9:24 AM

Please Confirm Your Order - AliExpress



2/14/23, 3:45 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Yantai Yunmiao Electronic Commerce Co., Ltd. |
| **VAT number:** | 91370600MA3C****** |
| **Business license registration number:** | 91370600MA3C****** |
| **Address:** | Room 518, Factory Building 3, No. 32 Zhujiang Road, Yantai Economic and Technological Development Zone, Shandong Province |
| **Legal Representative:** | Liu Yuhua |
| **Business Scope:** | Online wholesale and retail: Computer software and auxiliary equipment, children's toys, electronic products, office supplies, clothing, computer software development, import and export of goods and technologies. (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2016-08-10 |
| **Registration authority:** | Yantai Economic and Technological Development Zone Market Supervision and Administration Bureau |

## 以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **31**

## Store Name:

## **Trusting car**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 178 of 385

2/14/23, 3:49 PM          HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for iPad Air Pro Tablet Ca...

Sell on AliExpress     Help     Buyer Protection     App          / Tampa / English / USD          Wish Lis

I'm shopping for...                                                                              0

Trusting car store                                      11.1 product reviews     1456 follower     + Follow

**Store Home**     **Products** ⌄     **Sale Items**     **Top Selling**     **Feedback**





### HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for iPad Air Pro Tablet Case

# US $6.29  ~~US $7.86~~  20% Off

**US $3.00 off**
Orders over US $7.00          ...

**Color: A Style**

          

## Related items

| | | | | | |
|---|---|---|---|---|---|
| EAFC | | | | | |
| US $1.04 | US $2.9 | US $1.56 | US $4.93 | US $3.85 | US $2.81 |
| ~~US $10.28~~ | Extra 2% off with c... | 177 sold ★4.9 | 772 sold ★4.9 | ~~US $13.31~~ | 573 sold ★4.8 |
| Choice | 363 sold ★4.8 | Universal 4-11 Inc... | 4-11 inch Phone T... | Extra 2% off with c... | Car Tablet Suppor... |
| 4874 sold ★4.8 | Adjustable Car He... | | | Welcome Deal | |
| EAFC Telescopic C-... | | | | 4356 sold ★4.8 | |
| Free 15-day | | | | Telescopic Car Re-... | |
| delivery-Free return | | | | Free Shipping | |

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 179 of 385

2/14/23, 3:49 PM          HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for IPad Air Pro Tablet Ca...

**Features**                                                    Report Item / Suspicious Activity

- The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly.
- The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached.
- Stretchable silicone mesh protects your device from any scratches.
- The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience.
- Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.
- The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7".
- This car headrest bracket is a great choice for your driving and traveling.

Specification:

- Compatible Models: 7" to 10" Tablet PC
- Material:Nylon + Rubber
- Color:Black

Package Included:

- 1 x Car Headrest Bracket

NO Retail Box. Packed Safely in Bubble Bag.



**⚲ Description**    Specifications    Customer Reviews    You may also like

    

**View more**

**US $6.29** ~~US $7.86~~

**Selections: A Style**

**Ship to**    ⊙ Tampa, Floric

**Shipping: $1.03**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Service**
75-day Buyer Protection

## Specifications

| Material | Nylon + Rubber | Color Name | Black |
| --- | --- | --- | --- |

2/14/23, 3:49 PM    HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for IPad Air Pro Tablet Ca…

| Origin | Mainland China |
|--------|----------------|

**Quantity**

1   +

Additional 3% off (3 Pieces or m

999 Pieces available

## Customer Reviews (0)

Buy Now

Add to Cart

## Buyer Questions & Answers (0)

⇗ Share

## Recommended from Trusting car Store →

        

| Professional Car Pa... | Car Charging Cable... | 2Pcs New Front Wi... | 3Pcs/Set Car Stylin... | Adhesive Mobile P... | Car Seat Belt Stop ... | Car Seat Belt Cover... | New Car G |
|---|---|---|---|---|---|---|---|
| US $0.99 | US $9.49 | US $1.49 | US $4.58 | US $0.99 | US $0.69 | US $0.99 | US $0.99 |
| US $1.86  -46% | 128 sold ★ 4.8 | 61 sold ★ 4.5 | 47 sold ★ 4.9 | 430 sold ★ 4.6 | 220 sold ★ 4.8 | US $4.99  -80% | US $4.36 |
| New User Bonus | Free Shipping | | | | | New User Bonus | New User |
| 32806 sold ● 4.5 | | | | | | 140 sold ★4.6 | 86 sold ★ |
| Free Shipping | | | | | | Free Shipping | Free Ship |

## Top selling from Trusting car Store →

       

| US $0.99 | US $0.99 | US $1.99 | US $1.49 | US $1.29 | US $0.99 | US $0.99 | US $1.11 |
|---|---|---|---|---|---|---|---|
| 1707 Sold ★ 4.8 | 496 Sold ★ 4.6 | 204 Sold ★ 4.9 | 186 Sold ★ 4.8 | 145 Sold ★ 4.4 | 430 Sold ★ 4.6 | 140 Sold ★ 4.6 | 416 Sold ★ |

## You may also like



| US $2.71  US $10.02 | US $2.81 | US $8.99 | US $2.75 | US $4.1 | US $9 | US $5.06 | US |
|---|---|---|---|---|---|---|---|
| | Extra 2% off with coi... | | | Extra 1% off with coi... | Extra 2% off with coi... | | Silic |
| 41 sold ★ 4.6 | 6 sold | 38 sold ★ 5 | 56 sold ★ 4.7 | 10 sold ★ 3.7 | 1 sold ★ 5 | 14 sold ★ 4.5 | |
| Premium Car Back S... | Adjustable Car Head... | Car Back Seat Headr... | Adjustable Car Head... | Car Headrest Mount... | Universal Car Tablet... | 3 Size Car Headrest ... | Fre |

180

2/14/23, 3:51 PM                                      Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999

xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx                                    Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

Trusting car Store                                                             ☑

HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7...
A Style

**US $6.29**                                                          1    +

Shipping: US $1.03
Estimated delivery on Mar 09

>

## Summary

| | |
|---|---|
| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US$** |

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payme

 

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20130041-4



8/7/23, 9:27 AM

Please Confirm Your Order - AliExpress

# AliExpress

## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

### Trusting car Store

Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 I...

$7.99                                           1   +

**Shipping: $1.03**
Estimated delivery on Aug 23
12-day delivery

## Summary

| | |
|---|---|
| Total item costs | $7.99 |
| Promo Code | Enter code here ∨ |
| Total shipping | $1.03 |
| Tax ⓘ | $0.63 |
| **Total** | **$9.65** |

**Place order**

all terms and policies

🛡 AliExpress

AliExpress keeps your information and payment safe

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

182

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256804856257056&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STANDARD&provinceCode=922870760000000000&city...   1/2

8/7/23, 9:27 AM                                    Please Confirm Your Order - AliExpress



2/14/23, 3:50 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shanghai Rungao Trading Co., Ltd. |
| **VAT number:** | 91310114MA1G****** |
| **Business license registration number:** | 310114003****** |
| **Address:** | Room J2136, Building 2, 4268 Zhennan Road, Jiading District, Shanghai |
| **Legal Representative:** | Huang Chunping |
| **Business Scope:** | Sales of digital products, office equipment, communication equipment and related products, building materials, lighting appliances, wires and cables, sporting goods and equipment, bearings, clothing and apparel, household goods, furniture, and import and export of goods and technologies. [For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments]] |
| **Established:** | 2016-12-23 |
| **Registration authority:** | Jiading District Market Supervision Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **32**

## Store Name:

## **Shenzhen Drop Shipping**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 186 of 385

2/14/23, 5:00 PM       Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids...

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

**Shenzhen Drop Shipping Store**                          93.2% Positive Feedback    703 Followers    + Follow

Store Home    Products ∨    Sale Items    Top Selling    Feedback



### Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids

★★★★★ 5.0  1 Review  2 orders

## US $4.03  US $10.07  60% Off

🪙 **Extra 1% Off**

**US $3.00 off**              **US $1.00 Off**
Orders over US $7.00         Store Discoun

**Color: Black**



      

## Related items



US $**2.**81
573 sold  ★4.8
Car Tablet Suppor...

US $**8.**05
5 sold  ★4.5
Universal SUV Car ...
🚚 15-day Delivery
Free Shipping

US $**3.**72
Extra 1% off with c...
3 sold
Universal Car Bac...

US $**0.**99
US $10.51
Welcome Deal
91 sold  ★4.9
Car Headrest Tabl...

US $**9.**23
14 sold  ★5
Universal Car Hea...
🚚 15-day Delivery
Free Shipping

US $**4.**44
119 sold  ★5
Telescopic Car Re...

## Description                                    Report Item / Suspicious Activity

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 187 of 385

2/14/23, 5:00 PM          Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids...

## Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids

Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Bracket*1





**View more**

## Specifications

**◉ Description**     Specifications     Customer Reviews (1)     You may also like

**US $4.03**  ~~US $10.07~~

2/14/23, 5:00 PM          Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids…

Origin                    Mainland China

**Selections: Black**

**Ship to**         ⊚ Tampa, Floric

**Shipping: $11.08**
From United States to Tampa
Estimated delivery: 4-13 days

## Customer Reviews (1)

| | | |
|---|---|---|
| 5 stars | | 1 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 stars | | 0 |

# 5.0

★★★★★

All reviews come from verified purchasers

**Service**

15-day Buyer Protection

**Quantity**

1   +

Additional 5% off (5 Pieces or m
999 pieces at most per custome

All(1)                                    5 stars(1)

Sort by default ⌄    Show original translate

★★★★★                                                        04 Oct 2022
Ships From:CN Color:Black                                     J***r        ⇗ **Share**
All as the description, fit for tablet over 10 ", strong velcro

👍 Helpful(0)

**Buy Now**

**Add to Cart**

**View More**

## Buyer Questions & Answers

## Recommended from Shenzhen Drop Shipping Store →

| For Xiaomi Smart T... | As20 Retro Bluetoo... | Non-Slip Elastic Ph... | Waterproof Silicon... | Wireless XLR Trans... | Smart Glasses Wire... | Keyboard Lube Swi... | A5 Photoca |
|---|---|---|---|---|---|---|---|
| US $0.99 | US $7.91 | US $0.99 | US $0.99 | US $27.47 | US $20.34 | US $0.99 | US $0.51 |
| US $3.82 -74% | US $26.46 -70% | US $4.26 -76% | US $3.42 -71% | 282 sold ★4.7 | 76 sold ★4.7 | US $10.28 -90% | 37 sold ★ |
| New User Bonus | New User Bonus | New User Bonus | New User Bonus | | | New User Bonus | |
| 63 sold ★5 | 39 sold ★5 | 137 sold ★4.6 | 110 sold ★4.7 | | | 74 sold ★4.8 | |

## Shipping Address

XXXXXXXXXXXXXXXXXX    +1 9999999999
xxxxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

**Select Payment Method**

 🚐 **Shenzhen Drop Shipping Store**                                    ☑

Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch ...
United States,Black

**US $4.03**                                                                     1    +

Shipping: US $11.08
Estimated Delivery Time:4-13 Days                                                        ›

## Summary

| Total item costs | US $ |
| --- | --- |
| Promo Code | Enter code |
| Total shipping | US $1 |
| Tax ⑦ | US $ |
| **Total** | **US :** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and payme

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**        **App Store**        **AppGallery**

Intellectual Property Protection - Privacy Policy  Sitemap  Terms of Use  Information for EU Consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
2012000-6



8/7/23, 9:30 AM                                                    Please Confirm Your Order - AliExpress

# AliExpress

## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133                                      Change

## Payment Methods

Select Payment Method

### Shenzhen Drop Shipping Store

Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch ...

$4.53                                                                      1   +

Shipping: $11.08
Estimated shipping time  4-13 days                                          >

## Summary

| Total item costs | $4.53 |
| Promo Code | Enter code here ∨ |
| Total shipping | $11.08 |
| Tax ⑦ | $1.09 |

**Total**                                              **$16.70**

**Place order**

all terms and policies

🛡 AliExpress

AliExpress keeps your information and payment safe

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

8/7/23, 9:30 AM

Please Confirm Your Order - AliExpress



Alibaba Group Website, AliExpress, Alimama, Alibaba, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙B2-20120091-8 浙公网安备 33010802002248号

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256804321825624&from=aliexpress&countryCode=US&shippingCompany=USPS&provinceCode=922870760000000000&cityCode=92287076...   2/2

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Wuhan Keyi Yuan Electronic Commerce Co., Ltd. |
| **VAT number:** | 91420100MA4K****** |
| **Business license registration number:** | 420100001****** |
| **Address:** | A23, 4th Floor, Aerospace Magnetoelectric Office Building, No. 11 Jiayuan Road, East Lake New Technology Development Zone, Wuhan |
| **Legal Representative:** | Chen Yuantuo |
| **Business Scope:** | Wholesale and retail of LED lamps, LED display screens, energy-saving lighting products, household goods, office supplies, digital products, maternal and child products, cosmetics, auto parts and accessories and online wholesale and retail; Technical development and wholesale and retail of electronic products (excluding electronic publications), computer software and hardware; Design and wholesale and retail of clothing and apparel; Import and export of goods, import and export of technology (excluding goods or technologies that are prohibited or restricted by the state). (For projects subject to examination and approval according to law, business activities can only be carried out after examination and approval by relevant departments) |
| **Established:** | 2019-07-19 |
| **Registration authority:** | Wuhan East Lake New Technology Development Zone |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **33**

## Store Name:

## **Digitalcarr**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 194 of 385

2/14/23, 5:40 PM          HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for iPad Air Pro Tablet Ca...

Sell on AliExpress     Help     Buyer Protection     App     / Tampa / English / USD     Wish Lis

I'm shopping for...

Digitalcarr Store

95 T_____     2556 Followe s     + Follow

Store Home     Products ⌄     Sale Items     Top Selling     Feedback



### HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for iPad Air Pro Tablet Case

# US $6.29  ~~US $7.86~~ 20% Off

**US $3.00 off**
Orders over US $7.00

  ...

**Color: A Style**



     

     

## Related items

     

US $**1**.04
~~US $18.28~~
**Choice**
4875 sold ★ 4.8
EAFC Telescopic C...
🚚 Free 15-day
delivery·Free return

US $**1**.56
177 sold ★ 4.9
Universal 4-11 Inc...

US $**2**.9
Extra 2% off with c...
363 sold ★ 4.8
Adjustable Car He...

US $**3**.85
~~US $13.31~~
Welcome Deal
4357 sold ★ 4.8
Telescopic Car Re...
Free Shipping

US $**2**.81
573 sold ★ 4.8
Car Tablet Suppor...

US $**4**.93
774 sold ★ 4.9
4-11 inch Phone T...

Description

Report Item / Suspicious Activity

194

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 195 of 385

2/14/23, 5:40 PM          HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for IPad Air Pro Tablet Ca…

**Description**                                                                    Report Item / Suspicious Activity

Features:

- The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly.
- The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached.
- Stretchable silicone mesh protects your device from any scratches.
- The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience.
- Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.
- The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7".
- This car headrest bracket is a great choice for your driving and traveling.

Specification:

- Compatible Models: 7" to 10" Tablet PC
- Material:Nylon + Rubber
- Color:Black

Package Included:

- 1 x Car Headrest Bracket

NO Retail Box. Packed Safely in Bubble Bag.



**◉ Description**    Specifications    Customer Reviews    You may also like

    

**View more**

US **$6.29**  US $7.86

**Selections: A Style**

**Ship to**      ◎ Tampa, Floric

**Shipping: $1.03**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Specifications**

**Service**
75-day Buyer Protection

| Material | Nylon + Rubber | Color Name | Black |
| --- | --- | --- | --- |

2/14/23, 5:40 PM          HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for IPad Air Pro Tablet Ca...

Origin                    Mainland China

**Quantity**

1   +

Additional 3% off (3 Pieces or m
999 Pieces available

**Customer Reviews (0)**

**Buy Now**

**Add to Cart**

**Buyer Questions & Answers**                                    ⇗ Share

## Recommended from Digitalcarr Store →

       

Chrismas Car Acce...   Cute Little Black Ye...   New Motorcycle AT...   22mm Motorcycle ...   F1 Style 15 LED Rea...   Car Perfume Bottle...   Car Hanging Scarf ...   Car Penda

US $0.99              US $1.99               US $14.29              US $21.29              US $9.99               US $1.99               US $0.99               US $0.99
US $3.49  -71%                                                                                                               US $6.24  -84%         US $4.24  ·
New User Bonus                                                                                                               New User Bonus         New User I
111 sold  ★4.6        112 sold  ★4.6        68 sold  ★4.8          59 sold  ★3.9          58 sold  ★4.4          52 sold  ★4.5        38 sold  ★4.7        4120 sold
Free Shipping                                 Free Shipping          Free Shipping          Free Shipping                                 Free Shipping         Free Ship

## Top selling from Digitalcarr Store →

        

US $15.19            US $2.59            US $1.89            US $1.99            US $0.99            US $0.99            US $0.99            US $0.99

349 Sold  ★3.9      850 Sold  ★4.3     778 Sold  ★4.8     375 Sold  ★4.7     653 Sold  ★4.7     162 Sold  ★4.9     641 Sold  ★4.7     197 Sold  ★

## You may also like

      

US $2.32  US $12.91   US $6.29              US $2.75               US $2.71  US $10.82   US $3.04               US $0.99  US $9.2     US $3.01               US
Extra 3% off with coi...                     56 sold  ★4.7         Welcome Deal            52 sold  ★4.8          Extra 1% off with coi...   2 sold                  38 s
Welcome Deal          HKGK Universal Car ...   Adjustable Car Head...   41 sold  ★4.6                               Welcome Deal            Adjustable Car Head...   Car
1731 sold  ★4.7                                                     Premium Car Back S...   Universal Car Headr...   54 sold  ★5
LED Ceiling Lamps ...                                               🚚 15-day Delivery                               Top Quality Cowhid...
Free Shipping                                                       Free Shipping                                 Free Shipping

2/14/23, 5:43 PM                                   Please Confirm Your Order - AliExpress

## Shipping Address

**XXXXXXXXXXXXXXXX**   +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx          Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

🏪  **Digitalcarr Store**                                                    ☒

HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7...
A Style

**US $6.29**                                                        1   +

Shipping: US $1.03
Estimated delivery on Mar 09                                                    ›

### Summary

| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⓘ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and paym



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AllTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers ·
Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide · ©2010-2022 AliExpress.com. All rights reserved.

https://www.aliexpress.com/p/trade/confirm.html?objectId=3256804856270737&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STA...   1/2

8/7/23, 9:32 AM                                    Please Confirm Your Order - AliExpress

# AliExpress

## Shipping Address

**Jhon Doe**  +1 3056700323
3503 day
Miami, Florida, United States, 33133                            Change

## Payment Methods

Select Payment Method

### Digitalcarr Store                                                         ✎

Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 l...

$7.99                                                                    1   +

**Shipping: $1.03**
Estimated delivery on Aug 23
🚚 12-day delivery                                                              >

## Summary

| | |
|---|---|
| Total item costs | $7.99 |
| Promo Code | Enter code here ⌄ |
| Total shipping | $1.03 |
| Tax ⓘ | $0.63 |
| **Total** | **$9.65** |

**Place order**

all terms and policies

🛡 **AliExpress**

AliExpress keeps your information and payment safe

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

198

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256804856270737&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STANDARD&provinceCode=922870760000000000&city...   1/2

8/7/23, 9:32 AM

Please Confirm Your Order - AliExpress



2/14/23, 5:42 PM Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shanghai Rungao Trading Co., Ltd. |
| **VAT number:** | 91310114MA1G****** |
| **Business license registration number:** | 310114003****** |
| **Address:** | Room J2136, Building 2, 4268 Zhennan Road, Jiading District, Shanghai |
| **Legal Representative:** | Huang Chunping |
| **Business Scope:** | Sales of digital products, office equipment, communication equipment and related products, building materials, lighting appliances, wires and cables, sporting goods and equipment, bearings, clothing and apparel, household goods, furniture, and import and export of goods and technologies. [For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments]] |
| **Established:** | 2016-12-23 |
| **Registration authority:** | Jiading District Market Supervision Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.: **34**

## Store Name:

## **Oversea Phone**

## Platform:

## **Aliexpress**

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

Oversea Phone Store

94 4% ▬▬▬ Feedb▬    |    2026 Followers    + **Follow**

**Store Home**    **Products** ⌄    **Sale Items**    **Top Selling**    **New Arrivals**    **Feedback**

 

**Universal Car Back Seat Headrest Mount Holder Stand For 7-10.5 Inch Tablet PC**

3 orders

# US $7.31  US $18.74  61% Off

🟡 Extra 1% Off

**US $3.00 off**
Orders over US $7.00                    ···



**Color: Black**

    

## Related items


US $**2.9**
Extra 2% off with c...
363 sold  ⭐ 4.8
Adjustable Car He...


US $**2.75**
56 sold  ⭐ 4.7
Adjustable Car He...


US $**2.71**
US $10.02
Welcome Deal
41 sold  ⭐ 4.6
Premium Car Back-...
🚚 15-day Delivery
Free Shipping


US $**1**.04
US $10.28
Choice
4875 sold  ⭐ 4.8
EAFC Telescopic C...
🚚 Free 15-day
delivery-Free return


US $**2.81**
573 sold  ⭐ 4.8
Car Tablet Suppor...


US $**8.77**
Extra 2% off with c...
4 sold  ⭐ 4
Car Headrest Tabl...
Free Shipping

**Description**                                         Report Item / Suspicious Activity          202

2/14/23, 6:00 PM                    Universal Car Back Seat Headrest Mount Holder Stand For 7-10.5 Inch Tablet PC - AliExpress

**Bullet Points:**

1、Multi-purpose: The car headrest tablet holder is mainly used in the back seat of the car, so that children and passengers in the back seat can enjoy their favorite videos, movies, music.

2、Safe Design: Tablet Stand is designed with a flexible and adjustable silicone stand, it can firmly hold your device and avoid the tablet from falling.

3、Simple Operation: This bracket is easy to install and easy to remove, you can install it with your bare hands, just tear it off to remove it without leaving any marks or damaging your car headrest.

4、Comfortable Angle: No need for you to hold the tablet for a long time, liberate your hand and neck fatigue, and enjoy the tablet in the most comfortable way.

5、Compatible Devices: The car tablet headrest bracket is compatible with 7"~10.9" screens, and the size and thickness are less than 0.7" for tablets or other devices.

Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Bracket*1



📍 **Description**    Specifications    Customer Reviews    You may also like

view more

**US $7.31** ~~US $18.74~~

**Selections: Black**

**Ship to**    📍 Tampa, Floric

**Free Shipping**
Estimated delivery on **Mar 11**
From **China** to **Tampa** via AliE
Standard Shipping

## Specifications

| Package | Yes | Material | Silicon |
|---------|-----|----------|---------|

2/14/23, 6:00 PM                        Universal Car Back Seat Headrest Mount Holder Stand For 7-10.5 Inch Tablet PC - AliExpress

| Model Number | holder | Brand Name | tmddotda |
| Origin | Mainland China | | |

**Service**

75-day Buyer Protection

**Quantity**

1   +

Additional 1% off (3 Pieces or m
999 pieces at most per custome

## Customer Reviews (0)

Buy Now

Add to Cart

## Buyer Questions & Answers

⇗ Share

## Recommended from Oversea Phone Store →

| Children Instant Ca... | Silicone Colorful Au... | Touch Control Ear ... | Smartwatch Protec... | Wireless bluetooth... | Colorful Silicone Sp... | Charging Box for S... | Silicone Co |
| US $37.18 | US $1.98 | US $1.33 | US $0.93 | US $1.47 | US $0.64 | US $1.96 | US $0.63 |
| US $95.79 -61% | 76 sold | US $12.99 -89% | 20 sold ★ 5 | US $8.29 -82% | 7 sold ★ 5 | US $13.85 -85% | 18 sold ★ |
| New User Bonus | | New User Bonus | | New User Bonus | | New User Bonus | |
| 66 sold ★ 4.7 | | 336 sold ★ 4.3 | | 655 sold ★ 4.9 | | 22 sold ★ 5 | |

| PC Case For Steam-... | 3D Printer Blackout... | Design VR Cable M... | ForMotorola Moto ... | PVC PU Leather Pr... | Pink Plated Case fo... | VR Golf Club Adapt... | For XboxC |
| US $11.25 | US $3.58 | US $10.11 | US $5.2 | US $6.85 | US $0.57 | US $12.81 | US $2.78 |
| 15 sold ★ 5 | 23 sold ★ 5 | 10 sold ★ 5 | 15 sold ★ 5 | 8 sold | 4 sold | 9 sold ★ 4 | 2 sold |
| Free Shipping | | | | | | | |

2/14/23, 6:03 PM                                  Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999
xxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx                                        Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

🏬 **Oversea Phone Store**                                                          ☑

       Universal Car Back Seat Headrest Mount Holder Stand For 7-10.5 Inch Tablet PC
       CN,Black

       **US $7.31**                                                      1   +

**Free Shipping**                                                                  >
Estimated delivery on Mar 11

## Summary

| Total item costs | US $ |
|---|---|
| Promo Code | Enter code |
| Total shipping |  |
| Tax ⑦ | US $ |
| **Total** | **US $** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and paym

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

   **Google Play**        **App Store**        **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved
20120001-6

8/7/23, 9:33 AM                                            Please Confirm Your Order - AliExpress

# AliExpress

## Shipping Address

**Jhon Doe**  +1 3056700323
3503 day
Miami, Florida, United States, 33133                                    Change

## Payment Methods

Select Payment Method

### Oversea Phone Store

Universal Car Back Seat Headrest Mount Holder Stand For 7-10.5 Inch Tablet PC
United States Store

$3.91                                                                    1   +

**Shipping: $11.08**
Estimated shipping time: 4-13 days                                          >

### Summary

| | |
|---|---|
| Total item costs | $3.91 |
| Promo Code | Enter code here ∨ |
| Total shipping | $11.08 |
| Tax ⑦ | $1.04 |
| **Total** | **$16.03** |

**Place order**

all terms and policies

🛡 **AliExpress**

AliExpress keeps your information and payment safe

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACKFRIDAY, AliExpress Assistant

## Alibaba Group

2/14/23, 6:01 PM   Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shenzhen Furten Trading Co., Ltd. |
| **VAT number:** | 914403003582****** |
| **Business license registration number:** | 440301114****** |
| **Address:** | A501, Huangjia Meilong Mansion, Meilong Road, Minzhi Street, Longhua New District, Shenzhen City, Guangdong Province |
| **Legal Representative:** | Ma Kanglong |
| **Business Scope:** | Technical development and sales of electronic products and computer peripheral accessories; Design and sales of clothing and apparel; Sales of energy-saving lighting products, Wujinjiaodian, office supplies, and digital products; Investment in the establishment of industries (specific projects will be declared separately); Domestic trade; Goods and Technology import and export. ^ |
| **Established:** | 2015-09-30 |
| **Registration authority:** | Guangdong Administration for Industry and Commerce |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

https://sellerjoin.aliexpress.com/credential/showcredential.htm?storeNum=4417093&spm=a2g0o.store_pc_home.pcShopHead_1612824.0   1/1

Case No. 1:23-cv-22812-KMW

# Defendant No.: **35**

## Store Name:

## **Car Motor**

## Platform:

## **Aliexpress**

2/14/23, 6:12 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablet P…

Sell on AliExpress     Help     Buyer Protection     App     / Tampa / English / USD     Wish Lis

I'm shopping for...

Car Motor Store                                         94 8%                     3154 Followe       + **Follow**

**Store Home**     **Products** ⌄     **Sale Items**     **Top Selling**     **New Arrivals**     **Discounted Item**     **Feedback**

### Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablet Phone

## US $3.02  ~~US $4.25~~ 29% Off

🔵 Extra 2% Off

**US $3.00 off**                    **US $1.00 Off**
Orders over US $7.00            Store Coupon

**Color: Black**



    

### Related items


US $**2.9**
Extra 2% off with c...
363 sold  ⭐4.8
Adjustable Car He...


US $**2.75**
56 sold  ⭐4.7
Adjustable Car He...


US $**2.81**
Extra 2% off with c...
6 sold
Adjustable Car He...


US $**1.56**
177 sold  ⭐4.9
Universal 4-11 inc...


US $**2.71**
~~US $10.02~~
Welcome Deal
41 sold  ⭐4.6
Premium Car Back...
 15-day Delivery
Free Shipping


US $**2.81**
573 sold  ⭐4.8
Car Tablet Suppor...

Description                                    Report Item / Suspicious Activity         209

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 210 of 385

2/14/23, 6:12 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablet P…

**Description**                                                                    Report Item / Suspicious Activity



Adjustable Car
Headrest Mount
**USD 3.02**/piece



Car Phone Holder
Dashboard 360-degree
**USD 1.48**/piece



Adjustable Car
Headrest Mount
**USD 7.06**/piece



Stable Gravity Car
Phone Holder 360
**USD 2.63-2.68**/piece



Motorcycle Bicycle
Handlebar Phone
**USD 22.66**/piece

### Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablet Phone

**Feature:**

1. The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly. The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached. Optimized stretchable silicone mesh protects your device from any scratches.

2. Detachable is easier to install: The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience. Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.

3. Compatible with All 7"-10" Devices: The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7". This car headrest bracket is a great choice for your driving and traveling.

**Description:**

Name: Car Headrest Bracket

Color: Black

Material: Nylon + Rubber

Compatible Models: 7" to 10" Tablet PC

**Packing list:**

1 x Car Headrest Bracket

**Note:**

1. Due to manual measurement, please allow 1-3cm error. Make sure you don't mind before bidding.

2. Due to the difference of different monitors, the picture may not reflect the actual color of the product. Thanks.

## Package included

**♀ Description**      Specifications      Customer Reviews      You may also like



**View more**

## Specifications

| Material | Nylon + Rubber | Color Name | Black |

**US $3.02** ~~US $4.25~~

**Selections: Black**

**Ship to**      ♀ Tampa, Floric

**Shipping: $5.86**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on **Mar 09**

**Service**

75-day Buyer Protection

**Quantity**

1   +

Additional 2% off (10 Pieces or r
999 Pieces available

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 211 of 385

2/14/23, 6:12 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablet P...

999 Pieces Available

| Origin | Mainland China |
| --- | --- |

Buy Now

Add to Cart

## Customer Reviews (0)

↪ Share

## Buyer Questions & Answers

## Recommended from Car Motor Store →

       

| 2 in 1 Car Adapter ... | Portable Car Air Pu... | Super Bright BAY1... | Car Bluetooth-com... | Universal Motorcyc... | 1156 P21W BA15S ... | Car Carbon Fiber P... | Car Audio I |
| US $1.88 | US $5.45 | US $1.14 | US $3.26 | US $0.61 | US $0.67 | US $5.08 | US $21.9 |
| 197 sold ★4.9 | 4 sold | 8 sold ★5 | 14 sold ★3.3 | 72 sold ★5 | 19 sold ★4.6 | 7 sold ★5 | 9 sold |

## Top selling from Car Motor Store →

       

| US $2.63 | US $2.28 | US $10.09 | US $2.33 | US $1.88 | US $1.00 | US $1.00 | US $5.85 |
| 94 Sold ★4.8 | 313 Sold ★4.3 | 83 Sold ★4.9 | 244 Sold ★4.9 | 197 Sold ★4.9 | 159 Sold ★4.6 | 67 Sold ★4.6 | 59 Sold ★4 |

## You may also like

| US $4.53 ~~US $13.13~~ | US $0.99 ~~US $10.51~~ | US $3.72 | US $3.02 | US $4.16 | US $0.99 ~~US $5.37~~ | US $3.04 | US |
| Extra 1% off with coi... | Welcome Deal | Extra 1% off with coi... | Extra 1% off with coi... | Extra 2% off with coi... | Extra 20% off with c... | Extra 2% off with coi... | Uni |
| Welcome Deal | 91 sold ★4.9 | 3 sold | 5 sold ★5 | 2 sold | Welcome Deal | 52 sold ★4.8 | |
| 380 sold ★4.6 | Car Headrest Tablet... | Universal Car Back S... | Adjustable Car Head... | 2022 Silicon Car Bac... | 2899 sold ★4.9 | Universal Car Headr... | |
| Tablet Car Holder F... | | | | 🚚 15-day Delivery | SmartDevil Phone H... | | |
| Free Shipping | | | | | Free Shipping | | |
| | | | | | Free Return | | |

2/14/23, 6:17 PM

Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

🔲 Car Motor Store                                                    ☑

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...
Black

**US $3.02**                                                    1    +

Shipping: US $5.86
Estimated delivery on Mar 09

>

## Summary

| | |
|---|---|
| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payme

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non EU/UK Consumers - Conditions for EU/UK/UK/UE Consumers (Transactions) - User Information Legal Enquiry Guide © 2010-2022 AliExpress.com. All rights reserved.

https://www.aliexpress.com/p/trade/confirm.html?objectId=3256804601341457&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STA...   1/2

8/7/23, 9:34 AM                                                    Please Confirm Your Order - AliExpress



# AliExpress

## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133                                Change

## Payment Methods

Select Payment Method

**Car Motor Store**

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...

$3.02                                                                1   +

Shipping: $5.74
Estimated delivery on Aug 25                                                    >

## Summary

| | |
|---|---|
| Total item costs | $3.02 |
| Promo Code | Enter code here ∨ |
| Total shipping | $5.74 |
| Tax ⑦ | $0.61 |
| **Total** | **$9.37** |

**Place order**

all terms and policies

🛡 AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Please Confirm Your Order - AliExpress



Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Yantai Lanlei Network Technology Co., Ltd. |
| **VAT number:** | 91370600MA3D****** |
| **Business license registration number:** | 370635200****** |
| **Address:** | Room 507, Building 3, No.32 Zhujiang Road, Yantai Economic and Technological Development Zone, Shandong Province |
| **Legal Representative:** | Jiang Xiaolei |
| **Business Scope:** | Computer hardware development, sales, network software development. (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2017-03-03 |
| **Registration authority:** | Yantai Administration for Industry and Commerce Economic and Technological Development Zone Branch |

## 以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **36**

## Store Name:

## **Goldandround**

## Platform:

## **Aliexpress**

2/14/23, 6:24 PM                              https://www.aliexpress.us/item/3256804856254190.html

Sell on AliExpress     Help     Buyer Protection     App     / Tampa / English / USD     Wish Lis

I'm shopping for...

Gohlandround Store                              95 59% Postrve Feedback     1426 Followe     + Follow

**Store Home**     **Products** ⌄     **Sale Items**     **Top Selling**     **Feedback**



**Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Universal Compatible For Ipad Tablets Phone**

# US $6.29  ~~US $7.86~~  20% Off

**US $3.00 off**
Orders over US $7.00                    ...

**Color: A Style**



## Related items


US $2.71
~~US $10.02~~
Welcome Deal
41 sold ⭐4.6


US $3.04
Extra 2% off with c...
52 sold ⭐4.8
Universal Car Haa...


US $2.9
Extra 2% off with c...
363 sold ⭐4.8
Adjustable Car He...


US $3.2
1215 sold ⭐4.7
7-11" Soporte Tabl...


US $8.81
49 sold
Headrest Tablet M...
Free Shipping


US $4.06
Extra 2% off with c...
11 sold ⭐5
Car Headrest Mou...

## Our site uses cookies

We use cookies and similar tools to provide our services, to understand how customers use our service so that we can make improvements,to present advertisements, including interest-based advertisements, and to share information about your use of our site with social media, advertising and analytics partners. If you do not want to accept all cookies, or if you would like to learn more about how we use cookies, click Personalize cookies.

**Personalize cookies**          Accept cookies

217

**Description**
Features:

- The strip fixing net part with magic tape has a size of 7.2'' x 4.5'' x 0.5'' to fit your viewing device perfectly.
- The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached.
- Stretchable silicone mesh protects your device from any scratches.
- The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience.
- Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.
- The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7".
- This car headrest bracket is a great choice for your driving and traveling.

Specification:

- Compatible Models: 7" to 10" Tablet PC
- Material:Nylon + Rubber
- Color:Black

Package Included:

- 1 x Car Headrest Bracket

NO Retail Box. Packed Safely in Bubble Bag.



**◈ Description**   Specifications   Customer Reviews   You may also like



**US $6.29** ~~US $7.86~~

**Selections: A Style**

**Ship to**    ◎ Tampa, Floric

**Shipping: $1.03**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Service**
75-day Buyer Protection

**Quantity**
1    +

Additional 3% off (3 Pieces or m
999 Pieces available

**Buy Now**

## Our site uses cookies

We use cookies and similar tools to provide our services, to understand how customers use our service so that we can make improvements,to present advertisements, including interest-based advertisements, and to share information about your use of our site with social media, advertising and analytics partners. If you do not want to accept all cookies, or if you would like to learn more about how we use cookies, click Personalize cookies.

Origin                  Mainland China

**Customer Reviews (0)**

**Buyer Questions & Answers (0)**

## Our site uses cookies

We use cookies and similar tools to provide our services, to understand how customers use our service so that we can make improvements,to present advertisements, including interest-based advertisements, and to share information about your use of our site with social media, advertising and analytics partners. If you do not want to accept all cookies, or if you would like to learn more about how we use cookies, click Personalize cookies.

2/14/23, 6:31 PM
Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXXX +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

Goldandround Store

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Univer...
A Style

**US $6.29**

1 +

Shipping: US $1.83
Estimated delivery on Mar 09

>

## Summary

| | |
|---|---|
| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US $** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payme



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play     App Store     AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide © 2010-2023 AliExpress.com. All rights reserved.

8/7/23, 9:35 AM                                         Confirma tu pedido - AliExpress

# AliExpress



### Dirección de entrega

**Jhon Doe**   +1 3056700323
3503 day                                                                         Modificar
Miami, Florida, United States, 33133

### Payment Methods

Select Payment Method

**Goldandround Store**                                                               ✎

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Univer...

$7.99                                                                       1   +

**Shipping: $1.03**
Estimated delivery on **Aug 23**
🚚 12-day delivery                                                                    ›

### Summary

| | |
|---|---|
| Total item costs | $7.99 |
| Promo Code | Escribe el código aquí ⌄ |
| Total shipping | $1.03 |
| Tax ⓘ | $0.63 |
| **Total** | **$9.65** |

**Place order**

all terms and policies

🛡 **AliExpress**

AliExpress keeps your information and payment safe

### Información AliExpress

Atención al cliente, Disputas, Protección del comprador, Informar de una infracción DPI, Regulated Information, Integrity Compliance

### AliExpress en otros idiomas

Português, Español, Français, Deutsch, Italiano, Nederlands, ... русский, Polish

### Buscar por categoría

Lo más popular, Producto, Promoción, Low Price, Great Value, Reviews, China Brands, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

221

8/7/23, 9:35 AM                                             Confirma tu pedido - AliExpress



Página del Grupo Alibaba, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Mapa del sitio web - Términos de uso de AliExpress.com - Información para consumidores de la UE   Acuerdo de servicios de
transacción para consumidores fuera de la UE/Reino Unido - Términos y condiciones para consumidores de la UE/EEE/RU (Transacciones) - User Information Legal Enquiry Guide ©
2010-2022 AliExpress.com. Todos los derechos reservados.

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shanghai Leizeng Trading Co., Ltd. |
| **VAT number:** | 91310114MA1G****** |
| **Business license registration number:** | 310114003****** |
| **Address:** | Room J2135, Building 2, 4268 Zhennan Road, Jiading District, Shanghai |
| **Legal Representative:** | Chen Aiyu |
| **Business Scope:** | Sales of digital products, office equipment, communication equipment and related products, building materials, lighting appliances, wires and cables, sporting goods and equipment, bearings, clothing and apparel, household goods, furniture, and import and export of goods and technologies. [For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments]] |
| **Established:** | 2017-01-11 |
| **Registration authority:** | Jiading District Market Supervision Bureau |

## 以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **37**

## Store Name:

## **Shop911599442**

## Platform:

## **Aliexpress**

2/14/23, 7:01 PM          Universal SUV Truck Car Headrest Mounting Silicone Seat For Ipad MINI Air Nintendo Switch 7-10.5 Inch Tablet PC Leather Case...

Sell on AliExpress     Help     Buyer Protection     App     / English / USD     Wish Lis

I'm shopping for...

Shop911599442 Store                                  94.1% Positive Feedback  |  178 Followers   + Follow

**Store Home**     **Products** ∨     **Sale Items**     **Top Selling**     **Feedback**



**Universal SUV Truck Car Headrest Mounting Silicone Seat For Ipad MINI Air Nintendo Switch 7-10.5 Inch Tablet PC Leather Case**

# US $3.77 ~~US $6.29~~ 40% Off

**US $3.00 off**
Orders over US $7.00



**Color: BK**

  

## Related items


US $2.9
Extra 2% off with c...
363 sold  ★4.8
Adjustable Car He...


US $2.75
56 sold  ★4.7
Adjustable Car He...


US $1.56
177 sold  ★4.9
Universal 4-11 inc...


US $2.71
~~US $10.02~~
Welcome Deal
41 sold  ★4.6
Premium Car Back...
🚚 15-day Delivery
Free Shipping


US $4.34
50 sold  ★4.7
Universal Car Hea...
🚚 15-day Delivery


US $8.99
38 sold  ★5
Car Back Seat Hea...

## Description                                          Report Item / Suspicious Activity

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 226 of 385

2/14/23, 7:01 PM          Universal SUV Truck Car Headrest Mounting Silicone Seat For Ipad MINI Air Nintendo Switch 7-10.5 Inch Tablet PC Leather Case...

Features:

**◉ Description**    Specifications    Customer Reviews    You may also like

With it can easily click for i-Pad or other Tablets on car back seat, conveniently and comfortably to watch movies, TV or play games.<br/>
Constructed from long-wearing and safe materials, adjustable headrest strap is suitable for headrests of different sizes, and can be very easy fixed on the back seat of the car.The rubber strip holding net can protect your device from scraping.<br/>
The Car headrest holder mount is specially designed for the back seat of the car, let your child or other back seat passengers keep entertaining during long-distance driving. It is the best choice for watching movies, reading and playing games and more. <br/>
Specifications:
Item Type: Car Tablet Holder Mount Stand
Material: Nylon+Silicon
Color: Black
Size: 56.5cmx14.5cm
Aplication scenarios: Vehicle mounted rear pillow
Quantity:1PC (other accessories demo in the picture are not included)
Note:
(No retail package)
Due to the difference between different monitors, the picture may not reflect  the actual color of the item. Thank you!!
Compare the detail sizes with yours, please allow 1-4CM differs due to manual measurement, thanks!
Package includes:
1x Car Back Seat Tablet Mount for 7-10.5 Inch Tablet

## US $3.77 ~~US $6.29~~

**Selections: BK**

**Ship to**

**Shipping: $4.94**
From China to United States ⌄
Standard Shipping
Estimated delivery on Mar 10

**Service**
75-day Buyer Protection

**Quantity**
    1    +
999 Pieces available

Buy Now

**Add to Cart**

⤢ Share



**View more**

## Specifications

| Brand Name | peacefair | Origin | Mainland China |

2/14/23, 7:01 PM                Universal SUV Truck Car Headrest Mounting Silicone Seat For Ipad MINI Air Nintendo Switch 7-10.5 Inch Tablet PC Leather Case...

| Item Type | Car Tablet Holder Mount Stand | Material | Nylon+Silicon |
|---|---|---|---|
| Color | Black | Size | 56.5cmx14.5cm |

**View more**

**Customer Reviews (0)**

**Buyer Questions & Answers (0)**

**Recommended from Shop911599442 Store** →

| Portable US/EU Plu... | 3cm/4cm/5cm/6cm... | 10 Cm Durable 24-... | Mini 2Pcs Yellow C... | Turntable Belt Rub... | 60mm*60mm*20... | A0KB Shockproof ... | A0KB 2PCS |
|---|---|---|---|---|---|---|---|
| US $10.47 | US $0.35 | US $1 | US $2.14 | US $0.52 | US $1.12 | US $4.81 | US $0.85 |
| 41 sold   5 | 33 sold   5 | 29 sold   5 | 47 sold   5 | 9 sold   4.6 | 14 sold   5 | 29 sold   5 | 1 sold |

| Rechargeable 5000... | New For 4S 16.8V 2... | A0KB USB 5V 5.5x2... | A0KB for GPD WIN ... | A0KB 0.1PPM TCXO... | Travel Storage Bag ... | New GoPro- Hero 9... | Human Lui |
|---|---|---|---|---|---|---|---|
| US $9.19 | US $2.46 | US $6.36 | US $16.36 | US $6.95 | US $3.26 | US $1.5 | US $28.7 |
| 6 sold | 9 sold   5 | 3 sold | 5 sold | 1 sold | 23 sold   5 | 1 sold | 4 sold |

**Top selling from Shop911599442 Store** →

| US $1.92 | US $3.14 | US $3.89 | US $2.96 | US $3.08 | US $0.35 | US $4.81 | US $1.00 |
|---|---|---|---|---|---|---|---|
| 33 Sold ★4.3 | 22 Sold ★5.0 | 319 Sold ★4.9 | 70 Sold ★4.7 | 55 Sold ★4.9 | 33 Sold ★5.0 | 29 Sold ★5.0 | 29 Sold ★5 |

https://www.aliexpress.us/item/3256802413729261.html?gatewayAdapt=glo2usa4itemAdapt&_randl_shipto=US                3/5

2/14/23, 7:36 PM                          Please confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXXX  +1 9999999999
xxxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx          Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

Shop911599442 Store                                                  ☑

Universal SUV Truck Car Headrest Mounting Silicone Seat For Ipad MINI Air Nintendo Switc...
BK

**US $3.77**                                                    1   +

Shipping: US $4.94
Estimated delivery on Mar 09                                         >

## Summary

| Total Item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US$** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and paym

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play          App Store          AppGallery

Intellectual Property Protection – Privacy Policy – Sitemap – Terms of Use – Information for EU consumers – Transaction Services Agreement for non-EU/UK Consumers –
Conditions for EU/EEA/UK Consumers (Transactions) – User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

8/7/23, 9:40 AM                                                Please Confirm Your Order - AliExpress



# AliExpress

## Shipping Address

**Jhon Doe**  +1 3056700323
3503 day                                                                                              Change
Miami, Florida, United States, 33133

## Payment Methods

Select Payment Method

**Shop911599442 Store**                                                                          ✎

Universal SUV Truck Car Headrest Mounting Silicone Seat For Ipad MINI Air Nintendo Switc...

$4.09                                                                                    1    +

**Shipping: $4.94**
Estimated delivery on Aug 25                                                             >

## Summary

| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | $ |
| Tax ⓘ | $ |
| **Total** | **$** |

**Place order**

all terms and policies

✅ **AliExpress**

AliExpress keeps your information and paym...

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play     App Store     AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8   浙公网安备 33010802002248号

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256802413729261&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STAN...   1/2

Please Confirm Your Order - AliExpress

2/14/23, 7:02 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Guangzhou Qinggeng Electronic Commerce Co., Ltd. |
| **VAT number:** | 91440101MA9U****** |
| **Business license registration number:** | 440106006****** |
| **Address:** | Room 202, No. 5, West 4th Lane, Fengle Street, Tangdong, Tianhe District, Guangzhou |
| **Legal Representative:** | Li Jinhua |
| **Business Scope:** | Internet sales (except sales of goods requiring permission); Sales of communication equipment; Retail of electronic components; Sales of gifts and flowers; Retail of cosmetics; Retail of stationery; Retail of clothing and apparel; Sales of clothing accessories; Retail of shoes and hats; Sales of bags; Import and export of goods; |
| **Established:** | 2020-10-27 |
| **Registration authority:** | Guangzhou Tianhe District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.: **38**

## Store Name:

## **CarCenter**

## Platform:

## **Aliexpress**

2/14/23, 7:41 PM     HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for IPad Air Pro Tablet Ca...

I'm shopping for...

CarCenter Store          94 7%                    1253    llov      + **Follow**

**Store Home**     **Products** ˅     **Sale Items**     **Top Selling**     **Feedback**



**FITS 7 - 10.5 INCH TABLET**

     

**HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for IPad Air Pro Tablet Case**

# US $6.29   ~~US $7.86~~ 20% Off

**US $3.00 off**
Orders over US $7.00                    ...

**Color: A Style**

## Related items


US $2.9
Extra 2% off with c...
363 sold  ★4.8
Adjustable Car He...


US $8.99
38 sold  ★5
Car Back Seat Hea...


US $1.04
~~US $10.28~~
Choico
4877 sold  ★4.8
EAFC Telescopic C...
Free 15-day delivery·Free return


US $3.2
1216 sold  ★4.7
7-11" Soporte Tabl...


US $3.85
~~US $13.31~~
Extra 2% off with c...
Welcome Deal
4357 sold  ★4.8
Telescopic Car Re...
Free Shipping


US $2.75
56 sold  ★4.7
Adjustable Car He...



Description                    Report Item / Suspicious Activity          233

2/14/23, 7:41 PM        HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for iPad Air Pro Tablet Ca…

**Description**
Features:

Report Item / Suspicious Activity

- The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly.
- The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached.
- Stretchable silicone mesh protects your device from any scratches.
- The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience.
- Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.
- The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7".
- This car headrest bracket is a great choice for your driving and traveling.

Specification:

- Compatible Models: 7" to 10" Tablet PC
- Material:Nylon + Rubber
- Color:Black

Package Included:

- 1 x Car Headrest Bracket

NO Retail Box. Packed Safely in Bubble Bag.



📍 Description      Specifications      Customer Reviews      You may also like

## US $6.29 ~~US $7.86~~

**Selections: A Style**

**Ship to**        📍 Tampa, Floric

**Shipping: $1.03**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Service**
75-day Buyer Protection

**Quantity**
1   +

Additional 3% off (3 Pieces or m
999 Pieces available

**Buy Now**

**Add to Cart**

↗ Share





**CAR HEADREST MOUNT**
Bracket Seat Compatible For Ipad Tablets Phone



**View more**

## Specifications

| Material | Nylon + Rubber | Color Name | Black |
|----------|----------------|------------|-------|

https://www.aliexpress.us/item/3256804852823541.html?gatewayAdapt=glo2usa4itemAdapt&_randl_shipto=US

2/5

2/14/23, 7:42 PM        HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for iPad Air Pro Tablet Ca...

| Origin | Mainland China |
|--------|----------------|

## Customer Reviews (0)

## Buyer Questions & Answers (0)

## Recommended from CarCenter Store →

       

| Universal Rear Tru... | Universal Security ... | 2PCS Car Isolation ... | Carbon Fiber Leath... | Battery Power Sup... | Car Windscreen W... | 6 Size 60Pcs Auto F... | 1Pc Car Sic |
|---|---|---|---|---|---|---|---|
| US $1.49 | US $0.77 | US $4.99 | US $4.69 | US $4.69 | US $0.99 | US $3.39 | US $10.9 |
| 842 sold ★ 4.6 | 13 sold ★ 5 | 7 sold ★ 5 | Free Shipping | 123 sold ★ 4.9 | US $5.35 -81% | 47 sold ★ 5 | 40 sold ★ |
|  |  |  |  | Free Shipping | New User Bonus |  | Free Shipp |
|  |  |  |  |  | 74 sold ★ 4.8 |  |  |
|  |  |  |  |  | Free Shipping |  |  |

| 12V Auto LED Toggl... | New QC 3.0 USB C... | 120LED 12V-80V Ca... | 3 Channel Car DVR ... | Car Card Sleeve Pa... | 5pcs GY6 50cc 125... | Car Dashboard Inst... | Armrest Bo |
|---|---|---|---|---|---|---|---|
| US $26.99 | US $4.97 | US $7.49 | US $25.69 | US $0.99 | US $0.99 | US $33.19 | US $21.9 |
| 52 sold ★ 4.7 | 853 sold ★ 4.8 | 49 sold ★ 4.8 | 16 sold ★ 5 | 29 sold ★ 4.7 | US $5.24 -81% | 27 sold ★ 5 | 9 sold ★ 4 |
| Free Shipping |  | Free Shipping | Free Shipping |  | New User Bonus | Free Shipping | Free Shipp |
|  |  |  |  |  | 73 sold ★ 4.8 |  |  |
|  |  |  |  |  | Free Shipping |  |  |

2/14/23, 7:50 PM                              Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX  +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606                                    Change

## Payment Methods

Select Payment Method

CarCenter Store                                                             ☑

HKGK Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7...
A Style

US $6.29                                                            1    +

Shipping: US $1.03
Estimated delivery on Mar 09                                               >

## Summary

| Total item costs | US $ |
|---|---|
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US $** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and paymе

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers
Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

8/7/23, 9:43 AM                                    Please Confirm Your Order - AliExpress



# AliExpress

## Shipping Address

**Jhon Doe**  +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**CarCenter Store**

Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 i...
Black

**$7.99**                                              1    +

Shipping: $1.03
Estimated delivery on Aug 23
🚚 12-day delivery                                          >

## Summary

| | |
|---|---|
| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | $ |
| Tax ⓘ | $ |
| **Total** | **$** |

**Place order**

all terms and policies

✅ **AliExpress**

AliExpress keeps your information and paymen

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

📱 **Google Play**   🍎 **App Store**   🎮 **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8   浙公网安备 33010802002248号

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256804852823541&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STAN...   1/2

2/14/23, 7:49 PM                                                      Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shanghai Rungao Trading Co., Ltd. |
| **VAT number:** | 91310114MA1G****** |
| **Business license registration number:** | 310114003****** |
| **Address:** | Room J2136, Building 2, 4268 Zhennan Road, Jiading District, Shanghai |
| **Legal Representative:** | Huang Chunping |
| **Business Scope:** | Sales of digital products, office equipment, communication equipment and related products, building materials, lighting appliances, wires and cables, sporting goods and equipment, bearings, clothing and apparel, household goods, furniture, and import and export of goods and technologies. [For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments]] |
| **Established:** | 2016-12-23 |
| **Registration authority:** | Jiading District Market Supervision Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **39**

## Store Name:

## **DATA FROG Global**

## Platform:

## **Aliexpress**

2/14/23, 7:56 PM        DATA FROG Car Headrest Mount Silicon Holder Compatible Nintendo Switch Console Bracket for 7-10 inch Tablets/Kindle Paper…

Sell on AliExpress     Help     Buyer Protection     App        / Tampa / English / USD        Wish Lis

I'm shopping for...

DATA FROG Global Store                          94.2% Positive feedback      117 0K Follower     + Follow

Store Home     Products ⌄     Sale Items     Top Selling     Feedback

Compatible with

**DATA FROG Car Headrest Mount Silicon Holder Compatible Nintendo Switch Console Bracket for 7-10 inch Tablets/Kindle Paperwhite**

# US $10.17

US $18.50  45% Off

⦿ Extra 1% Off

US $3.00 off
Orders over US $7.00                         ⋯

**Color: 1PCS**

**Ship to**      ⦿ Tampa, Floric

**Shipping: $0.47**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Service**

Free Return • 75-day Buyer Pr

**Quantity**
    1   +
999 Pieces available

**Buy Now**

**Add to Cart**

⌁ Share

## Related items


US $6.69
US $21.38
Extra 2% off with c...
Welcome Deal
14 sold  ✮5
DATA FROG TFY C...
Free Shipping


US $8.99
38 sold  ✮5
Car Back Seat Hea...


US $6.57
US $13.21
Extra 2% off with c...
Welcome Deal
97 sold  ✮5
Telescopic Car Re...
Free Shipping


US $4.1
Extra 1% off with c...
10 sold  ✮3.7
Car Headrest Mou...


US $0.99
US $10.51
Welcome Deal
91 sold  ✮4.9
Car Headrest Tabl...


US $3.77
Universal SUV Tru...

⦿ Description     Specifications     Customer Reviews     You may also like

Description

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 241 of 385

2/14/23, 7:56 PM          DATA FROG Car Headrest Mount Silicon Holder Compatible Nintendo Switch Console Bracket for 7-10 inch Tablets/Kindle Paper...

**Description**

Report Item / Suspicious Activity

## Car Headrest Mount Holder Compatible-Nintendo Switch/Ipad

The Velcro strap could be adjustable to fit different Headrest. Also it could be held Horizontally.Angle adjuster, when fitted in addition, allows
screen to be viewed at a comfortable angle and minimizes reflected glare.



**The car headrest mount is perfect for playing in a car, leaving your hands free to operate the
remote control.**

View more

## Specifications

| Package | Yes | Material | Silicon |
|---------|-----|----------|---------|

| Model Number | car holder for nintendo switch SEAN210709 | Brand Name | DATA FROG |
| Origin | Mainland China | Feature 1 | Compatible-Nintendo Switch |

View more

## Customer Reviews (0)

## Buyer Questions & Answers (0)

## Recommended from DATA FROG Global Store →

       

| DATA FROG Crystal... | DATA FROG Univer... | DATA FROG Wirele... | DATA FROG USB R... | DATA FROG 16 Bit ... | Data Frog Y3 Lite 1... | Data Frog Wireless ... | Data Frog I |
| US $7.42 | US $11.45 | US $33.99 | US $14.32 | US $14.58 | US $26.36 | US $10.73 | US $24.2 |
| 1946 sold ★4.7 | 1 sold ★4 | Free Shipping | 1 sold ★4 | 42 sold ★5 | 1085 sold ★4.6 | 70 sold ★4.5 | 22 sold ★ |
| Free Return | Free Return | Free Return | Free Return | Free Return | Free Return | Free Return | Free Retur |



      

| DATA FROG Mini 4... | for Xbox one Full S... | DATA FROG Retro ... | DataFrog Case Co... | DATA FROG 16 Bit ... | DATA FROG Transp... | DATA FROG Housin... | Replaceme |
| US $12.87 | US $8.09 | US $5.64 | US $7.91 | US $14.04 | US $3.11 | US $9 | US $2.89 |
| 645 sold ★4.7 | 29 sold ★4.9 | 31 sold ★4 | 9 sold | 53 sold ★4.7 | 56 sold ★4 | 54 sold ★4.9 | 178 sold ★ |
| Free Return | Free Return | Free Return | Free Return | Free Return | Free Return | Free Return | Free Shipp Free Retur |

## Top selling from DATA FROG Global Store →

       

| US $17.45 | US $27.05 | US $10.24 | US $17.51 | US $10.43 | US $29.17 | US $8.09 | US $8.49 |
| 1422 Sold ★4.8 | 1085 Sold ★4.6 | 351 Sold ★4.3 | 645 Sold ★4.7 | 447 Sold ★4.7 | 313 Sold ★4.8 | 211 Sold ★4.6 | 294 Sold ★ |

2/14/23, 7:58 PM                                    Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999
XXXXXXXXXXXXXXXXXX / XXXXXXXXXXXXXXXXXXXXXX
Tampa, Florida, United States, 33606                                Change

## Payment Methods

Select Payment Method

🚗 **DATA FROG Global Store**                                         ✉️

DATA FROG Car Headrest Mount Silicon Holder Compatible Nintendo Switch Console Brac...
1PCS,China

**US $10.17**                                                    1   +

Shipping: US $0.47
Estimated delivery on Mar 09                                         ⟩

## Summary

| Total item costs | US $1 |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⓘ | US $ |
| **Total** | **US :** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡️ **AliExpress**

AliExpress keeps your information and paym

  

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection   Privacy Policy   Sitemap   Terms of Use   Information for EU Consumers   Transaction Services Agreement for non-EU/UK Consumers
Conditions for EU/CEA/UK Consumers (Transactions)   User Information Legal Enquiry Guide  © 2010-2022 AliExpress.com. All rights reserved.  this is icp # 
2013008948

8/7/23, 9:45 AM

Please Confirm Your Order - AliExpress



## AliExpress

### Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

### Payment Methods

Select Payment Method

**DATA FROG Global Store**

DATA FROG Car Headrest Mount Silicon Holder Compatible Nintendo Switch Console Brac...

**$10.17**

1   +

Shipping: $0.46
Estimated delivery **on Aug 23**
🚚 12-day delivery

### Summary

| | |
|---|---|
| Total item costs | $1 |
| Promo Code | Enter code |
| Total shipping | $ |
| Tax ⑦ | $ |
| **Total** | **$1** |

**Place order**

all terms and policies

### AliExpress

AliExpress keeps your information and payme

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**   **App Store**   **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

244

2/14/23, 7:57 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shenzhen Youjian Electronics Co., Ltd. |
| **VAT number:** | 914403005776****** |
| **Business license registration number:** | 914403005776****** |
| **Address:** | 503, Building B, Hexi Hangcheng Industrial Zone, 135 Qianjin 2nd Road, Xixiang street, Bao 'an District, Shenzhen |
| **Legal Representative:** | Deng Baixue |
| **Business Scope:** | Research and development and sales of electronic products and game peripheral products; Domestic trade; Import and export of goods and technologies. (Except for items that must be approved before registration as stipulated by laws, administrative regulations and decisions of the State Council) ^ |
| **Established:** | 2011-06-23 |
| **Registration authority:** | Shenzhen Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **40**

## Store Name:

## **HKYC Universal Car**

## Platform:

## **Aliexpress**

8/7/23, 9:50 AM          HKYC Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7-10.5 Inches for IPad Air Pro Tablet Cas...

✓**Choice**   **Free shipping on all Choice items**      **12-day delivery · Free returns**

Sell on AliExpress      Help      Buyer Protection      App       / Miami / English /  USD      Wish Lis

**AliExpress**  ≡▾    I'm shopping for...                                                                    ●1

HKYC  **HKYC Official Store**  ❯                          **95.3%** Positive Feedback  |  **490** Followers      + Follow

**Store Home**    **Products** ⌄    **Sale Items**    **Top Selling**    **Feedback**

  **Elastic Mount Strap**



HKYC Universal Car Tablet Holder for
Samsung Tablet Stand Car Headrest Mount
Holder 7-10.5 Inches for IPad Air Pro Tablet
Case

$ **8.**78  ~~$12.72~~

**$1.00 Off**          **$1.00 Off**
Store Discount       Store Coupon

**Color: Black**



**Ship to**      ◎ Miami, Floric

**Shipping: $1.08**
🐦 **12-day delivery** on orders
delivery by **Aug 23**
Collect a $1 00 coupon for lat
⑦ Del very       efer to work
These exclu.. weekends and

**Service**
On-time guarantee • 75-day B
Protection

**Quantity**
  1   +

Additional 3% off (2 Pieces or m
100 pieces at most per custome

**Buy Now**

**Add to Cart**

⇗ **Share**

      
1              2              3              4
Front side of car headrest  Back side of car headrest  Hold the tablet in  Installation completed
                                                  silicone case

  

## Related items

$**2.**89          $**6.**25          $**2.**58          $**3.**81          $**4.**58          $**6.**29
65 sold ★5     37 sold ★5     138 sold ★4.9  112 sold ★4.6  **Welcome Deal**  38 sold ★4.8
Car Headrest Tabl...  Premium Car Back...  Universal Car Hea...  Car Back Seat Hea...  178 sold ★4.7  Adjustable Car He...
🐦 14-day delivery  🐦 14-day delivery  🐦 14-day delivery  360 Rotating Adju...  🐦 14-day delivery
on $5             on $5             on $5          🐦 14-day delivery  on $5
Free shipping                                     on $5
                                                  Free shipping

● **Description**    Specifications    Customer Reviews    You may also like



8/7/23, 9:50 AM

HKYC Official Store - Amazing products with exclusive discounts on AliExpress

Help    Buyer Protection    App    / English / USD    Wish List

# AliExpress

I'm shopping for

**HKYC Official Store**    Open 1 year(s)    95.3% Positive review    FOLLOW    490 Followers

## HKYC Official Store

| Store Home | Products ⌄ | Sale Items ⌄ | Top Selling | Feedback |

**$1**
Spend $15, Get $1 off(excludes shipping costs)
Expires 2023/08/11

R8ANHC7XXE84    Collect

## Hot deals



I8 Backlit Mini Wireless Keyboard English Russian French Spanish Portuguese...

**$4.80**



Magnetic Car Holder for Magsafe iPhone 12 13 14 Pro Max Accessories 15w Fast Q...

**$9.65**



Ergonomic Vertical USB Plug Wired R Computer Gaming

**$4.91**

## Deals by category



Tablet Stands



Mobile Phone holder



Laptop Stan

## Picked for you



Universal 360 car Cup Holder Tablet Automobile Mount Cradle for Apple IPad Pro...

7-13inch Tablet Stand Holder in Car for iPad Pro 12.9 Car Holder Back Seat Headrest Table...

HKYC Foldable Car Back Seat Headrest Tablet Phone Car Holder Stand With USB Charger...

HKYC Universal Car Tablet Holde Tablet Stand Car Headrest Moun

248

Show Licences

## Business Information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Thinking Mode Electronic Commerce Co., Ltd. |
| **VAT number:** | 91440300MA5H****** |
| **Business license registration number:** | 91440300MA5H****** |
| **Address:** | No. 2, Lane 4, Wuhe Community, Bantian Street, Longgang District, Shenzhen City, Guangdong Province, China 602 |
| **Legal Representative:** | Xia Xiao |
| **Business Scope:** | |
| **Established:** | 2021-09-17 |
| **Registration authority:** | Shenzhen Municipal Bureau of Market Supervision and Administration |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

8/7/23, 9:51 AM                                          Confirma tu pedido - AliExpress

# AliExpress



## Dirección de entrega

**Jhon Doe**  +1 3056700323
3503 day                                                                      Modificar
Miami, Florida, United States, 33133

## Payment Methods

Select Payment Method

**HKYC Official Store**

HKYC Universal Car Tablet Holder for Samsung Tablet Stand Car Headrest Mount Holder 7...
Black

$8.78                                                                    1    +

**Shipping: $1.08**
Estimated delivery on Aug 23
🚚 12-day delivery

### Summary

| Total item costs | $ |
| Promo Code | Escribe el código |
| Total shipping | $ |
| Tax ⑦ | $ |
| **Total** | **$1** |

**Place order**

all terms and policies

☑ AliExpress

AliExpress keeps your information and payme

## Información AliExpress

Atención al cliente, Disputas, Protección del comprador, Informar de una infracción DPI, Regulated information, Integrity Compliance

## AliExpress en otros idiomas

Русский, Português, Español, Français, Deutsch, Italiano, Nederlands, Türk, ไทย, 한국어, ภาษา Tiếng Việt, हिन्दी, العربية, Polish

## Buscar por categoría

Lo más popular, Producto, Promoción, Low Price, Great Value, Reviews, China Brands, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Página del Grupo Alibaba, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**   **App Store**   **AppGallery**

Intellectual Property Protection - Privacy Policy - Mapa del sitio web - Términos de uso de AliExpress.com - Información para consumidores de la UE - Acuerdo de servic transacción para consumidores fuera de la UE/Reino Unido - Términos y condiciones para consumidores de la UE/EEE/RU (Transacciones) - User Information Legal Enqui 2010-2022 AliExpress.com. Todos los derechos reservados.

250

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256804387508270&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STAN...   1/2

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **41**

## Store Name:

## **Goodluck3C**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 252 of 385

8/7/23, 9:53 AM   360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for IPad Mini 6 5 Air Pro Samsung Kindle Mou...



✓*Choice*   **Free shipping on all Choice items**   12-day delivery · Free returns

Sell on AliExpress    Help    Buyer Protection    App     / Miami / English / USD    Wish Lis

**AliExpress** ≡▾ | I'm shopping for | 🔴 1

 **Goodluck3C Store** ＞    93.8% Positive Feedback | 2743 Followers    + Follow

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



Nintendo Switch
Enjoy your jouny time

**360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for IPad Mini 6 5 Air Pro Samsung Kindle Mount**

11 Sold

$ **9**.58   ~~$19.16~~

⚡ Extra 2% off

**Color: Black**

Ship to    ◎ Miami, Floric

**Free Shipping**
🚚 **12-day delivery** on orders
delivery by **Aug 23**
Collect a $1.00 coupon for lat
⑦ Del very ays efer to work
hese exclude weekends and

**Service**
On-time guarantee · 75-day B
Protection

**Quantity**
1 +
Additional 2% off (3 Pieces or m
971 Pieces available

**Buy Now**

**Add to Cart**

↪ Share

    

## Related items



$4.58
**Welcome Deal**
178 sold ⭐4.7
360 Rotating Adju...
🚚 14-day delivery
on $5
Free shipping

$2.58
138 sold ⭐4.9
Universal Car Hea...
🚚 14-day delivery
on $5

$2.89
65 sold ⭐5
Car Headrest Tabl...



$13.63
**Super Deals**
19 sold ⭐4.7
Tablet Pillow Stan...
🚚 14-day delivery
on $5
Free shipping

$6.25
37 sold ⭐5
Premium Car Back...
🚚 14-day delivery
on $5
Free shipping



$0.99
**Choice**
500+ sold ⭐5
Universal 4.7-12.9 ...
🚚 Free shipping ·
12-day delivery

◎ **Description**    Specifications    Customer Reviews    You may also like

✏️

Help Buyer Protection App / English / USD Wish List

AliExpress

I'm shopping for

Goodluck3C Store Open 4 year(s) Gold 93.8% Positive review FOLLOW 2743 Followers

## Goodluck3C Store

Store Home | Products | Sale Items | Top Selling | Feedback

## Hot deals

3PCS Glasses Screen Protector Case for IPhone 14 12 11 13 Pro Max XS XR X...

***$0.99*** -87%

Night Light Luminous Silicone Soft Case for IPhone 14 Plus 13 12 11 Pro Max XS XR X...

***$0.99*** -87%

Plating Silicone Ca Samsung Galaxy S Ultra S20 FE S21 F

***$0.99***

## Deals by category

Ipad tablet case

Adapter

Wireless bluetooth earphone ca

## New arrivals

Clear Magnetic Macsafe Case for Magsafe Samsung Galaxy...

***$0.99*** -90%

Night Light Luminous Silicone Soft Earphone Case for Apple...

***$3.39***

Magnetic Clear Plating Soft Case for Magsafe IPhone 14...

***$3.99***

Magnetic Bracket Holder Matte Case for Magsafe...

***$4.99***

2PCS 3D Temperec Camera Lens Prote

***$3.39***

## Picked for you



8/7/23, 9:53 AM

## Business Information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Beichen Technology Co., Ltd |
| **VAT number:** | 91440300MA5F****** |
| **Business license registration number:** | 91440300MA5F****** |
| **Address:** | 1107 of Jayne Building, No.4 Songling Road, Yutian Community, Nanyuan Street, Futian District, Shenzhen |
| **Legal Representative:** | Wen Li Feng |
| **Business Scope:** | Licensed business items: computer software and hardware design, technology development and sales; Electronic products, communication products, digital products, household appliances and accessories, network equipment, home office supplies, daily necessities, clothing, shoes and hats, bags, glasses, energy-saving and environmental protection products, Cosmetics, toys, handicrafts, jewelry, watches and clocks, fitness equipment, jade jewelry, sanitary washing equipment and appliances, baby products, automotive supplies, sales of hardware, electromechanical and peripheral accessories, health care products; Domestic trade; Engaged in the import and export of goods and technology. |
| **Established:** | 2018-04-16 |
| **Registration authority:** | Shenzhen Municipal Bureau of Market Supervision and Administration |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

8/7/23, 9:53 AM                                    Please Confirm Your Order - AliExpress



# AliExpress

### Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133                              Change

## Payment Methods

Select Payment Method

**Goodluck3C Store**

360 Rotating Adjustable Universal Car Tablet Holder Back Seat Kids Headrest Stand for IPa...

**$9.58**                                                        1   +

**Free shipping**
Estimated delivery on Aug 23
🚚 12-day delivery                                                           >

### Summary

| | |
|---|---|
| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⑦ | $ |
| **Total** | **$1** |

**Place order**

all terms and policies

AliExpress

AliExpress keeps your information and payme

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Tanbao Global, AliOS, 1688

**Google Play**   **App Store**   **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8   330108020022481

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **42**

## Store Name:

## **Room Boundary**

## Platform:

## **Aliexpress**

8/7/23, 9:54 AM     Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch Tablet Back Seat Tablet Stand For Kids ...

✓*Choice*     **Free shipping on all Choice items**     12-day delivery · Free returns

Sell on AliExpress     Help     Buyer Protection     App      / Miami / English / USD     Wish Lis

**AliExpress**   ☰▾   [ I'm shopping for ]   🔍   ●

🏬 Room Boundary Store  ›     85.7% Positive Feedback  |  382 Followers   + Follow

Store Home     Products ⌄     Sale Items     Top Selling     New Arrivals     Feedback





Car Headrest Tablets Mount Holder Silicone
Tablet Stand Car Tablet Holder For 7-
10.9inch Tablet Back Seat Tablet Stand For
Kids

$**2.84** ~~$4.06~~

⚡ Extra 2% off

**$1.00 Off**
Store Discount

···

**Color: black**

Ship to      ◉ Miami, Floric

**Shipping: $6.95**
Estimated delivery on Oct 10

**Service**
10-day Buyer Protection

**Quantity**
1  ·  +
999 pieces at most per custome

**Buy Now**

**Add to Cart**

↪ Share

---

## Related items









$**2.58**
138 sold ★4.9
Universal Car Hea...
🚚 14-day delivery
on $5

$**2.9**
600+ sold ★4.7
Adjustable Car He...
🚚 14-day delivery
on $5

$**6.25**
37 sold ★5
Premium Car Back-...
🚚 14-day delivery
on $5
Free shipping

$**9.41**
18 sold ★5
DATA FROG Adjust-...
🚚 14-day delivery
on $5

$**7.5**
9 sold ★5
Car Windshield Da...
🚚 14-day delivery
on $5
Free shipping

$**4.58**
Welcome Deal
178 sold ★4.7
360 Rotating Adju...
🚚 14-day delivery
on $5
Free shipping

---

◉ **Description**     Specifications     Customer Reviews     You may also like



https://www.aliexpress.us/item/3256804060503722.html                                             1/5

Help Buyer Protection App / English / USD Wish List

AliExpress

I'm shopping for...

**Room Boundary Store** Open 4 year(s) 85.7% Positive review FOLLOW 382 Followers

## Room Boundary Store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

**$1**
Spend $117, Get $1 off(excludes shipping costs)
Expires 2023/08/31
23155854 Collect

## Hot deals

Protective Case ForApple TV 4K 20216th Gen Anti-Slip Shock Proof Silicone Sleeve...
*$3.30*

4 In 1 Super Fast Charging USB Charger Cable 100W For IPhone Type-C USB Woven...
*$1.43*

25 Slots Walnut W Card Storage Box Memory Card Des
*$3.21*





8/7/23, 9:54 AM                                    Please Confirm Your Order - AliExpress

# AliExpress



### Shipping Address

**Jhon Doe**  +1 3056700323
3503 day                                                                          Change
Miami, Florida, United States, 33133

## Payment Methods

Select Payment Method

**Room Boundary Store**

Car Headrest Tablets Mount Holder Silicone Tablet Stand Car Tablet Holder For 7-10.9inch ...

$2.84                                                                            1    +

**Shipping: $6.95**
Estimated delivery: Oct 10                                                         >

### Summary

Total item costs                                                         $

Promo Code                                               Enter code

Total shipping                                                          $

Tax ⑦                                                                    $

Total                                                                   $1

**Place order**

all terms and policies

AliExpress

AliExpress keeps your information and payme

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, Aliexpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**     **App Store**     **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

8/7/23, 9:54 AM                                                                                                    Show Licences

## Business Information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | WUHAN GUANG YUUS TRADING CO., LTD |
| **VAT number:** | 91420106MA4K****** |
| **Business license registration number:** | 91420106MA4K****** |
| **Address:** | No. 1006, Building 6, Commercial Street, Barijing Central Living District, 586 Wuluo Road, Wuchang District |
| **Legal Representative:** | Jiasheng Zhu |
| **Business Scope:** | LED lamps and displays, energy-saving lighting products, hardware and electrical appliances, office supplies, digital products wholesale and retail; Import and export of goods and technologies (excluding goods and technologies prohibited or restricted by the state); Electronic products, computer accessories technology development and wholesale and retail; Clothing and apparel design and wholesale and retail. (For projects subject to examination and approval according to law, business activities can only be carried out after examination and approval by relevant departments) |
| **Established:** | 2017-06-28 |
| **Registration authority:** | Wuhan Municipal Bureau of Industry and Commerce Wuchang Branch Wuchang Branch |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **43**

## Store Name:

## **Sin30`**

## Platform:

## **Aliexpress**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 262 of 385

8/7/23, 9:54 AM              Premium Car Back Seat Headrest Mount Holder Stand Mount Silicon Holder For 7-11 Inch Tablet/GPS/IPAD - AliExpress



✓ *Choice*   **Free shipping on all Choice items**      12-day delivery · Free returns

Sell on AliExpress    Help    Buyer Protection    App    🇺🇸 / Miami / English / USD    Wish Lis

**AliExpress** ≡▾   | I'm shopping for |        ①

👤 Sin30` Store  ›                          **95.9%** Positive Feedback   |   **5634** Followers   **+ Follow**

**Store Home**    **Products** ⌄    **Sale Items**    **Top Selling**    **New Arrivals**    **Feedback**



Premium Car Back Seat Headrest Mount
Holder Stand Mount Silicon Holder For 7-11
Inch Tablet/GPS/IPAD

★★★★★ 5.0  5 Reviews  37 Sold

**$6.25** ~~$9.33~~

**Color: A**

 

**Ship to**   ⊙ Miami, Floric

**Free Shipping**
🚚 **12-day delivery** on orders
delivery by **Aug 23**
Collect a $1.00 coupon for lat
⑦ Del___y days ___ter to wor
_____ _xcl_de weekends and

**Service**
On-time guarantee • 75-day B
Protection

**Quantity**
−  1  +
14 Pieces available

**Buy Now**

**Add to Cart**

⤷ **Share**

**Related items**

$**2**.9             $**2**.58            $**9**.41           $**4**.58           $**4**.28            $**8**.71

600+ sold ★4.7   138 sold ★4.9   18 sold ★5     **Welcome Deal**   49 sold ★4.4    12 sold ★5
Adjustable Car He…  Universal Car Hea…  DATA FROG Adjust…  178 sold ★4.7   Universal Car Hea…  Universal SUV Car …
🚚 14-day delivery  🚚 14-day delivery  🚚 14-day delivery  360 Rotating Adju…  🚚 14-day delivery  🚚 14-day delivery
on $5           on $5           on $5          🚚 14-day delivery  on $5          on $5
                                              on $5                          Free shipping
                                              Free shipping



8/7/23, 9:54 AM                    Premium Car Back Seat Headrest Mount Holder Stand Mount Silicon Holder For 7-11 Inch Tablet/GPS/IPAD - AliExpress

**◉ Description**    Specifications    Customer Reviews (5)    You may also like

## Description                                          **Report Item / Suspicious Activity**

**View more**



8/7/23, 9:54 AM                    Premium Car Back Seat Headrest Mount Holder Stand Mount Silicon Holder For 7-11 Inch Tablet/GPS/IPAD - AliExpress

## Specifications

| Package | No | Material | Plastic |
|---|---|---|---|
| Model Number | Tablet Holder Mount Stand | Brand Name | Crust Pro |
| Origin | Mainland China | | |



Premium Car Back Seat Headrest Mount Holder Stand Mount Silicon Holder For 7-11 Inch Tablet/GPS/IPAD - AliExpress

**People also searched**

Related Search

holder tablet to headrest     tablet headrest mount     headrest ipad holder     holder tablet car headrest     tablet car headrest mount

tablet mount for car headrest     mount tablet headrest     mount tablet in headrest     headrest mount for tablet     car headrest tablet mount

tablet mount to the headrest     mount tablet to headrest

Ranking Keywords

car holder for nintendo switch     treadmill tablet stand     headrest mount for tablet     car ipad stand     tablet headrest mount     pink set

8/7/23, 9:54 AM                    Premium Car Back Seat Headrest Mount Holder Stand Mount Silicon Holder For 7-11 Inch Tablet/GPS/IPAD - AliExpress

This product belongs to **Home**, and you can find similar products at **All Categories**, **Computer & Office**, **Tablet Accessories**, **Tablet Stands**.



### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consum Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8   浙公网安备 33010802002248号

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **44**

## Store Name:

## **HiMISS Factory**

## Platform:

## **Aliexpress**

2/14/23, 8:34 PM        Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE...

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

HIMISS Factory Store    93.0% Positive feedback    41 Followers    + Follow

**Store Home**    **Products** ∨    **Sale Items**    **Top Selling**    **Motorcycle Gear**    **Auto parts**    **Feedback**



### Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone

★★★★★ 4.6  7 Reviews  28 orders

## US $7.89  US $11.27  30% Off

⬦ Extra 3% Off

**US $3.00 off**
Orders over US $7.00    ···

**Color: black**



      

**Ship to**    ⊙ Tampa, Floric

**Shipping: $0.53**
From China to Tampa via AliE
Standard Shipping
Estimated delivery on Mar 09

**Service**
75-day Buyer Protection

**Quantity**
1  +

Additional 2% off (10 Bags or m
965 Bags available

**Buy Now**

**Add to Cart**

⇗ Share

## Related items



US **$3.53**
US $16.73
Welcome Deal
179 sold  ★4.8
Car Back Seat Mo...

US $**15.99**
Extra 2% off with c...
684 sold  ★4.9
Baseus Car Back S...
🚚 15-day Delivery
Free Shipping

US $**1.04**
US $10.28
Choice
4879 sold  ★4.8
EAFC Telescopic C...
🚚 Free 15-day
delivery-Free return

US $**30.49**
US $68.98
Welcome Deal
20 sold
MidWest Homes F...
🚚 7-day Delivery
Free Shipping

US $**11.04**
US $18.57
Extra 1% off with c...
Welcome Deal
32 sold  ★4.8
Happy Flute 2 Piec...
Free Shipping
Free Return

US $**14.01**
US $38.32
$3 off every $15
Choice
52 sold  ★4.9
Sumveno Multi-Fu...
🚚 Free 15-day
delivery-Free return

⊙ **Description**    Specifications    Customer Reviews (7)    You may also like

## Description

Report Item / Suspicious Activity

Feature:

268

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 269 of 385

2/14/23, 8:34 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE...

1. The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly. The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached. Optimized stretchable silicone mesh protects your device from any scratches.

2. Detachable is easier to install: The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience. Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.

3. Compatible with All 7"-10" Devices: The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7". This car headrest bracket is a great choice for your driving and traveling.

Description:
Name: Car Headrest Bracket
Color: Black
Material: Nylon + Rubber
Compatible Models: 7" to 10" Tablet PC
Packing list:
1 x Car Headrest Bracket
Note:
1. Due to manual measurement, please allow 1-3cm error. Make sure you don't mind before bidding.
2. Due to the difference of different monitors, the picture may not reflect the actual color of the product. Thanks.

# Adjustable Velcro strap

**The adjustable Velcro strap is suitable for different headrest sizes, can be firmly fixed on the back seat of your car**



**Elastic Mount Strap**

**View more**

## Specifications

| Material | Nylon + Rubber | Color Name | Black |
| --- | --- | --- | --- |

2/14/23, 8:34 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone - AliE…

Origin                    Mainland China

## Customer Reviews (7)

**4.6**

★★★★⯪

All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 6 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 stars | 0 |

All(7)          Additional review(1)          Local review(1)          5 stars(6)

2 stars(1)

Sort by default ⌄   **Show original translate**

★★★★★                                                          03 Jan 2023
Color:black                                                      D***o

Bought for 480. This is a top. There was a boseus mount before, which was found to have disadvantages: 1. the child can kick the tablet from the mount with his foot; 2. It is difficult to put the tablet in the mount on the way. This mount has solved these problems. I recommend who have children under 3 years old

Additional feedback                                              14 Feb 2023

After 2 uses, the clips fly off, the seller ignores. Either look for other clips or throw out

👍 Helpful(0)

★★☆☆☆                                                          25 Nov 2022
Color:black                                                      C***l

I couldn't fit any tablet in this case and it wouldn't go over my seat headrest. Very disappointed.

👍 Helpful(0)

★★★★★                                                          13 Dec 2022
Color:black                                                      M***z

👍 Helpful(0)

**View More**

## Buyer Questions & Answers (0)

## Recommended from HiMISS Factory Store →

2/14/23, 8:35 PM                               Please Confirm Your Order - AliExpress

## Shipping Address

**XXXXXXXXXXXXXXXX**  +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606                                    Change

## Payment Methods

Select Payment Method

| | HIMISS Factory Store | ☑ |

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...
black

**US $7.89**                                                             1   +

Shipping: US $0.53
Estimated delivery on Mar 09                                                  >

## Summary

| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

 AliExpress

AliExpress keeps your information and paym

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**      **App Store**      **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU/UK consumers - Transaction Services Agreement for non-EU/UK Consumers
Conditions for EU/UK/EEA Consumers (Transactions) - User Information Legal Enquiry Guide © 2010-2022 AliExpress.com. All rights reserved.

2/14/23, 8:35 PM                                    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Yantai Lanbao Information Technology Co., Ltd. |
| **VAT number:** | 91370602MA94****** |
| **Business license registration number:** | 91370602MA94****** |
| **Address:** | Room 1502, Yanzhong Building, 49 Huamao Street, Zhifu District, Yantai City, Shandong Province, China |
| **Legal Representative:** | Li Xiaomei |
| **Business Scope:** | |
| **Established:** | |
| **Registration authority:** | |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

8/7/23, 9:57 AM
Confirma tu pedido - AliExpress



# AliExpress

### Dirección de entrega

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133

Modificar

## Payment Methods

Select Payment Method

**HiMISS Factory Store**

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...

$7.89                                                          1   +

**Shipping: $0.53**
Estimated delivery on Aug 23
12-day delivery                                                              >

### Summary

| | |
|---|---|
| Total item costs | $ |
| Promo Code | Escribe el código |
| Total shipping | $ |
| Tax ⓘ | $ |
| **Total** | **$** |

**Place order**

all terms and policies

✓ AliExpress

AliExpress keeps your information and payme

### Información AliExpress

Atención al cliente, Disputas, Protección del comprador, Informar de una infracción DPI, Regulated Information, Integrity Compliance

### AliExpress en otros idiomas

Русский, Português, Español, Français, Deutsch, Italiano, Nederlands, Türk, ไทย, 한국어, العربية, עברית, Tiếng Việt, Polish

### Buscar por categoría

Lo más popular, Producto, Promoción, Low Price, Great Value, Reviews, China Brands, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Página del Grupo Alibaba, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play     App Store     AppGallery

Intellectual Property Protection - Privacy Policy - Mapa del sitio web - Términos de uso de AliExpress.com - Información para consumidores de la UE - Acuerdo de servicio, transacción para consumidores fuera de la UE/Reino Unido - Términos y condiciones para consumidores de la UE/EEE/RU (Transacciones) - User Information Legal Enquiry. 2010-2022 AliExpress.com. Todos los derechos reservados.

Case No. 1:23-cv-22812-KMW

# Defendant No.: **45**

## Store Name:

## **Future intelligence**

## Platform:

## **Aliexpress**

2/14/23, 8:41 PM          Universal SUV Car Headrest Mount Silicon Holder for i-pad MINI Air -Nintend Switch 7-10.5 inch Tablet PC - AliExpress

Sell on AliExpress     Help     Buyer Protection     App        / Tampa / English / USD        Wish Lis

I'm shopping for...                                                                    0

Future Intelligence Store                              93.2% Positive Feedback   256 Followe    + Follow

Store Home     Products ∨     Sale Items     Top Selling     Feedback



### Universal SUV Car Headrest Mount Silicon Holder for i-pad MINI Air -Nintend Switch 7-10.5 inch Tablet PC

★ ★ ★ ★ ★  4.5  2 Reviews  4 orders

## US $8.05  US $16.11  50% Off

**US $3.00 off**          **5% Off**
Orders over US $7.00     Store Discoun

**Color: Black**



    

Ship to        ⊙ Tampa, Floric

🚚 **15-Day Delivery**
**Free Shipping**
From China to Tampa via AliE
Selection Standard
Estimated delivery on Mar 08
 On-time guarantee

**Service**

75-day Buyer Protection

**Quantity**
     1   +
Only 4 left

Buy Now

**Add to Cart**

↗ Share

## Related items



US $**2.71**
US $10.02
Welcome Deal
41 sold  ★4.6
Premium Car Back...
🚚 15-day Delivery
Free Shipping

US $**2.9**
Extra 2% off with c...
364 sold  ★4.8
Adjustable Car He...

US $**8.99**
38 sold  ★5
Car Back Seat Hea...

US $**6.57**
US $13.21
Extra 2% off with c...
Welcome Deal
97 sold  ★5
Telescopic Car Re...
Free Shipping

US $**1.**56
177 sold  ★4.9
Universal 4-11 inc...

US $**2.81**
575 sold  ★4.8
Car Tablet Suppor...

⊙ **Description**   Specifications   Customer Reviews (2)   You may also like

## Description

**Report Item / Suspicious Activity**

https://www.aliexpress.us/item/3256803252676500.html                                        1/6

2/14/23, 8:41 PM                    Universal SUV Car Headrest Mount Silicon Holder for i-pad MINI Air -Nintend Switch 7-10.5 inch Tablet PC - AliExpress

Universal SUV Car Headrest Mount Silicon Holder for i-pad MINI Air -Nintend Switch 7-10.5 inch Tablet PC
OOTDTY

Features: Car headrest mount holder work well with all 7 to 10.5 inch tablets, and other thickness less than about 0.7 inches (18mm) tablet style media devices.
Perfect for playing games in a car, leaving hands free to operate the remote controller,It is a must item for tablets lovers and users,install it on the car Headrest easily.
With it can easily click for i-Pad or other Tablets on car back seat, conveniently and comfortably to watch movies, TV or play games.
Constructed from long-wearing and safe materials, adjustable headrest strap is suitable for headrests of different sizes, and can be very easy fixed on the back seat of the car.The rubber strip holding net can protect your device from scraping.
The Car headrest holder mount is specially designed for the back seat of the car, let your child or other back seat keep entertaining during long-distance driving. It is the best choice for watching movies, reading and playing games and more.

Specification: Item Type: Car Tablet Holder Mount Stand
Material: Nylon+Silicon
Color: Black
Size: 56.5cmx14.5cm
Aplication scenarios: Vehicle mounted rear pillow
Quantity:1PC (other accessories demo in the picture are not included)

Package Includes: 1x Car Back Seat Tablet Mount for 7-10.5 Inch Tablet

note: Note:
(No retail package)
Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!!
Compare the detail sizes with yours, please allow 1-4CM differs due to manual measurement, thanks!



**View more**

## Specifications

| Origin | Mainland China | Material | nylon |
| --- | --- | --- | --- |

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 277 of 385

2/14/23, 8:41 PM          Universal SUV Car Headrest Mount Silicon Holder for i-pad MINI Air -Nintendo Switch 7-10.5 inch Tablet PC - AliExpress

## Customer Reviews (2)

**4.5**

★★★★½

All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

All(2)

5 stars(1)    4 stars(1)

Sort by default ∨    Show original translate

★★★★☆                                                    02 Dec 2022

Color:Black                                                AliExpress Shopper

A little small though fit well to a tablet larger

👍 Helpful(0)

★★★★★                                                    11 Feb 2023

Color:Black                                                A***n

👍 Helpful(0)

**View More**

## Buyer Questions & Answers

## Recommended from Future intelligence Store →










10400 mAh Mini Po...
US $28.34
18 sold ⚫ 2.7

Replacement Earpa...
US $3.38
82 sold ⚫ 4.4
Free Shipping

WiFi Network Wirel...
US $29.92
51 sold ⚫ 4.4
Free Shipping

1Pack Mouse Feet ...
US $3.22
35 sold ★ 4.8
Free Shipping

PCI-E to USB 3.0 Ex...
US $9.13
US $26.27  -65%
New User Bonus
176 sold ★ 4.9
Free Shipping

104 Keys Layout Lo...
US $10.02
2 sold
Free Shipping

USB Wired One Ha...
US $12.47
6 sold ★ 4.5
Free Shipping

100 PBT Th...
US $16.7
5 sold
Free Shipp










Shockproof Carry C...

Bone Conduction ...

USB DC 12V Outpu...

CPU Cooler Silent P...

Anti-scroll Cute Cat...

3D Printer Hot Bed...

Custom Mechanica...

Cleaning B

2/14/23, 8:42 PM                                    Please Confirm Your Order - AliExpress

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxx         Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

🔲  Future Intelligence Store                              ☑

Universal SUV Car Headrest Mount Silicon Holder for i-pad MINI Air -Nintendo Switch 7-10.5...
Black

**US $8.05**                                              1   +

**Free Shipping**
Estimated delivery on Mar 08
🚚 15-day Delivery                                         ›

## Summary

Total item costs                                          US $

Promo Code                                       Enter code

Total shipping

Tax ⑦                                                     US $

**Total**                                                 US

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 AliExpress

AliExpress keeps your information and paym



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transaction) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

https://www.aliexpress.com/p/trade/confirm.html?objectId=3256803252676500&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_FUL...   1/2

8/7/23, 9:58 AM
Please Confirm Your Order - AliExpress

# AliExpress

## Shipping Address

**Jhon Doe**  **+1** 3056700323
3503 day
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Future intelligence Store**



Universal SUV Car Headrest Mount Silicon Holder for i-pad MINI Air -Nintendo Switch 7-10.5...
Black

**$8.71**

1   +

**Free shipping**
Estimated delivery on Aug 23
🚚 12-day delivery

>

## Summary

| | |
|---|---|
| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⓘ | $ |
| **Total** | **$** |

**Place order**

all terms and policies

🛡 AliExpress

AliExpress keeps your information and payme

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, **Alibaba International**, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

[Google Play]   [App Store]   [AppGallery]

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8   33010802002248

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256803252676500&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STAN...   1/2

2/14/23, 8:42 PM    Show Licences

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Guangzhou Zhuxiao Electronic Commerce Co., Ltd. |
| **VAT number:** | 91440101MA9W****** |
| **Business license registration number:** | 440106006****** |
| **Address:** | Room 301, No. 8 Weicheng Street, Tianhe District, Guangzhou |
| **Legal Representative:** | Luo Yuanbo |
| **Business Scope:** | Internet sales (except sales of goods requiring permission); Sales of communication equipment; Retail of electronic components; Sales of gifts and flowers; Retail of cosmetics; Retail of stationery; Sales of clothing accessories; Retail of clothing and apparel; Retail of shoes and hats; Sales of bags;; |
| **Established:** | 2020-12-09 |
| **Registration authority:** | Guangzhou Tianhe District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.: **46**

## Store Name:

## **HiMISS Auto Parts**

## Platform:

## **Aliexpress**

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

HiSH55 Auto Parts Store    87    42  ollone    + **Follow**

**Store Home**    **Products** ∨    **Sale Items**    **Top Selling**    **Auto parts**    **Motorcycle Gear**    **Feedback**



### Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal For Ipad Tablets Phone

4 orders

## US $3.09 ~~US $4.41~~ 30% Off

⭐ Extra 3% Off

**US $3.00 off**
Orders over US $7.00                        ...

**Color: black**

     

## Related items

                    

US $2.9 | US $2.81 | US $1.56 | US $2.75 | US $1.04 | US $2.81
Extra 2% off with c... | Extra 2% off with c... | 177 sold ★4.9 | 56 sold ★4.7 | US $10.28 | 575 sold ★4.8
364 sold ★4.8 | 6 sold | Universal 4-11 inc... | Adjustable Car He... |  Choice | Car Tablet Suppor...
Adjustable Car He... | Adjustable Car He... | | | 4879 sold ★4.8 |
| | | | EAFC Telescopic C... |
| | | | 🚚 Free 15-day |
| | | | delivery·Free return |

## Description

Feature:

**Report Item / Suspicious Activity**

1. The strip fixing net part with magic tape has a size of 7.2'' x 4.5'' x 0.5'' to fit your viewing device perfectly. The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached. Optimized stretchable silicone mesh protects your device from any scratches.

2. Detachable is easier to install: The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience. Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.

3. Compatible with All 7"-10" Devices: The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7". This car headrest bracket is a great choice for your driving and traveling.

Description:
Name: Car Headrest Bracket
Color: Black
Material: Nylon + Rubber
Compatible Models: 7" to 10" Tablet PC

Packing list:
1 x Car Headrest Bracket

Note:
1. Due to manual measurement, please allow 1-3cm error. Make sure you don't mind before bidding.
2. Due to the difference of different monitors, the picture may not reflect the actual color of the product. Thanks.

# Adjustable Velcro strap

The adjustable Velcro strap is suitable for different headrest sizes, can be firmly fixed on the back seat of your car



**Elastic Mount Strap**

---

📍 **Description**   Specifications   Customer Reviews   You may also like

**US $3.09** ~~US $4.41~~

**Selections: black**

**Ship to**   📍 Tampa, Floric

**Shipping: $5.53**
From China to Tampa via AliE Standard Shipping
Estimated delivery on **Mar 09**

**Service**
75-day Buyer Protection



**View more**

**Quantity**
1   +

Additional 2% off (10 Bags or m
994 Bags available

## Specifications

| Material | Nylon + Rubber | Color Name | Black |
|---|---|---|---|

| Origin | Mainland China |
| --- | --- |

**Buy Now**

**Add to Cart**

⇗ **Share**

## Customer Reviews (0)

## Buyer Questions & Answers (0)

## Recommended from HiMISS Auto Parts Store →

       

Car Mobile Phone ...
US $0.5
8 sold ● 3.5

Motorcycle Seat Bo...
US $1.97
142 sold ★ 4.7

2pcs Motorcycle M...
US $10.69
90 sold ★ 4.4

24V Electronic Car ...
US $31.05
14 sold ★ 5
Free Shipping

Passenger Grab Ha...
US $1.53
63 sold ★ 4.8

Hand Car Oil Pump...
US $1.41
2 sold ★ 1

Motorcycle Helmet...
US $1.32
1 sold

Body Scrat
US $0.55
87 sold ★

Dark Color Bumper...
US $19.29
11 sold ★ 4.7

2pcs Side Marker Li...
US $1.34
134 sold ★ 4.7

4-in-1 Car Charger ...
US $3.53
1 sold

Hs5157 Front Mou...
US $10.88
1 sold

Car Windshield Wa...
US $2.01
1 sold ★ 5

Universal Fuel Injec...
US $1.63
5 sold ★ 5

Universal Security ...
US $4.37
6 sold

Armrest Ce
US $12.0
3 sold ★ 5

## Shipping Address

XXXXXXXXXXXXXXXXX   +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

| HiMISS Auto Parts Store | |
|---|---|

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...
black

**US $3.09**                                                  1    +

Shipping: US $5.53
Estimated delivery on Mar 09                                                    >

## Summary

| Total item costs | US $ |
|---|---|
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 AliExpress

AliExpress keeps your information and payme

 

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play       App Store       AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved.

8/7/23, 9:59 AM · Please Confirm Your Order - AliExpress

# AliExpress



## Shipping Address

**Jhon Doe**  +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**HiMISS Auto Parts Store**

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back U...

$4.41                                        1   +

**Shipping: $5.41**
Estimated delivery on Aug 25

## Summary

| | |
|---|---|
| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | $ |
| Tax ⓘ | $ |
| **Total** | **$1** |

**Place order**

By clicking "Place Order" I confirm I have read
and understand all terms and policies

### ☑ AliExpress

AliExpress keeps your information and payme

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alibaba, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play   App Store   AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide. ©2010-2022 AliExpress.com. All rights reserved. 浙B2-20120091-8 浙公网安备 33010802002248号

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Yantai overflowing Trading Co., Ltd. |
| **VAT number:** | 91370602MA3R****** |
| **Business license registration number:** | 91370602MA3R****** |
| **Address:** | No.15 Xishan Road, Zhifu District, Yantai City, Zhifu District, Yantai City, Shandong Province, China |
| **Legal Representative:** | Zhou Jie |
| **Business Scope:** | |
| **Established:** | 2020-02-11 |
| **Registration authority:** | |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.: **47**

## Store Name:

## **The Little World**

## Platform:

## **Aliexpress**

Sell on AliExpress    Help    Buyer Protection    App        / Tampa / English / USD        Wish Lis

I'm shopping for...

The Little World Stor                    92.1% ... eedbox    107 Followers    + Follow

Store Home    Products ⌄    Sale Items    Top Selling    Feedback

**Car Headrest Tablet Mount Holder for Kids in Back Seats for All 7-10.5 Inch Tablet Anti-Slip Nylon Silicone Strap Cradle Bracket**

★★★★★ 4.0  1 Review  4 orders

# US $8.77  ~~US $11.10~~ 21% Off

🟡 Extra 2% Off

**US $3.00 off**
Orders over US $7.00                            ...

**Color: Black**

## Related items











US $2.9
Extra 2% off with c...
364 sold  ★4.8
Adjustable Car He...

US $3.72
Extra 1% off with c...
3 sold
Universal Car Bac...

US $1.04
~~US $10.28~~
Choice
4879 sold  ★4.8
EAFC Telescopic C...
Free 15-day
delivery·Free return

US $2.71
~~US $10.02~~
Welcome Deal
41 sold  ★4.6
Premium Car Back...
15-day Delivery
Free Shipping

US $0.99
~~US $10.51~~
Welcome Deal
91 sold  ★4.9
Car Headrest Tabl...

US $9.75
Extra 2% off with c...
10 sold  ★5
Car Headrest Mou...
Free Shipping

**Description**                                    **Report Item / Suspicious Activity**


Universal 7-12 inch Bike Tablet Holder
**USD 7.21**/piece


Car windshield Mount Holder Stand For 7-11
**USD 7.51**/piece


Tablet Holder 7-11" Computer Retractable
**USD 5.88**/piece


Car Slot Mobile Mount Holder Stand For GPS
**USD 8.73**/piece


360 Rotation Car Slot Mount Holder Stand
**USD 7.44-7.48**/piece


Universal C D Slot Tablet Car Mount for 4-
**USD 9.36**/piece


Car Headrest Tablet Mount Holder for Kids
**USD 8.77**/piece


Car Windshield Dashboard Mount
**USD 7.42**/piece

Car Headrest Tablet Mount Holder for Kids in Back Seats for All 7-10.5 Inch Tablet Anti-Slip Nylon Silicone Strap Cradle Bracket
Features:
Car headrest mount holder work well with all 7 to 10.5 inch tablets, and other thickness less than about 0.7 inches (18mm) tablet style media devices.
Perfect for playing games in a car, leaving hands free to operate the remote controller,It is a must item for tablets lovers and users,install it on the car Headrest easily.
With it can easily click for or other Tablets on car back for seat, conveniently and comfortably to watch movies, TV or for play games.
Constructed from long-wearing and safe materials, adjustable headrest strap is suitable for headrests of different sizes, and can be very easy fixed on the back for seat of the car.The rubber strip holding net can protect your device from scraping.
The Car headrest holder mount is specially designed for the back for seat of the car, let your child or other back for seat passengers keep entertaining during long-distance driving. It is the best choice for watching movies, reading and playing

**◉ Description**   Specifications   Customer Reviews (1)   You may also like

Material: Nylon+Silicon
Color: Black
Size: Approx. 50.5x15.5 for cm/19.88x6.10 inch
Aplication scenarios: Vehicle mounted rear pillow
Quantity:1PC (other accessories demo in the picture are not included)

Note:
(No retail package)
Due to the difference between different monitors, the picture may not reflect the actual color of the item. Thank you!!
Compare the detail sizes with yours, please allow 1-4CM differs due to manual measurement, thanks!

Package Includes:
1x Car Back for Seat Tablet Mount for 7-10.5 Inch Tablet



**View more**

**US $8.77** ~~US $11.10~~

**Selections: Black**

**Ship to**   ◉ Tampa, Floric

**Free Shipping**
Estimated delivery on Mar 11
From **China** to **Tampa** via AliE
Standard Shipping

**Service**
75-day Buyer Protection

**Quantity**
  1   +
9995 Pieces available

**Buy Now**

**Add to Cart**

⇗ **Share**

## Specifications

| Package | No | | Material | Silicon |
|---------|-----|-----|----------|---------|

| Origin | Mainland China | Material | nylon |
|--------|----------------|----------|-------|

## Customer Reviews (1)

**4.0**

★★★★☆

All reviews come from verified purchasers

| 5 stars | 0 |
|---------|---|
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

All(1)                                    4 stars(1)

Sort by default ⌄    Show original translate

★★★★☆                                                      06 Feb 2023

Color:Black                                                C***a

didn't fit my XC90 headrest

👍 Helpful(0)

View More

## Buyer Questions & Answers

## Recommended from The Little World Store →

| Universal 7-12 inch... | Music Microphone ... | 10400mAh Mini UP... | Aluminum USB 3.0 ... | 10Pcs Magnetic Ca... | Gaming Optical Le... | (No Battery) 18650 ... | Plastic Pow... |
|---|---|---|---|---|---|---|---|
| US $7.21 | US $6.51 | US $22.02 | US $1.47 | US $3.86 | US $16.66 | US $5.74 | US $1.63 |
| 25 sold ★5 | 11 sold ★4 | 99 sold ★5 | US $6.92 -78% | 81 sold ★4.7 | 17 sold ★4.2 | 56 sold ★4.6 | 8 sold ★5 |
| Free Shipping | Free Shipping | | New User Bonus | | Free Shipping | Free Shipping | |
| | | | 209 sold ★4.9 | | | | |
| | | | Free Shipping | | | | |

## Shipping Address

**XXXXXXXXXXXXXXXX**   +1 9999999999

xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

🏠  The Little World Store                                                  ▣

Car Headrest Tablet Mount Holder for Kids in Back Seats for All 7-10.5 Inch Tablet Anti-Slip...
Black

**US $8.77**                                                      1   +

**Free Shipping**
Estimated delivery on Mar 11                                        ›

## Summary

| | |
|---|---|
| Total Item costs | US $ |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⓘ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and paym

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©1910-2022 AliExpress.com. All rights reserved.

8/7/23, 10:00 AM                     Please Confirm Your Order - AliExpress



# AliExpress

### Shipping Address

**Jhon Doe**  +1 3056700323
3503 day
Miami, Florida, United States, 33133                    Change

### Payment Methods

Select Payment Method

**The Little World Store**                                            ✎

Car Headrest Tablet Mount Holder for Kids in Back Seats for All 7-10.5 Inch Tablet Anti-Slip...
Black

**$8.11**                                                          1   +

**Free shipping**
Estimated delivery on Aug 23
🚚 12-day delivery                                                    >

### Summary

Total item costs                                               $

Promo Code                                            Enter code

Total shipping

Tax ⑦                                                           $

Total                                                          $

**Place order**

all terms and policies

🛡 AliExpress

AliExpress keeps your information and payme

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

📱 Google Play      🍎 App Store      AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 20120091-8 33010802002248

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Guangzhou Wen Rou Electronic Commerce Co., Ltd. |
| **VAT number:** | 91440101MA9W****** |
| **Business license registration number:** | 440106006****** |
| **Address:** | Room 202, No. 6, North 1st Lane, Chebei Fuxing Li, Tianhe District, Guangzhou |
| **Legal Representative:** | Han Yali |
| **Business Scope:** | Internet sales (except sales of goods requiring permission); Sales of communication equipment; Retail of electronic components; Sales of gifts and flowers; Retail of cosmetics; Retail of stationery; Sales of clothing accessories; Retail of clothing and apparel; Retail of shoes and hats; Sales of bags;; |
| **Established:** | 2020-12-07 |
| **Registration authority:** | Guangzhou Tianhe District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **48**

## Store Name:

## **DATA FROG**

## Platform:

## **Aliexpress**

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...                                                    0

**DATA FROG Store**                              93.9% Positive Feedback    188.9K Followers    **+ Follow**

**Store Home**    **Products ˅**    **Sale Items**    **Top Selling**    **For Sony Playstation 4**    **Handheld Game Console**    **Feedback**

**DATA FROG TFY Car Adjustable Holder Compatible-Nintendo Switch Headrest Mount Silicon Stand For 7-10 Inch iPad/Fire HD/Kindle**

★★★★★ 5.0  1 Review  14 orders

**Ship to**    ⊚ Tampa, Floric

**Free Shipping**
Estimated delivery on Mar 11
From China to Tampa via AliE
Standard Shipping

# US $6.69   ~~US $21.38~~ 68% Off
🔘 Extra 2% Off

**2% Off**
Store Discount

**Service**

75-day Buyer Protection

**Color: 1PCS**

**Quantity**

1

Additional 2% off (5 Pieces or m
1 pieces at most per customer

**Buy Now**

**Add to Cart**

⇗ **Share**

    

## Related items

US $**8**.99
38 sold ⭐5
Car Back Seat Hea...

US $**6**.57
~~US $13.21~~
Extra 2% off with c...
Welcome Deal
97 sold ⭐5
Telescopic Car Re...
Free Shipping

US $**0**.99
Welcome Deal
91 sold ⭐4.9
Car Headrest Tabl...

US $**2**.9
Extra 2% off with c...
364 sold ⭐4.8
Adjustable Car He...

US $**7**.32
5 sold
Adjustable Car He...
Free Shipping

US $**2**.71
~~US $10.02~~
Welcome Deal
41 sold ⭐4.6
Premium Car Back...
🚚 15-day Delivery
Free Shipping

⊙ **Description**    Specifications    Customer Reviews (1)    You may also like

Description

is Activity



## Original Design-4k Classic Somatosensory Video Game Console

The latest interactive somatosensory game console, with 30 built-in interactive somatosensory games, you can play games with two wireless remote control gamepads, such as watermelon cutting, running, yoga, etc. Our game console also has 800 NES games built in, and Russian buyers can also choose to own more than 500 Russian games.



**View more**

## Specifications

| Package | Yes | Material | Silicon |
| --- | --- | --- | --- |

| Model Number | YJ06181739X | Brand Name | DATA FROG |
| Origin | Mainland China | Feature 1 | Compatible-Nintendo Switch |

**View more**

## Customer Reviews (1)

**5.0**

★★★★★

All reviews come from verified purchasers

| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

All(1)

5 stars(1)

Sort by default ⌄    Show original translate

★★★★★                                                          31 Oct 2022

Color:1PCS Ships From:China                                     J***R

It came very fast and fits the tablet very well.

👍 Helpful(1)

**View More**

## Buyer Questions & Answers (0)

## Recommended from DATA FROG Store →

| DATA FROG DIY La... | DATA FROG 12-17i... | DATA FROG Leg Str... | DATA FROG 2.4G H... | DATA FROG Video ... | DATA FR... | DATA FROG 2 Pack... | DATA FRO |
| US $19.43 | US $28.76 | US $5.46 | US $70.37 | US $24.43 | US $18.79 | US $1.49 | US $17.8 |
| 1 sold | | 9 sold | 119 sold ★4.5 | 784 sold ★4.6 | US $39.98 -53% | US $10.98 -86% | 530 sold |
| | | Free Shipping | | | 77 sold ★5 | New User Bonus | |
| | | | | | | 24 sold ★4.7 | |
| | | | | | | Free Shipping | |

## Shipping Address

**XXXXXXXXXXXXXXXX**   +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxxx   Change
Tampa, Florida, United States, 33606

## Payment Methods

Select Payment Method

DATA FROG Store

 DATA FROG TFY Car Adjustable Holder Compatible-Nintendo Switch Headrest Mount Silico...
1PCS

**US $6.69**   1

**Free Shipping**
Estimated delivery on Mar 11   >

## Summary

| Total Item costs | US $ |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⑦ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and paym

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play      App Store      AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

8/7/23, 10:01 AM                                      Please confirm Your Order - AliExpress

# AliExpress



## Shipping Address

**Jhon Doe**  +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**DATA FROG Store**                                                                          ✎

DATA FROG TFY Car Adjustable Holder Compatible-Nintendo Switch Headrest Mount Silico...
1PCS

**$10.69**                                                                          1   +

**Free shipping**
Estimated delivery **on Aug 23**
🚚 12-day delivery                                                              >

## Summary

| Total item costs | $1 |
|---|---|
| Promo Code | Enter code |
| Total shipping | |
| Tax ⓘ | $ |
| **Total** | **$1** |

**Place order**

I have read and confirm I have no reservations on all terms and policies

🛡 AliExpress

AliExpress keeps your information and payme

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play      App Store      AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 20120091-8 浙公网安备 33010802002248号

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256802656914843&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STAN...   1/2

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shenzhen Youjian Electronics Co., Ltd. |
| **VAT number:** | 914403005776****** |
| **Business license registration number:** | 914403005776****** |
| **Address:** | 503, Building B, Hexi Hangcheng Industrial Zone, 135 Qianjin 2nd Road, Xixiang street, Bao 'an District, Shenzhen |
| **Legal Representative:** | Deng Baixue |
| **Business Scope:** | Research and development and sales of electronic products and game peripheral products; Domestic trade; Import and export of goods and technologies. (Except for items that must be approved before registration as stipulated by laws, administrative regulations and decisions of the State Council) ^ |
| **Established:** | 2011-06-23 |
| **Registration authority:** | Shenzhen Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

# Defendant No.:  **49**

## Store Name:

# **DATA FROG Factory**

## Platform:

# **Aliexpress**

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

DATA FROG Factory Store                91.9% Positive Feedback    27.8K Follower    + Follow

Store Home    Products ∨    Sale Items    Top Selling    New Arrivals    Feedback

DATA FROG

**DATA FROG Adjustable TFY Car Mount Compatible-Nintendo Switch Universal Silicon Headrest Holder For 7-10 Inch Fire Tablets**

★★★★★ 4.5  2 Reviews  11 orders

## US $9.41  US $15.42  39% Off

🟡 Extra 2% Off

**US $3.00 off**
Orders over US $7.00                ...

**Color: 1PCS**

**Ship to**        ⊙ Tampa, Floric

**Shipping: $0.35**
Estimated delivery on Mar 11
From China to Tampa via AliE
Standard Shipping

**Service**
Free Return • 75-day Buyer Pr

**Quantity**
1  +
890 Pieces available

**Buy Now**

**Add to Cart**

⇗ Share

## Related items



US $8.99
38 sold ★5
Car Back Seat Hea...

US $6.69  US $21.38
Extra 2% off with c...
Welcome Deal
14 sold ★5
DATA FROG TFY C...
Free Shipping

US $7.32
5 sold
Adjustable Car He...
Free Shipping

US $2.9
Extra 2% off with c...
364 sold ★4.8
Adjustable Car He...

US $6.57  US $13.21
Extra 2% off with c...
Welcome Deal
97 sold ★5
Telescopic Car Re...
Free Shipping

US $2.71  US $10.02
Welcome Deal
41 sold ★4.6
Premium Car Back...
🚚 15-day Delivery
Free Shipping

⊙ Description    Specifications    Customer Reviews (2)    You may also like

Description

303

Description

**4k HD Video Game Console Supports For PS1/FC/GBA/MAME**          Report Item / Suspicious Activity

Open Linux source code system, built-in 3000 + / 10000 + games. Support for PS1/ATARI/MAME/SFC/FC/GBA/GB/GBC/MD game formats.Supports players to customize favorite games and can play and download games by themselves.



**Wireless Controller For Compatible-Nintendo Switch/Swith Lite/Switch Pro**

Switch controllers for nintendo with the built-in 6-Axis Gyro, dual motor vibration, and turbo function, wireless switch controller can be waked up remotely with one button, which is convenient to operate greatly.PC game controllers for nintendo switch supports wireless connection, and the connection signal is stable.



**Replacement Joystick Analog Thumb Stick Compatible-Nintendo Switch Joy Con**

Replacement Left or Right controller joystick for Nintendo Switch Joy-con Controller. Easy to fit and remove.



**Car Headrest Mount Holder Compatible with Compatible-Nintendo Switch/Ipad**

The Velcro strap could be adjustable to fit different Headrest. Also it could be held Horizontally.Angle adjuster, when fitted in addition, allows screen to be viewed at a comfortable angle and minimizes reflected glare.

**View more**

## Specifications

| Package | Yes | Material | Silicon |
|---------|-----|----------|---------|

| Model Number | YJ06181816X | Brand Name | DATA FROG |
| Origin | Mainland China | Feature 1 | Compatible-Nintendo Switch |

**View more**

## Customer Reviews (2)

**4.5**

★★★★½

All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

All(2)    Pic review(1)                    5 stars(1)    4 stars(1)

Sort by default ⌄    Show original translate

★★★★★                                          10 Feb 2023
Color:1PCS Ships From:China                        B***z
Article in perfect condition. And as described



👍 Helpful(0)

★★★★☆                                          05 Nov 2022
Color:1PCS Ships From:China                        R***a

👍 Helpful(0)

**View More**

## Buyer Questions & Answers (0)

## Recommended from DATA FROG Factory Store →

## Shipping Address

**XXXXXXXXXXXXXXXX**   +1 9999999999
xxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

**Select Payment Method**

🔲   **DATA FROG Factory Store**                                                    ☑

DATA FROG Adjustable TFY Car Mount Compatible-Nintendo Switch Universal Silicon Head...
1PCS,China

**US $9.41**                                                                      1   +

**Shipping: US $0.35**
Estimated delivery on Mar 11                                                       ›

## Summary

| | |
|---|---|
| Total Item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⓘ | US $ |
| **Total** | **US** : |

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and payme

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play          App Store          AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide © 2010-2022 AliExpress.com. All rights reserved.

8/7/23, 10:03 AM                         Please confirm Your Order - AliExpress

# AliExpress



## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133                            Change

## Payment Methods

Select Payment Method

**DATA FROG Factory Store**                                     ✎

DATA FROG Adjustable TFY Car Mount Compatible-Nintendo Switch Universal Silicon Head...

**$9.41**                                                      1   +

**Shipping: $0.34**
Estimated delivery **on Aug 23**
🚚 12-day delivery                                              >

## Summary

| | |
|---|---|
| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | $ |
| Tax ⑦ | $ |
| **Total** | **$1** |

**Place order**

✅☑ ... all terms and policies

🛡 **AliExpress**

AliExpress keeps your information and payme

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant.

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

[Google Play]   [App Store]   [AppGallery]

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.  备案 浙公网安备 33010802002248号
20120091-8  浙公网安备 33010802002248号

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256802657251561&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STAN...   1/2

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shenzhen Youjian Electronics Co., Ltd. |
| **VAT number:** | 914403005776****** |
| **Business license registration number:** | 914403005776****** |
| **Address:** | 503, Building B, Hexi Hangcheng Industrial Zone, 135 Qianjin 2nd Road, Xixiang street, Bao 'an District, Shenzhen |
| **Legal Representative:** | Deng Baixue |
| **Business Scope:** | Research and development and sales of electronic products and game peripheral products; Domestic trade; Import and export of goods and technologies. (Except for items that must be approved before registration as stipulated by laws, administrative regulations and decisions of the State Council) ^ |
| **Established:** | 2011-06-23 |
| **Registration authority:** | Shenzhen Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

# Defendant No.:  **50**

## Store Name:

# **Rocomoco**

## Platform:

# **Aliexpress**

Sell on AliExpress   Help   Buyer Protection   App   / Tampa / English / USD   Wish Lis

I'm shopping for...

0

Ro○○noco Store

95.2% ositive eedba   2364 Followers   + Follow

**Store Home**   **Products ∨**   **Sale Items**   **Top Selling**   **New Arrivals**   **Feedback**



**FITS 7 - 10.5 INCH TABLET**

### Universal Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Seat Compatible For Ipad Tablets Phone

1 order

## US $7.99   ~~US $9.99~~ 20% Off

**US $3.00 off**
Orders over US $7.00

...

---

**Ship to**   ⊙ Tampa, Floric

**Shipping: $1.03**
Estimated delivery on Mar 11
From China to Tampa via AliE
Standard Shipping

**Service**
75-day Buyer Protection

**Quantity**
1   +

Additional 3% off (3 Pieces or m
67244 Pieces available

**Buy Now**

**Add to Cart**

⋔ **Share**

---

## Related items

US $**2.9**
Extra 2% off with c...
364 sold  ★4.8
Adjustable Car He...

US $**8.99**
38 sold  ★5
Car Back Seat Hea...

US $**9.45**
263 sold  ★4.8
For Tesla Model 3/...

US $**2.71**
~~US $10.02~~
Premium Car Back...
🚚 15-day Delivery
Free Shipping

US $**1.04**
~~US $10.28~~
Choice
4879 sold  ★4.8
EAFC Telescopic C...
🚚 Free 15-day
delivery-Free return

US $**3.53**
~~US $16.73~~
179 sold  ★4.8
Car Back Seat Mo...

---

⊙ **Description**   Specifications   Customer Reviews   You may also like

**Description**   Report Item / Suspicious Activity   310

Description                                         Report Item / Suspicious Activity

Features:

- The strip fixing net part with magic tape has a size of 7.2" x 4.5" x 0.5" to fit your viewing device perfectly.
- The long-lasting silicone retaining mesh can be installed and will work with or without a case or cover attached.
- Stretchable silicone mesh protects your device from any scratches.
- The detachable design provides your users with two installation modes and allows easy access to the buttons and screens of phones and tablets for a more comfortable viewing experience.
- Keep your kids or other rear seat passengers entertained on long drives with this upgraded car headrest mount. Perfect for watching movies, reading books, playing games and more.
- The car headrest bracket is compatible with a wide range of devices, and can be perfectly matched with all 7-10" screen size and tablet or other media devices with a thickness of less than about 0.7".
- This car headrest bracket is a great choice for your driving and traveling.

Specification:

- Compatible Models: 7" to 10" Tablet PC
- Material:Nylon + Rubber
- Color:Black

Package Included:

- 1 x Car Headrest Bracket

NO Retail Box. Packed Safely in Bubble Bag.



**View more**

## Specifications

| Color Name | Black | Origin | Mainland China |
| --- | --- | --- | --- |

**Customer Reviews (0)**

**Buyer Questions & Answers (0)**

**Recommended from Rocomoco Store →**












| 3Wires Universal M... | 8Pcs Carbon Fiber ... | 1/4" Quick Connect... | Car Sticker Door Ed... | Car Wiper Bottle C... | Portable 12V/24V 2... | Car Washer Bottle ... | 1/2Pcs Sup... |
|---|---|---|---|---|---|---|---|
| US $1.79 | US $26.39 | US $0.99 | US $1.99 | US $0.89 | US $13.99 | US $1.19 | US $0.89 |
| 26 sold ★5 | 31 sold ★4.9 | US $4.74  -79% | 16 sold | 54 sold ★4.5 | 8 sold ★5 | 5 sold | 12 sold ★ |
|  | Free Shipping | New User Bonus |  |  | Free Shipping |  |  |
|  |  | 154 sold ★4.9 |  |  |  |  |  |
|  |  | Free Shipping |  |  |  |  |  |

**Top selling from Rocomoco Store →**











| **US $0.99** | **US $8.14** | **US $4.99** | **US $47.99** | **US $14.49** | **US $1.76** | **US $1.89** | **US $0.99** |
|---|---|---|---|---|---|---|---|
| 1324 Sold ★4.8 | 347 Sold ★4.9 | 709 Sold ★4.9 | 89 Sold ★4.3 | 51 Sold ★4.8 | 470 Sold ★4.7 | 378 Sold ★4.7 | 154 Sold ★ |

**You may also like**

| US $5.62 | US $8.77 | US $3.03 | US $6.69  US $21.38 | US $4.06 | US $7.61 | US $4.16 | US |
|---|---|---|---|---|---|---|---|
| 247 sold ★4.9 | Extra 2% off with coi... | Extra 2% off with coi... | Extra 2% off with coi... | Extra 2% off with coi... | Extra 5% off with coi... | Extra 2% off with coi... | Ext |
| Headrest Tablet Mo... | 4 sold ★4 | 1 sold | Welcome Deal | 11 sold ★5 | 474 sold ★4.8 | 2 sold | 11 |
|  | Car Headrest Tablet... | Car Headrest Tablet... | 14 sold ★5 | Car Headrest Mount... | New Upgrade Car M... | 2022 Silicon Car Bac... | Car |
|  | Free Shipping |  | DATA FROG TFY Car ... | Free Shipping | Free Shipping | 🚚 15-day Delivery | Fre |
|  |  |  | Free Shipping |  |  |  |  |

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999

xxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606                                    Change

## Payment Methods

Select Payment Method

🏧  **Rocomoco Store**                                                            ⊡

Universal Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Seat C...

**US $7.99**                                                            1    +

Shipping: US $1.03
Estimated delivery on Mar 11                                            >

## Summary

| Total item costs | US $ |
|---|---|
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and paymi

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

8/7/23, 10:04 AM                    Please confirm Your Order - AliExpress

# AliExpress



## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133

Change

## Payment Methods

Select Payment Method

**Rocomoco Store**                                              ✎

Universal Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Seat C...

$7.99                                                   1   +

**Shipping: $1.03**
Estimated delivery on Aug 23
🚚 12-day delivery                                           ›

## Summary

| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | $ |
| Tax ⑦ | $ |
| **Total** | **$** |

**Place order**

By placing your order, you agree to our **all terms and policies**

🛡 AliExpress

AliExpress keeps your information and payme...

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

[Google Play]  [App Store]  [AppGallery]

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 20120091-8 33010802002248

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256804861809061&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STAN...    1/2

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Shanghai Shangshu Clothing Co., Ltd. |
| **VAT number:** | 913101143584****** |
| **Business license registration number:** | 913101143584****** |
| **Address:** | Room 2587, Floor 2, Building 7, Lane 129, Huajiang Road, Jiangqiao Town, Jiading District, Shanghai |
| **Legal Representative:** | Ma Xue |
| **Business Scope:** | Sales of clothing, shoes and hats, needle textiles and raw materials, handicrafts, sanitary products, automobile accessories, labor protection products, household goods, electronic products, digital products, sporting goods, daily necessities, packaging materials, e-commerce (no value-added telecommunications, financial services). [For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments]] |
| **Established:** | 2015-09-23 |
| **Registration authority:** | Shanghai Jiading District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **51**

## Store Name:

# **MAGICElectro**

## Platform:

# **Aliexpress**

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

0

**MAGICElectro Store**

94.0% Positive Feedback    669 Followers    + Follow

**Store Home**    **Products** ⌄    **Sale Items**    **Top Selling**    **Feedback**

Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Elastic Strap And Holding Net Tablet Cover

★★★★☆ 3.7  3 Reviews  10 orders

## US $4.10  ~~US $10.01~~ 59% Off

🔴 Extra 1% Off

US $3.00 off
Orders over US $7.00

US $1.00 Off
Store Discoun

**Color: Black**

**Ship to**    ⊙ Tampa, Floric

**Shipping: $11.08**
From United States to Tampa
Estimated delivery: 4-13 days

**Service**
15-day Buyer Protection

**Quantity**
1   +

Additional 2% off (10 Pieces or r
999 pieces at most per custome

**Buy Now**

**Add to Cart**

⇗ **Share**

## Related items



US $**2.9**
Extra 2% off with c...
364 sold  ★4.8
Adjustable Car He...



US $**4.34**
50 sold  ★4.7
Universal Car Hea...
🚚 15-day Delivery



US $**2.75**
56 sold  ★4.7
Adjustable Car He...



US $**2.81**
Extra 2% off with c...
6 sold
Adjustable Car He...

*EAFC*



US $**1.04**
~~US $10.28~~
Choice
4879 sold  ★4.8
EAFC Telescopic C...
🚚 Free 15-day
delivery-Free return



US $**2.81**
575 sold  ★4.8
Car Tablet Suppor...

⊙ **Description**    Specifications    Customer Reviews (3)    You may also like

Description    Report Item / Suspicious Activity    317

Description                                    Report Item / Suspicious Activity

## Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Elastic Strap And Holding Net Tablet Cover

Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Material: Silicone
Colour: Black
Applicable scene: car headrest
Applicable size: 7"~10.9" tablet
Bracket*1







View more

## Specifications

| Package | Yes | Model Number | holder |
|---------|-----|--------------|--------|

| Brand Name | tmddotda | Origin | Mainland China |
|---|---|---|---|

## Customer Reviews (3)

**3.7**

★★★⯪☆

All reviews come from verified purchasers

| 5 stars | 2 |
|---|---|
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 1 |

All(3)    Pic review(1)                5 stars(2)

1 star(1)

Sort by default ⌄    Show original translate

★★★★★                                           31 Dec 2022

Ships From:CN Color:Black                        A***n

The 7in tablet stood up like a native. Velcro holds well. The child is delighted-says that she now has a personal TV in the car.



👍 Helpful(0)

★★★★★                                           28 Dec 2022

Ships From:CN Color:Black                        G***t

Sensational product!

👍 Helpful(0)

★☆☆☆☆                                           08 Feb 2023

Ships From:CN Color:Black                        U***r

A difference between reality and image on the Internet

👍 Helpful(0)

**View More**

## Buyer Questions & Answers

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999
xxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

MAGICElectro Store

Car Headrest Mount Holder Tablet Holder For Kids In Car Headrest Back Seats Anti-Slip Ela...
United States,Black

US $4.10                    1    +

Shipping: US $11.08
Estimated Delivery Time:4-13 Days                              >

## Summary

| | |
|---|---|
| Total Item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $1 |
| Tax ⑦ | US $ |
| Total | US : |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payme

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

8/7/23, 10:05 AM                                  Please Confirm Your Order - AliExpress

# AliExpress



## Shipping Address

**Jhon Doe**   +1 3056700323
3503 day
Miami, Florida, United States, 33133                                    Change

## Payment Methods

Select Payment Method

**MAGICElectro Store**                                                   ✎

Universal Car Headrest Mount Holder Stretchable Silicone Cover Adjustable Bracket Seat B...

$4.20                                                        1    +

Shipping: $11.08
Estimated shipping time  4-13 days                                       >

## Summary

Total item costs                                             $

Promo Code                                    Enter code

Total shipping                                               $1

Tax ⓘ                                                        $

Total                                                        $1

**Place order**

all terms and policies

🛡 AliExpress

AliExpress keeps your information and payme

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide. ©2010-2022 AliExpress.com. All rights reserved.
20120091 33010802002248

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256804825802692&from=aliexpress&countryCode=US&shippingCompany=USPS&province...   1/2

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Wuhan Keyi Yuan Electronic Commerce Co., Ltd. |
| **VAT number:** | 91420100MA4K****** |
| **Business license registration number:** | 420100001****** |
| **Address:** | A23, 4th Floor, Aerospace Magnetoelectric Office Building, No. 11 Jiayuan Road, East Lake New Technology Development Zone, Wuhan |
| **Legal Representative:** | Chen Yuantuo |
| **Business Scope:** | Wholesale and retail of LED lamps, LED display screens, energy-saving lighting products, household goods, office supplies, digital products, maternal and child products, cosmetics, auto parts and accessories and online wholesale and retail; Technical development and wholesale and retail of electronic products (excluding electronic publications), computer software and hardware; Design and wholesale and retail of clothing and apparel; Import and export of goods, import and export of technology (excluding goods or technologies that are prohibited or restricted by the state). (For projects subject to examination and approval according to law, business activities can only be carried out after examination and approval by relevant departments) |
| **Established:** | 2019-07-19 |
| **Registration authority:** | Wuhan East Lake New Technology Development Zone |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

Case No. 1:23-cv-22812-KMW

# Defendant No.: **52**

## Store Name:

## **Motorcycle Car Parts**

## Platform:

## **Aliexpress**

Sell on AliExpress    Help    Buyer Protection    App    / Tampa / English / USD    Wish Lis

I'm shopping for...

Maxicope Car Parts Store

95.6%  525 follow ers  **+ Follow**

**Store Home**   **Products** ∨   **Sale Items**   **Top Selling**   **New Arrival**   **Feedback**



**Car Headrest Mount Holder Multi-angle Adjustable Tablet Holder Universal Car Back Seat Tablet Mount for 7-10.5 Inch Tablets**

★★★★★ 5.0  2 Reviews  10 orders

# US $12.56

US $25.64  51% Off

⊙ Extra 2% Off

**US $3.00 off**
Orders over US $7.00

**Color: black**



## Related items



US $**2.**09

Extra 2% off with c...

364 sold ★ 4.8

Adjustable Car He...



EAFC

US $**1.**04

US $10.28

Choice

4879 sold ★ 4.8

EAFC Telescopic C...

📦 Free 15-day
delivery-Free return

US $**1.**56

177 sold ★ 4.9

Universal 4-11 Inc...



US $**4.**5

76 sold

Car Headrest Tabl...



US $**10.**88

Extra 2% off with c...

122 sold ★ 4.7

universal Car Hea...



US $**3.**89

US $16.78

Extra 2% off with c...

394 sold ★ 4.9

2022 Telescopic C...

Free Shipping

**Description**                                      **Report Item / Suspicious Activity**

**Detailed description:**
Product Name: Car Headrest Mount Holder
Material: Silicone, elastic webbing
Size:
Strap size: about 52.5*14.7cm/20.66*5.78inch
Silicone sleeve size: 18*11.5cm/ 7*4.5inch
Adaptation type: suitable for 7-10.5 inch tablet

**Parts List:**
1* Rubber Elastic Tablet Holder
1* Car Headrest Elastic Strap

**Highlight description:**
【Perfect for Travel】This car headrest holder is easily folded and makes it convenient to carry during travel. It detached easily and moved quickly. Keep your child or other back seat passengers entertained during long-distance driving.
【Wide Compatibility】This universal tablet holder is compatible with tablets between 7 inches and 10.5 inches, with other thicknesses less than 0.7 inches (18 mm) Tablet-style media device.
【Safety & Stability】The car headrest tablet holder uses strong velcro and a flexible and soft silicone net, which is specially designed for the car's back seat. So no matter how steep the mountain road is, your equipment will not be scratched or dropped due to vibration.
【Portable & Adjustable】The car tablet holder can not only remove the car tablet holder easily and quickly but also can be adjusted and installed at multiple angles to achieve a viewing angle suitable for you.
【Package Included】Package is equipped with a 1* rubber elastic tablet holder and 1* car headrest elastic woven strap. It is the perfect travel companion, allowing your child to focus and be quiet while you can drive with peace of mind.

**Note:**
1.Due to the difference between different monitors, the picture may not reflect the actual color of the item.
2.Please allow slight dimension difference due to different manual measurement. Thank you for your understanding.



**View more**

## Specifications

| Material | Silicone, elastic webbing | Color Name | Black |
|---|---|---|---|

| Origin | Mainland China |
|--------|----------------|

Description   Specifications   **♀ Customer Reviews (2)**   You may also like

**US $12.56** ~~US $25.~~

# 5.0

★★★★★

All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

**Selections: black**

**Ship to**   ♀ Tampa, Floric

**Free Shipping**
From United States to Tampa
Shipping Method - US
Estimated delivery on Apr 18

All(2)

5 stars(2)

**Service**
25-day Buyer Protection

**Quantity**
1   +

Additional 3% off (2 Pieces or m
999 Pieces available

Sort by default ⌄   Show original translate

★★★★★

Ships From:China Color:black
I like the cost of money.

👍 Helpful(0)

09 Dec 2022

AliExpress Shopper

Buy Now

★★★★★

Ships From:China Color:black

👍 Helpful(0)

24 Aug 2022

S***r

**Add to Cart**

⇗ **Share**

View More

## Buyer Questions & Answers

## Recommended from Motorcycle Car Parts Store →



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 Socket Cigarette ... | Solder Seal Wire C... | New Grease Gun C... | Polishing Bonnet B... | Car Diagnostic Test... | Grease Coupler He... | 2pcs Handlebar LE... | Polarized C |
| US $2.26 | US $11.99 | US $10.78 | US $8.65 | US $26.33 | US $8.87 | US $11.91 | US $15 |
| US $12.27  -81% | 18 sold ⭐ 5 | 651 sold ⭐ 4.8 | 15 sold ⭐ 4.8 | 28 sold ⭐ 4.7 | 305 sold ⭐ 4.9 | 27 sold ⭐ 4.3 | 8 sold ⭐ 5 |
| New User Bonus | Free Shipping | | Free Shipping | | | Free Shipping | Free Shipp |
| 230 sold ⭐ 4.7 | | | | | | | |
| Free Shipping | | | | | | | |

## Shipping Address

XXXXXXXXXXXXXXXX   +1 9999999999

xxxxxxxxxxxxxxxxxxx / xxxxxxxxxxxxxxxxxxxxxx
Tampa, Florida, United States, 33606

Change

## Payment Methods

Select Payment Method

🚗 Motorcycle Car Parts Store



Car Headrest Mount Holder Multi-angle Adjustable Tablet Holder Universal Car Back Seat ...
United States,black

US $12.56                                                    1    +

Free Shipping
Estimated delivery on Apr 18                                         >

## Summary

| | |
|---|---|
| Total item costs | US $1 |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⑦ | US $ |
| **Total** | **US :** |

Place order

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

🛡 AliExpress

AliExpress keeps your information and paymi

  

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store        AppGallery

Privacy Policy, Terms of Use, Transaction Services agreement for non EU/UK Consumers, Legal Enquiry Guide, © 2010-2023 AliExpress.com. All rights reserved.

8/7/23, 10:07 AM                                                    Please Confirm Your Order - AliExpress



# AliExpress

### Shipping Address

**Jhon Doe**  +1 3056700323
3503 day
Miami, Florida, United States, 33133                                    Change

### Payment Methods

**Select Payment Method**

**Motorcycle Car Parts Store**                                          ✎

Car Headrest Mount Holder Multi-angle Adjustable Tablet Holder Universal Car Back Seat ...

**$9.75**                                                        1   +

**Free shipping**
Estimated delivery on Aug 23
🚚 12-day delivery                                                       >

### Summary

| | |
|---|---|
| Total item costs | $ |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⑦ | $ |
| **Total** | **$1** |

**Place order**

all terms and policies

☑ **AliExpress**

AliExpress keeps your information and payme

---

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alimay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

📱 Google Play   🍎 App Store   AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.
20120091-8  浙公网安备 33010802002248

https://www.aliexpress.us/p/trade/confirm.html?objectId=3256803479721811&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_STAN...   1/2

## Business Information

Please see business information of the merchant below:

Business License/Information

| | |
|---|---|
| **Company name:** | Beijing Zhengtian Mingtai Machinery Equipment Leasing Co., Ltd. |
| **VAT number:** | 91110108MA01****** |
| **Business license registration number:** | 110108025****** |
| **Address:** | A- 206, Floor 2, No. 30 Haidian South Road, Haidian District, Beijing |
| **Legal Representative:** | Song Shuizheng |
| **Business Scope:** | Rental of machinery and equipment (excluding car rental); Sales of clothing, shoes and hats, daily necessities, cultural goods, computers, software and auxiliary equipment, metal ore, non-metallic ore, Wujinjiaodian (not engaged in physical store operations, excluding electric bicycles), Metal materials, building materials (not engaged in physical store operations), auto parts, medical equipment category I, II; Public relations services; Conference services; Translation services; enterprise planning; Market research; Enterprise Management Consulting; Computer animation design. (Enterprises independently select business projects and carry out business activities in accordance with the law; Projects that must be approved in accordance with the law shall carry out business activities in accordance with the approved content after approval by relevant departments; They shall not engage in business activities of projects prohibited or restricted by the city's industrial policies.) |
| **Established:** | 2018-07-11 |
| **Registration authority:** | Haidian Branch of Beijing Administration for Industry and Commerce |

**以上信息为商家自助填写，英文为系统自动翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、EPR申请在内的任何校验。**

Above information are self-declared by merchant in their local language, English here is automatic translation only for the convenience of customer's easier understanding of who they are purchasing from.

AliExpress does not guarantee the authenticity or accuracy. Please do not use for any offical purpose such as VAT or EPR registration, etc.

# Defendant No.:  **53**

## Store Name:

## **Jisieike**

## Platform:

## **Walmart**

2/13/23, 6:07 PM          Car Headrest Mount Holder Angle Adjustment Car Back Seat Tablet Holder with Soft Silicon Holder Net for 7-10.5 Inch iPad/Tablet...



Auto & Tires / Interior Parts & Accessories / Car Organizers / Car Mounts for iPad

Sponsored

Vadunsuz

**Car Headrest Mount Holder Angle Adjustment Car Back Seat Tablet Holder with Soft Silicon Holder Net for 7-10.5 Inch iPad/Tablets**

Price when purchased online ⓘ

🚚 Free shipping, **arrives by Wed, Feb 22** to
Daytona Beach, 32118

**Want it faster? Add an address** to see options
More options

🏬 Sold and shipped by **KiaKoe**
★★★☆☆ 2 seller reviews
View seller information

♡ Add to list          🎁 Add to registry



Sponsored
**$49.99**

Woleyi 35" Aluminum Long Arm Car Seat Rail Tablet Holder for Truck Large Vehicle Floor Bolts Compatible with 4"-13" Smartphone/Tablet/Navigator

2-day shipping







2/13/23, 6:07 PM          Car Headrest Mount Holder Angle Adjustment Car Back Seat Tablet Holder with Soft Silicon Holder Net for 7-10.5 Inch iPad/Tablet...







## About this item

Product details ⌄

Specifications ⌄

Warnings ⌃

⚠ WARNING - Califor

https://m.media-amazon.cc

💬 Report incorrect produc

970.300_PT0_SX970_V1.__.jpg



**$11.99**

Awmark Car Tablet Holder for Travel Accessories ipad Holder for Car Back Seat Headrest Tablet Stand for Backseat Rear Facing Adjustable Car Mount Compatible with 7-10.5 Inch Tablets

3+ day shipping



**$20.62**

Flexible 360° Rotating for IPad Car Pillow Mobile Phone Holder Tablet Stand Back Seat Headrest Mount Bracket Up To 12.3 Inch

3+ day shipping



**$14.99**

Fovolat Headrest Tablet Holder 36 Headrest Mount Flexible Tablet Ca Tablet Holder for Cars with Handb

3+ day shipping



**$15.99**



5 Pack

**$8.99**

Best seller



**$14.48**

2/13/23, 6:08 PM                                    https //www.walmart.com/cart

# Cart (1 item)



**Free shipping** arrives **Wed, Feb 22**

32118

For the best shopping experience, sign in

Sold and shipped by KiaKoe

Car Headrest Mount Holder Angle Adjustment Car Back Seat Tablet...          **$15.99**

Remove        Save for later          —    1    +

| | |
|---|---|
| **Subtotal** (1 item) | $15.99 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$15.99** |

Walmart+  **Want to save on grocery delivery, gas & more?**

☐ Try Walmart+ free for 30 days

**Earn 5% cash back** on Walmart.com  ✕
See if you're pre-approved with no credit risk.
Learn how

2/13/23, 6:09 PM                                    Seller KiaKoe



## KiaKoe

★★★☆☆    See all 2 reviews
3 stars out of 5



**50%**    Overall Positive Rating

⌂    Business Name: shanxiweifuyuantedianzishangwuyouxiangongsi

✉    Contact seller

☎    (+86) 18665562484

◎    shanxishengtaiyuanshiwanbailinquyingpandicunnanjie
     xipai34hao1zhuang1danyuan301shi
     Taiyuan, Shanxi 030000, China

About seller

## More items from this seller



Add

$19.99

WiFi Booster, Extendtecc WiFi Booster, WiFi Range Extender
300Mbps, Wireless Signal Repeater Booster 2.4 and 5GHz Dual
Band 4 Antennas 360° Full Coverage



$11.99

1 PCS Nano Double Sided Tape, Multipurpose Removable Adhesive
Transparent Grip Mounting Tape, Washable Strong Sticky Heavy
Duty for Carpet Photo Frame Poster Décor

★☆☆☆☆ 5



$9.69

4 PCS Face Exfoliating Loofah Pa
Cleansing Brush, Natural Loofa Sp
Body Wash"

★★★★★ 38

## Seller reviews

# 3 out of 5

★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

https://www.walmart.com/seller/101216270                                              1/2

Auto & Tires Interior Parts & Accessories Car Organizers Car Mounts for iPad

IMPOSSIBLE Making meat history

Vadunsuz

# Car Headrest Mount Holder Angle Adjustment Car Back Seat Tablet Holder with Soft Silicon Holder Net for 7-10.5 Inch iPad/Tablets

Now $10.99 $14.99

Price when purchased online

1 added

Seller shipping for $7.00, **arrives by Fri, Sep 1** to Miami, 33156 Details

**Want it faster?** Add an address to see options

More options

Sold and shipped by **Jisieike**

17 seller reviews

View seller information

**Free 30-day returns** Details

Add to list Add to registry

**More seller options (1)**

Starting from $15.99

Compare all sellers

Sponsored

$27.99

woleyi Windshield Suction Cup Car Tablet Holder iPad Holder for iPad, Galaxy Tab, Phone and 4.7-12.9 Inches, Gopro/Camera Compatible

2-day shipping

+ Add

Roll over image to zoom in

## About this item

Product details

**Product Description**
**car tablet holder**
**An Indispensable Companion for car's journey:**

**The adult who sitting in the car not need to hold a tablet to reduce the tired.**
**The kids who setting in the car have more fun on the long boring road trip.**
**Universal iPad car holder back seat - Compatible with 7-10.5 inch device:**

**Compatible with Fire tablets serie(Fire 7" / Fire HD 8" / Fire HD 10" / Fire HD 7" / Fire HDX 7" / Fire HDX 8.9")**
**Compatible with iPad serie(iPad / iPad Mini / iPad Air)**
**Compatible with Nintendo Switch.**
**Creative Design:**

**MONEER Car headrest tablet mount holder is designed with foldable elastic band and high-quality silicone, easy to install and protect your device from any road condition.**

**kids tablet holder for car**



8/7/23, 10:10 AM                    Car Headrest Mount Holder Angle Adjustment Car Back Seat Tablet Holder with Soft Silicon Holder Net for 7-10.5 Inch iPad/Tablets - Walmart.com

Wide compatibility
The Tablet with Case or Without Case

Installation Step
Step 1
Wrap the velcro elastic strap to your car headrest, and the elastic strap can be adjustable the length and compactly attached to the headrest of your car, compatible for most of the car.

Step 2
Put the tablet into the silicone holder. This silicone is made of high-quality soft material, which is not easy to be broken and it can protect your device from being strangled.

Step 3
Glue the silicone tablet that has been inserted into the tablet with the mother-in-law Velcro. This Velcro is made of upgraded material, it can withstand a weight of 11 pounds and is not easy to fall.

- EASY INSTALLATION: The elastic strap can be secured to most of the headrest in the front of your car. Just install it on the headrest. In order to keep a better angle of the viewing effect.
- CLASSIC & SIMPLE DESIGN: The tablet car mount holder uses silicone to place the tablet. At first, you can place a tablet, then flexible strong cover of the better angle, the anti-slip strip at the bottom to protect your device from being strangled.
- EXCELLENT COMPATIBILITY: Our the car headrest tablet holder is compatible with 7 - 10.5 inches, which can suit most of the major phones on the field.
- WIDELY USED: The car tablet can be used not only in daily life but also, as a map, watch video, etc. You can easily attach it on the back of the front car seat, enjoy it. So that will keep your children stay in car.
- NOTICE: Please confirm that device type is 7-10.5 inches, otherwise it does not fit. If you install the wrong way, it may easily fall out, please be careful, it is not easy to install the wrong way.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                                                          ⌄

Brand

Vikechio

Warnings                                                                                                              ⌄

⚠ WARNING - California Proposition 65
https://m.media-amazon.com/images/S/aplus-media-library-service-media/e5ee436d-3502-46ee-b309-423cd1ea0e4e._CR0,0,970,300_PT0_SX970_V1___.jpg

⌕ Report incorrect product information





♡

**+ Add**

Now $6.59 ⓘ
Universal Air Vent Smartphone Mount for Cars
★★★★☆
3+ day shipping



Best seller

♡

**+ Add**

$14.39
Pantuo Holder Phone Mount Car Phone Holder Universal Adjustable Cup Holder Cradle Car Mount with Flexible Long Neck for iPhone 12 Pro XR XS Max X 8 7 Plus Samsung S10 Note 10 9 S9 S8 Edge
★★★★☆
2-day shipping



♡

**+ Add**

$32.46
Satellite Steel 6 360° Magnetic Mount Sou
★★★★☆
3+ day shipping



♡

**+ Add**

$10.97
uttleduckling Car Headrest Mount Holder Multi-angle Adjustable Tablet Holder Universal Tablet Mount with Flexible Silicone Holding Net Compatible with 7-10.5 inch Tablets for Car Back Seat
3+ day shipping



♡

**+ Add**



$10.56
Giystone Universal Car Seat Mount Tablet Holder for Tablet Holder Bracket iPad Pad Mini Air
3+ day shipping



♡

**+ Add**

$11.54
Car Headrest Mount Car Backseat Seat Ta 360° Rotating Adjustable for 4.7-13 Tablet
3+ day shipping

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.   Learn more

☆☆☆☆☆


**Write a review**

This item doesn't have any reviews yet.

https://www.walmart.com/ip/Car-Headrest-Mount-Holder-Angle-Adjustment-Car-Back-Seat-Tablet-Holder-with-Soft-Silicon-Holder-Net-for-7-10-5-Inch-iPad-Tablets/365730777?from=search                    2/3

Car Headrest Mount Holder Angle Adjustment Car Back Seat Tablet Holder with Soft Silicon Holder Net for 7-10.5 Inch iPad Tablets - Walmart.com





$14.95

Car Back Seat Holder Compatible With iPad Kindle for Rear and Forward-Facing Mom Headrest Mount Hanger Case For Various Headrest Up to 10.5, Lightweight Washable and Portable

★★★★☆

2-day shipping

Best seller



$14.48

EEEkit Universal 2-in-1 CD Slot Tablet & Smartphone Holder CD Player Car Mount Cradle Fit for Samsung Galaxy Tab, iPad Mini Air Pro, iPhone & More 4.5-inch-12.9-inch 4-12 Devices

★★★★☆

2-day shipping



$11.99

Walmart Car Tablet Holder for Travel Auto Seat Headrest Tablet Stand Fit Backseat Kids Compatible with 7-10.5 inch Tablet

★★★★☆

3+ day shipping

Report:   ⊘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Phone Car Mounts                         Car Mounts

All Auto Accessories                     Auto Accessories

Jeep Interior Accessories                Auto Electronics

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **54**

## Store Name:

## **YUEWAY**

## Platform:

## **Walmart**

2/13/23, 6:12 PM                    90 Degree Car Back Seat Headrest Mount Holder Stand For 7-10.5 Inch Tablet PC - Walmart.com

Auto & Tires   ·   Interior Parts & Accessories   ·   Car Organizers   ·   Phone Car Mounts

Walmart+   **Ship free, no order min\***

Sponsored

Price when purchased online   ⓘ

🖃   Free shipping, **arrives by Thu, Mar 2** to
      Daytona Beach, 32118

      **Want it faster?** Add an address to see options
      More options

🖾   Sold and shipped by **YUEWAY**
      View seller information



**About this item**

Product details                                                                                    ⌄

Specifications                                                                                     ⌄

💬   Report incorrect product information

https://www.walmart.com/ip/AoHao-Car-Headrest-Mount-Holder-Universal-Tablet-Holder-with-Flexible-Silicone-Mounting-Mesh-for-All-7-10-5-Tablets-...   1/4



Best seller





**$16.79**

GUSTVE Car Headrest Mount Holder Multi-angle Adjustable Tablet Holder Universal Tablet Mount with Flexible Silicone Holding Net Compatible with 7-10.5 Inch Tablets for Car Back...

3+ day shipping

Sponsored

**From $14.99**

Lamicall Car Headrest Tablet Mount - Universal Car Headrest Tablet Holder - Tablet Mount for Car for 4.7 -10.5" Cellphones and Tablets - Black

★★★★☆ 267

2-day shipping

**$28.66**

Headrest Tablet Holder - Tablet Ca Mount Car Back Seat Tablet Moun for 3.5-6.0 inch Phones 7-10 inch T

3+ day shipping

Best seller



Best seller





**$17.24**

Scosche 4-in-1 Universal Mounting Kit for Mobile Devices

★★★★☆ 176

Pickup   Delivery   1-day shipping

Sponsored

**$9.87**

Premier CD Slot Smartphone Mount and Holder Kit With Expandable Grip for All Cell Phones

★★★☆☆ 53

Pickup   Delivery   3+ day shipping

Sponsored

**$15.47**

Premier Car Window or Dash Phor Arm for All Smartphones

★☆☆☆☆ 23

3+ day shipping

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.   Learn more







2/13/23, 6:12 PM                                                       https://www.walmart.com/cart

# Cart (1 item)



**Free shipping** arrives **Thu, Mar 2**

<u>32118</u>

Sold and shipped by <u>YUEWAY</u>



90 Degree Car Back Seat Headrest
Mount Holder Stand For 7-10.5 In...          **$12.21**

Only 3 left

Remove        Save for later        —    1    +



For the best shopping experience,
<u>sign in</u>

**Subtotal** (1
item)                                    $12.21

Shipping                                     Free

**Taxes**      Calculated at checkout

**Estimated total**                      **$12.21**

**Want to save on
Walmart+   grocery delivery,
gas & more?**

☐  Try Walmart+ free for 30
days

**Earn 5% cash**                        ✕
**back** on
Walmart.com
See if you're
pre-
approved
with no
credit risk.
<u>Learn how</u>

2/13/23, 6:13 PM                                                                                                        Seller YUEWAY

# YUEWAY

☆☆☆☆☆

No reviews yet

⌂  Business Name: shenzhenshiyueweifushiyouxiangongsi

✉  Contact seller

☎  (+86) 18025400362

⌖  guangmingquyutangjiedaoyulvshequ
   yuquanluxinyigongyeyuandiCdongsushe302-A
   shenzhen, Guangdong 518000, China

About seller

Tax policy

## More items from this seller



**$31.62**

CPAP Cleaner and Sanitizer Mini Disinfector Clean CPAP
Equipment Mask Cleaner



**$44.14**

Transparent Acrylic Window Plant Shelves 2/3 Layers Clear Hanging
Floating Wall Shelf Flower Pot Rack Planter Stand Decor



**$10.36**

Replacement Cable Extension Cor
Control For Astro A10 A40 A40TR

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

Shenzhen Yuewei Clothing Co., Ltd. was established on September 18, 2020. Mainly sell household consumables. Such as disposable cups and plates, knives
and forks, napkins, plastic wrap, etc. It is a product that can bring you a lot of convenience. Customers come first, we sincerely invite you to shop

## Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

342

# Defendant No.:  **55**

## Store Name:

## **heurion**

## Platform:

## **Temu**



165601

Best Sellers   5-Star Rated   Summer Vacay   Categories   6010995   Orders & Account   EN   Cart

Home   Electronics   Video Games   Car Headrest Mount Silicon...

Car Headrest Mount Silicon Holder For Game Machine Nintendo Switch And Other Tablets

(72K+ sold   ★★★★★ (4,418)

**$9.07**  $25.49  -64%

✓ Free shippi...   left today

Style: For Switch & Pad

Qty :   1   Added  ⧗ Only 14 left

Go to cart

$9.07
1

### Shipping & Return

🚚 Shipping ›

Standard: free on all orders        Express: $1
Delivery  Aug 16-21, 77.4% are ≤ 10 days     Deliver
Get a $5 cred t for late delivery        Get +$
Courier com any  USPS  UPS  · 12     Courier com

🗀 Free returns   Price adjustment ›

♻ Sustainability at Temu ›

**4,418 reviews**   4.8 ★★★★★

All reviews are from verified buyers

**Shop with confidence**

🛡 Shopping security ›

Safe Payments Options    Secure logistics
Secure privacy       Purchase protection

Item reviews (73)   Shop reviews (4,418)

Recommended ⌄   Buy again(1)

Click Up For Long Rides(1)   Works Great(2)

Great Quality(7)   Car Accessory(2)  ⌄

**Highlight**

10+ customers bought again

**Description**

Item ID: AQ01002 ( Copy )

See more ›

**marie trent**
★★★★★
Style: For Switch & Pad
Got this as a gift for my son so I know nothing about it yet. May come back after he uses it to update if I remember  Looked ok best I can tell though.

👍 Helpful(6)  ···

**Kellismith92**
★★★★★
Style: For Switch & Pad
fits the seat perfectly can't wait till road trip so kids can play the switch together when they want

👍 Helpful(11)  ···

**wvnurse38**
★★★★★
Style: For Switch & Pad
Works great. Just my granddaughter needed for long rides Click my thumbs up if I was helpful please.

👍 Helpful(31)  ···

**Bmariechand**
★★★★★
Style: For Switch & Pad
Perfect!! Just what I needed to put my sons tablet to watch when Im driving

Free shipping 1 6 5 6 0 1
On all order



**BACK TO SCHOOL** **W** Subtotal

TEMU | 🖢 Best Sellers | 📺 5-Star Rated | 🌴 Summer Vacay | Categories ⌄ | Orders & Account | 🇺🇸 EN | Cart

$9.07
Saved $16.42

Free shipping
on all orders

Photos from all the shop's reviews          See all ⟩

Go to cart

## Match it with

╋

$9.07
⌄

Car Headrest Mo...     1pc Switch Brack...

**This item**     $3.98

## Details                                    Report item

Suitable only for Nintendo Switch game machine.
Silicon holding net protects and will not scratch the edges of your Nintendo
Switch.
Perfect for playing games in a car, leaving hands free to operate the remote
controller.
Allows easy access to the buttons and screens of Nintendo Switch
Note: Game remote controllers must be disconnected from the Switch screen
before fitting the screen into the silicon holder.









See more



heurion

★★★★★

| 1K+ | 72K+ | 51 |

♡ Follow     Shop all items

4pcs 3D Cute Silicon...   4pcs Halloween 3D...   Green Trading Card...
$5.48          $2.69          $12.73

Similar items     See all ›





Free shipping
On all orders
1 6 5 7 5

Free returns
Within 90 days

Get the Temu App

TEMU | HOT Best Sellers | 5-Star Rated | Summer Vacay | Almost sold out | Categories | tablet hol... | Orders & Account | EN | Cart

heurion

1K+ Followers | 72K+ Sold | 51 Items

Follow | Message

4,418 shop reviews 4.8 ★★★★★ >

9***6 on Aug 9, 2023
★★★★★
It's very cute and easy to apply on the Joystick...

thegio1694 on Aug 7, 2023
★★★★★
Good quality and on time

Waldo on Aug 7, 2023
★★★★★
These stickers are awesome, much better than . .

All items | Video Games | Craft Supplies & Stickers | Tablets, Laptops & Accessories | Reviews(4.8★) | Search all 51 items

51 Items Prioritize BACK TO SCHOOL items Prioritize Lightning deals items Sort by Relevance

BACK TO SCHOOL 45% off discount
FunMax Trading Card Binde...
$15.18 1.7K+ sold
Only 17 Left

BACK TO SCHOOL 55% off discount
Skin Decal Stickers For Nint...
$5.98 1.2K+ sold
Only 6 Left

BACK TO SCHOOL 61% off discount
Carrying Case Holder For PT...
$7.48 821 sold
Only 16 Left

BACK TO SCHOOL 63% off discount
For 4 Ports Gamecube Cont...
$12.88 7 sold
Almost sold out

BACK TO SCHOOL 55% off discount
FunMax Trading Card Binde...
$14.98 827 sold
Almost sold out

Top items Most repurchased Most added

Most repurchased items in shop.

#1
2 Pack Screen Protector Tempered Glass Premium HD Clear Anti-Scratc...
100+ customers repurchased
$1.96 7.3K+ sold

#2
Anime Mini Figures Building Blocks Character Models Toys For Boys ,Gir...
100+ customers repurchased
$1.88 3.8K+ sold

#3

BACK TO SCHOOL 67% off discount
2 Pack Screen Protector Te...
$1.96 7.3K+ sold
bought 27 min ago

BACK TO SCHOOL 54% off discount
4pcs 3D Cute Silicone Nocti...
$5.48 1.9K+ sold
Only 18 Left

BACK TO SCHOOL 74% off discount
4pcs Halloween 3D Cute Sili...
$2.69 2.7K+ sold
added to cart 13 min .

2 Pack U-Shaped Angle USB...
$4.05 11 sold
Almost sold out

BACK TO SCHOOL 56% off discount
Green Trading Card Binder ...
$12.73 109 sold
Only 2 Left

50%-99% off

50 Unique Movie-Themed Waterproof Stickers - Perfect Gift fo...

50Pcs Super Cute Anime Stickers - Perfect for Laptops, Water Bottles &...

Free shipping
On all orders            1 6 5 6 5 0

🔒 All data will be encrypted

Home   Cart

✓  Free shipping on all orders          Ends in    :   :

◯  Select all                                           ☰

Car Headrest Mount Silicon Holder For G...

By    heurion                                    **$9.07**

◯   For Switch & Pad ❯        -64%

Only 14 left · In 999+ othe...    Qty  1    ⌄

**Order Summary**

Item total:                        $25.49

Item discount:                   -$16.42

                                          $9.07

Estimated total (1           $9.07
item)

Taxes and delivery fees are
calculated on the next page.

Saved $16.42

**Express checkout with**
**PayPal**

Item availability and pricing
are not guaranteed until payment
is final.

🔒 You will not be charged until
you review this order on the next
page

🛡 Temu Purchase Protection

Shop confidently on Temu
knowing that if something goes
wrong, we've always got your
back.
See program terms

🍃 Sustainability at Temu ❯

🛡 Safe Payment Options

Your payment information is safe
with us. Temu does not share your
information with the sellers.

1. Payment methods

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **56**

## Store Name:

## **Double Top**

## Platform:

## **Temu**









Free shipping On all order 1 6 5 2 3 0

BACK TO SCHOOL Subtotal

TEMU | Best Sellers HOT | 5-Star Rated | Summer Vacay | Categories | stickers | Orders & Account | EN | Cart

$6.98
Saved $15.51

Free shipping on all orders

Go to cart

$6.98
1

Home | Electronics | Tablets, Laptops & Accessories | 360° Rotatable Tablet Moun...

360° Rotatable Tablet Mount Holder With Anti-Slip Strap For Car Back Seat (Fit 7-10.5" Tablet Screens)

28 sold, by Double ... (14K+ sold) ★★★★★ (633)

**$6.98** -68%

BACK TO SCHOOL ✓ Free shippi... left today

Color: Black

Qty : 1 Added Only 8 left

## Shipping & Return

**Shipping ›**

Standard: free on all orders
Delivery: Aug 16-21, 77.4% are ≤ 10 days
Get a $5 credit for late delivery
Courier company: USPS UPS +12

Express: $1
Delivery
Get a $13
Courier com

Free returns | Price adjustment ›

Sustainability at Temu ›

## Shop with confidence

Shopping security ›

Safe Payments Options | Secure logistics
Secure privacy | Purchase protection

## Description

Item ID: ED13056 (Copy)

Compatible with Vehicle Type: Auto

Certifications: No Certification

Material: Resin

Equipment Installation Item Shape: Rectangle

See more

## 633 reviews 4.7 ★★★★★

All reviews are from verified buyers

**Item reviews (2)** | Shop reviews (633)

Recommended | With photos(1)

Low rating(1)

**haley_brooke1012** on Aug 8, 2023
★★★★★
Color: Black

Helpful ···

**C***a** on Aug 7, 2023
★
Color: Black

then one of the side holders snapped, making it useless.

Helpful ···

## Photos from all the shop's reviews

See all ›

## Details

Report item

Free shipping
On all orders
1 6 5 3 1 1

Free returns

Get t BACK TO SCHOOL Subtotal

TEMU Best Sellers HOT 5-Star Rated Summer Vacay Almost sold out Categories led lights Orders & Account

$6.98
Saved $15 51

Free shipping on all orders

Double Top

270 Followers
14K+ Sold

Follow

Go to cart

633 shop reviews 4.7 ★★★★★ >

imeynstein64 on Aug 1 2023
★★★★★
VERY sturdy and work well for shelves! Pegs ho...

geoquez223 on Jul 30, 2023
★★★★★
I hope it serves to protect my card

Sadthixx on Jul 30, 2023
★★★★★
Got this for my wax seal set, I love the

$6.98
1

All items Crafting Home Decor Products More sections Reviews(4.7★) Search all 418 items

418 Items Prioritize BACK TO SCHOOL items Prioritize Lightning deals items Sort by Relevance

BACK TO SCHOOL 56% off discount
Create Unique Coasters & T...
$9.98 22 sold
Only 5 Left

BACK TO SCHOOL 49% off discount
Pack Of 100 Letter Capsule ...
$4.48 $8.89 21 sold
Almost sold out

Lightning deal Ends in 16:53:11
5pcs Dancing Ribbon Strea...
$4.31 27 sold
Almost sold out

100pcs, Flower Water Tube, ...
$7.99 $1 29 1 sold
Only 12 Left

Lightning deal
500pcs Color
$11.24 20
Only 5 Left

## Most added

Most added to cart items in shop.

#1
Vintage Letter Writing Kit: 8 Retro Kraft Paper Envelopes, 16 Vintage...
In 1k+ cart
$6.48 127 sold

#2
Delight Your Little Chef - 13Pcs Kitchen Toy Set with Apron, Hat &...
In 500+ cart
$11.48 35 sold

#3

Lightning deal Ends in 16:53:11
30pcs Colorful Push Pins Cli...
$4.04 30 sold
Only 13 Left

BACK TO SCHOOL 58% off discount
2-Pack Reusable Dog Diape...
$4.68 152 sold
Only 3 Left

BACK TO SCHOOL 74% off discount
2 Pairs Non-slip Yoga Socks,...
$6.48 11 sold
Only 1 Left

BACK TO SCHOOL 51% off discount
2pcs/set Mobile Phone Stan...
$6.98 $14 5 sold
Only 7 Left

BACK TO SCHOOL 5
Make Your Ar
$6.4
Only 4

Free shipping
On all orders   1 6 5 3 5 4

🔒 **All data will be encrypted**

Home   Cart

✓   Free shipping on all orders          Ends in    :   :

◯   Select all

360° Rotatable Tablet Mount Holder With...

By   Double Top

Black  ›                                    **$6.98**

◯                                           -68%

Only 8 left · In 44 other ca...   Qty 1    ⌄

### Order Summary

Item total:                                 $22.49

Item discount:                              -$15.51

                                            $6.98

Estimated total (1 item)                    $6.98

Taxes and delivery fees are calculated on the next page.

Saved $15.51

Express checkout with

**PayPal**

Item availability and pricing are not guaranteed until payment is final.

🔒 You will not be charged until you review this order on the next page

🛡 Temu Purchase Protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
See program terms

♢ Sustainability at Temu ›

✓ Safe Payment Options

Your payment information is safe with us. Temu does not share your information with the sellers.

1. Payment methods

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **57**

## Store Name:

## **V Play**

## Platform:

## **Temu**



Home   Electronics   Video Games   Universal Car Headrest Mou

Universal Car Headrest Mount Holder For Nintendo Switch, iPad, Kindle - Adjustable Stand For 7-10 Inch Tablets

★★★★★ (83)

**$7.48** $18.09

Color: Black

Qty: 1   Added  Only 12 left

**Shipping & Return**

Shipping >

Standard: free on all orders          Express: $1
Delivery Aug 16-21, 77.4% are ≤ 10 days    Deliver
Get a $5 credit for late delivery          Get a $
Courier: USPS  LPS          Courier

Free returns  Price adjustment

Sustainability at Temu >

**Shop with confidence**

Shopping security >

Safe Payments Options      Secure logistics
Secure privacy          Purchase protection

**Description**

Item ID: DD13662  Copy

The Main Material: Silicone

**83 reviews   5.0 ★★★★★**

All reviews are from verified buyers

Item reviews (5)   Shop reviews (83)

Recommended ∨

**jejetorres**
★★★★★
Color: Black
nice for the nintendo Switch and tablets for the long drives

Helpful  …

**Julie**
★★★★★
Color: Black
works great

Helpful  …

**nikkibailey3**
★★★★★
Color: Black

Helpful  …

**Charlie Boonchan**
★★★★★
Color: Black

Helpful  …

2   >

**Photos from all the shop's reviews**   See all >



1 6 4 8 1 4

Best Sellers   5-Star Rated   Summer Vacay   Categories ⌄   Orders & Account   EN   Cart

$7.48
Saved $10.61
Free shipping on all orders

1Pc ×1 ⟩          Red And Bl... ×1 ⟩          3 34*3 34*4 ... ×1 ⟩

$6.78 3K+ sold      $8.54 255 sold      $11.03 810 sold
Save $18.16

Go to cart

Details                    Report item

$7.48
⌄



**Product size**

12CM /4.72 IN

18.5CM / 7.28 IN







Free shipping
On all orders
1 6 5 0 0 2

Price adjustment
Within 30 days

TEMU | Best Sellers HOT | 5-Star Rated | Summer Vacay | Almost sold out | Categories | headrest t... | Orders & Account

BACK TO SCHOOL Subtotal
$6.98
Saved $15.51
Free shipping on all orders
Go to cart

V Play

40 Followers
1.3K+ Sold
Follow

83 shop reviews 5.0 ★★★★★ >

gzarateg on Jul 31, 2023
★★★★★
Excellent. Easy installation and perfect fit on th...

LidMata on Jul 10, 2023
★★★★★
Perfect for in the road gaming and also to use at a t...

julianmoosh4 on Jun 24 2023
★★★★★
Love it it works so good so perfect

$6.98
1

All items | Video Games | Phone Accessories | Computer Accessories | More sections | Reviews(5.0★) | Search all 30 items

30 Items Prioritize BACK TO SCHOOL items Sort by Relevanc

BACK TO SCHOOL 48% off discount
Lite Game Pack Animal Fore...
$15.98 6 sold
Only 3 Left

BACK TO SCHOOL 52% off discount
For PS5 Game Disc Box Disc...
$17.48 8 sold
Only 14 Left

BACK TO SCHOOL 51% off discount
For Switch Handheld Hamm...
$12.48 $25.49
Only 10 Left

BACK TO SCHOOL 53% off discount
For Switch Host Video Scree...
$18.48 3 sold
Only 2 Left

BACK TO SCHOOL 68
Accessories F
$24.54 9 s
Only 2 Left

## Most added

Most added to cart items in shop.

#1
Multi-functional Car Mount Holder For Nintendo Switch With Game...
In 1k+ cart
$9.48 360 sold

#2
Ultimate Protection for Your Nintendo Switch: 3D Travel Storage...
In 500+ cart
$10.86 429 sold

#3

BACK TO SCHOOL 51% off discount
Multi-functional Car Mount ...
$9.48 360 sold
added to cart 14 min ..

BACK TO SCHOOL 44% off discount
Switch Multi-functional Stor...
$32.48 4 sold
Only 2 Left

BACK TO SCHOOL 63% off discount
Ultimate Protection for Your...
$10.86 429 sold
Almost sold out

BACK TO SCHOOL 59% off discount
Compatible With Nintendo ...
$6.98 $17.39 7 sold
Only 2 Left

BACK TO SCHOOL 57
Premium Gar
$7.9
Only 4

Free shipping
On all orders          1 6 4 9 2 2

🔒 All data will be encrypted

Home    Cart

✓   Free shipping on all orders          Ends in    :    :

○   Select all

Universal Car Headrest Mount Holder For...

By    V Play

○      Black  >                                              $7.48

                                          -58%

Only 12 left · In 171 other c...    Qty 1    ⌄

**Order Summary**

Item total:                                $18.09

Item discount:                            -$10.61

                                          $7.48

**Estimated total (1 item)**              **$7.48**

Taxes and delivery fees are calculated on the next page.

                                          Saved $10.61

Express checkout with

**PayPal**

Item availability and pricing are not guaranteed until payment is final.

🔒 You will not be charged until you review this order on the next page

🛡 Temu Purchase Protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

See program terms

🍃 Sustainability at Temu >

✓ Safe Payment Options

Your payment information is safe with us. Temu does not share your information with the sellers.

1. Payment methods

# Defendant No.:  **58**

## Store Name:

# CHEGESAUTOSUPPLIES AUTOMOTIVE

## Platform:

# shein



1pc 7-10.5 Inch Silicone Car Seat Back Headrest Tablet Holder
SKU: sq2306221827323912

## $8.10

### Size

( one-size )

Size Guide

Qty:        1

ADD TO CART

Earn up to 8 SHEIN Points calculated at checkout.

### Shipping ToDaytona Beach FLORIDA United States

Delivery                                              〈 1/2 〉

FREE STANDARD SHIPPING          Express Shipping:$12.90 ,FREE on
Estimated to be delivered on 18/08/2023      orders $129.00+
- 21/08/2023.                    Estimated to be delivered on 16/08/20
77 13% are ≤ 10 days             - 18/08/2023.
                                 80 94% are ≤ 7 days

Join and get a SHEIN CLUB shipping coupon 〉
                          Automotive &        m  SHEIN  Report

Free Return & Exchange
Learn More

Description                                                    +

Size & Fit                                                     +

About Store                                                    +

## Customers Also Viewed



$10.00        $4.60         $1.60         $17.20        $21.30        $9.70
          ⑤ SHEIN CLUB   ⑤ SHEIN CLUB               ⑤ SHEIN CLUB   ⑤ SHEIN CLUB

8/9/23, 7:04 PM                    CHEGESAutoSupplies Automotive Fashion CHEGESAutoSupplies Automotive | SHEIN USA



**SHEIN**    Shorts          👤0  🛒0  ♡0  🎧  🌐

Categories ∨    New In   Sale   Women Clothing   Cloth...                          Iry        Home & Kitchen

Home / CHEGESAutoSupplies Automotive

**CHEGESAUTOSUPPLIES AUTOMOTIVE**  3P Seller

| 4.60 | 609 | 21 |
|------|-----|-----|
| Rating › | Products | Followers |

**+ Follow**

**Category**  −

Sports & Outdoor          +
Boby                      +
Apparel Accessories       +
Automotive                +
Pet Supplies              +

**Type**  −

Other
Car Electronics Accessories
Car Stickers
Car Wash Accessories
Motorcycle Ornament
Motorcycle Gloves

Search This Store  🔍          Sort By   Recommend  ∨





1pc Car Phone Magnetic Holder With Air Vent Clip For Dashboard...
**$8.30**                                    ♡

1pc Car Glasses Holder Clip

🔶 #9 Best Sellers   PU Leather Car Storage
✦ **$2.78** `-37%`                            ♡
○





1pc High Pressure Car Washing Water Gun
**$3.70**                                    ♡
Ⓢ SHEIN CLUB

1pc PU Leather Car Sun Visor Tissue Box
**$6.40**                                    ♡

8/9/23, 7:05 PM   s.shein.com/cart



◎ Ship to United States      🔒 SECURE CHECKOUT    CONTINUE SHOPPING ›

Cart › Place Order › Pay › Order Complete

📦 **Shipping fee**
Eligible for **FREE STANDARD SHIPPING**!

☐ **All Items (1)**

**Add-on items**
Eligible to pick an Add-on item

Pick

☐ 🏪 **CHEGESAutoSupplies Automotive ›**

☐ 1pc 7-10.5 Inch Silicone Car Seat Back...
one-size

$8.10    1  +  ♡  🗑

**Order Summary**

Subtotal    **$8.10**

Reward 8 SHEIN Points ⑦

Checkout Now (1)

Apply a Coupon Code, SHEIN Points on the next step.

**We Accept**

   
   
   
 

## You May Also Like






Yoga Basic 4pcs Seamless Scrunc...
⚡ $8.56 -62%

2pcs Rhinestone Heart Decor Anklet
⚡ $1.97 -30%

3pcs Solid Phone Case
⚡ $0.37 -87%

SHEIN Privé Graphic Print I
⚡ $7.96 -31%

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **59**

## Store Name:

## **AIYUNG AUTOMOTIVE**

## Platform:

## **shein**

ONLY! **FREE SHIPPING** ON ALL ORDERS! • EXTRA

# SHEIN    Shirts          👤  🛒0  ♡0  🎧  🌐

Categories ∨   New In   Sale   Women Clothing   C...  Clothi...   ...   Women   ...Sleep   ...   ...lry   ...   Shoes   Home & Kitchen

Home / Automotive / Automotive Interior Accessories / Car Holders / 1pc Car Seat Headrest Back Tablet Holder



### 1pc Car Seat Headrest Back Tablet Holder

SKU: sq2306038477960615   ★ ★ ★ ★ ★

⚡ **$6.47** $7.50

SAVE: $1.03   -14%

⚡ Flash Sale                          Ends in  11h:19m:31s

### Size

( one-size )

Purchase limit: 5 qty

📏 Size Guide

Qty:        1

ADD TO CART                                    ♡

Earn up to 6 SHEIN Points calculated at checkout.

### Shipping ToDaytona Beach FLORIDA United States

📦 Delivery                                           ‹ 1/2 ›

FREE STANDARD SHIPPING              Express Shipping:**$12.90** ,FREE on
Estimated to be delivered on 18/08/2023   orders $129.00+
- 21/08/2023.                        Estimated to be delivered on 16/08/2(
77.13% are ≤ 10 days                 - 18/08/2023.
                                     60 94 are ≤ 7 days

Join and get a SHEIN CLUB shipping coupon ›
...  A...  A........... Shoes from  SHEIN  Report

🛡 Free Return & Exchange

Return and exchange goods are not supported.

**Description**                                        +

**Size & Fit**                                         +

**About Store**                                        +

## Customer Reviews ( 11 )

Average Rating

★ ★ ★ ★ ★ 4.55

All Reviews (11)    Image (3)

8/9/23, 7:16 PM                                AIYUNG Automotive Fashion AIYUNG Automotive | SHEIN USA

**ONLY!** **FREE SHIPPING** ON ALL ORDERS   ♥   **EXTRA**

**SHEIN**          Shoes                    ⊙  ♡0  ♥0  ⋒  ⊕

Categories ⌄   New In   Sole   Women Clothing   Cloth r    Wor      Sleep            Shoes   Home & Kitchen

Home / AIYUNG Automotive

AIYUNG          **AIYUNG AUTOMOTIVE**  3P Seller
                **4.60**        **1610**        **64**                              Following
                Rating >      Products     Followers

**Category**          —         Search This Store   🔍                  Sort By   Recommend  ⌄

Electronics          +
Automotive           +
Pet Supplies         +

**Size**             —
one-size      S
AirPods 3     AirPods Pro
AirPods 1/2   Type C
  + View More

**Color**            —
🔴 🌸 🔴 🔵 🌸



1pc Car Seat Headrest Back Tablet Holder          Portable Universal Cute Cat Cell Phone Holder Tablets Desk Car ...
⚡ $6.47 -14%                              ♡     🐱 #1 Best Sellers  Animal Ph   Holders
                                                $0.67 -52%                              ♡




2pcs Car Seat Back Hook                           5pcs Car Clear Double-sided Tape
$1.60                                    ♡     $1.30                                   ♡
◯                                               ⊙ SHEIN CLUB

8/9/23, 7:18 PM
us.shein.com/cart

 **SHEIN**   ⊙ Ship to United States   🔒 SECURE CHECKOUT   CONTINUE SHOPPING ›

Cart › Place Order › Pay › Order Complete

🚚 **Shipping fee**
Eligible for **FREE STANDARD SHIPPING**!

☐ **All Items (1)**

**Add-on items**
Eligible to pick an Add-on item                    [ Pick ]

☐ 🏬 **AIYUNG Automotive** ›


-14%

☐        **1pc Car Seat Headrest Back Tablet H...**
one-size
Flash Sale | 11 : 11 : 26 ›
⚡ **$6.47** ~~$7.50~~        1   +   ♡   🗑

### Order Summary

Subtotal                                **$6.47**

Already saved: $1.03 ⌄

Reward 6 SHEIN Points ⓘ

[ **Checkout Now (1)** ]

Apply a Coupon Code, SHEIN Points on the next step.

### We Accept

   
   
   
 

## You May Also Like


6pcs Twist Detail Bracelet
⚡ **$1.67** -40%


Silica Gel Nipple Cover 1pair
**$3.99**
Ⓢ SHEIN CLUB


SHEIN EZwear Overlap Waist Flar...
**$9.77** -15%
Fall Essential


5pcs Simple Plain Hair Clav
⚡ **$1.46** -68%

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **60**

## Store Name:

## **ASDETTU**

## Platform:

## **shein**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 369 of 385

8/9/23, 7:25 PM     Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tabl...

**SHEIN**    Shirts

Categories ∨   New In   Sale   Women Clothing   Curve Clothing   ...   Home & Kitchen

Home / Automotive / Automotive Interior Accessories / Car Holders / Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablets



Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tablets Phone ∨

SKU: sq2306058186313122   ★ ★ ★ ★ ★

## $10.09 $19.79

Qty:    1

QuickShip ... is eligible ...

ADD TO CART     ♡

Earn up to 10 SHEIN Points calculated at checkout.

### Shipping To Daytona Beach FLORIDA United States

🚚 Delivery

FREE STANDARD SHIPPING
QuickShip will provide a faster delivery ... 4-6 business days

Join and get a SHEIN CLUB shipping coupon ⟩
... & Sold from Asdettu Report

🛡 Free Return & Exchange
Learn More

Description       +

About Store       +

## Customer Reviews ( 3 )

Average Rating

★ ★ ★ ★ ★ 5.00

All Reviews (3)    Image (1)

Rating   All ∨            Sort by   Recommend ∨

durable (1)    fit well (1)



c***b      ★ ★ ★ ★ ★          👍 Helpful (3)   •••

Seems really durable and love the concept but trying to figure out how to hang it is a whole different issue lol!
Translate

Color: Black                          369

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 370 of 385

8/9/23, 7:25 PM          Adjustable Car Headrest Mount Holder Stretchable Silicone Cover Bracket Car Seat Back Universal Compatible For Ipad Tabl…

**ONLY!** **FREE SHIPPING** ON ALL ORDERS  ●  **EXTRA**

# SHEIN

Categories ∨   New In   Sale   Women Clothing   Curve Clothing   Men Fashion   Women Lingerie & Sleep   Jewelry &   Women Shoes   Home & Kitchen

---

a***7        ★ ★ ★ ★ ★
             Works great with both my daughters iPads which are a 6th & 7th generation.
             Translate

24 Jul,2023  **Color:** Black

---

m***z        ★ ★ ★ ★ ★
             Holds my daughters iPad very well! Fits perfect at eye level so she can see
             from her seat.
             Translate

2 Jul,2023   **Color:** Black

---

## Customers Also Viewed



| $8.10 | ⚡ $6.47 -14% | $13.60 ⑤ SHEIN CLUB | $14.50 -24% QuickShip | ⚡ $12.99 -24% | ⚡ $18.97 -11% |

| $2.20 -8% | $4.10 | $17.20 | $1.60 ⑤ SHEIN CLUB | $10.00 ⑤ SHEIN CLUB | $3.60 |

| $1.90 ⑤ SHEIN CLUB | $5.00 | $7.50 ⑤ SHEIN CLUB | $10.00 | $4.60 ⑤ SHEIN CLUB | ⚡ $7.97 -30% |





ONLY! FREE SHIPPING ON ALL ORDERS EXTRA

SHEIN Shorts

Categories New In Sale Women Clothing Clothing Women Sleep Women Shoes Home & Kitchen

Home / Asdettu

ASDETTU 3P Seller

4.64 Rating
5269 Products
148 Followers

+ Follow

QuickShip New

Category
- Kids
- Sports & Outdoor
- Toys & Games
- Electronics
- Automotive
- Pet Supplies

Size
- one-size
- XXS
- XS
- S

Search This Store

Sort By Recommend

Adjustable Car Headrest Mount Holder Stretchable Silicone Cover...
$10.09 -49%
QuickShip

Bluetooth 5.0 Audio Receiver Wireless Transmitter NFC Car Wirel...
$7.59 -53%
QuickShip

Ultrasonic Anti Barking Device for Dog Wall Mounted Dog Bark St...

Car Roll Bar Fire Extinguisher Holder Mount Bracket Adjustable M...

# SHEIN

🔒 SECURE CHECKOUT    CONTINUE SHOPPING ›

Cart    Place Order  ·  Pay  ·  Order Complete



🚚 **Shipping fee**
Eligible for **FREE STANDARD SHIPPING!**

☐ **All Items (1)**

**Add-on items**
Eligible to pick an Add-on item

☐ ⊞ **Asdettu** ›

Adjustable Car Headrest Mount Holder ...
QuickShip

☐

$10.09 $19.79    −  1  +    ♡  🗑

## Order Summary

Subtotal                          **$10.09**

Already saved: $9.70 ⌄

Reward **10** SHEIN Points ⑦

Apply a Coupon Code  SHEIN Points on the next step.

## We Accept

VISA  mastercard  maestro  AMERICAN EXPRESS
DISCOVER  Diners Club  PayPal  afterpay
Klarna.  Pay  G Pay  zip
venmo  $

# Add Your Wishlist Items

# You May Also Like

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **61**

## Store Name:

# GALAXYTHENIGHTSKY

## Platform:

# shein

Case 1:23-cv-22812-KMW  Document 10-2  Entered on FLSD Docket 08/24/2023  Page 374 of 385

8/9/23, 7:30 PM  Upgraded Car Headrest Mount Holder, Tablet Holder For Kids In Back Seats, Anti-Slip Strap And Holding Net, Angle-Adjustabl...



SHEIN    Tops

Categories ⌄   New In   Sale   Women Clothing   Curve Clothin    Women    &    en Shoes   Home & Kitchen

Home / Bags & Luggage / Luggage & Travel Bags / Luggage & Travel Bag Accessories / Other Travel Accessories / Upgraded Car Headrest Mount Holder, Tablet Holder For Kids In Back Seats, Ant

Upgraded Car Headrest Mount Holder, Tablet Holder For Kids In Back Seats, Anti-Slip Strap And Holding Net, Angle-Adjustable/ Fits All 7 I ⌄
SKU: sg2307215553351436

**$9.40**

Qty:    1

ADD TO CART

Earn up to 9 SHEIN Points calculated at checkout.

**Shipping To Daytona Beach FLORIDA United States**

Delivery                                                    ‹ 1/2 ›

FREE STANDARD SHIPPING                      Express Shipping: **$12.90** ,FREE on
Estimated to be delivered on 18/08/2023     orders $129.00+
- 21/08/2023.                                Estimated to be delivered on 16/08/2(
77 13% are ≤ 10 days                         - 18/08/2023.
                                             80 94  are ≤ 7 days

Join and get a SHEIN CLUB shipping coupon ›
GalaxyTheNightSky & Sh ps from  SHEIN  Report

Free Return & Exchange
Learn More

Description                                                    +

About Store                                                    +

## Customers Also Viewed



$12.50        $2.10         $7.80         $2.00         $4.90         $5.90
                          Ⓢ SHEIN CLUB

374



SHEIN    Ipad Holder

Categories    New In    Sale    Women Clothing    Curve Clothing    Men    Women    Women's Shoes    Home & Kitchen

Home / GalaxyTheNightSky



**GALAXYTHENIGHTSKY**   3P Seller

| **4.70** | **1274** | **7** |
| Rating › | Products | Followers |

+ Follow

New

**Category** —

Home & Living        +
Office & School Supplies  +
Beauty & Health       +
Electronics          +
Bags & Luggage       +

**Color** —

Search This Store    🔍                      Sort By    Recommend  ▼







4pcs Multicolor Reusable Cable Ties, Keep Your Phone Charging ...
$2.10                                    ♡
🅢 SHEIN CLUB

5 Pack Perfume Dispenser Pump Perfume Extraction Plastic Adap...
$2.80                                    ♡





1pc Multi-directional Universal Airplane Phone Holder Hands-free,...

1pc Black Car Sun Visor Multi-Pocket Organizer, Car Glasses Clip...

**SHEIN**   ⊙ Ship to United States          🔒 SECURE CHECKOUT    CONTINUE SHOPPING ›

Cart  >  Place Order  >  Pay  >  Order Complete

🔲 **Shipping fee**
Eligible for **FREE STANDARD SHIPPING!**

☐ **All Items (1)**

**Add-on items**
Eligible to pick an Add-on item          Pick

☐ 🏛 **GalaxyTheNightSky ›**

☐   Upgraded Car Headrest Mount Holder, ...

**$9.40**          1   +    ♡   🗑

**Order Summary**

Subtotal                **$9.40**

Reward 9 SHEIN Points ⑦

**Checkout Now (1)**

Apply a Coupon Code, SHEIN Points on the next step.

**We Accept**

  
  
   
 

## You May Also Like



6pack No Show Panty Set
⚡ **$6.68** -42%



SHEIN Kids EVRYDAY Toddler Boy...
⚡ **$10.33** -44%

Daddy & Me   Family look



SHEIN Qutie Contrast Lace Trim R...
**$4.25** -15%

Trending - Fairycore



Manfinity Homme Men Draw...
⚡ **$6.36** -58%

Fall Essential

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **62**

## Store Name:

## **MI-GIRL**

## Platform:

## **shein**

Case 1:23-cv-22812-KMW   Document 10-2   Entered on FLSD Docket 08/24/2023   Page 378 of 385

8/9/23, 7:36 PM          1Pc Upgraded Car Headrest Mount Holder, Tablet Holder For Kids In Back Seats, Anti-Slip Strap And Holding Net, Angle-Adju…

**: ONLY!** **FREE SHIPPING** ON ALL ORDERS ● **EXTRA**

# SHEIN

Tops

👤   🛒0   ♡0   🎧   🌐

Categories ∨   New In   Sale   Women Clothing   Curve Clothing   Men   Women   Sleep   Jewelry &   Women Shoes   Home & Kitchen

Home / Bags & Luggage / Luggage & Travel Bags / Luggage & Travel Bag Accessories / Other Travel Accessories / 1Pc Upgraded Car Headrest Mount Holder, Tablet Holder For Kids In Back Seats

1Pc Upgraded Car Headrest Mount Holder, Tablet Holder For Kids In Back Seats, Anti-Slip Strap And Holding Net, Angle-Adjustable/ Fits A  ⬆️
SKU: sg2307205307005055

## $10.00

Qty:          1

ADD TO CART                                  ♡

Earn up to 10 SHEIN Points calculated at checkout.

**Shipping To Daytona Beach FLORIDA United States**

🚚 Delivery                                                    1/2 >

FREE STANDARD SHIPPING              Express Shipping:$12.90 ,FREE on
Estimated to be delivered on 18/08/2023    orders $129.00+
- 21/08/2023.                         Estimated to be delivered on 16/08/20
77 13  are ≤ 10 days                  - 18/08/2023.
                                      80.94  are ≤ 7 days

Join and get a SHEIN CLUB shipping coupon >
MI-GIRL & Ships SHEIN Report

🛡️ Free Return & Exchange
Learn More

Description                                              +

Size & Fit                                               +

About Store                                              +

## Customers Also Viewed













✦ $6.46 -29%    $2.00         $1.11 -15%    $2.50         $2.50         $2.50 -14%
                                            Ⓢ SHEIN CLUB









  ONLY! FREE SHIPPING ON ALL ORDERS EXTRA

SHEIN Ipad Holder ♡0

Categories New In Sale Women Clothing Clothin Wom e Men Shoes Home Kitchen

Home / MI-GIRL

MI-GIRL
MI-GIRL 3P Seller
4.50 Rating >
1433 Products
15 Followers
+ Follow

New

Category
- Home & Living +
- Office & School Supplies +
- Beauty & Health +
- Electronics +
- Automotive +
- Bags & Luggage +

Color

Search This Store
Sort By Recommend

Adjustable Backseat Storage Bag Net High Capacity Multi-Use Ox...
$12.60
SHEIN CLUB

40 oz water cup wallet, flip pocket with pocket, in car straw cup pr...
$3.60

Beard Shave Apron Bib Trimmer Holder Rack

1pc Sliding Badge Holder Hard Black Vertical Plastic Card Case P...

⊙ Ship to United States          🔒 SECURE CHECKOUT   CONTINUE SHOPPING ›

Cart  ›  Place Order  ›  Pay  ›  Order Complete

---

�",, **Shipping fee**
Eligible for **FREE STANDARD SHIPPING!**

☐ **All Items (1)**

**Add-on items**
Eligible to pick an Add-on item                    [ Pick ]

☐ 🏪 **MI-GIRL** ›

☐    1Pc Upgraded Car Headrest Mount Hol...

    $10.00          1   +   ♡   🗑

**Order Summary**

Subtotal                          **$10.00**

Reward **10 SHEIN Points** ⓘ

[ **Checkout Now (1)** ]

Apply a Coupon Code, SHEIN Points on the next step.

**We Accept**

   
   
   


## You May Also Like






Glamorous Gold Slide Sandals For ...
⚡ **$7.87** [-38%]

Women Double Strap Flat Sandals,...
⚡ **$4.77** [-59%]

Yoga Basic 4pcs Seamless Scrunc...
⚡ **$8.56** [-62%]

50pcs Women Black Solid (
⚡ **$0.96** [-47%]

# Defendant No.:  **63**

## Store Name:

# CINGOGO

## Platform:

# shein

8/9/23, 7:42 PM      Adjustable Car Headrest Mount Holder Universal Car Headrest Tablet Holder Stretchable Silicone Cover Bracket Car Seat Ba...

**FREE SHIPPING** ON ALL ORDERS **EXTRA**

# SHEIN     Dress

Categories ˅    Jew In    Sale    Women Cloth    C   Cloth    Wor    Iry    Shoe    Home & Kitchen

Home / Sports & Outdoor / Cycling / Bicycle Accessories / Mobile Phone Holder / Adjustable Car Headrest Mount Holder Universal Car Headrest Tablet Holder Stretchable Silicone Cover Bracket Ca



Adjustable Car Headrest Mount Holder Universal Car Headrest Tablet Holder Stretchable Silicone Cover Bracket Car Seat Back Compatit   ˅
SKU: st2307124161774640

**$11.59** $13.99

### Size

( one-size )

Qty:        1

QuickShip     item s elig bl   for   uickShip

♡

Earn up to 11 SHEIN Points calculated at checkout.

### Shipping To Daytona Beach FLORIDA United States

🚚 Delivery

FREE STANDARD SHIPPING
QuickShip  will prov  a faster delivery service     4-6 business days

Join and get a SHEIN CLUB shipping coupon >
Ships              Report

🛡 Free Return & Exchange
Learn More

Description                                        +

About Store                                        +

## Customers Also Viewed













$6.90          $8.80          $6.60          $3.25 -50%      $1.70          $6.00
               Ⓢ SHEIN CLUB   Ⓢ SHEIN CLUB   Limited Stock   Ⓢ SHEIN CLUB   Ⓢ SHEIN CLUB













ONLY! FREE SHIPPING ON ALL ORDERS EXTRA

SHEIN Shirts 0 0

Categories New In Sale Women Clothing C Clothing Men on Women Sleep V lry & Women Shoes Home & Kitchen

Home / CINGOGO

CINGOGO

# CINGOGO 3P Seller

4.66 Rating | 5406 Products | 72 Followers

+ Follow

QuickShip

**Category**

- Kids +
- Sports & Outdoor +
- Home Textile +
- Home & Living +
- Home Appliances +
- Tools & Home Improvement +
- + View More

**Size**

one-size XS

Search This Store

Sort By Recommend

Carpet Tie Dyeing Plush Soft Floor Mat for Living Room Bedroom ...
$12.72 -8%
QuickShip

Makeup Remover Towel, Cotton Reusable Face Microfiber Cleans...
$7.59 -50%
QuickShip

Kalimba Acrylic 17 Key Transparent kitten Thumb Piano Mbira wit...

10pcs Food Storage Bags Reusable Leakproof Ziplock Sandwich ...



us.shein.com/cart

# SHEIN   ⊙ Ship to United States        🔒 SECURE CHECKOUT   CONTINUE SHOPPING >

Cart  >  Place Order  >  Pay  >  Order Complete

🚚 **Shipping fee**

Eligible for **FREE STANDARD SHIPPING**!

☐ **All Items (1)**

**Add-on items**
Eligible to pick an Add-on item                    [ Pick ]

☐ 🏯 **CINGOGO  >**

☐   Adjustable Car Headrest Mount Holder ...

**one-size**

QuickShip

**$11.59** $13.99       1   +   ♡  🗑

## Order Summary

Subtotal                                **$11.59**

Already saved: $2.40 ⌄

Reward **11** SHEIN Points ⊘

[ Checkout Now (1) ]

Apply a Coupon Code, SHEIN Points on the next step.

## We Accept

    

   

  



## You May Also Like






SHEIN Qutie Contrast Lace Trim R...
**$4.25** -15%
Trending - Fairycore

5pcs Simple Plain Hair Claw
⚡ **$1.46** -68%

Glamorous Gold Slide Sandals For ...
⚡ **$7.87** -38%

SHEIN EZwear Flare Leg S
⚡ **$8.47** -32%
Cotton   Fall Essential

Case No. 1:23-cv-22812-KMW

# Defendant No.:  **1**

## Store Name:

# HIKATAB

## Platform:

# Amazon