UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22812-CV-WILLIAMS

KAIQUAN HUANG,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## SEALED ORDER

**THIS MATTER** is before the Court on Plaintiff's *Ex Parte* Motion to Extend Certain Deadlines Contained in the Temporary Restraining Order and for Docket to Temporarily Remain Under Seal (DE 20) ("***Motion***"). In the Motion, Plaintiff requests an extension of time to effectuate service on Defendants and provide Defendants with an opportunity to appear and respond to the *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Retaining Transfer of Assets (DE 11) ("***TRO***"). Additionally, Plaintiff requests that the docket remain under seal until all Defendants have been served with the sealed TRO and Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 16) ("***Report***"). Upon review of the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion (DE 20) is **GRANTED IN PART AND DENIED IN PART**.
2. Good cause does not exists to extend the time for Plaintiff to file a motion to unseal the case and add all Schedule "A" Defendants as Parties through CM-ECF. As set forth in the Court's Order (DE 6) dated August 10, 2023, Plaintiff

shall file its motion to unseal the case and add all Schedule "A" Defendants as Parties to this case **immediately**.

3. Pursuant to Fed. R. Civ. P. 65(b)(2), good cause exists to extend the Temporary Restraining Order for a period not to exceed fourteen (14) days.

    a. The Temporary Restraining Order is **EXTENDED** until **September 21, 2023** against all entities included in Plaintiff's Schedule "A" as set forth in Plaintiff's Amended Complaint (DE 8-1); and

    b. Plaintiff shall post copies of the Amended Complaint (DE 8), TRO (DE 11), Judge Reid's Report (DE 16), the Order Adopting the Report and Granting a Temporary Restraining Order (DE 19), and this Order as well as all other documents filed in this action as directed in the Report (DE 16).

4. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, a **HEARING** is set before Judge Reid and the request for preliminary injunction is **REFERRED** to Judge Reid for report and recommendation. The hearing is set before Judge Reid via **videoconference** on **September 21, 2023, at 11:30 a.m. EST**, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. To access the hearing, all parties shall utilize the following link https://www.zoomgov.com/j/1619618641?pwd=Y1hPUWkwK3VyYzY1ZlVqYUJZWnlmUT09, **Meeting ID 161 961 8641**, and **Passcode 139725**; and

5. **Any response or opposition** to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel by **September 18, 2023** at **5:00 p.m. EST,** and filed with the Court, along with Proof of Service. Plaintiff shall file any **reply memorandum** by **September 20, 2023** at **11:00 a.m. EST**. The above dates may be revised upon stipulation by all parties and approval of this Court. **Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), Fed. R. Civ. P. 65, The All Writs Act, 28 U.S.C. § 1651(a), and this Court's inherent authority.**

DONE AND ORDERED in Chambers in Miami, Florida, this 12th day of September, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE