

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-22812-CV-WILLIAMS

KAIQUAN HUANG,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

### PLAINTIFF'S MOTION TO UNSEAL

Plaintiff KAIQUAN HUANG (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, hereby moves this Court for an Order unsealing all documents that have been restricted/sealed from the Court docket and returning all portions of the Court file to the public records. As grounds, Plaintiff states:

1. On August 4, 2023, Plaintiff filed its Motion to File Under Seal and to Proceed under Pseudonym (ECF No. 5). On August 10, 2023, the Court entered an Order granting in part and denying in part (ECF No. 6).

2. On September 11, 2023, Plaintiff filed its *Ex Parte* Motion to Extend Certain Deadlines Contained in the Temporary Restraining Order and for Docket to Temporarily Remain Under Seal (ECF No. 20) ("Motion"). The Motion was granted in part and denied in part through court order dated September 12, 2023 (ECF No. 21)("Court Order").

3. In compliance with the Court Order, Plaintiff moves to unseal this case immediately which will in turn allow Plaintiff to also add parties through CM-ECF.

1

WHEREFORE, Plaintiff respectfully requests for this Court to issue an Order unsealing this case, including all documents filed with the Court that have been restricted from the Court docket and direct the Clerk to return those portions of the Court file to the public records. Respectfully submitted on this September 12, 2023.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:/s/ *Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059
