UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22812-CV-WILLIAMS

KAIQUAN HUANG,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 34) ("*Report*") on the Motion for Preliminary Injunction (DE 11) ("*Motion*") filed by Plaintiff Kaiquan Huang. In the Report, Judge Reid recommends that the Court grant Plaintiff's Motion. (DE 34 at 1–2.) No objections were filed to the Report, and the time to do so has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 34) is **AFFIRMED AND ADOPTED.**

2. Plaintiff's Motion for Preliminary Injunction (DE 11) is **GRANTED** in favor of Plaintiff against Defendants listed in Plaintiff's Schedule "A" (DE 8-1) as Defendants numbered 21 to 52, 55 to 57, and 58 to 63. Preliminary injunction is entered in accordance with the terms of the Report, and the Parties are required to comply with all recommendations set forth in the Report; and

3. The preliminary injunction shall remain in effect during the pendency of this matter, or until such further dates as set by the Court or stipulated by the Parties.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>6th</u> day of October, 2023.

```
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
```