UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22812-CV-WILLIAMS

KAIQUAN HUANG,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 50) ("***Report***") on Plaintiff's Motion for Default Final Judgment (DE 45) ("***Motion***").[1]  In the Report, Magistrate Judge Reid recommends that the Court grant Plaintiff's Motion. (DE 50 at 1.) Specifically, the Report finds that entry of default judgment and permanent injunctive relief is appropriate. (*Id.* at 6.) The Report recommends that Plaintiff be awarded the funds currently restrained in the Defaulting Defendants' known financial accounts, totaling $34,270.04. (*Id.* at 9.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

---

[1] Plaintiff's Motion relates to the defaulting Defendants identified on Schedule "A" to Plaintiff's Amended Complaint (DE 8-1) as DOE numbered. 4, 10, 11, 16, 20 to 30, 32, 34, 35, 39 to 42, 44, 46 to 48, and 51 to 54 ("***Defaulting Defendants***"). All other Defendants identified on Schedule "A" to Plaintiff's Amended Complaint (DE 8-1) have been dismissed with prejudice following Plaintiff's notices of voluntary dismissal. (DE 42; DE 49.)

1. The Report (DE 50) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Default Final Judgment (DE 45) is **GRANTED**.

3. Final Judgement will be entered by way of a separate Order.

4. All pending motions are **DENIED AS MOOT**.  All deadlines are **CANCELED**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida on this <u>5th</u> day of April, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE